# Exhibit A



Phone **New**  Store **New**  About  Support  Community  Find a store

 

# OnePlus 8 Pro

⊕ Compare with OnePlus 8



Glacial Green
Ultramarine Blue
Onyx Black

## Dimensions

Height: 165.3 mm
Width: 74.3 mm
Thickness: 8.5 mm
Weight: 199g



OnePlus 8 Pro | OnePlus 8                    Overview  **Specs**  OxygenOS          Buy now

# Display

## Parameters

Size: 6.78 inches(The corners of the screen are within a standard rectangle. Measured diagonally, the screen size is 6.78 inches in the full rectangle and 6.55 inches accounting for the rounded corners.)
Resolution: 3168 x 1440 pixels 513 ppi
Aspect Ratio: 19.8:9
Type: Fluid AMOLED
Support sRGB, Display P3
Cover Glass: 3D Corning® Gorilla® Glass



6.78 inches

## Features

Adaptive Display
Vibrant Color Effect Pro
Motion Graphics Smoothing
Reading Mode
Night Mode

# Performance

Operating System: OxygenOS based on Android™ 10
CPU: Qualcomm® Snapdragon™ 865
5G Chipset: X55
GPU: Adreno 650
RAM: 8GB/12GB LPDDR5
Storage: 128GB/256GB UFS 3.0 2-



865

5/29/2020    Case 6:20-cv-00958-ADA   Document 1-3   Filed 10/14/20   Page 4 of 11    Specs | OnePlus 8 Pro, Lead with Speed | OnePlus (United States)

OnePlus 8 Pro | OnePlus 8     Overview   Specs   OxygenOS   Buy now

Warp Charge 30T Fast Charging (5V/6A)
30W Wireless Charging

# Camera

### Rear camera - Main

Sensor: Sony IMX689
Megapixels: 48
Pixel Size: 1.12 μm/48M; 2.24 μm (4 in 1)/12M
Lens Quantity: 7P
OIS: Yes
EIS: Yes
Aperture: f/1.78

### Telephoto Lens

Megapixels: 8
Pixel Size: 1.0μm
OIS: Yes
Aperture: f/2.44

### Ultra Wide Angle Lens

Megapixels: 48
Aperture: f/2.2
Field of View: 120°

### Color Filter Lens

Megapixels: 5
Aperture: f/2.4



## Zoom

3× hybrid zoom

## Autofocus

Multi Autofocus ( All pixel omni-directional PDAF+LAF+CAF)

## Video

4K video at 30/60 fps
1080P video at 30/60 fps
Super Slow Motion: 720p video at 480 fps, 1080p video at 240fps
Time-Lapse: 1080P 30fps, 4k 30fps
Video Editor

## Features

CINE aspect ratio video recording, Video HDR, Cat&Dog face detect & focus, UltraShot HDR, Nightscape, Super Micro, Portrait, Pro Mode, Panorama, AI Scene Detection, RAW Image, Audio Zoom, Audio 3D

## Front Camera

Sensor: Sony IMX471
Megapixels: 16
Pixel Size: 1.0 μm
EIS: Yes
Autofocus: Fixed Focus
Aperture: f/2.45

## Video

1080p video at 30fps
Time-Lapse

### Features

Face Unlock, HDR, Screen Flash, Face Retouching

## Connectivity

### LTE/LTE-A

4×4 MIMO, Supports up to DL Cat 18 / UL Cat 13(1.2Gbps / 150Mbps), depending on carrier support

### Band

GSM：GSM850、GSM900、GSM1800、GSM1900
WCDMA：B1、B2、B4、B5、B8、B9、B19
CDMA：BC0、BC1、BC10
LTE-FDD：B1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 28, 29, 30, 66, 71
LTE-TDD：B34, 38, 39, 40(Roaming), 41, 46, 48
5G: n2, n5, n66, n41, n71
MIMO：LTE: B2, 4, 7, 25, 66, 41, 48 NR: n2, n66, n41
（Note: Actual network and frequency band usage depends on local operator deployment.）

### Wi-Fi

IEEE 802.11 a/b/g/n/ac/ax, 2.4G+5G, 2x2 MIMO

### Bluetooth

Bluetooth 5.1, support aptX & aptX HD & LDAC & AAC & SBC

### NFC

NFC enabled

5/29/2020 Case 6:20-cv-00958-ADA Document 1-3 Specs | OnePlus 8 Pro, Lead with Speed - OnePlus (United States) Filed 10/14/20 Page 7 of 11

OnePlus 8 Pro | OnePlus 8    Overview  Specs  OxygenOS    Buy now

GPS (L1+L5 Dual Band), GLONASS, Galileo (E1+E5a Dual Band), Beidou, A-GPS

▸ Check carrier compatibility

## Sensors

In-display Fingerprint Sensor
Accelerometer
Electronic Compass
Gyroscope
Ambient Light Sensor
Proximity Sensor
Sensor Core
Laser Sensor
Flicker-detect sensor
Front RGB sensor

