# Exhibit B



Phone New   Store New   About   Support   Community   Find a store

 


us 8
eed

Find a store

nePlus 8 purchase.

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

# 90 Hz Fluid Display

# Qualcomm® Snapdragon™ 865 with 5G

# Slim and Sleek Curved Design

# 48 MP Triple Camera

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |





Overview                                                                 Play

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

# Poetry in motion

The 6.55" Fluid Display flows seamlessly from one frame to the next, with a 90 Hz refresh rate that allows you to swipe, scroll, and navigate with ease.





There's more to see with HDR10+ support, an A+ rating from DisplayMate, and an SGS Eye Care Display Certification.

# Naturally accurate

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |



* For demonstrative purposes only.

# Designed to impress



With 4096* levels, Auto Brightness can precisely adjust the display to a more comfortable brightness setting.

## Easy reading

Reading Mode optimizes your device for a more enjoyable reading experience with improved color features. Choose to keep your display saturated or turn it to monochrome for more comfortable reading day or night.

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | **Performance** | Design | Camera | Specs | OxygenC |

# Born to perform

Power ahead with the latest Qualcomm® Snapdragon™ 865, which delivers up to 25%* faster performance than previous generations.



### X55 Dual

Connect to multiple same time for wide faster potential dov

### UFS 3.0

Transfer photos, videos, and files in a snap with UFS 3.0 file management system.
An improved file system delivers 25%* faster write speeds than previous generations.

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | **Performance** | Design | Camera | Specs | OxygenC |

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

# A dash of color

Available in three elegant variants,
the OnePlus 8 comes in,
Onyx Black
Glacial Green and
Interstellar Glow

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

Case 6:20-cv-00958-ADA Document 1-4 Filed 10/14/20 Page 14 of 20

# Matte AG finish

The OnePlus 8 in Glacial Green comes with a refined Matte AG finish. The smooth matte surface minimizes fingerprints and reduces glare, so it looks as good as it feels.

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

## Pics for pets

Frame your favorite moments with Smart Pet Capture. Software algorithms automatically detect when pets* are in the frame and adjusts the settings on the fly to reduce motion

blur and help you capture your pets at

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |



| OnePlus 8 | OnePlus 8 Pro | Overview | Display | **Performance** | Design | Camera | Specs | OxygenC |

Note:
* Monthly payment: The above costs are based on a full retail price of $699 (OnePlus 8 8GB RAM+128GB Storge) over 12-months at the lowest APR of 0%(Regular APR: 10% - 30%. Variable.). The final APR is subject to credit check and approval. In cases of partial approval, a down payment may be required. Estimated payment amount excludes taxes. Offer subject to change at any time. Previous purchases are ineligible. Affirm loans are made by Cross River Bank, Member FDIC. See www.affirm.com/faqs for details.
* 1100 nits max brightness.
* Compared with Qualcomm® Snapdragon™ 855+.
* Single 5G SIM support only. Upgrade for 5G or 4G dual SIM support will be implemented via OTA update. Please confirm 5G network availability with your carrier.
* Compared to UFS 3.0 without Turbo Write. Numbers are theoretical, obtained under a controlled test environment (see each specific description) and provided by the Supplier or the OnePlus laboratory. Actual performance may vary due to individual product differences, software versions, use conditions and environmental factors. Please refer to the actual experience.
* Compared with Wi-Fi 5. Numbers are theoretical; actual performance may vary.
* Actual performance may vary depending on conditions.
* Typical capacity is 4300 mAh; rated capacity is 4230 mAh.
* Limited to cats and dogs.

## Trade in and Save

Learn more >

## Education Program

Learn more

| OnePlus 8 | OnePlus 8 Pro | Overview | Display | Performance | Design | Camera | Specs | OxygenC |
|---|---|---|---|---|---|---|---|---|

| Phones | Accessories | Programs | Support | Company |
|---|---|---|---|---|
| OnePlus 8 Pro | Cases & Protection | Education Program | Shopping FAQs | About OnePlus |
| OnePlus 8 | Power & Cables | Trade-in Program | User Manuals | Community |
| OnePlus 7T | Audio | Referral Program | Software Upgrade | Careers |
| OnePlus 6T | Bundles | Affiliate Program | Repair Service | Press |
|  | Gear | Shot on OnePlus | Contact Us |  |
|  |  | Financing |  |  |

 +1 (833) 777-3633

7x24 hours

  

United States ( English / USD )

Privacy Policy   |   User Agreement   |   Terms of Sales   |   Security Feedback   |   Site Map

© 2013 - 2020 OnePlus. All Rights Reserved.

