# Exhibit C



Qualcomm

@qualcomm_tech

February 2020

# Future of 5G

Building a unified, more capable 5G air interface
for the next decade and beyond

# Mobile has made a leap every ~10 years



| Mobile voice communication | Efficient voice to reach billions | Focus shifts to mobile data | Mobile broadband and emerging expansion | A unified future-proof platform |
|---|---|---|---|---|
| **1G** | **2G** | **3G** | **4G** | **5G** |
| 1980s | 1990s | 2000s | 2010s | 2020s |
| Analog voice | Digital voice | Wireless Internet | Mobile broadband | Wireless Edge |
| AMPS, NMT, TACS | D-AMPS, GSM, IS-95 (CDMA) | CDMA2000/EV-DO WCDMA/HSPA+, | LTE, LTE Advanced, Gigabit LTE | 5G New Radio (NR) |



# 5G NR is a unified, more capable air interface



Enhanced mobile broadband

Mission-critical services

Massive Internet of Things

## Diverse services



High-bands
Above 24 GHz (mmWave)

Mid-bands
1 GHz to 6 GHz

Low-bands
Below 1 GHz

Licensed/shared/unlicensed

## Diverse spectrum



## Diverse deployments

**10x**
Decrease in end-to-end latency

**10x**
Experienced throughput

**3x**
Spectrum efficiency

**100x**
Traffic capacity

**100x**
Network efficiency

**10x**
Connection density

Based on ITU vision for IMT-2020 compared to IMT-advanced; URLLC: Ultra Reliable Low Latency Communications; IAB: Integrated Access & Backhaul



# 5G will address the insatiable demand for mobile broadband

Over 60x growth in mobile data traffic from 2013 to 2024

# ~131B Gigabytes

Monthly global mobile data traffic in 2024

 In 2024, ~75% of mobile data traffic from multi-media creation & consumption

 In 2024, 25% of mobile data traffic will be carried by 5G networks – 1.3x more than 4G/3G/2G traffic today

Source: Ericsson Mobility Report June 2019



Mobilizing media and entertainment

Rich user-generated content

Congested environments

High-speed mobility

Connected cloud computing

Immersive experiences

Connected vehicle

Augmented reality



5G

5G is essential for next generation mobile experiences

- Fiber-like data speeds
- Low latency for real-time interactivity
- More consistent performance
- Massive capacity for unlimited data




5G

# 5G will expand the mobile ecosystem to new industries

Powering the digital economy

# $13.2 Trillion

In goods and services by 2035*

* The 5G Economy, an independent study from IHS Markit, Penn Schoen Berland and Berkeley Research Group, commissioned by Qualcomm

# Driving the 5G expansion



**Future-proof platform**

Rel-15

Rel-16[1]

**Delivering on the 5G vision**

Rel-17[1]

**Continue expansion to new verticals, deployments, use cases, spectrum**

Rel-18+ evolution

Rel-15 commercialization

Rel-16 commercialization

Rel-17 commercialization

LTE essential part of the 5G platform

## 2019 eMBB
- Global smartphone launches
- Fixed wireless access

## 2020 eMBB expansion
- Beyond smartphone (PC, FWA, …)
- New markets/regions
- Nationwide coverage & SA migration

## Longer term expansion
- Industrial IoT, enterprise, automotive network
- Private networks
- Unlicensed spectrum

2018    2019    2020    2021    2022    2023+

1. 3GPP start date indicates approval of study package (study item->work item->specifications), previous release continues beyond start of next release with functional freezes and ASN.1



**Finland**
Elisa | Telia

**Germany**
Deutsche Telekom | Vodafone Germany

**United Kingdom**
EE | Vodafone UK | Three | O2

**China**
China Mobile | China Unicom | China Telecom

**Ireland**
Vodafone IE | eir

**Russia** *(soon)*
MegaFon | MTS | Tele2

**Switzerland**
Sunrise | Swisscom

**Japan** *(soon)*
KDDI | NTT DoCoMo | Softbank

**Spain**
Vodafone ES

**Romania**
Vodafone | RCS & RDS | Orange

**North America**
Verizon | AT&T | Sprint | T-Mobile

**South Korea**
LGU+ | KT | SKT

**Monaco**
Monaco Telcom

**Bahrain**
Batelco | Viva

**Philippines**
Globe

**Italy**
TIM | Vodafone IT

**Qatar**
Ooredoo | Vodafone

**Kuwait**
Viva | Ooredoo | Zain

**United Arab Emirates**
Etilasat | Du

**South Africa**
Rain

**Saudi Arabia**
STC | Zain

**Australia**
Telstra | Optus

**5G** Sub-6

**5G** Sub-6 + mmWave *(launched or scheduled)*

# Comparison of Year 1 announcements

 
4 Operators launched
3 OEMs launched


40+ Operators launching
40+ OEMs launching

# 5G smartphones









Lenovo
Z6 Pro 5G

LG
V50 ThinQ
5G

Motorola
moto z$^4$/z$^3$
+ 5G moto mod

Nubia
Mini 5G

OnePlus
7 Pro 5G

OPPO
Reno 5G

Samsung
Galaxy
S10 5G

Samsung
Galaxy Fold








Samsung
Galaxy
Note10+ 5G

Samsung
A90 5G

Vivo
iQOO
5G Edition

Vivo
NEX 3 5G

Xiaomi
Mi MIX 5G

Xiaomi
Mi MIX Alpha

Xiaomi
Mi 9 Pro 5G

ZTE
Axon 10 Pro
5G

## Qualcomm snapdragon



# 230+

5G devices launched
or in development

| | | | | |
|---|---|---|---|---|
| **Hotspots and CPEs**  | Askey | HTC | Netgear | WNC |
| | Inseego | Netcomm | Nokia | ZTE |
| **5G modules**  | Compal | Longsung | Sierra | SIMcom |
| | Fibocom | Quectel | Wireless | Telit |