## Ports

USB 3.1 GEN1
Type-C
Support standard Type-C earphone
Dual nano-SIM slot

5/29/2020 Case 6:20-cv-00958-ADA Document 1-3 Filed 10/14/20 Page 8 of 11
Specs | OnePlus 8 Pro | Lead with Speed - OnePlus (United States)

OnePlus 8 Pro | OnePlus 8                    Overview   **Specs**   OxygenOS        Buy now

# Buttons

Gestures and on-screen navigation support
Alert Slider

# Audio

Dual Stereo Speakers
Noise cancellation support
Dolby Atmos®
Audio 3D, Audio Zoom

# Multimedia

### Audio Supported Formats

Playback: MP3, AAC, AAC+, WMA, AMR-NB, AMR-WB, WAV, FLAC, APE, OGG, MID, M4A, IMY, AC3, EAC3, EAC3-JOC, AC4
Recording: WAV, AAC, AMR

### Video Supported Formats

Playback: MKV, MOV, MP4, H.265(HEVC), AVI, WMV, TS, 3GP, FLV, WEBM
Recording: MP4

### Image Supported Formats

Playback: JPEG、PNG、BMP、GIF、WEB、HEIF、HEIC、RAW
Output: JPEG, DNG

OnePlus 8 Pro | OnePlus 8　　　　　　　　　　Overview　Specs　OxygenOS　　Buy now

# In The Box

OnePlus 8 Pro
Warp Charge 30 Power Adapter
Warp Type-C Cable (Support USB 2.0)
Quick Start Guide
Welcome Letter
Safety Information and Warranty Card
LOGO Sticker
Case
Screen Protector
SIM Tray Ejector



# Note

1. Relevant product parameter descriptions have been addressed on the corresponding pages and will not be repeated here. For details, please refer to the specific instructions on each page;
2. The weight of the phone is 199g, and the weight of the screen protector may add an additional 3g. The size and weight of the mobile phone may vary according to configuration, manufacturing process and measurement method;
3. The thickest section of the body is 8.99mm, and the thinnest section of the body is 8.5mm. The size and weight of the mobile phone may vary according to the configuration, manufacturing process and measurement method, please refer to the actual situation;
4. The corners of the screen are within a standard rectangle. Measured diagonally, the screen size is 6.78 inches in the full rectangle and 6.55 inches accounting for the rounded corners.
5. Due to the mobile phone system file occupying space (including Android system and pre-installed apps), the available memory capacity is less than this value. Storage capacity will vary based on software version and may vary from device to device;
6. Photo pixels of different camera modes may vary, please refer to the actual situation. Video pixels of different shooting modes may also vary, please refer to the actual situation;
7. The typical battery capacity is 4510mAh and actual performance may vary. The battery is not removable;
8. *Single 5G SIM support only. Upgrade for 4G/5G and 4G/4G Dual SIM support will be implemented via OTA update. Please confirm 5G network availability with your carrier.
9. The USB 3.1 GEN1 function requires a data cable that supports USB 3.1 GEN1 (non-standard configuration, sold separately). The standard data cable supports USB 2.0;
10. Product pictures and content on the page are for illustrative purposes only. The actual results (including but not limited to appearance, color, size) and the screen display content (including but not limited to background, UI, and picture) may vary. To experience the product in person, please visit any of our retail and offline stores: https://www.oneplus.com/retail;
11. Numbers are theoretical, obtained under a controlled test environment (see each specific description) and provided by the supplier or the OnePlus laboratory. Actual performance may vary due to individual product differences, software versions, use conditions and environmental factors. Please refer to the actual experience;
12. Due to the real-time changes in product batches and supply factors, in order to provide accurate information on product information, specifications, and product characteristics, OnePlus may adjust and revise the text descriptions, picture effects, and other content on the above pages in real time to match the reality of the product performance, specifications, index, parts and other information; in the event that page modifications and adjustments are necessary, no special notice will be given.

OnePlus 8 Pro | OnePlus 8     Overview   **Specs**   OxygenOS     Buy now

| Phones | Accessories | Programs | Support | Company |
|---|---|---|---|---|
| OnePlus 8 Pro | Cases & Protection | Education Program | Shopping FAQs | About OnePlus |
| OnePlus 8 | Power & Cables | Trade-in Program | User Manuals | Community |
| OnePlus 7T | Audio | Referral Program | Software Upgrade | Careers |
| OnePlus 6T | Bundles | Affiliate Program | Repair Service | Press |
| | Gear | Shot on OnePlus | Contact Us | |
| | | Financing | | |

 +1 (833) 777-3633

7x24 hours

  

United States ( English / USD )

Privacy Policy  |  User Agreement  |  Terms of Sales  |  Security Feedback  |  Site Map

© 2013 - 2020 OnePlus. All Rights Reserved.