Qualcomm Snapdragon is a product of Qualcomm Technologies, Inc. and/or its subsidiaries

# Our LTE advancements are essential to 5G

Providing ubiquitous coverage and essential services that complement 5G NR



Gigabit LTE is here now
and delivers a virtually seamless
5G mobile experience

LTE IoT, private LTE network,
C-V2X are enabling new
mobile use cases today

LTE Advanced Pro leadership
is essential to success
in the 5G Era

# 5G NR design and technologies

## 3GPP Release-15



# Our technology inventions drove 5G Rel-15 specifications

| Flexible slot-based framework | Scalable OFDM-based air interface | Advanced channel coding | Massive MIMO | Mobile mmWave |
|---|---|---|---|---|
|  |  |  | |  |
| **Scalable OFDM numerology** | **Self-contained slot structure** | **Multi-Edge LDPC and CRC-Aided Polar** | **Reciprocity-based MU-MIMO** | **Beamforming and beam-tracking** |
| Low latency, URLLC, forward compatibility | Address diverse services, spectrum, deployments | Support large data blocks, reliable control channel | Large # of antennas to increase coverage/capacity | For extreme capacity and throughput |

Early R&D investments | Cutting-edge prototypes | Fundamental contributions to 3GPP

13

# Scalable OFDM-based 5G NR air interface



**Frequency**

**Time**

### Scalable numerology



$2^n$ scaling of sub-carrier spacing to efficiently support wider bandwidths

### Frequency localization



Windowing[1] can effectively minimize in-band and out-of-band emissions

### Lower power consumption



Single-carrier[2] OFDM utilized for efficient uplink transmissions

### Asynchronous multiple access



Can co-exist with optimized waveforms and multiple access for IoT UL[3]

Qualcomm Research is a division of Qualcomm Technologies, Inc.
1. Such as Weighted Overlap Add (WOLA) utilized in LTE systems today. 2. DFT-Spread (DFT-S) OFDM. 3. Such as non-orthogonal Resource Spread Multiple Access (RSMA)

## 3GPP Rel-15 specifications aligned with Qualcomm Research whitepaper published Nov 2015 [link]

# Scalable 5G NR OFDM numerology—examples



**Outdoor macro coverage**
e.g., FDD 700 MHz

Sub-Carrier spacing, e.g. 15 kHz

Carrier bandwidth, e.g. 1, 5, 10 and 20 MHz

$2^n$ scaling of Sub-Carrier Spacing (SCS)

**Outdoor macro and small cell**
e.g., TDD 3-5 GHz

Sub-Carrier spacing, e.g. 30 kHz

Carrier bandwidth, e.g. 100 MHz

**Indoor wideband**
e.g., unlicensed 6 GHz

Sub-Carrier spacing, e.g. 60 kHz

Carrier bandwidth, e.g. 160MHz

**mmWave**
e.g., TDD 28 GHz

Sub-Carrier spacing, e.g. 120 kHz

Carrier bandwidth, e.g. 400MHz

# Efficiently address 5G diverse spectrum, deployments and services

Scaling reduces FFT processing complexity for wider bandwidths with reusable hardware

15

| | <1GHz | 3GHz | 4GHz | 5GHz | 24-28GHz | 37-40GHz | 64-71GHz | >95GHz |
|---|---|---|---|---|---|---|---|---|
| 🇺🇸 | 600MHz (2x35MHz) | 2.5/2.6GHz (B41/n41) | 3.45-3.55GHz  3.55-3.7GHz  3.7-4.2GHz | 5.9-7.1GHz | 24.25-24.45GHz  24.75-25.25GHz  27.5-28.35GHz | 37-37.6GHz  37.6-40GHz  47.2-48.2GHz | 64-71GHz | >95GHz |
| 🇨🇦 | 600MHz (2x35MHz) | | 3.55-3.7 GHz | | 26.5-27.5GHz  27.5-28.35GHz | 37-37.6GHz  37.6-40GHz | 64-71GHz | |
| 🇪🇺 | 700MHz (2x30 MHz) | | 3.4-3.8GHz | 5.9-6.4GHz | 24.5-27.5GHz | | | |
| 🇬🇧 | 700MHz (2x30 MHz) | | 3.4-3.8GHz | | 26GHz | | | |
| 🇩🇪 | 700MHz (2x30 MHz) | | 3.4-3.8GHz | | 26GHz | | | |
| 🇫🇷 | 700MHz (2x30 MHz) | | 3.46-3.8GHz | | 26GHz | | | |
| 🇮🇹 | 700MHz (2x30 MHz) | | 3.6-3.8GHz | | 26.5-27.5GHz | | | |
| 🇨🇳 | 700MHz | 2.5/2.6GHz (B41/n41) | 3.3-3.6GHz | 4.8-5GHz | 24.75-27.5GHz | 37-42.5GHz | | |
| 🇰🇷 | 700/800MHz | 2.3-2.39GHz | 3.4-3.42GHz  3.42-3.7GHz  3.7-4.0GHz | 5.9-7.1GHz | 25.7-26.5GHz  26.5-28.9GHz  28.9-29.5GHz | 37.5-38.7GHz | | |
| 🇯🇵 | | | 3.6-4.1GHz | 4.5-4.9GHz | 26.6-27GHz  27-29.5GHz | 39-43.5GHz | | |
| 🇮🇳 | 700MHz | | 3.3-3.6GHz | | 24.25-27.5GHz  27.5-29.5GHz | 37-43.5GHz | | |
| 🇦🇺 | | | 3.4-3.7GHz | | 24.25-27.5GHz | 39GHz | | |

# Global snapshot of allocated/targeted 5G spectrum

5G is being designed for diverse spectrum types/bands

New 5G band

- ▬ Licensed
- ▬ Unlicensed / shared
- ▬ Existing band

16

# Expanding 5G with the flexible slot-based framework

Efficiently multiplex envisioned and future 5G services on the same frequency



**Scalable slot duration**
Efficient multiplexing of diverse latency and QoS requirements

Broadcast/enTV (Rel-16+)

Cellular V2X – network side (Rel-16+)

Integrated access & backhaul (Rel-16+)

Unknown service not yet defined

**Forward compatibility**
Transmissions well-confined in freq/time to simplify adding new future features

Massive IoT (Rel-16+)

Enhanced mobile broadband (Rel-15+)

Sidelink (Rel-17+), e.g., for offloading

Dynamic spectrum sharing (Rel-15+)

Wide-area mission-critical (Rel-15/16+)

NR-Light (Rel-17+)

**Self-contained slot structure**
Ability to independently decode slots and avoid static timing relationships across slots

**Nominal traffic puncturing**
To enable URLCC transmissions to occur at any time using mini-slots

17

# Scalable 5G NR slot duration for diverse latency/QoS



14 OFDM symbols per slot with mini-slot (2, 4, or 7 symbols) for shorter transmissions[1]

Supports slot aggregation for data-heavy transmissions

Efficient multiplexing of long and short transmissions[2]

1. As low as two symbols per mini-slot; 2. Symbols across numerologies align at symbol boundaries and transmissions span an integer # of OFDM symbols

18

# Flexible 5G NR slot structures – Examples



**TDD Self-Contained**
Opportunity for UL/DL scheduling, data and ACK/SRS in the same slot

**Data-centric**
More relaxed TDD timing configurations + FDD operation

**Mini-slot**
Optimized for shorter data transmissions, e.g. URLLC

**Blank slot**
Designed in a way not to limit future feature introductions

Slot-based scheduling/control interval

DL | DL Ctrl | DL Data | Guard | UL Ctrl
UL | DL Ctrl | Guard | UL Data | UL Ctrl

DL | DL Ctrl | DL Data
UL | UL Data | UL Ctrl

DL | DL | e.g., 2-symbol mini-slot
UL | UL | e.g., 4-symbol mini-slot

DL reference signals (DL DMRS) & UL Reference + Sounding (UL DSMR, SRS) not showed for simplicity

19

# Benefits of the 5G NR TDD self-contained slot

## Much faster, more flexible TDD switching and turn-around than 4G LTE



**Flexibility for additional headers**
E.g., channel reservation header for unlicensed/shared spectrum

**More adaptive UL/DL**
Faster TDD switching allows for more flexible capacity allocation

**Low latency**
Faster TDD turn-around, with opportunity for UL/DL scheduling, data and ACK in the same slot

**Efficient massive MIMO**
Optimized TDD channel reciprocity with opportunity for SRS[1] every slot

1. Sounding Reference Signal

# 5G NR TDD self-contained slot structure in action

## Three examples showcasing faster TDD switching for low latency





DL reference signals (DL DMRS) & UL Reference + Sounding (UL DSMR, SRS) not showed for simplicity

### 1. Indoor (sub-6 or mmWave)
- Shorter guard for indoor deployment
- Fast turn-around (DL/UL switch per slot)
- Ultra-low latency possible on every slot
- Maximum flexibility for UL/DL allocation

### 2. Outdoor (sub-6 or mmWave)
- Larger guard for outdoor deployment
- DL/UL switch per 1ms (5x faster than LTE)
- Slot 1 opportunity for ultra-low latency
- Bulk of UL traffic goes on Slot 3

### 3. Outdoor mmWave
- Larger guard for outdoor deployment
- 6:2 configuration every 1ms (120kHz SCS)
- Slot 3 opportunity for ultra-low latency
- Bulk of UL traffic goes on Slots 6 & 7

21

# 5G NR flexible FDD slot structure

Delivering low latency, extended coverage, and forward compatibility

### FDD baseline for continuous transmission and extended coverage

FDD full DL Slot

FDD full UL Slot



### FDD partial slot for faster DL/UL turn-around and efficient half-duplex FDD implementation

FDD partial DL Slot

FDD partial UL Slot



22

# Advanced ME-LDPC[1] channel coding is more efficient than LTE Turbo code at higher data rates



Normalized throughput (for given clock rate)

## High efficiency

Significant gains over LTE Turbo–particularly for large block sizes suitable for MBB

## Low complexity

Easily parallelizable decoder scales to achieve high throughput at low complexity

## Low latency

Efficient encoding/decoding enables shorter transmission time at high throughput

1. Multi-Edge Low-Density Parity-Check

## Selected as 5G NR eMBB data channel as part of 3GPP Release-15

23

# Performance gains of CRC-Aided Polar channel coding led to its adoption across many 5G NR control use cases

## 5G NR CRC-Aided (CA-Polar) design

Efficient construction based on single Cyclic Redundancy Check (CRC) for joint detection and decoding



## Link-level gains of 5G NR CA-Polar design

Versus PC-Polar[1] (lower is better)



# 5G NR optimized design for massive MIMO

## Key enabler for using higher spectrum bands, e.g. 4 GHz, with existing LTE sites



Exploit 3D beamforming with up to 256 antenna elements

Accurate and timely channel knowledge essential to realizing full benefits

Mitigate UL coverage with 5G NR massive MIMO + HPUE[3]

5G NR co-located with existing LTE macro sites

UL SRS

CSI-RS

## Enabled through an advanced 5G NR end-to-end Massive MIMO design (network and device)

Optimized design for TDD reciprocity procedures utilizing UL SRS[1]

Enhanced CSI-RS[2] design and reporting mechanism

Advanced, high-spatial resolution codebook supporting up to 256 antennas

New features, such as distributed MIMO

C1. Sounding Reference Signal. 2. Channel State Information Reference Signal; 3. High-Power User Equipment (HPUE) Tx power gains

# 5G NR optimized design for TDD reciprocity procedures

## 5G NR slot structure and enhanced Ref Signals enable fast/accurate feedback



**Step 1:**
UL SRS[1] →
Precoding decision →
DL Precoded CSI-RS[2]

**Step 3:**
Precoding + CQI →
Final scheduling decision

**Step 2:**
CSI-RS →
UE CQI[3] feedback

MIMO rate prediction latency reduced from >10 ms in LTE to 1 ms in 5G NR

*Sub-6 GHz, macro cell numerology, 30 kHz tone spacing; Channel sounding opportunity increases from <= 200 Hz with LTE to 2 kHz with 5G NR.
1. Sounding Reference Signal. 2. Channel State Information Reference Signal. 3. Channel Quality Indicator

26



# 5G NR massive MIMO increases coverage & capacity

Faster, more uniform data rates throughout cell



195 Mbps

**3.8x**

5G NR Massive MIMO

52 Mbps

4x4 MIMO

**2.9x**

79 Mbps

5G NR Massive MIMO

27 Mbps

4x4 MIMO

Median Burst Rate          Cell-edge Burst Rate

Assumptions: carrier frequency 4GHz; 200m ISD, 200MHz total bandwidth; base station: 256 antenna elements (x-pol), 48dBm Tx power; UE: 4 Tx/Rx antenna elements, 23dBm max. Tx power; full buffer traffic model, 80% indoor and 20% outdoor UEs.



# Frankfurt Simulation
## 5G NR Sub-6 GHz Non-standalone (NSA)

Learn more:



# Industry-first simulation of real world performance reveals immense 5G user experience gains over 4G

**8.8x**

493 Mbps

102 Mbps

56 Mbps

| 4G device in 4G network | 4G device after 5G is deployed | 5G device in 5G network |

## Median burst rate

**9.2x**

184 Mbps

39 Mbps

20 Mbps

| 4G device in 4G network | 4G device after 5G is deployed | 5G device in 5G network |

## Cell-edge burst rate

Assumptions: Actual Frankfurt city layout; Max LTE bandwidth 80 MHz (carrier frequencies ranging from 700 MHz to 2.7 GHz); 5G NR total bandwidth 100 MHz (carrier frequency 3.5 GHz);  Mix of macro and small cell base stations; Bursty Poisson traffic model; 50% indoor and 50% outdoor UEs; 75% LTE only devices / 25% 5G NR capable devices; NR TDD 3:1 DL/UL slot configuration.  Burst rate comparisons are betwee LTE Cat-9 mainstream devices and 5G NR devices

28



## Tokyo Simulation
5G NR Sub-6 GHz Standalone (SA)

# Industry-first simulation of 5G NR Standalone network

### DL median burst rate    DL cell-edge burst rate



### UL median burst rate    UL cell-edge burst rate



Assumptions: Actual Tokyo city layout; Max LTE bandwidth 60 MHz in 2.5 GHz; 5G NR total bandwidth 100 MHz (carrier frequency 3.5 GHz);  Mix of macro and small cell base stations; Bursty Poisson traffic model; 50% indoor and 50% outdoor UEs; 75% LTE only devices / 25% 5G NR capable devices; NR TDD 3:1 DL/UL slot configuration. Burst rate comparisons are betwee LTE Cat-9 mainstream devices and 5G NR devices.

29



**Downlink Coverage %**
Co-siting with LTE

3.5 GHz

| | Korea City 1 | Japan City 1 | Europe City 1 |
|---|---|---|---|
| Outdoor | 99% | 99% | 98% |
| Indoor | 70% | 67% | 45% |

Site density (per km²): Korea City 1: 41, Japan City 1: 28, Europe City 1: 20

Assuming minimum spectral efficiency of 0.3 bps/Hz over 100 MHz = ~30 Mbps at cell edge; With LTE, outdoor/indoor coverage for Korea city :100%/96%, Japan city 100%/87%, Europe city 100%/80%

# Significant 5G NR 3.5 GHz outdoor & indoor coverage via co-siting
Simulations based on over-the-air testing and channel measurements

# New frontier of mobile broadband — mobilizing mmWave



Vast amount of bandwidth that is ~25x more than what's being used for 3G/4G today

Sub-6 GHz
(e.g., 3.5 GHz)

Millimeter wave (mmWave)
(e.g., 24.25-27.5 GHz, 27.5-29.5 GHz)

6 GHz      24 GHz                                                                100 GHz

**Multi-Gbps data rates**
With large bandwidths (100s of MHz)

**Much more capacity**
With dense spatial reuse

**Lower latency**
Bringing new opportunities

31




Rich media and entertainment for outdoor — augmenting lower bands

More indoor capacity as outdoor mmWave offloads outdoor lower bands





Massive bandwidth for cloud computing

Virtually lag-less experiences — e.g., multiplayer gaming

Dense indoor & outdoor connectivity for venues





New indoor opportunities — e.g., connected enterprises

Fiber-like broadband to the home — fixed mmWave

Beyond smartphones — e.g., smart manufacturing



# 5G NR mmWave will support new and enhanced mobile experiences

- Fiber-like data speeds
- Low latency for real-time interactivity
- Massive capacity for unlimited data plans
- Lower cost per bit

32

# We are overcoming the mobile mmWave challenge

Proving the skeptics wrong about mmWave can never be used for mobile

 **Limited coverage and too costly**
Significant path loss means coverage limited to just a few hundred feet, thus requiring too many small cells

 **Significant coverage with co-siting**
Analog beamforming w/ narrow beam width to overcome path loss. Comprehensive system simulations reusing existing sites.

 **Works only line-of-sight (LOS)[1]**
Blockage from hand, body, walls, foliage, rain etc. severely limits signal propagation

 **Operating in LOS and NLOS[1]**
Pioneered advanced beamforming, beam tracking leveraging path diversity and reflections.

 **Only viable for fixed use**
As proven commercial mmWave deployments are for wireless backhauls and satellites

 **Supporting robust mobility**
Robustness and handoff with adaptive beam steering and switching to overcome blockage from hand, head, body, foliage.

 **Requiring large formfactor**
mmWave is intrinsically more power hungry due to wider bandwidth with thermal challenges in small formfactor

 **Commercializing smartphone**
Announced modem, RF, and antenna products to meet formfactor and thermal constraints, plus device innovations.

1 LOS: Line of sight, NLOS: Non-line-of-sight

# Many milestones to mobilize 5G NR mmWave

      

**1990+**

Many years of foundational technology research on mmWave, MIMO, advanced RF

**Oct. 2016**

Introduced world's first announced 5G modem, the Qualcomm® Snapdragon™ X50, mmWave & sub-6 GHz

**Mar. 2017**

Led way forward on accelerated 5G NR eMBB workplan, to enable mmWave launches in 2019

**Sep. 2017**

Showcased 5G NR mmWave coverage simulations announced prototype mmWave UE

**Dec. 2017**

Achieved world's first 5G NR mmWave standards-compliant connection with partner

**Jul. 2018**

Launched the world's first 5G NR RF module for mobile devices

**Oct. 2018**

Introduced even smaller 5G NR RF module that is 25% smaller in size

**Feb. 2019**

Announced our second generation multimode 5G modem, Qualcomm® Snapdragon™ X55

**1H19+**

Commercial 5G NR mmWave network and devices including data cards and smartphones

5G NR field trials with MNOs & infra vendors

**MWC 2016**

Demonstrated Non-line of sight (NLOS) mmWave mobility with beam steering, first at 5G analyst day in October 2015



**MWC 2017**

Demonstrated NLOS van mobility with beam steering & switching across access points



**Sep. 2017**

Launched world's first mmWave smartphone, Asus ZenFone, supporting 802.11ad 60 GHz

 

**Oct. 2017**

Demonstrated world's first 5G mmWave connection based on Snapdragon X50; announced smartphone reference design



**MWC 2018**

Completed interoperability testing with multiple infrastructure vendors, showcased 5G network capacity simulations



**May 2018**

Introduced FSM100xx, industry's first 5G NR solution for small cells and remote radio heads



**Sep. 2018**

Announced first 3GPP-compliant 5G NR mmWave OTA call with a mobile form factor device



**MWC 2019**

Announced our indoor and outdoor mmWave e2e OTA test networks and showcased indoor mmWave simulations



Qualcomm Snapdragon is a product of Qualcomm Technologies, Inc. and/or its subsidiaries.

# Mobilizing mmWave with 5G NR technologies

## Deploying a dense mmWave network with spatial reuse — ~150 – 200m ISD



Directional antennas with adaptable 3D beamforming and beam tracking

Device antenna diversity and dual connectivity

Multipath signal propagation with reflections

Tight integration with sub-6 macro network (LTE or 5G NR)

Fast beam steering and switching within and across access points

Delivering robust NLOS connectivity

Supporting seamless mobility

Complementing macro area coverage



Empowering the 5G ecosystem
# Advanced 5G Simulations

for network planning based on our extensive over-the-air testing and channel measurements



# Collaborating with global operators to demonstrate significant 5G NR mmWave capacity & coverage



Example: San Francisco

**62%**
Outdoor coverage

**5x**
Increase in capacity[1]

**320** Mbps
Cell edge burst rate[2]

**1.4** Gbps
Median burst rate

- Significant outdoor coverage, user experience and capacity gains utilizing existing LTE infrastructure (including LAA small cells for Gigabit LTE)
- Outdoor coverage only; frees up sub-6 GHz resources for out-to-indoor capacity
- Dual connectivity with LTE or aggregation with sub-6 GHz 5G NR ensures complete coverage

1 Compared to Gigabit LTE only with additional 800 MHz spectrum in 28 GHz; 2 Cell edge defined as 0.4 bps/Hz = 320 Mbps for 8x100 MHz channel bandwidth

36

# Showcasing enhanced mobile mmWave user experiences



Simulation assumes 5G NR mmWave co-siting at actual LTE DAS locations in Fira Gran Via Hall 3, uses 800 MHz spectrum in 28 GHz, and is based on Qualcomm engineering simulation tools

# Advanced Network Simulations
## Deploying 28 GHz 5G NR mobile mmWave at Mobile World Congress venue



| Ubiquitous coverage via co-siting | Virtually unlimited capacity | Multi-Gbps speed & low latency | More uniform user experience |

For a wide range of mobile devices:

  

37



**Downlink**
**Uplink**
Coverage %

Co-siting with LTE

**26 / 28 GHz** | **39 GHz**

75% 64% | 62% 46% | 76% 62% | 72% 57% | 65% 52% | 53% 40% | 41% 33% | 69% 41% | 52% 30%

Median Downlink
Burst Rate (Gbps)

| | US City 1 | US City 2 | Korean City 1 | Hong Kong | Japan City 1 | Russia City 1 | Europe City 1 | US City 1 | US City 2 |
|---|---|---|---|---|---|---|---|---|---|
| | 2.2 Gbps | 1.5 Gbps | 2.7 Gbps | 2.4 Gbps | 2.7 Gbps | 2.0 Gbps | 2.2 Gbps | 1.5 Gbps | 1.2 Gbps |

| Site density (per km²) | Total | 48 | 36 | 41 | 39 | 28 | 26 | 28 | 48 | 36 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Macro | 0 | 8 | 33 | 39 | 28 | 26 | 7 | 0 | 8 |
| | Small | 48 | 28 | 8 | 0 | 0 | 0 | 21 | 48 | 28 |

Simulations assumptions: Based on MAPL (maximum allowable path loss) analysis with ray tracer propagation model and city/area specific models; minimum 0.4 bps/Hz and 0.2 bps/Hz for downlink data and control, out-to-out coverage only; Using 800 MHz DL bandwidth and 100 MHz uplink bandwidth with 7:1 DL:UL TDD

# Significant 5G NR mmWave outdoor coverage via co-siting
Simulations based on over-the-air testing and channel measurements

38

# Spectrum aggregation essential to 5G NR deployments



Carrier Aggregation (CA) and Dual Connectivity enable deployments with tightly and loosely coordinated cells

## Dual Connectivity across LTE and NR

Fully leveraging LTE investments and coverage, including NSA operation for early 5G NR deployments

## CA across spectrum bands

E.g., tight CA between 5G NR mmWave and sub-6 GHz to address mmWave coverage gaps

## CA across FDD and TDD bands

Sub-1 GHz and mid/high band aggregation; supplemental uplink for better coverage, supplemental downlink for capacity

## CA across spectrum types

E.g., Licensed and unlicensed with 5G NR Licensed Assisted Access (LAA) – approved Rel-15 Study Item

## Building on solid LTE CA and Dual Connectivity foundation

**LTE Rel-10+**
Supplemental DL
FDD/TDD CA
LAA CA
Dual Connectivity

**5G NR Rel-15+**
LTE/5G NR NSA
Supplemental UL
Supplemental DL
FDD/TDD CA
NR LAA CA
Dual Connectivity

# Dual connectivity to fully utilize LTE investments

## Gigabit LTE provides the coverage foundation for 5G eMBB



Existing deployments

Gigabit LTE, VoLTE

Ubiquitous LTE coverage

640+ Commercial networks

9,500+ Commercial devices

2.3B+ LTE/LTE-A subscriptions

Virtually seamless mobility
Simultaneous dual-connectivity
across 5G NR and 4G LTE

5G augmented deployments

Gigabit LTE, VoLTE

5G NR below 10 GHz

5G NR above 10 GHz

5G NR mmWave

5G NR
low / mid-band and
LTE coverage

Qualcomm Snapdragon is a product of Qualcomm Technologies, Inc. and/or its subsidiaries. Source: GSA (www.gsacom.com) – Oct 2017 on network launches, Oct 2017 on subscriptions, Nov 2017 on commercial devices

Enabling gigabit experiences
virtually everywhere

Providing VoLTE leveraging
LTE's ubiquitous coverage

Supplementing 5G NR
mid-band and mmWave

40

# 5G NR FDD/TDD CA to support mid-band deployments

## Low-band FDD can help increase 5G NR TDD UL data rate/range[1]



**5G NR mmWave**
e.g., TDD 28 GHz

**5G NR mid-band**
e.g., TDD 3-5 GHz

**Low-band**
e.g., FDD 700 MHz

Frequency

Time



### Non-Standalone (NSA)
Low-band LTE or NR UL can help increase UL data rate/range



e.g. <1 GHz            LTE Anchor            NR TDD, e.g. 3.5 GHz

### Standalone (SA)
NR low-band can carry NR uplink control and data for edge cell users



e.g. <1 GHz



NR TDD, e.g. 3.5 GHz

1 Thanks to less path loss and no DL:UL split - depends on massive MIMO, site density, TDD configuration

41

# Dynamic Spectrum Sharing (DSS) in 3GPP Release 15

## For supporting 5G NR in lower FDD bands for NSA and SA deployments





- LTE controlled sharing – 5G NR to avoid resources used by LTE (e.g., LTE CRS[1])
- No impact to legacy LTE devices – DSS support only required for 5G NR devices
- System efficiency depends on LTE/5G NR traffic volume and device penetration

1 Cell Specific Reference Signal

| Supports 5G NR in LTE bands today with "soft refarming" | Efficient use of spectrum with low sharing overhead | DSS & carrier aggregation are key enablers for SA migration |

# Accelerated 5G to 2019 with non-standalone mode



# Expand coverage with lower bands



**Expand 5G coverage**
- Dynamic Spectrum Sharing (DSS)
- 5G FDD in low bands

EPC

Higher band 5G NR

Lower band LTE + 5G NR[1]

Higher band 5G

NSA UE

LTE

5G NR

Frequency

Time

100ms   100ms   100ms

Lower 5G/4G FDD band

5G UE

# Direct migration to standalone core network with DSS



Higher band
5G NR

Lower band
LTE + 5G NR[1]

SA
UE

5G
UE

Higher band 5G

Lower 5G/4G FDD band

5G core
network

Option 2 to introduce 5G
core services like QoS,
security, slicing

# Increase 5G performance with carrier aggregation



Aggregated performance

Extends high band usable coverage to downlink limit[1]

Higher band 5G NR

Lower band LTE + 5G NR

SA UE

5G UE

High/mid 5G band

TDD UL[1]        TDD DL

5G core network

Standalone option 2

Extended coverage with DSS and FDD low bands

# Non-Standalone (NSA) stepping stone to new core



Fast-to-launch  | VoLTE & CS voice

# Standalone (SA) for new core benefits



NFV and SDN | VoNR & fallback to VoLTE

47

# 5G next Gen Core (NGC) also part of 3GPP Rel-15

Increased flexibility through NFV and SDN – essential to 5G NR expansion



Mobile broadband

Mission-critical control

Internet of Things

Configurable end-to-end connectivity per vertical

Modular, specialized network functions per service

Flexible subscription models

Dynamic control and user planes with more functionality at the edge

NFV: Network Functions Virtualization; SDN: Software Defined Networking

Better cost/energy efficiency

Optimized performance

Flexible biz models and deployments

Dynamic creation of services

48

# Making 5G NR a commercial reality

Qualcomm, leading the world to 5G





# Our system-level inventions fuel the mobile industry

*Cumulative expenditures to date since 1985. Taking significant risks to start early with an end-to-end design

# Foundation to 5G leadership is technology leadership

Early R&D and technology inventions essential to leading ecosystem forward



**Invention**
Invent new technologies and e2e system architecture

**Proof-of-concept**
Deliver end-to-end prototypes and impactful demonstrations

**Vision**
Identify a problem or need; establish requirements

**Standardization**
Drive e2e design with ecosystem and through standards process

**Commercialization**
Engage with global network operators to deploy new features with standards-compliant infrastructure and devices

**Trials**
Collaborate on OTA field trials that track 3GPP standardization and drive ecosystem towards rapid commercialization

51

# We have led the evolution and expansion of LTE

## Delivering fundamental systems-level inventions that are essential to 5G



# Cutting-edge 5G NR mobile prototype systems

Sub-6 GHz and mmWave








## 5G NR Baseband

Flexibly designed to track and drive
3GPP standardization in Rel-15+

## 5G NR UE

RFFE in mobile form-factors
to mimic real-world performance

## 5G NR gNodeB

Enable early system-level testing
and demonstrations



- World's first announced 5G NR prototype – June 2016
- World's first 5G NR data connection – February 2017
- World's first interoperable 5G NR system – November 2017

53

# World's first 5G NR milestones led by Qualcomm

### MWC 2017

Demonstrated NLOS van mobility with beam steering & switching across access points



### December 2017



World's first interoperable 5G NR mmWave data connection



### MWC 2018



Interoperable 5G NR sub-6 GHz & mmWave connections with 5 vendors



### 2H-2018

Rel-15 5G NR trials based on Snapdragon X50 modem chipset and QTM052 antenna modules



### MWC 2016

Demonstrated Non-line of sight (NLOS) mmWave mobility with beam steering, first at 5G analyst day in October 2015



### November 2017

ZTE中兴

World's first interoperable 5G NR sub-6 GHz data connection



### February 2018

NOKIA

Successful multi-band    5G NR interoperability testing



### June 2018



5G NR interoperability testing preparing for the Chinese mass market



### 1H19

Commercial 5G NR networks and devices

## Driving the 5G ecosystem towards 2019 launches in collaboration with 40+ global mobile network operators and 40+ device manufacturers

# Commercializing mmWave

## in a smartphone form factor









9.5 mm

160 mm

73.8 mm

mmWave (60 GHz)
viability in handset
form factor

11ad in Asus
Zenfone 4 Pro

Qualcomm®
5G NR mmWave
prototype

Qualcomm®
5G NR mobile
test device

5G NR mmWave
Qualcomm®
Reference Design

Qualcomm Reference Design and Qualcomm Snapdragon are products of Qualcomm Technologies, Inc. and/or its subsidiaries.



Qualcomm® Snapdragon™

# X50

## 5G Modem family

### World's first announced
### 5G NR multimode modems

 5G NR standards compliant

 Sub-6 + mmWave

 Premium-tier
smartphones in 2019

Qualcomm Snapdragon is a product of Qualcomm Technologies, Inc. and/or its subsidiaries.



## Multi-Gigabit over mmWave on working Snapdragon X50 silicon

## 5G NR Interoperability and field trials using form factor mobile test device

## Providing Qualcomm Reference Design to accelerate commercial devices



First 5G NR mmWave over-the-air data call, with Ericsson

First 5G NR Sub 6 GHz over-the-air data call, with Ericsson

| Oct 2017 | Feb 2018 | 2H 2018 | Sep 2018 | Oct 2018 | 1H 2019 |

Qualcomm Snapdragon is a product of Qualcomm Technologies, Inc. and/or its subsidiaries.



## World's first 5G NR modem-RF system

 5G NR standards compliant

 Sub-6 + mmWave

 Premium-tier smartphones in 2019

# Milestones achieved in 2019

**Feb 2019**

Built an end-to-end 5G NR massive MIMO over-the-air test network



**Feb 2019**

Introduced industry's first mobile platform with integrated 5G



**May 2019**

Qualcomm and Lenovo unveil world's first 5G PC



**July 2019**

Introduced end-to-end over-the-air 5G mmWave test network in Europe



**Sept 2019**

Successful 5G data connection in standalone mode

**Feb 2019**

Demonstrated 5G NR mmWave technologies on over-the-air test networks supporting NSA mode at 28 GHz



**Feb 2019**

Unveiled world's most advanced commercial multimode 5G modem



X55 5G modem-RF system

**April 2019**

Qualcomm and Swisscom bring 5G to Europe with the first-announced commercial services



Askey
LG
OPPO
WNC

**July 2019**

World's first low-band 5G data session on a commercial 5G modem



**Aug 2019**

Enabled Europe's first 5G mmWave network in Moscow



Global operators and OEMs using Qualcomm® Snapdragon™ X50 5G NR modem family for mobile 5G NR trials and devices

Qualcomm Snapdragon is a product of Qualcomm Technologies, Inc. and/or its subsidiaries.


















Vodafone Group





















# Qualcomm® QTM052 5G mmWave antenna module

Rapid miniaturization of mmWave modules to bring 5G smartphones to the World in 2019





July 2018



October 2018



Qualcomm® 5G NR reference design (partially assembled state)

Qualcomm QTM052 is a product of Qualcomm Technologies, Inc. and/or its subsidiaries.
Qualcomm 5G NR Reference Design is a program of Qualcomm Technologies, Inc. and/or its subsidiaries.

# Driving 5G NR evolution and expansion

3GPP Release-16 and beyond





Private networks

5G massive IoT

5G broadcast

mmWave evolution, indoor, enterprises

Sub-6 GHz evolution, new use case


Industrial IoT with eURLLC


5G NR C-V2X, smart transportation


Future verticals, services, devices


Shared / unlicensed spectrum


New device classes like boundless XR

Rel.15
eMBB expansion

Laptops

Automotive

# Driving the 5G expansion

Our technology inventions drove the 5G foundation

Fixed wireless access

New device classes like tethered XR

Smartphones

Rel.16-17

62

# Qualcomm

# 5G NR

## 5G is the foundation to what's next. We are the foundation to 5G.

Learn more at www.qualcomm.com / 5G



Making 5G NR a commercial reality for 2019 eMBB deployments



Driving the expansion of 5G NR ecosystem and opportunity

# Questions?

## Connect with Us

 www.qualcomm.com/wireless

 www.qualcomm.com/news/onq

 @qualcomm_tech

 http://www.youtube.com/playlist?list=PL8A
D95E4F585237C1&feature=plcp

 http://www.slideshare.net/qualcommwirelessevolution

**Qualcomm**

# Thank you!

Follow us on: f ✗ in
For more information, visit us at:
www.qualcomm.com & www.qualcomm.com/blog

Nothing in these materials is an offer to sell any of the components or devices referenced herein.

©2018-2019 Qualcomm Technologies, Inc. and/or its affiliated companies. All Rights Reserved.

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Other products and brand names may be trademarks or registered trademarks of their respective owners.

References in this presentation to "Qualcomm" may mean Qualcomm Incorporated, Qualcomm Technologies, Inc., and/or other subsidiaries or business units within the Qualcomm corporate structure, as applicable. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its product and services businesses, including its semiconductor business, QCT.