# Exhibit D

# ETSI TS 138 212 V15.8.0 (2020-01)



**TECHNICAL SPECIFICATION**

**5G;**
**NR;**
**Multiplexing and channel coding**
**(3GPP TS 38.212 version 15.8.0 Release 15)**



Reference

RTS/TSGR-0138212vf80

Keywords

5G

*ETSI*

650 Route des Lucioles
F-06921 Sophia Antipolis Cedex - FRANCE

Tel.: +33 4 92 94 42 00   Fax: +33 4 93 65 47 16

Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

---

*Important notice*

The present document can be downloaded from:
http://www.etsi.org/standards-search

The present document may be made available in electronic versions and/or in print. The content of any electronic and/or print versions of the present document shall not be modified without the prior written authorization of ETSI. In case of any existing or perceived difference in contents between such versions and/or in print, the prevailing version of an ETSI deliverable is the one made publicly available in PDF format at www.etsi.org/deliver.

Users of the present document should be aware that the document may be subject to revision or change of status. Information on the current status of this and other ETSI documents is available at
https://portal.etsi.org/TB/ETSIDeliverableStatus.aspx

If you find errors in the present document, please send your comment to one of the following services:
https://portal.etsi.org/People/CommiteeSupportStaff.aspx

*Copyright Notification*

No part may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm except as authorized by written permission of ETSI.
The content of the PDF version shall not be modified without the written authorization of ETSI.
The copyright and the foregoing restriction extend to reproduction in all media.

© ETSI 2020.
All rights reserved.

**DECT™**, **PLUGTESTS™**, **UMTS™** and the ETSI logo are trademarks of ETSI registered for the benefit of its Members.
**3GPP™** and **LTE™** are trademarks of ETSI registered for the benefit of its Members and
of the 3GPP Organizational Partners.
**oneM2M™** logo is a trademark of ETSI registered for the benefit of its Members and
of the oneM2M Partners.
**GSM**® and the GSM logo are trademarks registered and owned by the GSM Association.

# Intellectual Property Rights

### Essential patents

IPRs essential or potentially essential to normative deliverables may have been declared to ETSI. The information pertaining to these essential IPRs, if any, is publicly available for **ETSI members and non-members**, and can be found in ETSI SR 000 314: *"Intellectual Property Rights (IPRs); Essential, or potentially Essential, IPRs notified to ETSI in respect of ETSI standards"*, which is available from the ETSI Secretariat. Latest updates are available on the ETSI Web server (https://ipr.etsi.org/).

Pursuant to the ETSI IPR Policy, no investigation, including IPR searches, has been carried out by ETSI. No guarantee can be given as to the existence of other IPRs not referenced in ETSI SR 000 314 (or the updates on the ETSI Web server) which are, or may be, or may become, essential to the present document.

### Trademarks

The present document may include trademarks and/or tradenames which are asserted and/or registered by their owners. ETSI claims no ownership of these except for any which are indicated as being the property of ETSI, and conveys no right to use or reproduce any trademark and/or tradename. Mention of those trademarks in the present document does not constitute an endorsement by ETSI of products, services or organizations associated with those trademarks.

# Legal Notice

This Technical Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP).

The present document may refer to technical specifications or reports using their 3GPP identities. These shall be interpreted as being references to the corresponding ETSI deliverables.

The cross reference between 3GPP and ETSI identities can be found under http://webapp.etsi.org/key/queryform.asp.

# Modal verbs terminology

In the present document "**shall**", "**shall not**", "**should**", "**should not**", "**may**", "**need not**", "**will**", "**will not**", "**can**" and "**cannot**" are to be interpreted as described in clause 3.2 of the ETSI Drafting Rules (Verbal forms for the expression of provisions).

"**must**" and "**must not**" are **NOT** allowed in ETSI deliverables except when used in direct citation.

# Contents

Intellectual Property Rights ........................................................................................................................................ 2

Legal Notice ............................................................................................................................................................... 2

Modal verbs terminology ........................................................................................................................................... 2

Foreword .................................................................................................................................................................... 6

1    Scope .............................................................................................................................................................. 7

2    References ...................................................................................................................................................... 7

3    Definitions, symbols and abbreviations ........................................................................................................ 7
3.1        Definitions ................................................................................................................................................ 7
3.2        Symbols .................................................................................................................................................... 7
3.3        Abbreviations ........................................................................................................................................... 7

4    Mapping to physical channels ....................................................................................................................... 8
4.1        Uplink ....................................................................................................................................................... 8
4.2        Downlink ................................................................................................................................................... 9

5    General procedures ........................................................................................................................................ 9
5.1        CRC calculation ....................................................................................................................................... 9
5.2        Code block segmentation and code block CRC attachment .................................................................... 10
5.2.1          Polar coding ....................................................................................................................................... 10
5.2.2          Low density parity check coding ....................................................................................................... 11
5.3        Channel coding ........................................................................................................................................ 12
5.3.1          Polar coding ....................................................................................................................................... 13
5.3.1.1             Interleaving ................................................................................................................................... 13
5.3.1.2             Polar encoding .............................................................................................................................. 14
5.3.2          Low density parity check coding ....................................................................................................... 18
5.3.3          Channel coding of small block lengths .............................................................................................. 25
5.3.3.1             Encoding of 1-bit information ...................................................................................................... 25
5.3.3.2             Encoding of 2-bit information ...................................................................................................... 25
5.3.3.3             Encoding of other small block lengths ......................................................................................... 26
5.4        Rate matching .......................................................................................................................................... 26
5.4.1          Rate matching for Polar code ............................................................................................................. 26
5.4.1.1             Sub-block interleaving .................................................................................................................. 26
5.4.1.2             Bit selection ................................................................................................................................. 28
5.4.1.3             Interleaving of coded bits ............................................................................................................ 28
5.4.2          Rate matching for LDPC code ........................................................................................................... 29
5.4.2.1             Bit selection ................................................................................................................................. 29
5.4.2.2             Bit interleaving ............................................................................................................................. 32
5.4.3          Rate matching for channel coding of small block lengths ................................................................. 32
5.5        Code block concatenation ....................................................................................................................... 32

6    Uplink transport channels and control information ...................................................................................... 33
6.1        Random access channel ........................................................................................................................... 33
6.2        Uplink shared channel ............................................................................................................................. 33
6.2.1          Transport block CRC attachment ....................................................................................................... 33
6.2.2          LDPC base graph selection ................................................................................................................ 33
6.2.3          Code block segmentation and code block CRC attachment .............................................................. 33
6.2.4          Channel coding of UL-SCH ............................................................................................................... 33
6.2.5          Rate matching ..................................................................................................................................... 34
6.2.6          Code block concatenation .................................................................................................................. 34
6.2.7          Data and control multiplexing ........................................................................................................... 34
6.3        Uplink control information ...................................................................................................................... 44
6.3.1          Uplink control information on PUCCH .............................................................................................. 44
6.3.1.1             UCI bit sequence generation ........................................................................................................ 44
6.3.1.1.1                HARQ-ACK/SR only ............................................................................................................ 44
6.3.1.1.2                CSI only ................................................................................................................................. 44

6.3.1.1.3        HARQ-ACK/SR and CSI ................................................................................................................52
6.3.1.2          Code block segmentation and CRC attachment ..........................................................................53
6.3.1.2.1        UCI encoded by Polar code ........................................................................................................53
6.3.1.2.2        UCI encoded by channel coding of small block lengths..............................................................53
6.3.1.3          Channel coding of UCI ...............................................................................................................53
6.3.1.3.1        UCI encoded by Polar code ........................................................................................................53
6.3.1.3.2        UCI encoded by channel coding of small block lengths..............................................................54
6.3.1.4          Rate matching ............................................................................................................................54
6.3.1.4.1        UCI encoded by Polar code ........................................................................................................54
6.3.1.4.2        UCI encoded by channel coding of small block lengths..............................................................55
6.3.1.5          Code block concatenation ...........................................................................................................56
6.3.1.6          Multiplexing of coded UCI bits to PUCCH ...............................................................................56
6.3.2            Uplink control information on PUSCH ........................................................................................58
6.3.2.1          UCI bit sequence generation ......................................................................................................58
6.3.2.1.1        HARQ-ACK ..............................................................................................................................58
6.3.2.1.2        CSI.............................................................................................................................................59
6.3.2.2          Code block segmentation and CRC attachment ..........................................................................62
6.3.2.2.1        UCI encoded by Polar code ........................................................................................................62
6.3.2.2.2        UCI encoded by channel coding of small block lengths..............................................................62
6.3.2.3          Channel coding of UCI ...............................................................................................................62
6.3.2.3.1        UCI encoded by Polar code ........................................................................................................62
6.3.2.3.2        UCI encoded by channel coding of small block lengths..............................................................62
6.3.2.4          Rate matching ............................................................................................................................63
6.3.2.4.1        UCI encoded by Polar code ........................................................................................................63
6.3.2.4.1.1      HARQ-ACK ..............................................................................................................................63
6.3.2.4.1.2      CSI part 1 ...................................................................................................................................65
6.3.2.4.1.3      CSI part 2 ...................................................................................................................................67
6.3.2.4.2        UCI encoded by channel coding of small block lengths..............................................................69
6.3.2.4.2.1      HARQ-ACK ..............................................................................................................................69
6.3.2.4.2.2      CSI part 1 ...................................................................................................................................69
6.3.2.4.2.3      CSI part 2 ...................................................................................................................................69
6.3.2.5          Code block concatenation ...........................................................................................................69
6.3.2.6          Multiplexing of coded UCI bits to PUSCH ...............................................................................69

7                Downlink transport channels and control information ...................................................................70
7.1              Broadcast channel.......................................................................................................................70
7.1.1            PBCH payload generation ..........................................................................................................70
7.1.2            Scrambling .................................................................................................................................71
7.1.3            Transport block CRC attachment ...............................................................................................72
7.1.4            Channel coding ..........................................................................................................................72
7.1.5            Rate matching ............................................................................................................................72
7.2              Downlink shared channel and paging channel .............................................................................72
7.2.1            Transport block CRC attachment ...............................................................................................72
7.2.2            LDPC base graph selection.........................................................................................................73
7.2.3            Code block segmentation and code block CRC attachment .........................................................73
7.2.4            Channel coding ..........................................................................................................................73
7.2.5            Rate matching ............................................................................................................................73
7.2.6            Code block concatenation ...........................................................................................................73
7.3              Downlink control information .....................................................................................................74
7.3.1            DCI formats ...............................................................................................................................74
7.3.1.0          DCI size alignment.....................................................................................................................74
7.3.1.1          DCI formats for scheduling of PUSCH ......................................................................................76
7.3.1.1.1        Format 0_0 ................................................................................................................................76
7.3.1.1.2        Format 0_1 ................................................................................................................................78
7.3.1.2          DCI formats for scheduling of PDSCH ......................................................................................91
7.3.1.2.1        Format 1_0 ................................................................................................................................91
7.3.1.2.2        Format 1_1 ................................................................................................................................94
7.3.1.3          DCI formats for other purposes ................................................................................................101
7.3.1.3.1        Format 2_0 ..............................................................................................................................101
7.3.1.3.2        Format 2_1 ..............................................................................................................................101
7.3.1.3.3        Format 2_2 ..............................................................................................................................101
7.3.1.3.4        Format 2_3 ..............................................................................................................................102

7.3.2      CRC attachment ......................................................................................................................................... 102
7.3.3      Channel coding .......................................................................................................................................... 103
7.3.4      Rate matching ............................................................................................................................................ 103

**Annex <A> (informative):    Change history ........................................................................................... 104**

**History** ........................................................................................................................................................................ 105

# Foreword

This Technical Specification has been produced by the 3rd Generation Partnership Project (3GPP).

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x    the first digit:

1    presented to TSG for information;

2    presented to TSG for approval;

3    or greater indicates TSG approved document under change control.

y    the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z    the third digit is incremented when editorial only changes have been incorporated in the document.

# 1        Scope

The present document specifies the coding, multiplexing and mapping to physical channels for 5G NR.

# 2        References

The following documents contain provisions which, through reference in this text, constitute provisions of the present document.

- References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific.

- For a specific reference, subsequent revisions do not apply.

- For a non-specific reference, the latest version applies. In the case of a reference to a 3GPP document (including a GSM document), a non-specific reference implicitly refers to the latest version of that document *in the same Release as the present document*.

[1]        3GPP TR 21.905: "Vocabulary for 3GPP Specifications".

[2]        3GPP TS 38.201: "NR; Physical Layer – General Description"

[3]        3GPP TS 38.202: "NR; Services provided by the physical layer"

[4]        3GPP TS 38.211: "NR; Physical channels and modulation"

[5]        3GPP TS 38.213: "NR; Physical layer procedures for control"

[6]        3GPP TS 38.214: "NR; Physical layer procedures for data"

[7]        3GPP TS 38.215: "NR; Physical layer measurements"

[8]        3GPP TS 38.321: "NR; Medium Access Control (MAC) protocol specification"

[9]        3GPP TS 38.331: "NR; Radio Resource Control (RRC) protocol specification"

# 3        Definitions, symbols and abbreviations

## 3.1        Definitions

For the purposes of the present document, the terms and definitions given in 3GPP TR 21.905 [1] and the following apply. A term defined in the present document takes precedence over the definition of the same term, if any, in 3GPP TR 21.905 [1].

## 3.2        Symbols

For the purposes of the present document, the following symbols apply:

## 3.3        Abbreviations

For the purposes of the present document, the abbreviations given in 3GPP TR 21.905 [1] and the following apply. An abbreviation defined in the present document takes precedence over the definition of the same abbreviation, if any, in 3GPP TR 21.905 [1].

BCH          Broadcast channel
CBG          Code block group

| | |
|---|---|
| CBGTI | Code block group transmission information |
| CORESET | Control resource set |
| CQI | Channel quality indicator |
| CRC | Cyclic redundancy check |
| CRI | CSI-RS resource indicator |
| CSI | Channel state information |
| CSI-RS | CSI reference signal |
| DAI | Downlink assignment index |
| DCI | Downlink control information |
| DL | Downlink |
| DL-SCH | Downlink shared channel |
| DMRS | Dedicated demodulation reference signal |
| HARQ | Hybrid automatic repeat request |
| HARQ-ACK | Hybrid automatic repeat request acknowledgement |
| LDPC | Low density parity check |
| LI | Layer indicator |
| MCS | Modulation and coding scheme |
| OFDM | Orthogonal frequency division multiplex |
| PBCH | Physical broadcast channel |
| PCH | Paging channel |
| PDCCH | Physical downlink control channel |
| PDSCH | Physical downlink shared channel |
| PMI | Precoding matrix indicator |
| PRB | Physical resource block |
| PRACH | Physical random access channel |
| PTRS | Phase-tracking reference signal |
| PUCCH | Physical uplink control channel |
| PUSCH | Physical uplink shared channel |
| RACH | Random access channel |
| RI | Rank indicator |
| RSRP | Reference signal received power |
| SFN | System frame number |
| SR | Scheduling request |
| SRS | Sounding reference signal |
| SS | Synchronisation signal |
| SUL | Supplementary uplink |
| TPC | Transmit power control |
| TrCH | Transport channel |
| UCI | Uplink control information |
| UE | User equipment |
| UL | Uplink |
| UL-SCH | Uplink shared channel |
| VRB | Virtual resource block |
| ZP CSI-RS | Zero power CSI-RS |

# 4       Mapping to physical channels

## 4.1      Uplink

Table 4.1-1 specifies the mapping of the uplink transport channels to their corresponding physical channels. Table 4.1-2 specifies the mapping of the uplink control channel information to its corresponding physical channel.

**Table 4.1-1**

| TrCH | Physical Channel |
|---|---|
| UL-SCH | PUSCH |
| RACH | PRACH |

**Table 4.1-2**

| Control information | Physical Channel |
|---|---|
| UCI | PUCCH, PUSCH |

## 4.2      Downlink

Table 4.2-1 specifies the mapping of the downlink transport channels to their corresponding physical channels. Table 4.2-2 specifies the mapping of the downlink control channel information to its corresponding physical channel.

**Table 4.2-1**

| TrCH | Physical Channel |
|---|---|
| DL-SCH | PDSCH |
| BCH | PBCH |
| PCH | PDSCH |

**Table 4.2-2**

| Control information | Physical Channel |
|---|---|
| DCI | PDCCH |

# 5      General procedures

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

## 5.1      CRC calculation

Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:

- $g_{\text{CRC24A}}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ for a CRC length $L = 24$;

- $g_{\text{CRC24B}}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$;

- $g_{\text{CRC24C}}(D) = [D^{24} + D^{23} + D^{21} + D^{20} + D^{17} + D^{15} + D^{13} + D^{12} + D^8 + D^4 + D^2 + D + 1]$ for a CRC length $L = 24$;

- $g_{\text{CRC16}}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$;

- $g_{\text{CRC11}}(D) = [D^{11} + D^{10} + D^9 + D^5 + 1]$ for a CRC length $L = 11$;

- $g_{\text{CRC6}}(D) = [D^6 + D^5 + 1]$ for a CRC length $L = 6$.

The encoding is performed in a systematic form, which means that in GF(2), the polynomial:

$$a_0 D^{A+L-1} + a_1 D^{A+L-2} + ... + a_{A-1} D^L + p_0 D^{L-1} + p_1 D^{L-2} + ... + p_{L-2} D^1 + p_{L-1}$$

yields a remainder equal to 0 when divided by the corresponding CRC generator polynomial.

The bits after CRC attachment are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B = A + L$. The relation between $a_k$ and $b_k$ is:

$b_k = a_k$    for $k = 0,1,2,...,A-1$

$b_k = p_{k-A}$    for $k = A, A+1, A+2,..., A+L-1$.

# 5.2        Code block segmentation and code block CRC attachment

## 5.2.1        Polar coding

The input bit sequence to the code block segmentation is denoted by $a_0, a_1, a_2, a_3,..., a_{A-1}$, where $A > 0$.

if $I_{seg} = 1$

    Number of code blocks: $C = 2$;

else

    Number of code blocks: $C = 1$;

end if

$A' = \lceil A/C \rceil \cdot C$;

for $i = 0$ to $A' - A - 1$

    $a'_i = 0$;

end for

for $i = A' - A$ to $A' - 1$

    $a'_i = a_{i-(A'-A)}$;

end for

$s = 0$;

for $r = 0$ to $C - 1$

    for $k = 0$ to $A'/C - 1$

        $c_{rk} = a'_s$;

        $s = s + 1$;

    end for

    The sequence $c_{r0}, c_{r1}, c_{r2}, c_{r3},..., c_{r(A'/C-1)}$ is used to calculate the CRC parity bits $p_{r0}, p_{r1}, p_{r2},..., p_{r(L-1)}$ according to Subclause 5.1 with a generator polynomial of length $L$.

    for $k = A'/C$ to $A'/C + L - 1$

        $c_{rk} = p_{r(k-A'/C)}$;

    end for

end for

The value of $A$ is no larger than 1706.

## 5.2.2      Low density parity check coding

The input bit sequence to the code block segmentation is denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B > 0$. If $B$ is larger than the maximum code block size $K_{cb}$, segmentation of the input bit sequence is performed and an additional CRC sequence of $L = 24$ bits is attached to each code block.

For LDPC base graph 1, the maximum code block size is:

-    $K_{cb} = 8448$.

For LDPC base graph 2, the maximum code block size is:

-    $K_{cb} = 3840$.

Total number of code blocks $C$ is determined by:

if $B \le K_{cb}$

   $L = 0$

   Number of code blocks: $C = 1$

   $B' = B$

else

   $L = 24$

   Number of code blocks: $C = \lceil B / (K_{cb} - L) \rceil$.

   $B' = B + C \cdot L$

end if

The bits output from code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $0 \le r < C$ is the code block number, and $K_r = K$ is the number of bits for the code block number $r$.

The number of bits $K$ in each code block is calculated as:

   $K' = B'/C$;

   For LDPC base graph 1,

      $K_b = 22$.

   For LDPC base graph 2,

      if $B > 640$

         $K_b = 10$;

      elseif $B > 560$

         $K_b = 9$;

      elseif $B > 192$

         $K_b = 8$;

      else

         $K_b = 6$;

end if

find the minimum value of $Z$ in all sets of lifting sizes in Table 5.3.2-1, denoted as $Z_c$, such that $K_b \cdot Z_c \geq K'$, and set $K = 22Z_c$ for LDPC base graph 1 and $K = 10Z_c$ for LDPC base graph 2;

The bit sequence $c_{rk}$ is calculated as:

$s = 0$;

for $r = 0$ to $C-1$

    for $k = 0$ to $K'-L-1$

        $c_{rk} = b_s$;

        $s = s+1$;

    end for

    if $C > 1$

        The sequence $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K'-L-1)}$ is used to calculate the CRC parity bits $p_{r0}, p_{r1}, p_{r2}, ..., p_{r(L-1)}$ according to Subclause 5.1 with the generator polynomial $g_{\text{CRC24B}}(D)$.

        for $k = K'-L$ to $K'-1$

            $c_{rk} = p_{r(k+L-K')}$;

        end for

    end if

    for $k = K'$ to $K-1$   -- Insertion of filler bits

        $c_{rk} = <NULL>$;

    end for

end for

## 5.3     Channel coding

Usage of coding scheme for the different types of TrCH is shown in table 5.3-1. Usage of coding scheme for the different control information types is shown in table 5.3-2.

**Table 5.3-1: Usage of channel coding scheme for TrCHs**

| TrCH | Coding scheme |
|------|---------------|
| UL-SCH | LDPC |
| DL-SCH | |
| PCH | |
| BCH | Polar code |

**Table 5.3-2: Usage of channel coding scheme for control information**

| Control Information | Coding scheme |
|---|---|
| DCI | Polar code |
| UCI | Block code |
| | Polar code |

## 5.3.1    Polar coding

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ...., c_{K-1}$, where $K$ is the number of bits to encode. After encoding the bits are denoted by $d_0, d_1, d_2, ...., d_{N-1}$, where $N = 2^n$ and the value of $n$ is determined by the following:

Denote by $E$ the rate matching output sequence length as given in Subclause 5.4.1;

If $E \leq (9/8) \cdot 2^{(\lceil \log_2 E \rceil - 1)}$ and $K/E < 9/16$

$n_1 = \lceil \log_2 E \rceil - 1$;

else

$n_1 = \lceil \log_2 E \rceil$;

end if

$R_{min} = 1/8$;

$n_2 = \lceil \log_2 (K/R_{min}) \rceil$;

$n = \max\{\min\{n_1, n_2, n_{max}\}, n_{min}\}$

where $n_{min} = 5$.

UE is not expected to be configured with $K + n_{PC} > E$, where $n_{PC}$ is the number of parity check bits defined in Subclause 5.3.1.2.

### 5.3.1.1        Interleaving

The bit sequence $c_0, c_1, c_2, c_3, ...., c_{K-1}$ is interleaved into bit sequence $c'_0, c'_1, c'_2, c'_3, ...., c'_{K-1}$ as follows:

$c'_k = c_{\Pi(k)}$, $k = 0,1,...,K-1$

where the interleaving pattern $\Pi(k)$ is given by the following:

if $I_{IL} = 0$

$\Pi(k) = k$, $k = 0,1,...,K-1$

else

$k = 0$;

for $m = 0$ to $K_{IL}^{max} - 1$

if $\Pi_{IL}^{max}(m) \geq K_{IL}^{max} - K$

$\Pi(k) = \Pi_{IL}^{max}(m) - (K_{IL}^{max} - K)$;

$k = k + 1$;

**3GPP TS 38.212 version 15.8.0 Release 15**          14          **ETSI TS 138 212 V15.8.0 (2020-01)**

          end if

      end for

   end if

where $\Pi_{IL}^{max}(m)$ is given by Table 5.3.1.1-1 and $K_{IL}^{max} = 164$.

**Table 5.3.1.1-1: Interleaving pattern $\Pi_{IL}^{max}(m)$**

| $m$ | $\Pi_{IL}^{max}(m)$ | $m$ | $\Pi_{IL}^{max}(m)$ | $m$ | $\Pi_{IL}^{max}(m)$ | $m$ | $\Pi_{IL}^{max}(m)$ | $m$ | $\Pi_{IL}^{max}(m)$ | $m$ | $\Pi_{IL}^{max}(m)$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 28 | 67 | 56 | 122 | 84 | 68 | 112 | 33 | 140 | 38 |
| 1 | 2 | 29 | 69 | 57 | 123 | 85 | 73 | 113 | 36 | 141 | 144 |
| 2 | 4 | 30 | 70 | 58 | 126 | 86 | 78 | 114 | 44 | 142 | 39 |
| 3 | 7 | 31 | 71 | 59 | 127 | 87 | 84 | 115 | 47 | 143 | 145 |
| 4 | 9 | 32 | 72 | 60 | 129 | 88 | 90 | 116 | 64 | 144 | 40 |
| 5 | 14 | 33 | 76 | 61 | 132 | 89 | 92 | 117 | 74 | 145 | 146 |
| 6 | 19 | 34 | 77 | 62 | 134 | 90 | 94 | 118 | 79 | 146 | 41 |
| 7 | 20 | 35 | 81 | 63 | 138 | 91 | 96 | 119 | 85 | 147 | 147 |
| 8 | 24 | 36 | 82 | 64 | 139 | 92 | 99 | 120 | 97 | 148 | 148 |
| 9 | 25 | 37 | 83 | 65 | 140 | 93 | 102 | 121 | 100 | 149 | 149 |
| 10 | 26 | 38 | 87 | 66 | 1 | 94 | 105 | 122 | 103 | 150 | 150 |
| 11 | 28 | 39 | 88 | 67 | 3 | 95 | 107 | 123 | 117 | 151 | 151 |
| 12 | 31 | 40 | 89 | 68 | 5 | 96 | 109 | 124 | 125 | 152 | 152 |
| 13 | 34 | 41 | 91 | 69 | 8 | 97 | 112 | 125 | 131 | 153 | 153 |
| 14 | 42 | 42 | 93 | 70 | 10 | 98 | 114 | 126 | 136 | 154 | 154 |
| 15 | 45 | 43 | 95 | 71 | 15 | 99 | 116 | 127 | 142 | 155 | 155 |
| 16 | 49 | 44 | 98 | 72 | 21 | 100 | 121 | 128 | 12 | 156 | 156 |
| 17 | 50 | 45 | 101 | 73 | 27 | 101 | 124 | 129 | 17 | 157 | 157 |
| 18 | 51 | 46 | 104 | 74 | 29 | 102 | 128 | 130 | 23 | 158 | 158 |
| 19 | 53 | 47 | 106 | 75 | 32 | 103 | 130 | 131 | 37 | 159 | 159 |
| 20 | 54 | 48 | 108 | 76 | 35 | 104 | 133 | 132 | 48 | 160 | 160 |
| 21 | 56 | 49 | 110 | 77 | 43 | 105 | 135 | 133 | 75 | 161 | 161 |
| 22 | 58 | 50 | 111 | 78 | 46 | 106 | 141 | 134 | 80 | 162 | 162 |
| 23 | 59 | 51 | 113 | 79 | 52 | 107 | 6 | 135 | 86 | 163 | 163 |
| 24 | 61 | 52 | 115 | 80 | 55 | 108 | 11 | 136 | 137 | | |
| 25 | 62 | 53 | 118 | 81 | 57 | 109 | 16 | 137 | 143 | | |
| 26 | 65 | 54 | 119 | 82 | 60 | 110 | 22 | 138 | 13 | | |
| 27 | 66 | 55 | 120 | 83 | 63 | 111 | 30 | 139 | 18 | | |

## 5.3.1.2    Polar encoding

The Polar sequence $\mathbf{Q}_0^{N_{max}-1} = \left\{Q_0^{N_{max}}, Q_1^{N_{max}}, ..., Q_{N_{max}-1}^{N_{max}}\right\}$ is given by Table 5.3.1.2-1, where $0 \leq Q_i^{N_{max}} \leq N_{max} - 1$ denotes a bit index before Polar encoding for $i = 0,1,...,N_{max} - 1$ and $N_{max} = 1024$. The Polar sequence $\mathbf{Q}_0^{N_{max}-1}$ is in ascending order of reliability $W(Q_0^{N_{max}}) < W(Q_1^{N_{max}}) < ... < W(Q_{N_{max}-1}^{N_{max}})$, where $W(Q_i^{N_{max}})$ denotes the reliability of bit index $Q_i^{N_{max}}$.

For any code block encoded to $N$ bits, a same Polar sequence $\mathbf{Q}_0^{N-1} = \left\{Q_0^N, Q_1^N, Q_2^N, ..., Q_{N-1}^N\right\}$ is used. The Polar sequence $\mathbf{Q}_0^{N-1}$ is a subset of Polar sequence $\mathbf{Q}_0^{N_{max}-1}$ with all elements $Q_i^{N_{max}}$ of values less than $N$, ordered in ascending order of reliability $W(Q_0^N) < W(Q_1^N) < W(Q_2^N) < ... < W(Q_{N-1}^N)$.

Denote $\overline{\mathbf{Q}}_I^N$ as a set of bit indices in Polar sequence $\mathbf{Q}_0^{N-1}$, and $\overline{\mathbf{Q}}_F^N$ as the set of other bit indices in Polar sequence $\mathbf{Q}_0^{N-1}$, where $\overline{\mathbf{Q}}_I^N$ and $\overline{\mathbf{Q}}_F^N$ are given in Subclause 5.4.1.1, $\left|\overline{\mathbf{Q}}_I^N\right| = K + n_{PC}$, $\left|\overline{\mathbf{Q}}_F^N\right| = N - \left|\overline{\mathbf{Q}}_I^N\right|$, and $n_{PC}$ is the number of parity check bits.

Denote $\mathbf{G}_N = (\mathbf{G}_2)^{\otimes n}$ as the $n$-th Kronecker power of matrix $\mathbf{G}_2$, where $\mathbf{G}_2 = \begin{bmatrix} 1 & 0 \\ 1 & 1 \end{bmatrix}$.

For a bit index $j$ with $j = 0,1,...,N-1$, denote $\mathbf{g}_j$ as the $j$-th row of $\mathbf{G}_N$ and $w(\mathbf{g}_j)$ as the row weight of $\mathbf{g}_j$, where $w(\mathbf{g}_j)$ is the number of ones in $\mathbf{g}_j$. Denote the set of bit indices for parity check bits as $\mathbf{Q}_{PC}^N$, where $\left|\mathbf{Q}_{PC}^N\right| = n_{PC}$. A number of $\left(n_{PC} - n_{PC}^{wm}\right)$ parity check bits are placed in the $\left(n_{PC} - n_{PC}^{wm}\right)$ least reliable bit indices in $\overline{\mathbf{Q}}_I^N$. A number of $n_{PC}^{wm}$ other parity check bits are placed in the bit indices of minimum row weight in $\tilde{\mathbf{Q}}_I^N$, where $\tilde{\mathbf{Q}}_I^N$ denotes the $\left(\left|\overline{\mathbf{Q}}_I^N\right| - n_{PC}\right)$ most reliable bit indices in $\overline{\mathbf{Q}}_I^N$; if there are more than $n_{PC}^{wm}$ bit indices of the same minimum row weight

in $\widetilde{\mathbf{Q}}_I^N$, the $n_{PC}^{wm}$ other parity check bits are placed in the $n_{PC}^{wm}$ bit indices of the highest reliability and the minimum row weight in $\widetilde{\mathbf{Q}}_I^N$.

Generate $\mathbf{u} = \begin{bmatrix} u_0 \, u_1 \, u_2 \, \ldots u_{N-1} \end{bmatrix}$ according to the following:

$\quad k = 0$;

$\quad$ if $n_{PC} > 0$

$\qquad y_0 = 0$; $y_1 = 0$; $y_2 = 0$; $y_3 = 0$; $y_4 = 0$;

$\qquad$ for $n = 0$ to $N - 1$

$\qquad\quad y_t = y_0$; $y_0 = y_1$; $y_1 = y_2$; $y_2 = y_3$; $y_3 = y_4$; $y_4 = y_t$;

$\qquad\quad$ if $n \in \overline{\mathbf{Q}}_I^N$

$\qquad\qquad$ if $n \in \mathbf{Q}_{PC}^N$

$\qquad\qquad\quad u_n = y_0$;

$\qquad\qquad$ else

$\qquad\qquad\quad u_n = c_k^{'}$;

$\qquad\qquad\quad k = k + 1$;

$\qquad\qquad\quad y_0 = y_0 \oplus u_n$;

$\qquad\qquad$ end if

$\qquad\quad$ else

$\qquad\qquad u_n = 0$;

$\qquad\quad$ end if

$\qquad$ end for

$\quad$ else

$\qquad$ for $n = 0$ to $N - 1$

$\qquad\quad$ if $n \in \overline{\mathbf{Q}}_I^N$

$\qquad\qquad u_n = c_k^{'}$;

$\qquad\qquad k = k + 1$;

$\qquad\quad$ else

$\qquad\qquad u_n = 0$;

$\qquad\quad$ end if

$\qquad$ end for

$\quad$ end if

The output after encoding $\mathbf{d} = \begin{bmatrix} d_0 \, d_1 \, d_2 \, \ldots d_{N-1} \end{bmatrix}$ is obtained by $\mathbf{d} = \mathbf{u}\mathbf{G}_N$. The encoding is performed in GF(2).

**Table 5.3.1.2-1: Polar sequence $Q_0^{N_{max}-1}$ and its corresponding reliability $W(Q_i^{N_{max}})$**

| $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ | $W(Q_i^{N_{max}})$ | $Q_i^{N_{max}}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 128 | 518 | 256 | 94 | 384 | 214 | 512 | 364 | 640 | 414 | 768 | 819 | 896 | 966 |
| 1 | 1 | 129 | 54 | 257 | 204 | 385 | 309 | 513 | 654 | 641 | 223 | 769 | 814 | 897 | 755 |
| 2 | 2 | 130 | 83 | 258 | 298 | 386 | 188 | 514 | 659 | 642 | 663 | 770 | 439 | 898 | 859 |
| 3 | 4 | 131 | 57 | 259 | 400 | 387 | 449 | 515 | 335 | 643 | 692 | 771 | 929 | 899 | 940 |
| 4 | 8 | 132 | 521 | 260 | 608 | 388 | 217 | 516 | 480 | 644 | 835 | 772 | 490 | 900 | 830 |
| 5 | 16 | 133 | 112 | 261 | 352 | 389 | 408 | 517 | 315 | 645 | 619 | 773 | 623 | 901 | 911 |
| 6 | 32 | 134 | 135 | 262 | 325 | 390 | 609 | 518 | 221 | 646 | 472 | 774 | 671 | 902 | 871 |
| 7 | 3 | 135 | 78 | 263 | 533 | 391 | 596 | 519 | 370 | 647 | 455 | 775 | 739 | 903 | 639 |
| 8 | 5 | 136 | 289 | 264 | 155 | 392 | 551 | 520 | 613 | 648 | 796 | 776 | 916 | 904 | 888 |
| 9 | 64 | 137 | 194 | 265 | 210 | 393 | 650 | 521 | 422 | 649 | 809 | 777 | 463 | 905 | 479 |
| 10 | 9 | 138 | 85 | 266 | 305 | 394 | 229 | 522 | 425 | 650 | 714 | 778 | 843 | 906 | 946 |
| 11 | 6 | 139 | 276 | 267 | 547 | 395 | 159 | 523 | 451 | 651 | 721 | 779 | 381 | 907 | 750 |
| 12 | 17 | 140 | 522 | 268 | 300 | 396 | 420 | 524 | 614 | 652 | 837 | 780 | 497 | 908 | 969 |
| 13 | 10 | 141 | 58 | 269 | 109 | 397 | 310 | 525 | 543 | 653 | 716 | 781 | 930 | 909 | 508 |
| 14 | 18 | 142 | 168 | 270 | 184 | 398 | 541 | 526 | 235 | 654 | 864 | 782 | 821 | 910 | 861 |
| 15 | 128 | 143 | 139 | 271 | 534 | 399 | 773 | 527 | 412 | 655 | 810 | 783 | 726 | 911 | 757 |
| 16 | 12 | 144 | 99 | 272 | 537 | 400 | 610 | 528 | 343 | 656 | 606 | 784 | 961 | 912 | 970 |
| 17 | 33 | 145 | 86 | 273 | 115 | 401 | 657 | 529 | 372 | 657 | 912 | 785 | 872 | 913 | 919 |
| 18 | 65 | 146 | 60 | 274 | 167 | 402 | 333 | 530 | 775 | 658 | 722 | 786 | 492 | 914 | 875 |
| 19 | 20 | 147 | 280 | 275 | 225 | 403 | 119 | 531 | 317 | 659 | 696 | 787 | 631 | 915 | 862 |
| 20 | 256 | 148 | 89 | 276 | 326 | 404 | 600 | 532 | 222 | 660 | 377 | 788 | 729 | 916 | 758 |
| 21 | 34 | 149 | 290 | 277 | 306 | 405 | 339 | 533 | 426 | 661 | 435 | 789 | 700 | 917 | 948 |
| 22 | 24 | 150 | 529 | 278 | 772 | 406 | 218 | 534 | 453 | 662 | 817 | 790 | 443 | 918 | 977 |
| 23 | 36 | 151 | 524 | 279 | 157 | 407 | 368 | 535 | 237 | 663 | 319 | 791 | 741 | 919 | 923 |
| 24 | 7 | 152 | 196 | 280 | 656 | 408 | 652 | 536 | 559 | 664 | 621 | 792 | 845 | 920 | 972 |
| 25 | 129 | 153 | 141 | 281 | 329 | 409 | 230 | 537 | 833 | 665 | 812 | 793 | 920 | 921 | 761 |
| 26 | 66 | 154 | 101 | 282 | 110 | 410 | 391 | 538 | 804 | 666 | 484 | 794 | 382 | 922 | 877 |
| 27 | 512 | 155 | 147 | 283 | 117 | 411 | 313 | 539 | 712 | 667 | 430 | 795 | 822 | 923 | 952 |
| 28 | 11 | 156 | 176 | 284 | 212 | 412 | 450 | 540 | 834 | 668 | 838 | 796 | 851 | 924 | 495 |
| 29 | 40 | 157 | 142 | 285 | 171 | 413 | 542 | 541 | 661 | 669 | 667 | 797 | 730 | 925 | 703 |
| 30 | 68 | 158 | 530 | 286 | 776 | 414 | 334 | 542 | 808 | 670 | 488 | 798 | 498 | 926 | 935 |
| 31 | 130 | 159 | 321 | 287 | 330 | 415 | 233 | 543 | 779 | 671 | 239 | 799 | 880 | 927 | 978 |
| 32 | 19 | 160 | 31 | 288 | 226 | 416 | 555 | 544 | 617 | 672 | 378 | 800 | 742 | 928 | 883 |
| 33 | 13 | 161 | 200 | 289 | 549 | 417 | 774 | 545 | 604 | 673 | 459 | 801 | 445 | 929 | 762 |
| 34 | 48 | 162 | 90 | 290 | 538 | 418 | 175 | 546 | 433 | 674 | 622 | 802 | 471 | 930 | 503 |
| 35 | 14 | 163 | 545 | 291 | 387 | 419 | 123 | 547 | 720 | 675 | 627 | 803 | 635 | 931 | 925 |
| 36 | 72 | 164 | 292 | 292 | 308 | 420 | 658 | 548 | 816 | 676 | 437 | 804 | 932 | 932 | 878 |
| 37 | 257 | 165 | 322 | 293 | 216 | 421 | 612 | 549 | 836 | 677 | 380 | 805 | 687 | 933 | 735 |
| 38 | 21 | 166 | 532 | 294 | 416 | 422 | 341 | 550 | 347 | 678 | 818 | 806 | 903 | 934 | 993 |
| 39 | 132 | 167 | 263 | 295 | 271 | 423 | 777 | 551 | 897 | 679 | 461 | 807 | 825 | 935 | 885 |
| 40 | 35 | 168 | 149 | 296 | 279 | 424 | 220 | 552 | 243 | 680 | 496 | 808 | 500 | 936 | 939 |
| 41 | 258 | 169 | 102 | 297 | 158 | 425 | 314 | 553 | 662 | 681 | 669 | 809 | 846 | 937 | 994 |
| 42 | 26 | 170 | 105 | 298 | 337 | 426 | 424 | 554 | 454 | 682 | 679 | 810 | 745 | 938 | 980 |
| 43 | 513 | 171 | 304 | 299 | 550 | 427 | 395 | 555 | 318 | 683 | 724 | 811 | 826 | 939 | 926 |
| 44 | 80 | 172 | 296 | 300 | 672 | 428 | 673 | 556 | 675 | 684 | 841 | 812 | 732 | 940 | 764 |
| 45 | 37 | 173 | 163 | 301 | 118 | 429 | 583 | 557 | 618 | 685 | 629 | 813 | 446 | 941 | 941 |
| 46 | 25 | 174 | 92 | 302 | 332 | 430 | 355 | 558 | 898 | 686 | 351 | 814 | 962 | 942 | 967 |
| 47 | 22 | 175 | 47 | 303 | 579 | 431 | 287 | 559 | 781 | 687 | 467 | 815 | 936 | 943 | 886 |
| 48 | 136 | 176 | 267 | 304 | 540 | 432 | 183 | 560 | 564 | 688 | 438 | 816 | 475 | 944 | 831 |
| 49 | 260 | 177 | 385 | 305 | 389 | 433 | 234 | 561 | 428 | 689 | 737 | 817 | 853 | 945 | 947 |
| 50 | 264 | 178 | 546 | 306 | 173 | 434 | 125 | 562 | 665 | 690 | 251 | 818 | 867 | 946 | 507 |
| 51 | 38 | 179 | 324 | 307 | 121 | 435 | 557 | 563 | 736 | 691 | 462 | 819 | 637 | 947 | 889 |
| 52 | 514 | 180 | 208 | 308 | 553 | 436 | 660 | 564 | 567 | 692 | 442 | 820 | 907 | 948 | 984 |
| 53 | 96 | 181 | 386 | 309 | 199 | 437 | 616 | 565 | 840 | 693 | 441 | 821 | 487 | 949 | 751 |
| 54 | 67 | 182 | 150 | 310 | 784 | 438 | 342 | 566 | 625 | 694 | 469 | 822 | 695 | 950 | 942 |
| 55 | 41 | 183 | 153 | 311 | 179 | 439 | 316 | 567 | 238 | 695 | 247 | 823 | 746 | 951 | 996 |
| 56 | 144 | 184 | 165 | 312 | 228 | 440 | 241 | 568 | 359 | 696 | 683 | 824 | 828 | 952 | 971 |
| 57 | 28 | 185 | 106 | 313 | 338 | 441 | 778 | 569 | 457 | 697 | 842 | 825 | 753 | 953 | 890 |
| 58 | 69 | 186 | 55 | 314 | 312 | 442 | 563 | 570 | 399 | 698 | 738 | 826 | 854 | 954 | 509 |
| 59 | 42 | 187 | 328 | 315 | 704 | 443 | 345 | 571 | 787 | 699 | 899 | 827 | 857 | 955 | 949 |
| 60 | 516 | 188 | 536 | 316 | 390 | 444 | 452 | 572 | 591 | 700 | 670 | 828 | 504 | 956 | 973 |
| 61 | 49 | 189 | 577 | 317 | 174 | 445 | 397 | 573 | 678 | 701 | 783 | 829 | 799 | 957 | 1000 |
| 62 | 74 | 190 | 548 | 318 | 554 | 446 | 403 | 574 | 434 | 702 | 849 | 830 | 255 | 958 | 892 |
| 63 | 272 | 191 | 113 | 319 | 581 | 447 | 207 | 575 | 677 | 703 | 820 | 831 | 964 | 959 | 950 |
| 64 | 160 | 192 | 154 | 320 | 393 | 448 | 674 | 576 | 349 | 704 | 728 | 832 | 909 | 960 | 863 |
| 65 | 520 | 193 | 79 | 321 | 283 | 449 | 558 | 577 | 245 | 705 | 928 | 833 | 719 | 961 | 759 |
| 66 | 288 | 194 | 269 | 322 | 122 | 450 | 785 | 578 | 458 | 706 | 791 | 834 | 477 | 962 | 1008 |
| 67 | 528 | 195 | 108 | 323 | 448 | 451 | 432 | 579 | 666 | 707 | 367 | 835 | 915 | 963 | 510 |
| 68 | 192 | 196 | 578 | 324 | 353 | 452 | 357 | 580 | 620 | 708 | 901 | 836 | 638 | 964 | 979 |
| 69 | 544 | 197 | 224 | 325 | 561 | 453 | 187 | 581 | 363 | 709 | 630 | 837 | 748 | 965 | 953 |
| 70 | 70 | 198 | 166 | 326 | 203 | 454 | 236 | 582 | 127 | 710 | 685 | 838 | 944 | 966 | 763 |
| 71 | 44 | 199 | 519 | 327 | 63 | 455 | 664 | 583 | 191 | 711 | 844 | 839 | 869 | 967 | 974 |
| 72 | 131 | 200 | 552 | 328 | 340 | 456 | 624 | 584 | 782 | 712 | 633 | 840 | 491 | 968 | 954 |
| 73 | 81 | 201 | 195 | 329 | 394 | 457 | 587 | 585 | 407 | 713 | 711 | 841 | 699 | 969 | 879 |
| 74 | 50 | 202 | 270 | 330 | 527 | 458 | 780 | 586 | 436 | 714 | 253 | 842 | 754 | 970 | 981 |
| 75 | 73 | 203 | 641 | 331 | 582 | 459 | 705 | 587 | 626 | 715 | 691 | 843 | 858 | 971 | 982 |
| 76 | 15 | 204 | 523 | 332 | 556 | 460 | 126 | 588 | 571 | 716 | 824 | 844 | 478 | 972 | 927 |
| 77 | 320 | 205 | 275 | 333 | 181 | 461 | 242 | 589 | 465 | 717 | 902 | 845 | 968 | 973 | 995 |
| 78 | 133 | 206 | 580 | 334 | 295 | 462 | 565 | 590 | 681 | 718 | 686 | 846 | 383 | 974 | 765 |
| 79 | 52 | 207 | 291 | 335 | 285 | 463 | 398 | 591 | 246 | 719 | 740 | 847 | 910 | 975 | 956 |
| 80 | 23 | 208 | 59 | 336 | 232 | 464 | 346 | 592 | 707 | 720 | 850 | 848 | 815 | 976 | 887 |
| 81 | 134 | 209 | 169 | 337 | 124 | 465 | 456 | 593 | 350 | 721 | 375 | 849 | 976 | 977 | 985 |
| 82 | 384 | 210 | 560 | 338 | 205 | 466 | 358 | 594 | 599 | 722 | 444 | 850 | 870 | 978 | 960 |
| 83 | 76 | 211 | 114 | 339 | 182 | 467 | 405 | 595 | 668 | 723 | 470 | 851 | 917 | 979 | 986 |
| 84 | 137 | 212 | 277 | 340 | 643 | 468 | 303 | 596 | 790 | 724 | 483 | 852 | 727 | 980 | 943 |
| 85 | 82 | 213 | 156 | 341 | 562 | 469 | 569 | 597 | 460 | 725 | 415 | 853 | 493 | 981 | 891 |
| 86 | 56 | 214 | 87 | 342 | 286 | 470 | 244 | 598 | 249 | 726 | 485 | 854 | 873 | 982 | 998 |
| 87 | 27 | 215 | 197 | 343 | 585 | 471 | 595 | 599 | 682 | 727 | 905 | 855 | 701 | 983 | 766 |

**3GPP TS 38.212 version 15.8.0 Release 15** 18 **ETSI TS 138 212 V15.8.0 (2020-01)**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 97 | 216 | 116 | 344 | 299 | 472 | 189 | 600 | 573 | 728 | 795 | 856 | 931 | 984 | 511 |
| 89 | 39 | 217 | 170 | 345 | 354 | 473 | 566 | 601 | 411 | 729 | 473 | 857 | 756 | 985 | 988 |
| 90 | 259 | 218 | 61 | 346 | 211 | 474 | 676 | 602 | 803 | 730 | 634 | 858 | 860 | 986 | 1001 |
| 91 | 84 | 219 | 531 | 347 | 401 | 475 | 361 | 603 | 789 | 731 | 744 | 859 | 499 | 987 | 951 |
| 92 | 138 | 220 | 525 | 348 | 185 | 476 | 706 | 604 | 709 | 732 | 852 | 860 | 731 | 988 | 1002 |
| 93 | 145 | 221 | 642 | 349 | 396 | 477 | 589 | 605 | 365 | 733 | 960 | 861 | 823 | 989 | 893 |
| 94 | 261 | 222 | 281 | 350 | 344 | 478 | 215 | 606 | 440 | 734 | 865 | 862 | 922 | 990 | 975 |
| 95 | 29 | 223 | 278 | 351 | 586 | 479 | 786 | 607 | 628 | 735 | 693 | 863 | 874 | 991 | 894 |
| 96 | 43 | 224 | 526 | 352 | 645 | 480 | 647 | 608 | 689 | 736 | 797 | 864 | 918 | 992 | 1009 |
| 97 | 98 | 225 | 177 | 353 | 593 | 481 | 348 | 609 | 374 | 737 | 906 | 865 | 502 | 993 | 955 |
| 98 | 515 | 226 | 293 | 354 | 535 | 482 | 419 | 610 | 423 | 738 | 715 | 866 | 933 | 994 | 1004 |
| 99 | 88 | 227 | 388 | 355 | 240 | 483 | 406 | 611 | 466 | 739 | 807 | 867 | 743 | 995 | 1010 |
| 100 | 140 | 228 | 91 | 356 | 206 | 484 | 464 | 612 | 793 | 740 | 474 | 868 | 760 | 996 | 957 |
| 101 | 30 | 229 | 584 | 357 | 95 | 485 | 680 | 613 | 250 | 741 | 636 | 869 | 881 | 997 | 983 |
| 102 | 146 | 230 | 769 | 358 | 327 | 486 | 801 | 614 | 371 | 742 | 694 | 870 | 494 | 998 | 958 |
| 103 | 71 | 231 | 198 | 359 | 564 | 487 | 362 | 615 | 481 | 743 | 254 | 871 | 702 | 999 | 987 |
| 104 | 262 | 232 | 172 | 360 | 800 | 488 | 590 | 616 | 574 | 744 | 717 | 872 | 921 | 1000 | 1012 |
| 105 | 265 | 233 | 120 | 361 | 402 | 489 | 409 | 617 | 413 | 745 | 575 | 873 | 501 | 1001 | 999 |
| 106 | 161 | 234 | 201 | 362 | 356 | 490 | 570 | 618 | 603 | 746 | 913 | 874 | 876 | 1002 | 1016 |
| 107 | 576 | 235 | 336 | 363 | 307 | 491 | 788 | 619 | 366 | 747 | 798 | 875 | 847 | 1003 | 767 |
| 108 | 45 | 236 | 62 | 364 | 301 | 492 | 597 | 620 | 468 | 748 | 811 | 876 | 992 | 1004 | 989 |
| 109 | 100 | 237 | 282 | 365 | 417 | 493 | 572 | 621 | 655 | 749 | 379 | 877 | 447 | 1005 | 1003 |
| 110 | 640 | 238 | 143 | 366 | 213 | 494 | 219 | 622 | 900 | 750 | 697 | 878 | 733 | 1006 | 990 |
| 111 | 51 | 239 | 103 | 367 | 568 | 495 | 311 | 623 | 805 | 751 | 431 | 879 | 827 | 1007 | 1005 |
| 112 | 148 | 240 | 178 | 368 | 832 | 496 | 708 | 624 | 615 | 752 | 607 | 880 | 934 | 1008 | 959 |
| 113 | 46 | 241 | 294 | 369 | 588 | 497 | 598 | 625 | 684 | 753 | 489 | 881 | 882 | 1009 | 1011 |
| 114 | 75 | 242 | 93 | 370 | 186 | 498 | 601 | 626 | 710 | 754 | 866 | 882 | 937 | 1010 | 1013 |
| 115 | 266 | 243 | 644 | 371 | 646 | 499 | 651 | 627 | 429 | 755 | 723 | 883 | 963 | 1011 | 895 |
| 116 | 273 | 244 | 202 | 372 | 404 | 500 | 421 | 628 | 794 | 756 | 486 | 884 | 747 | 1012 | 1006 |
| 117 | 517 | 245 | 592 | 373 | 227 | 501 | 792 | 629 | 252 | 757 | 908 | 885 | 505 | 1013 | 1014 |
| 118 | 104 | 246 | 323 | 374 | 896 | 502 | 802 | 630 | 373 | 758 | 718 | 886 | 855 | 1014 | 1017 |
| 119 | 162 | 247 | 392 | 375 | 594 | 503 | 611 | 631 | 605 | 759 | 813 | 887 | 924 | 1015 | 1018 |
| 120 | 53 | 248 | 297 | 376 | 418 | 504 | 602 | 632 | 848 | 760 | 476 | 888 | 734 | 1016 | 991 |
| 121 | 193 | 249 | 770 | 377 | 302 | 505 | 410 | 633 | 690 | 761 | 856 | 889 | 829 | 1017 | 1020 |
| 122 | 152 | 250 | 107 | 378 | 649 | 506 | 231 | 634 | 713 | 762 | 839 | 890 | 965 | 1018 | 1007 |
| 123 | 77 | 251 | 180 | 379 | 771 | 507 | 688 | 635 | 632 | 763 | 725 | 891 | 938 | 1019 | 1015 |
| 124 | 164 | 252 | 151 | 380 | 360 | 508 | 653 | 636 | 482 | 764 | 698 | 892 | 884 | 1020 | 1019 |
| 125 | 768 | 253 | 209 | 381 | 539 | 509 | 248 | 637 | 806 | 765 | 914 | 893 | 506 | 1021 | 1021 |
| 126 | 268 | 254 | 284 | 382 | 111 | 510 | 369 | 638 | 427 | 766 | 752 | 894 | 749 | 1022 | 1022 |
| 127 | 274 | 255 | 648 | 383 | 331 | 511 | 190 | 639 | 904 | 767 | 868 | 895 | 945 | 1023 | 1023 |

## 5.3.2   Low density parity check coding

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits to encode as defined in Subclause 5.2.2. After encoding the bits are denoted by $d_0, d_1, d_2, ..., d_{N-1}$, where $N = 66Z_c$ for LDPC base graph 1 and $N = 50Z_c$ for LDPC base graph 2, and the value of $Z_c$ is given in Subclause 5.2.2.

For a code block encoded by LDPC, the following encoding procedure applies:

1) Find the set with index $i_{LS}$ in Table 5.3.2-1 which contains $Z_c$.

2) for $k = 2Z_c$ to $K-1$

    if $c_k \neq <NULL>$

        $d_{k-2Z_c} = c_k$;

    else

        $c_k = 0$;

        $d_{k-2Z_c} = <NULL>$;

    end if

end for

3) Generate $N + 2Z_c - K$ parity bits $\mathbf{w} = \left[w_0, w_1, w_2, ..., w_{N+2Z_c-K-1}\right]^T$ such that $\mathbf{H} \times \begin{bmatrix} \mathbf{c} \\ \mathbf{w} \end{bmatrix} = \mathbf{0}$, where

$\mathbf{c} = \left[c_0, c_1, c_2, ..., c_{K-1}\right]^T$; $\mathbf{0}$ is a column vector of all elements equal to 0. The encoding is performed in GF(2).

For LDPC base graph 1, a matrix of $\mathbf{H}_{BG}$ has 46 rows with row indices $i = 0,1,2,...,45$ and 68 columns with column indices $j = 0,1,2,...,67$. For LDPC base graph 2, a matrix of $\mathbf{H}_{BG}$ has 42 rows with row indices $i = 0,1,2,...,41$ and 52 columns with column indices $j = 0,1,2,...,51$. The elements in $\mathbf{H}_{BG}$ with row and column indices given in Table 5.3.2-2 (for LDPC base graph 1) and Table 5.3.2-3 (for LDPC base graph 2) are of value 1, and all other elements in $\mathbf{H}_{BG}$ are of value 0.

The matrix $\mathbf{H}$ is obtained by replacing each element of $\mathbf{H}_{BG}$ with a $Z_c \times Z_c$ matrix, according to the following:

- Each element of value 0 in $\mathbf{H}_{BG}$ is replaced by an all zero matrix $\mathbf{0}$ of size $Z_c \times Z_c$;

- Each element of value 1 in $\mathbf{H}_{BG}$ is replaced by a circular permutation matrix $\mathbf{I}(P_{i,j})$ of size $Z_c \times Z_c$, where $i$ and $j$ are the row and column indices of the element, and $\mathbf{I}(P_{i,j})$ is obtained by circularly shifting the identity matrix $\mathbf{I}$ of size $Z_c \times Z_c$ to the right $P_{i,j}$ times. The value of $P_{i,j}$ is given by $P_{i,j} = \mod(V_{i,j}, Z_c)$. The value of $V_{i,j}$ is given by Tables 5.3.2-2 and 5.3.2-3 according to the set index $i_{LS}$ and LDPC base graph.

4) for $k = K$ to $N + 2Z_c - 1$

$d_{k-2Z_c} = w_{k-K}$;

end for

**Table 5.3.2-1: Sets of LDPC lifting size $Z$**

| Set index ($i_{LS}$) | Set of lifting sizes ($Z$) |
|---|---|
| 0 | {2, 4, 8, 16, 32, 64, 128, 256} |
| 1 | {3, 6, 12, 24, 48, 96, 192, 384} |
| 2 | {5, 10, 20, 40, 80, 160, 320} |
| 3 | {7, 14, 28, 56, 112, 224} |
| 4 | {9, 18, 36, 72, 144, 288} |
| 5 | {11, 22, 44, 88, 176, 352} |
| 6 | {13, 26, 52, 104, 208} |
| 7 | {15, 30, 60, 120, 240} |

**Table 5.3.2-2: LDPC base graph 1 ($\mathbf{H}_{\mathrm{BG}}$) and its parity check matrices ($V_{i,j}$)**

**3GPP TS 38.212 version 15.8.0 Release 15**          21          **ETSI TS 138 212 V15.8.0 (2020-01)**

Left panel — $H_{BG}$, $V_{i,j}$ (Set index $i_{LS}$):

| Row index $i$ | Column index $j$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 250 | 307 | 73 | 223 | 211 | 294 | 0 | 135 |
|  | 1 | 69 | 19 | 15 | 16 | 198 | 118 | 0 | 227 |
|  | 2 | 226 | 50 | 103 | 94 | 188 | 167 | 0 | 126 |
|  | 3 | 159 | 369 | 49 | 91 | 186 | 330 | 0 | 134 |
|  | 5 | 100 | 181 | 240 | 74 | 219 | 207 | 0 | 84 |
|  | 6 | 10 | 216 | 39 | 10 | 4 | 165 | 0 | 83 |
|  | 9 | 59 | 317 | 15 | 0 | 29 | 243 | 0 | 53 |
|  | 10 | 229 | 288 | 162 | 205 | 144 | 250 | 0 | 225 |
|  | 11 | 110 | 109 | 215 | 216 | 116 | 1 | 0 | 205 |
|  | 12 | 191 | 17 | 164 | 21 | 216 | 339 | 0 | 128 |
|  | 13 | 9 | 357 | 133 | 215 | 115 | 201 | 0 | 75 |
|  | 15 | 195 | 215 | 298 | 14 | 233 | 53 | 0 | 135 |
|  | 16 | 23 | 106 | 110 | 70 | 144 | 347 | 0 | 217 |
|  | 18 | 190 | 242 | 113 | 141 | 95 | 304 | 0 | 220 |
|  | 19 | 35 | 180 | 16 | 198 | 216 | 167 | 0 | 90 |
|  | 20 | 239 | 330 | 189 | 104 | 73 | 47 | 0 | 105 |
|  | 21 | 31 | 346 | 32 | 81 | 261 | 188 | 0 | 137 |
|  | 22 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
|  | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 0 | 2 | 76 | 303 | 141 | 179 | 77 | 22 | 96 |
|  | 2 | 239 | 76 | 294 | 45 | 162 | 225 | 11 | 236 |
|  | 3 | 117 | 73 | 27 | 151 | 223 | 96 | 124 | 136 |
|  | 4 | 124 | 288 | 261 | 46 | 256 | 338 | 0 | 221 |
|  | 5 | 71 | 144 | 161 | 119 | 160 | 268 | 10 | 128 |
|  | 7 | 222 | 331 | 133 | 157 | 76 | 112 | 0 | 92 |
|  | 8 | 104 | 331 | 4 | 133 | 202 | 302 | 0 | 172 |
|  | 9 | 173 | 178 | 80 | 87 | 117 | 50 | 2 | 56 |
|  | 11 | 220 | 295 | 129 | 206 | 109 | 167 | 16 | 11 |
|  | 12 | 102 | 342 | 300 | 93 | 15 | 253 | 60 | 189 |
|  | 14 | 109 | 217 | 76 | 79 | 72 | 334 | 0 | 95 |
|  | 15 | 132 | 99 | 266 | 9 | 152 | 242 | 6 | 85 |
|  | 16 | 142 | 354 | 72 | 118 | 158 | 257 | 30 | 153 |
|  | 17 | 155 | 114 | 83 | 194 | 147 | 133 | 0 | 87 |
|  | 19 | 255 | 331 | 260 | 31 | 156 | 9 | 168 | 163 |
|  | 21 | 28 | 112 | 301 | 187 | 119 | 302 | 31 | 216 |
|  | 22 | 0 | 0 | 0 | 0 | 0 | 105 | 0 | 0 |
|  | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 0 | 106 | 205 | 68 | 207 | 258 | 226 | 132 | 189 |
|  | 1 | 111 | 250 | 7 | 203 | 167 | 35 | 37 | 4 |
|  | 2 | 185 | 328 | 80 | 31 | 220 | 213 | 21 | 225 |
|  | 4 | 63 | 332 | 280 | 176 | 133 | 302 | 180 | 151 |
|  | 5 | 117 | 256 | 38 | 180 | 243 | 111 | 4 | 236 |
|  | 6 | 93 | 161 | 227 | 186 | 202 | 265 | 149 | 117 |
|  | 7 | 229 | 267 | 202 | 95 | 218 | 128 | 48 | 179 |
|  | 8 | 177 | 160 | 200 | 153 | 63 | 237 | 38 | 92 |
|  | 9 | 95 | 63 | 71 | 177 | 0 | 294 | 122 | 24 |
|  | 10 | 39 | 129 | 106 | 70 | 3 | 127 | 195 | 68 |
|  | 13 | 142 | 200 | 295 | 77 | 74 | 110 | 155 | 6 |
|  | 14 | 225 | 88 | 283 | 214 | 229 | 286 | 28 | 101 |
|  | 15 | 225 | 53 | 301 | 77 | 0 | 125 | 85 | 33 |
|  | 17 | 245 | 131 | 184 | 198 | 216 | 131 | 47 | 96 |
|  | 18 | 205 | 240 | 246 | 117 | 269 | 163 | 179 | 125 |
|  | 19 | 251 | 205 | 230 | 223 | 200 | 210 | 42 | 67 |
|  | 20 | 117 | 13 | 276 | 90 | 234 | 7 | 66 | 230 |
|  | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 0 | 121 | 276 | 220 | 201 | 187 | 97 | 4 | 128 |
|  | 1 | 89 | 87 | 208 | 18 | 145 | 94 | 6 | 23 |
|  | 3 | 84 | 0 | 30 | 165 | 166 | 49 | 33 | 162 |
|  | 4 | 20 | 275 | 197 | 5 | 108 | 279 | 113 | 220 |
|  | 6 | 150 | 199 | 61 | 45 | 82 | 139 | 49 | 43 |
|  | 7 | 131 | 153 | 175 | 142 | 132 | 166 | 21 | 186 |
|  | 8 | 243 | 56 | 79 | 16 | 197 | 91 | 6 | 96 |
|  | 10 | 136 | 132 | 281 | 34 | 41 | 106 | 151 | 1 |
|  | 11 | 86 | 305 | 303 | 155 | 162 | 246 | 83 | 216 |
|  | 12 | 246 | 231 | 253 | 213 | 57 | 345 | 154 | 22 |
|  | 13 | 219 | 341 | 164 | 147 | 36 | 269 | 87 | 24 |
|  | 14 | 211 | 212 | 53 | 69 | 115 | 185 | 5 | 167 |
|  | 16 | 240 | 304 | 44 | 96 | 242 | 249 | 92 | 200 |
|  | 17 | 76 | 300 | 28 | 74 | 165 | 215 | 173 | 32 |
|  | 18 | 244 | 271 | 77 | 99 | 0 | 143 | 120 | 235 |
|  | 20 | 144 | 39 | 319 | 30 | 113 | 121 | 2 | 172 |
|  | 21 | 12 | 357 | 68 | 158 | 108 | 121 | 142 | 219 |
|  | 22 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
|  | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 0 | 157 | 332 | 233 | 170 | 246 | 42 | 24 | 64 |
|  | 1 | 102 | 181 | 205 | 10 | 235 | 256 | 204 | 211 |
|  | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 205 | 195 | 83 | 164 | 261 | 219 | 185 | 2 |
|  | 1 | 236 | 14 | 292 | 59 | 181 | 130 | 100 | 171 |
|  | 3 | 194 | 115 | 50 | 86 | 72 | 251 | 24 | 47 |
|  | 12 | 231 | 166 | 318 | 80 | 283 | 322 | 65 | 143 |
|  | 16 | 28 | 241 | 201 | 182 | 254 | 295 | 207 | 210 |

Right panel — $H_{BG}$, $V_{i,j}$ (Set index $i_{LS}$):

| Row index $i$ | Column index $j$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 1 | 96 | 2 | 290 | 120 | 0 | 348 | 6 | 138 |
|  | 10 | 65 | 210 | 60 | 131 | 183 | 15 | 81 | 220 |
|  | 13 | 63 | 318 | 130 | 209 | 108 | 81 | 182 | 173 |
|  | 18 | 75 | 55 | 184 | 209 | 68 | 176 | 53 | 142 |
|  | 25 | 179 | 269 | 51 | 81 | 64 | 113 | 46 | 49 |
|  | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 1 | 64 | 13 | 69 | 154 | 270 | 190 | 88 | 78 |
|  | 3 | 49 | 338 | 140 | 164 | 13 | 293 | 198 | 152 |
|  | 11 | 49 | 57 | 45 | 43 | 99 | 332 | 160 | 84 |
|  | 20 | 51 | 289 | 115 | 189 | 54 | 331 | 122 | 5 |
|  | 22 | 154 | 57 | 300 | 101 | 0 | 114 | 182 | 205 |
|  | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 7 | 260 | 257 | 56 | 153 | 110 | 91 | 183 |
|  | 14 | 164 | 303 | 147 | 110 | 137 | 228 | 184 | 112 |
|  | 16 | 59 | 81 | 128 | 200 | 0 | 247 | 30 | 106 |
|  | 17 | 1 | 358 | 51 | 63 | 0 | 116 | 3 | 219 |
|  | 21 | 144 | 375 | 228 | 4 | 162 | 190 | 155 | 129 |
|  | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 1 | 42 | 130 | 260 | 199 | 161 | 47 | 1 | 183 |
|  | 12 | 233 | 163 | 294 | 110 | 151 | 286 | 41 | 215 |
|  | 13 | 8 | 280 | 291 | 200 | 0 | 246 | 167 | 180 |
|  | 18 | 155 | 132 | 141 | 143 | 241 | 181 | 68 | 143 |
|  | 19 | 147 | 4 | 295 | 186 | 144 | 73 | 148 | 14 |
|  | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0 | 60 | 145 | 64 | 8 | 0 | 87 | 12 | 179 |
|  | 1 | 73 | 213 | 181 | 6 | 0 | 110 | 6 | 108 |
|  | 7 | 72 | 344 | 101 | 103 | 118 | 147 | 166 | 159 |
|  | 8 | 127 | 242 | 270 | 198 | 144 | 258 | 184 | 138 |
|  | 10 | 224 | 197 | 41 | 8 | 0 | 204 | 191 | 196 |
|  | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0 | 151 | 187 | 301 | 105 | 265 | 89 | 6 | 77 |
|  | 3 | 186 | 206 | 162 | 210 | 81 | 65 | 12 | 187 |
|  | 9 | 217 | 264 | 40 | 121 | 90 | 155 | 15 | 203 |
|  | 11 | 47 | 341 | 130 | 214 | 144 | 244 | 5 | 167 |
|  | 22 | 160 | 59 | 10 | 183 | 228 | 30 | 30 | 130 |
|  | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 1 | 249 | 205 | 79 | 192 | 64 | 162 | 6 | 197 |
|  | 5 | 121 | 102 | 175 | 131 | 46 | 264 | 86 | 122 |
|  | 16 | 109 | 328 | 132 | 220 | 266 | 346 | 96 | 215 |
|  | 20 | 131 | 213 | 283 | 50 | 9 | 143 | 42 | 65 |
|  | 21 | 171 | 97 | 103 | 106 | 18 | 109 | 199 | 216 |
|  | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 64 | 30 | 177 | 53 | 72 | 280 | 44 | 25 |
|  | 12 | 142 | 11 | 20 | 0 | 189 | 157 | 58 | 47 |
|  | 13 | 188 | 233 | 55 | 3 | 72 | 236 | 130 | 126 |
|  | 17 | 158 | 22 | 316 | 148 | 257 | 113 | 131 | 178 |
|  | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | 1 | 156 | 24 | 249 | 88 | 180 | 18 | 45 | 185 |
|  | 2 | 147 | 89 | 50 | 203 | 0 | 6 | 18 | 127 |
|  | 10 | 170 | 61 | 133 | 168 | 0 | 131 | 132 | 117 |
|  | 18 | 152 | 27 | 105 | 122 | 165 | 304 | 100 | 199 |
|  | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | 0 | 112 | 298 | 289 | 49 | 236 | 38 | 9 | 32 |
|  | 3 | 86 | 158 | 280 | 157 | 199 | 170 | 125 | 178 |
|  | 4 | 236 | 235 | 110 | 64 | 0 | 249 | 191 | 2 |
|  | 11 | 116 | 339 | 187 | 193 | 266 | 288 | 28 | 156 |
|  | 22 | 222 | 234 | 281 | 124 | 0 | 194 | 6 | 58 |
|  | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 1 | 23 | 72 | 172 | 1 | 205 | 279 | 4 | 27 |
|  | 6 | 136 | 17 | 295 | 166 | 0 | 255 | 74 | 141 |
|  | 7 | 116 | 383 | 96 | 65 | 0 | 111 | 16 | 11 |
|  | 14 | 182 | 312 | 46 | 81 | 183 | 54 | 28 | 181 |
|  | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | 0 | 195 | 71 | 270 | 107 | 0 | 325 | 21 | 163 |
|  | 2 | 243 | 81 | 110 | 176 | 0 | 326 | 142 | 131 |
|  | 4 | 215 | 76 | 318 | 212 | 0 | 226 | 192 | 169 |
|  | 15 | 61 | 136 | 67 | 127 | 277 | 99 | 197 | 98 |
|  | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 1 | 25 | 194 | 210 | 208 | 45 | 91 | 98 | 165 |
|  | 6 | 104 | 194 | 29 | 141 | 36 | 326 | 140 | 232 |
|  | 8 | 194 | 101 | 304 | 174 | 72 | 268 | 22 | 9 |
|  | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | 0 | 128 | 222 | 11 | 146 | 275 | 102 | 4 | 32 |
|  | 4 | 165 | 19 | 293 | 153 | 0 | 1 | 1 | 43 |
|  | 19 | 181 | 244 | 50 | 217 | 155 | 40 | 40 | 200 |
|  | 21 | 63 | 274 | 234 | 114 | 62 | 167 | 93 | 205 |
|  | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 1 | 86 | 252 | 27 | 150 | 0 | 273 | 92 | 232 |
|  | 14 | 236 | 5 | 308 | 11 | 180 | 104 | 136 | 32 |
|  | 18 | 84 | 147 | 117 | 53 | 0 | 243 | 106 | 118 |
|  | 25 | 6 | 78 | 29 | 68 | 42 | 107 | 6 | 103 |
|  | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | 0 | 216 | 159 | 91 | 34 | 0 | 171 | 2 | 170 |
|  | 10 | 73 | 229 | 23 | 130 | 90 | 16 | 88 | 199 |

| Group | Index | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 21 | 123 | 51 | 267 | 130 | 79 | 258 | 161 | 180 |
| | 22 | 115 | 157 | 279 | 153 | 144 | 283 | 72 | 180 |
| | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 183 | 278 | 289 | 158 | 80 | 294 | 6 | 199 |
| | 6 | 22 | 257 | 21 | 119 | 144 | 73 | 27 | 22 |
| | 10 | 28 | 1 | 293 | 113 | 169 | 330 | 163 | 23 |
| | 11 | 67 | 351 | 13 | 21 | 90 | 99 | 50 | 100 |
| | 13 | 244 | 92 | 232 | 63 | 59 | 172 | 48 | 92 |
| | 17 | 11 | 253 | 302 | 51 | 177 | 150 | 24 | 207 |
| | 18 | 157 | 18 | 138 | 136 | 151 | 284 | 38 | 52 |
| | 20 | 211 | 225 | 235 | 116 | 108 | 305 | 91 | 13 |
| | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 0 | 220 | 9 | 12 | 17 | 169 | 3 | 145 | 77 |
| | 1 | 44 | 62 | 88 | 76 | 189 | 103 | 88 | 146 |
| | 4 | 159 | 316 | 207 | 104 | 154 | 224 | 112 | 209 |
| | 7 | 31 | 333 | 50 | 100 | 184 | 297 | 153 | 32 |
| | 8 | 167 | 290 | 25 | 150 | 104 | 215 | 159 | 166 |
| | 14 | 104 | 114 | 76 | 158 | 164 | 39 | 76 | 18 |
| | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 112 | 307 | 295 | 33 | 54 | 348 | 172 | 181 |
| | 1 | 4 | 179 | 133 | 95 | 0 | 75 | 2 | 105 |
| | 3 | 7 | 165 | 130 | 4 | 252 | 22 | 131 | 141 |
| | 12 | 211 | 18 | 231 | 217 | 41 | 312 | 141 | 223 |
| | 16 | 102 | 39 | 296 | 204 | 98 | 224 | 96 | 177 |
| | 19 | 164 | 224 | 110 | 39 | 46 | 17 | 99 | 145 |
| | 21 | 109 | 368 | 269 | 58 | 15 | 59 | 101 | 199 |
| | 22 | 241 | 67 | 245 | 44 | 230 | 314 | 35 | 153 |
| | 24 | 90 | 170 | 154 | 201 | 54 | 244 | 116 | 38 |
| | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 0 | 103 | 366 | 189 | 9 | 162 | 156 | 6 | 169 |
| | 1 | 182 | 232 | 244 | 37 | 159 | 88 | 10 | 12 |
| | 10 | 109 | 321 | 36 | 213 | 93 | 293 | 145 | 206 |
| | 11 | 21 | 133 | 286 | 105 | 134 | 111 | 53 | 221 |
| | 13 | 142 | 57 | 151 | 89 | 45 | 92 | 201 | 17 |
| | 17 | 14 | 303 | 267 | 185 | 132 | 152 | 4 | 212 |
| | 18 | 61 | 63 | 135 | 109 | 76 | 23 | 164 | 92 |
| | 20 | 216 | 82 | 209 | 218 | 209 | 337 | 173 | 205 |
| | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 1 | 98 | 101 | 14 | 82 | 178 | 175 | 126 | 116 |
| | 2 | 149 | 339 | 80 | 165 | 1 | 253 | 77 | 151 |
| | 4 | 167 | 274 | 211 | 174 | 28 | 27 | 156 | 70 |
| | 7 | 160 | 111 | 75 | 19 | 267 | 231 | 16 | 230 |
| | 8 | 49 | 383 | 161 | 194 | 234 | 49 | 12 | 115 |
| | 14 | 58 | 354 | 311 | 103 | 201 | 267 | 70 | 84 |
| | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 0 | 77 | 48 | 16 | 52 | 55 | 25 | 184 | 45 |
| | 1 | 41 | 102 | 147 | 11 | 23 | 322 | 194 | 115 |
| | 12 | 83 | 8 | 290 | 2 | 274 | 200 | 123 | 134 |
| | 16 | 182 | 47 | 289 | 35 | 181 | 351 | 16 | 1 |
| | 21 | 78 | 188 | 177 | 32 | 273 | 166 | 104 | 152 |
| | 22 | 252 | 334 | 43 | 84 | 39 | 338 | 109 | 165 |
| | 23 | 22 | 115 | 280 | 201 | 26 | 192 | 124 | 107 |
| | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 0 | 160 | 77 | 229 | 142 | 225 | 123 | 6 | 186 |
| | 1 | 42 | 186 | 235 | 175 | 162 | 217 | 20 | 215 |
| | 10 | 21 | 174 | 169 | 136 | 244 | 142 | 203 | 124 |
| | 11 | 32 | 232 | 48 | 3 | 151 | 110 | 153 | 180 |
| | 13 | 234 | 50 | 105 | 28 | 238 | 176 | 104 | 98 |
| | 18 | 7 | 74 | 52 | 182 | 243 | 76 | 207 | 80 |
| | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 0 | 177 | 313 | 39 | 81 | 231 | 311 | 52 | 220 |
| | 3 | 248 | 177 | 302 | 56 | 0 | 251 | 147 | 185 |
| | 7 | 151 | 266 | 303 | 72 | 216 | 265 | 1 | 154 |
| | 20 | 185 | 115 | 160 | 217 | 47 | 94 | 16 | 178 |
| | 23 | 62 | 370 | 37 | 78 | 36 | 81 | 46 | 150 |
| | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | 0 | 206 | 142 | 78 | 14 | 0 | 22 | 1 | 124 |
| | 12 | 55 | 248 | 299 | 175 | 186 | 322 | 202 | 144 |
| | 15 | 206 | 137 | 54 | 211 | 253 | 277 | 118 | 182 |
| | 16 | 127 | 89 | 61 | 191 | 16 | 156 | 130 | 95 |
| | 17 | 16 | 347 | 179 | 51 | 0 | 66 | 1 | 72 |
| | 21 | 229 | 12 | 258 | 43 | 79 | 78 | 2 | 76 |
| | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 40 | 241 | 229 | 90 | 170 | 176 | 173 | 39 |

| Group | Index | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 13 | 120 | 260 | 105 | 210 | 252 | 95 | 112 | 26 |
| | 24 | 9 | 90 | 135 | 123 | 173 | 212 | 20 | 105 |
| 31 | 1 | 95 | 100 | 222 | 175 | 144 | 101 | 4 | 73 |
| | 7 | 177 | 215 | 308 | 49 | 144 | 297 | 49 | 149 |
| | 22 | 172 | 258 | 66 | 177 | 166 | 279 | 125 | 175 |
| | 25 | 61 | 256 | 162 | 128 | 19 | 222 | 194 | 108 |
| | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | 0 | 221 | 102 | 210 | 192 | 0 | 351 | 6 | 103 |
| | 12 | 112 | 201 | 22 | 209 | 211 | 265 | 126 | 110 |
| | 14 | 199 | 175 | 271 | 58 | 36 | 338 | 63 | 151 |
| | 24 | 121 | 287 | 217 | 30 | 162 | 83 | 20 | 211 |
| 33 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 2 | 323 | 170 | 114 | 0 | 56 | 10 | 199 |
| | 2 | 187 | 8 | 20 | 49 | 0 | 304 | 30 | 132 |
| | 11 | 41 | 361 | 140 | 161 | 76 | 141 | 6 | 172 |
| | 21 | 211 | 105 | 33 | 137 | 18 | 101 | 92 | 65 |
| | 55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | 7 | 167 | 148 | 296 | 186 | 0 | 320 | 153 | 237 |
| | 15 | 164 | 202 | 5 | 68 | 108 | 112 | 197 | 142 |
| | 17 | 159 | 312 | 44 | 150 | 0 | 54 | 155 | 180 |
| | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 | 1 | 161 | 320 | 207 | 192 | 199 | 100 | 4 | 231 |
| | 6 | 197 | 335 | 158 | 173 | 278 | 210 | 45 | 174 |
| | 12 | 207 | 2 | 55 | 26 | 0 | 195 | 168 | 145 |
| | 22 | 103 | 266 | 285 | 187 | 205 | 268 | 185 | 100 |
| | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | 14 | 105 | 313 | 179 | 157 | 16 | 15 | 200 | 207 |
| | 15 | 51 | 297 | 178 | 0 | 0 | 35 | 177 | 42 |
| | 18 | 120 | 21 | 160 | 6 | 0 | 188 | 43 | 100 |
| | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | 1 | 198 | 269 | 298 | 81 | 72 | 319 | 82 | 59 |
| | 13 | 220 | 82 | 15 | 195 | 144 | 236 | 2 | 204 |
| | 23 | 122 | 115 | 115 | 138 | 0 | 85 | 135 | 161 |
| | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 | 0 | 167 | 185 | 151 | 123 | 190 | 164 | 91 | 121 |
| | 9 | 151 | 177 | 179 | 90 | 0 | 196 | 64 | 90 |
| | 10 | 157 | 289 | 64 | 73 | 0 | 209 | 198 | 26 |
| | 12 | 163 | 214 | 181 | 10 | 0 | 246 | 100 | 140 |
| | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 | 1 | 173 | 258 | 102 | 12 | 153 | 236 | 4 | 115 |
| | 3 | 139 | 93 | 77 | 77 | 0 | 264 | 28 | 188 |
| | 7 | 149 | 346 | 192 | 49 | 165 | 37 | 109 | 168 |
| | 19 | 0 | 297 | 208 | 114 | 117 | 272 | 188 | 52 |
| | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | 0 | 157 | 175 | 32 | 67 | 216 | 304 | 10 | 4 |
| | 8 | 137 | 37 | 80 | 45 | 144 | 237 | 84 | 103 |
| | 17 | 149 | 312 | 197 | 96 | 2 | 135 | 12 | 30 |
| | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41 | 3 | 173 | 314 | 47 | 215 | 0 | 77 | 75 | 189 |
| | 9 | 139 | 139 | 124 | 60 | 0 | 25 | 142 | 215 |
| | 18 | 151 | 288 | 207 | 167 | 183 | 272 | 128 | 24 |
| | 63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 42 | 0 | 149 | 113 | 226 | 114 | 27 | 288 | 163 | 222 |
| | 4 | 157 | 14 | 65 | 91 | 0 | 83 | 10 | 170 |
| | 24 | 137 | 218 | 126 | 78 | 35 | 17 | 162 | 71 |
| | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 43 | 1 | 151 | 113 | 228 | 206 | 52 | 210 | 1 | 22 |
| | 16 | 163 | 132 | 69 | 22 | 243 | 3 | 163 | 127 |
| | 18 | 173 | 114 | 176 | 134 | 0 | 53 | 99 | 49 |
| | 25 | 139 | 168 | 102 | 161 | 0 | 111 | 98 | 125 |
| | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 44 | 0 | 139 | 80 | 234 | 84 | 18 | 79 | 4 | 191 |
| | 7 | 157 | 78 | 227 | 4 | 0 | 244 | 6 | 211 |
| | 9 | 163 | 163 | 259 | 9 | 0 | 293 | 142 | 187 |
| | 22 | 173 | 274 | 260 | 12 | 57 | 272 | 3 | 148 |
| | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 45 | 1 | 149 | 135 | 101 | 184 | 168 | 82 | 181 | 177 |
| | 6 | 151 | 149 | 228 | 121 | 0 | 67 | 45 | 114 |
| | 10 | 167 | 15 | 126 | 29 | 144 | 235 | 153 | 93 |
| | 67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table 5.3.2-3: LDPC base graph 2 ( $\mathbf{H}_{BG}$ ) and its parity check matrices ( $V_{i,j}$ )**

**3GPP TS 38.212 version 15.8.0 Release 15**    24    **ETSI TS 138 212 V15.8.0 (2020-01)**

$H_{BG}$ — $V_{i,j}$ — Set index $i_{LS}$ (columns 0–7)

| Row index $i$ | Column index $j$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 9 | 174 | 0 | 72 | 3 | 156 | 143 | 145 |
| | 1 | 117 | 97 | 0 | 110 | 26 | 143 | 19 | 131 |
| | 2 | 204 | 166 | 0 | 23 | 53 | 14 | 176 | 71 |
| | 3 | 26 | 66 | 0 | 181 | 35 | 3 | 165 | 21 |
| | 6 | 189 | 71 | 0 | 95 | 115 | 40 | 196 | 23 |
| | 9 | 205 | 172 | 0 | 8 | 127 | 123 | 13 | 112 |
| | 10 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 0 | 167 | 27 | 137 | 53 | 19 | 17 | 18 | 142 |
| | 3 | 166 | 36 | 124 | 156 | 94 | 65 | 27 | 174 |
| | 4 | 253 | 48 | 0 | 115 | 104 | 63 | 3 | 183 |
| | 5 | 125 | 92 | 0 | 156 | 66 | 1 | 102 | 27 |
| | 6 | 226 | 31 | 88 | 115 | 84 | 55 | 185 | 96 |
| | 7 | 156 | 187 | 0 | 200 | 98 | 37 | 17 | 23 |
| | 8 | 224 | 185 | 0 | 29 | 69 | 171 | 14 | 9 |
| | 9 | 252 | 3 | 55 | 31 | 50 | 133 | 180 | 167 |
| | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 0 | 81 | 25 | 20 | 152 | 95 | 98 | 126 | 74 |
| | 1 | 114 | 114 | 94 | 131 | 106 | 168 | 163 | 31 |
| | 3 | 44 | 117 | 99 | 46 | 92 | 107 | 47 | 3 |
| | 4 | 52 | 110 | 9 | 191 | 110 | 82 | 183 | 53 |
| | 8 | 240 | 114 | 108 | 91 | 111 | 142 | 132 | 155 |
| | 10 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 1 | 8 | 136 | 38 | 185 | 120 | 53 | 36 | 239 |
| | 2 | 58 | 175 | 15 | 6 | 121 | 174 | 48 | 171 |
| | 4 | 158 | 113 | 102 | 36 | 22 | 174 | 18 | 95 |
| | 5 | 104 | 72 | 146 | 124 | 4 | 127 | 111 | 110 |
| | 6 | 209 | 123 | 12 | 124 | 73 | 17 | 203 | 159 |
| | 7 | 54 | 118 | 57 | 110 | 49 | 89 | 3 | 199 |
| | 8 | 18 | 28 | 53 | 156 | 128 | 17 | 191 | 43 |
| | 9 | 128 | 186 | 46 | 133 | 79 | 105 | 160 | 75 |
| | 10 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 0 | 179 | 72 | 0 | 200 | 42 | 86 | 43 | 29 |
| | 1 | 214 | 74 | 136 | 16 | 24 | 67 | 27 | 140 |
| | 11 | 71 | 29 | 157 | 101 | 51 | 83 | 117 | 180 |
| | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 0 | 231 | 10 | 0 | 185 | 40 | 79 | 136 | 121 |
| | 1 | 41 | 44 | 131 | 138 | 140 | 84 | 49 | 41 |
| | 5 | 194 | 121 | 142 | 170 | 84 | 35 | 36 | 169 |
| | 7 | 159 | 80 | 141 | 219 | 137 | 103 | 132 | 88 |
| | 11 | 103 | 48 | 64 | 193 | 71 | 60 | 62 | 207 |
| | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 0 | 155 | 129 | 0 | 123 | 109 | 47 | 7 | 137 |
| | 5 | 228 | 92 | 124 | 55 | 87 | 154 | 34 | 72 |
| | 7 | 45 | 100 | 99 | 31 | 107 | 10 | 198 | 172 |
| | 9 | 28 | 49 | 45 | 222 | 133 | 155 | 168 | 124 |
| | 11 | 158 | 184 | 148 | 209 | 139 | 29 | 12 | 56 |
| | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 1 | 129 | 80 | 0 | 103 | 97 | 48 | 163 | 86 |
| | 5 | 147 | 186 | 45 | 13 | 135 | 125 | 78 | 186 |
| | 7 | 140 | 16 | 148 | 105 | 35 | 24 | 143 | 87 |
| | 11 | 3 | 102 | 96 | 150 | 108 | 47 | 107 | 172 |
| | 13 | 116 | 143 | 78 | 181 | 65 | 55 | 58 | 154 |
| | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 142 | 118 | 0 | 147 | 70 | 53 | 101 | 176 |
| | 1 | 94 | 70 | 65 | 43 | 69 | 31 | 177 | 169 |
| | 12 | 230 | 152 | 87 | 152 | 88 | 161 | 22 | 225 |
| | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 1 | 203 | 28 | 0 | 2 | 97 | 104 | 186 | 167 |
| | 8 | 205 | 132 | 97 | 30 | 40 | 142 | 27 | 238 |
| | 10 | 61 | 185 | 51 | 184 | 24 | 99 | 205 | 48 |
| | 11 | 247 | 178 | 85 | 83 | 49 | 64 | 81 | 68 |
| | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 0 | 11 | 59 | 0 | 174 | 46 | 111 | 125 | 38 |
| | 1 | 185 | 104 | 17 | 150 | 41 | 25 | 60 | 217 |
| | 6 | 0 | 22 | 156 | 8 | 101 | 174 | 177 | 208 |
| | 7 | 117 | 52 | 20 | 56 | 96 | 23 | 51 | 232 |
| | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 0 | 11 | 32 | 0 | 99 | 28 | 91 | 39 | 178 |
| | 7 | 236 | 92 | 7 | 138 | 30 | 175 | 29 | 214 |
| | 9 | 210 | 174 | 4 | 110 | 116 | 24 | 35 | 168 |
| | 13 | 56 | 154 | 2 | 99 | 64 | 141 | 8 | 51 |
| | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 1 | 63 | 39 | 0 | 46 | 33 | 122 | 18 | 124 |
| | 5 | 111 | 93 | 113 | 217 | 122 | 11 | 155 | 122 |
| | 11 | 14 | 11 | 48 | 109 | 131 | 4 | 49 | 72 |
| | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 0 | 83 | 49 | 0 | 37 | 76 | 29 | 32 | 48 |
| | 1 | 2 | 125 | 112 | 113 | 37 | 91 | 53 | 57 |
| | 8 | 38 | 35 | 102 | 143 | 62 | 27 | 95 | 167 |

| Row index $i$ | Column index $j$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 1 | 254 | 158 | 0 | 48 | 120 | 134 | 57 | 196 |
| | 5 | 124 | 23 | 24 | 132 | 43 | 23 | 201 | 173 |
| | 11 | 114 | 9 | 109 | 206 | 65 | 62 | 142 | 195 |
| | 12 | 64 | 6 | 18 | 2 | 42 | 163 | 35 | 218 |
| | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 0 | 220 | 186 | 0 | 68 | 17 | 173 | 129 | 128 |
| | 6 | 194 | 6 | 18 | 16 | 106 | 31 | 203 | 211 |
| | 7 | 50 | 46 | 86 | 156 | 142 | 22 | 140 | 210 |
| | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0 | 87 | 58 | 0 | 35 | 79 | 13 | 110 | 39 |
| | 1 | 20 | 42 | 158 | 138 | 28 | 135 | 124 | 84 |
| | 10 | 185 | 156 | 154 | 86 | 41 | 145 | 52 | 88 |
| | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 1 | 26 | 76 | 0 | 6 | 2 | 128 | 196 | 117 |
| | 4 | 105 | 61 | 148 | 20 | 103 | 52 | 35 | 227 |
| | 11 | 29 | 153 | 104 | 141 | 78 | 173 | 114 | 6 |
| | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 0 | 76 | 157 | 0 | 80 | 91 | 156 | 10 | 238 |
| | 8 | 42 | 175 | 17 | 43 | 75 | 166 | 122 | 13 |
| | 13 | 210 | 67 | 33 | 81 | 81 | 40 | 23 | 11 |
| | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 1 | 222 | 20 | 0 | 49 | 54 | 18 | 202 | 195 |
| | 2 | 63 | 52 | 4 | 1 | 132 | 163 | 126 | 44 |
| | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | 0 | 23 | 106 | 0 | 156 | 68 | 110 | 52 | 5 |
| | 3 | 235 | 86 | 75 | 54 | 115 | 132 | 170 | 94 |
| | 5 | 238 | 95 | 158 | 134 | 56 | 150 | 13 | 111 |
| | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | 1 | 46 | 182 | 0 | 153 | 30 | 113 | 113 | 81 |
| | 2 | 139 | 153 | 69 | 88 | 42 | 108 | 161 | 19 |
| | 9 | 8 | 64 | 87 | 63 | 101 | 61 | 88 | 130 |
| | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 0 | 228 | 45 | 0 | 211 | 128 | 72 | 197 | 66 |
| | 5 | 156 | 21 | 65 | 94 | 63 | 136 | 194 | 95 |
| | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | 2 | 29 | 67 | 0 | 90 | 142 | 36 | 164 | 146 |
| | 7 | 143 | 137 | 100 | 6 | 28 | 38 | 172 | 66 |
| | 12 | 160 | 55 | 13 | 221 | 100 | 53 | 49 | 190 |
| | 13 | 122 | 85 | 7 | 6 | 133 | 145 | 161 | 86 |
| | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 0 | 8 | 103 | 0 | 27 | 13 | 42 | 168 | 64 |
| | 6 | 151 | 50 | 32 | 118 | 10 | 104 | 193 | 181 |
| | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | 2 | 101 | 111 | 126 | 212 | 77 | 24 | 186 | 144 |
| | 5 | 135 | 168 | 110 | 193 | 43 | 149 | 46 | 16 |
| | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 0 | 18 | 110 | 0 | 108 | 133 | 139 | 50 | 25 |
| | 4 | 28 | 17 | 154 | 61 | 25 | 161 | 27 | 57 |
| | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | 2 | 71 | 120 | 0 | 106 | 87 | 84 | 70 | 37 |
| | 5 | 240 | 154 | 35 | 44 | 56 | 173 | 17 | 139 |
| | 7 | 9 | 52 | 51 | 185 | 104 | 93 | 50 | 221 |
| | 9 | 84 | 56 | 134 | 176 | 70 | 29 | 6 | 17 |
| 31 | 1 | 106 | 3 | 0 | 147 | 80 | 117 | 115 | 201 |
| | 13 | 1 | 170 | 20 | 182 | 139 | 148 | 189 | 46 |
| | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | 0 | 242 | 84 | 0 | 108 | 32 | 116 | 110 | 179 |
| | 5 | 44 | 8 | 20 | 21 | 89 | 73 | 0 | 14 |
| | 12 | 166 | 17 | 122 | 110 | 71 | 142 | 163 | 116 |
| | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | 2 | 132 | 165 | 0 | 71 | 135 | 105 | 163 | 46 |
| | 7 | 164 | 179 | 88 | 12 | 6 | 137 | 173 | 2 |
| | 10 | 235 | 124 | 13 | 109 | 2 | 29 | 179 | 106 |
| | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | 0 | 147 | 173 | 0 | 29 | 37 | 11 | 197 | 184 |
| | 12 | 85 | 177 | 19 | 201 | 25 | 41 | 191 | 135 |
| | 13 | 36 | 12 | 78 | 69 | 114 | 162 | 193 | 141 |
| | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 | 1 | 57 | 77 | 0 | 91 | 60 | 126 | 157 | 85 |
| | 5 | 44 | 184 | 157 | 165 | 137 | 152 | 167 | 225 |
| | 11 | 63 | 18 | 6 | 55 | 93 | 172 | 181 | 175 |
| | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | 0 | 140 | 25 | 0 | 1 | 121 | 73 | 197 | 178 |
| | 7 | 154 | 170 | 82 | 83 | 26 | 129 | 179 | 106 |
| | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | 10 | 249 | 37 | 0 | 40 | 97 | 167 | 181 | 154 |
| | 13 | 151 | 31 | 144 | 12 | 56 | 38 | 193 | 114 |
| | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 | 1 | 31 | 84 | 0 | 37 | 1 | 112 | 157 | 42 |
| | 5 | 66 | 151 | 93 | 97 | 70 | 7 | 173 | 41 |

**3GPP TS 38.212 version 15.8.0 Release 15**          25          **ETSI TS 138 212 V15.8.0 (2020-01)**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13 | 222 | 166 | 26 | 140 | 47 | 127 | 186 | 219 | | 11 | 38 | 190 | 19 | 46 | 1 | 19 | 191 | 105 |
| | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | 1 | 115 | 19 | 0 | 36 | 143 | 11 | 91 | 82 | 39 | 0 | 239 | 93 | 0 | 106 | 119 | 109 | 181 | 167 |
| | 6 | 145 | 118 | 138 | 95 | 51 | 145 | 20 | 232 | | 7 | 172 | 132 | 24 | 181 | 32 | 6 | 157 | 45 |
| | 11 | 3 | 21 | 57 | 40 | 130 | 8 | 52 | 204 | | 12 | 34 | 57 | 138 | 154 | 142 | 105 | 173 | 189 |
| | 13 | 232 | 163 | 27 | 116 | 97 | 166 | 109 | 162 | | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 2 | 0 | 103 | 0 | 98 | 6 | 160 | 193 | 78 |
| 15 | 0 | 51 | 68 | 0 | 116 | 139 | 137 | 174 | 38 | 40 | 10 | 75 | 107 | 36 | 35 | 73 | 156 | 163 | 67 |
| | 10 | 175 | 63 | 73 | 200 | 96 | 103 | 108 | 217 | | 13 | 120 | 163 | 143 | 36 | 102 | 82 | 179 | 180 |
| | 11 | 213 | 81 | 99 | 110 | 128 | 40 | 102 | 157 | | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 1 | 129 | 147 | 0 | 120 | 48 | 132 | 191 | 53 |
| 16 | 1 | 203 | 87 | 0 | 75 | 48 | 78 | 125 | 170 | 41 | 5 | 229 | 7 | 2 | 101 | 47 | 6 | 197 | 215 |
| | 9 | 142 | 177 | 79 | 158 | 9 | 158 | 31 | 23 | | 11 | 118 | 60 | 55 | 81 | 19 | 8 | 167 | 230 |
| | 11 | 8 | 135 | 111 | 134 | 28 | 17 | 54 | 175 | | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 12 | 242 | 64 | 143 | 97 | 8 | 165 | 176 | 202 | | | | | | | | | | |

## 5.3.3        Channel coding of small block lengths

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits to encode. After encoding the bits are denoted by $d_0, d_1, d_2, ..., d_{N-1}$.

### 5.3.3.1        Encoding of 1-bit information

For $K = 1$, the code block is encoded according to Table 5.3.3.1-1, where $N = Q_m$ and $Q_m$ is the modulation order for the code block.

**Table 5.3.3.1-1: Encoding of 1-bit information**

| $Q_m$ | Encoded bits $d_0, d_1, d_2, ..., d_{N-1}$ |
|---|---|
| **1** | $[c_0]$ |
| 2 | $[c_0 \ y]$ |
| 4 | $[c_0 \ y \ x \ x]$ |
| 6 | $[c_0 \ y \ x \ x \ x \ x]$ |
| 8 | $[c_0 \ y \ x \ x \ x \ x \ x \ x]$ |

The "x" and "y" in Table 5.3.3.1-1 are placeholders for Subclause 6.3.1.1 of [4, TS 38.211] to scramble the information bits in a way that maximizes the Euclidean distance of the modulation symbols carrying the information bits.

### 5.3.3.2        Encoding of 2-bit information

For $K = 2$, the code block is encoded according to Table 5.3.3-2, where $c_2 = (c_0 + c_1) \bmod 2$, $N = 3Q_m$, and $Q_m$ is the modulation order for the code block.

**Table 5.3.3.2-1: Encoding of 2-bit information**

| $Q_m$ | Encoded bits $d_0, d_1, d_2, ..., d_{N-1}$ |
|---|---|
| **1** | $[c_0 \ c_1 \ c_2]$ |
| 2 | $[c_0 \ c_1 \ c_2 \ c_0 \ c_1 \ c_2]$ |
| 4 | $[c_0 \ c_1 \ x \ x \ c_2 \ c_0 \ x \ x \ c_1 \ c_2 \ x \ x]$ |
| 6 | $[c_0 \ c_1 \ x \ x \ x \ x \ c_2 \ c_0 \ x \ x \ x \ x \ c_1 \ c_2 \ x \ x \ x \ x]$ |
| 8 | $[c_0 \ c_1 \ x \ x \ x \ x \ x \ x \ c_2 \ c_0 \ x \ x \ x \ x \ x \ x \ c_1 \ c_2 \ x \ x \ x \ x \ x \ x]$ |

The "x" in Table 5.3.3.2-1 are placeholders for Subclause 6.3.1.1 of [4, TS 38.211] to scramble the information bits in a way that maximizes the Euclidean distance of the modulation symbols carrying the information bits.

### 5.3.3.3      Encoding of other small block lengths

For $3 \leq K \leq 11$, the code block is encoded by $d_i = \left( \sum_{k=0}^{K-1} c_k \cdot M_{i,k} \right) \bmod 2$, where $i = 0, 1, \cdots, N-1$, $N = 32$, and $M_{i,k}$ represents the basis sequences as defined in Table 5.3.3.3-1.

**Table 5.3.3.3-1: Basis sequences for (32, $K$) code**

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ | $M_{i,5}$ | $M_{i,6}$ | $M_{i,7}$ | $M_{i,8}$ | $M_{i,9}$ | $M_{i,10}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 2 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 |
| 3 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 5 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 |
| 6 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 7 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 |
| 8 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 |
| 9 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 |
| 10 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| 11 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 |
| 12 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| 13 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| 14 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 |
| 15 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| 16 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 17 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| 18 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 19 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 20 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 21 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 22 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 |
| 23 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| 24 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 25 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 |
| 26 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 |
| 27 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| 28 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 29 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 31 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# 5.4      Rate matching

## 5.4.1      Rate matching for Polar code

The rate matching for Polar code is defined per coded block and consists of sub-block interleaving, bit collection, and bit interleaving. The input bit sequence to rate matching is $d_0, d_1, d_2, ..., d_{N-1}$. The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$.

### 5.4.1.1      Sub-block interleaving

The bits input to the sub-block interleaver are the coded bits $d_0, d_1, d_2, ..., d_{N-1}$. The coded bits $d_0, d_1, d_2, ..., d_{N-1}$ are divided into 32 sub-blocks. The bits output from the sub-block interleaver are denoted as $y_0, y_1, y_2, ..., y_{N-1}$, generated as follows:

for $n = 0$ to $N-1$

$\quad i = \lfloor 32n / N \rfloor$;

$\quad J(n) = P(i) \times (N/32) + \mathrm{mod}(n, N/32)$;

$\quad y_n = d_{J(n)}$;

end for

where the sub-block interleaver pattern $P(i)$ is given by Table 5.4.1.1-1.

**Table 5.4.1.1-1: Sub-block interleaver pattern $P(i)$**

| $i$ | $P(i)$ | $i$ | $P(i)$ | $i$ | $P(i)$ | $i$ | $P(i)$ | $i$ | $P(i)$ | $i$ | $P(i)$ | $i$ | $P(i)$ | $i$ | $P(i)$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 3 | 8 | 8 | 12 | 10 | 16 | 12 | 20 | 14 | 24 | 24 | 28 | 27 |
| 1 | 1 | 5 | 5 | 9 | 16 | 13 | 18 | 17 | 20 | 21 | 22 | 25 | 25 | 29 | 29 |
| 2 | 2 | 6 | 6 | 10 | 9 | 14 | 11 | 18 | 13 | 22 | 15 | 26 | 26 | 30 | 30 |
| 3 | 4 | 7 | 7 | 11 | 17 | 15 | 19 | 19 | 21 | 23 | 23 | 27 | 28 | 31 | 31 |

The sets of bit indices $\overline{\mathbf{Q}}_I^N$ and $\overline{\mathbf{Q}}_F^N$ are determined as follows, where $K$, $n_{PC}$, and $\mathbf{Q}_0^{N-1}$ are defined in Subclause 5.3.1

$\overline{\mathbf{Q}}_{F,tmp}^N = \varnothing$

if $E < N$

$\quad$ if $K/E \le 7/16$     -- puncturing

$\qquad$ for $n = 0$ to $N-E-1$

$\qquad\quad \overline{\mathbf{Q}}_{F,tmp}^N = \overline{\mathbf{Q}}_{F,tmp}^N \cup \{J(n)\}$;

$\qquad$ end for

$\qquad$ if $E \ge 3N/4$

$\qquad\quad \overline{\mathbf{Q}}_{F,tmp}^N = \overline{\mathbf{Q}}_{F,tmp}^N \cup \{0,1,\ldots,\lceil 3N/4 - E/2 \rceil - 1\}$;

$\qquad$ else

$\qquad\quad \overline{\mathbf{Q}}_{F,tmp}^N = \overline{\mathbf{Q}}_{F,tmp}^N \cup \{0,1,\ldots,\lceil 9N/16 - E/4 \rceil - 1\}$;

$\qquad$ end if

$\quad$ else     -- shortening

$\qquad$ for $n = E$ to $N-1$

$\qquad\quad \overline{\mathbf{Q}}_{F,tmp}^N = \overline{\mathbf{Q}}_{F,tmp}^N \cup \{J(n)\}$;

$\qquad$ end for

$\quad$ end if

end if

$\overline{\mathbf{Q}}_{I,tmp}^N = \mathbf{Q}_0^{N-1} \setminus \overline{\mathbf{Q}}_{F,tmp}^N$;

$\overline{\mathbf{Q}}_I^N$ comprises $(K + n_{PC})$ most reliable bit indices in $\overline{\mathbf{Q}}_{I,tmp}^N$;

$\overline{\mathbf{Q}}_F^N = \mathbf{Q}_0^{N-1} \setminus \overline{\mathbf{Q}}_I^N$;

## 5.4.1.2          Bit selection

The bit sequence after the sub-block interleaver $y_0, y_1, y_2, ..., y_{N-1}$ from Subclause 5.4.1.1 is written into a circular buffer of length $N$.

Denoting by $E$ the rate matching output sequence length, the bit selection output bit sequence $e_k$, $k = 0,1,2,...,E-1$, is generated as follows:

if $E \geq N$   -- repetition

for $k = 0$ to $E-1$

$e_k = y_{\text{mod}(k,N)}$ ;

end for

else

if $K/E \leq 7/16$    -- puncturing

for $k = 0$ to $E-1$

$e_k = y_{k+N-E}$ ;

end for

else    -- shortening

for $k = 0$ to $E-1$

$e_k = y_k$ ;

end for

end if

end if

## 5.4.1.3          Interleaving of coded bits

The bit sequence $e_0, e_1, e_2, ..., e_{E-1}$ is interleaved into bit sequence $f_0, f_1, f_2, ..., f_{E-1}$, as follows:

If $I_{BIL} = 1$

Denote $T$ as the smallest integer such that $T(T+1)/2 \geq E$ ;

$k = 0$ ;

for $i = 0$ to $T-1$

for $j = 0$ to $T-1-i$

if $k < E$

$v_{i,j} = e_k$ ;

else

$v_{i,j} = < NULL >$ ;

end if

$$k = k + 1;$$

end for

end for

$$k = 0;$$

for $j = 0$ to $T - 1$

for $i = 0$ to $T - 1 - j$

if $v_{i,j} \neq < NULL >$

$$f_k = v_{i,j};$$

$$k = k + 1$$

end if

end for

end for

else

for $i = 0$ to $E - 1$

$$f_i = e_i;$$

end for

end if

The value of $E$ is no larger than 8192.

## 5.4.2      Rate matching for LDPC code

The rate matching for LDPC code is defined per coded block and consists of bit selection and bit interleaving. The input bit sequence to rate matching is $d_0, d_1, d_2, ..., d_{N-1}$. The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$.

### 5.4.2.1      Bit selection

The bit sequence after encoding $d_0, d_1, d_2, ..., d_{N-1}$ from Subclause 5.3.2 is written into a circular buffer of length $N_{cb}$ for the $r$-th coded block, where $N$ is defined in Subclause 5.3.2.

For the $r$-th code block, let $N_{cb} = N$ if $I_{LBRM} = 0$ and $N_{cb} = \min\left(N, N_{ref}\right)$ otherwise, where $N_{ref} = \left\lfloor \dfrac{TBS_{LBRM}}{C \cdot R_{LBRM}} \right\rfloor$,

$R_{LBRM} = 2/3$, $TBS_{LBRM}$ is determined according to Subclause 6.1.4.2 in [6, TS 38.214] for UL-SCH and Subclause 5.1.3.2 in [6, TS 38.214] for DL-SCH/PCH, assuming the following:

- maximum number of layers for one TB for UL-SCH is given by X, where

    - if the higher layer parameter *maxMIMO-Layers* of *PUSCH-ServingCellConfig* of the serving cell is configured, X is given by that parameter

    - elseif the higher layer parameter *maxRank* of *pusch-Config* of the serving cell is configured, X is given by the maximum value of *maxRank* across all BWPs of the serving cell

    - otherwise, X is given by the maximum number of layers for PUSCH supported by the UE for the serving cell

- maximum number of layers for one TB for DL-SCH/PCH is given by the minimum of X and 4, where

    - if the higher layer parameter *maxMIMO-Layers* of *PDSCH-ServingCellConfig* of the serving cell is configured, X is given by that parameter

    - otherwise, X is given by the maximum number of layers for PDSCH supported by the UE for the serving cell

- if the higher layer parameter *mcs-Table* given by a *pdsch-Config* for at least one DL BWP of the serving cell is set to 'qam256', maximum modulation order $Q_m = 8$ is assumed for DL-SCH; otherwise a maximum modulation order $Q_m = 6$ is assumed for DL-SCH;

- if the higher layer parameter *mcs-Table* or *mcs-TableTransformPrecoder* given by a *pusch-Config* or *configuredGrantConfig* for at least one UL BWP of the serving cell is set to 'qam256', maximum modulation order $Q_m = 8$ is assumed for UL-SCH; otherwise a maximum modulation order $Q_m = 6$ is assumed for UL-SCH

- maximum coding rate of 948/1024;

- $n_{PRB} = n_{PRB,LBRM}$ is given by Table 5.4.2.1-1, where the value of $n_{PRB,LBRM}$ for DL-SCH is determined according to the initial downlink bandwidth part if there is no other downlink bandwidth part configured to the UE;

- $N_{RE} = 156 \cdot n_{PRB}$;

- $C$ is the number of code blocks of the transport block determined according to Subclause 5.2.2.

**Table 5.4.2.1-1: Value of $n_{PRB,LBRM}$**

| Maximum number of PRBs across all configured DL BWPs and UL BWPs of a carrier for DL-SCH and UL-SCH, respectively | $n_{PRB,LBRM}$ |
|---|---|
| Less than 33 | 32 |
| 33 to 66 | 66 |
| 67 to 107 | 107 |
| 108 to 135 | 135 |
| 136 to 162 | 162 |
| 163 to 217 | 217 |
| Larger than 217 | 273 |

Denoting by $E_r$ the rate matching output sequence length for the $r$-th coded block, where the value of $E_r$ is determined as follows:

Set $j = 0$

for $r = 0$ to $C - 1$

    if the $r$-th coded block is not scheduled for transmission as indicated by CBGTI according to Subclause 5.1.7.2 for DL-SCH and 6.1.5.2 for UL-SCH in [6, TS 38.214]

        $E_r = 0$;

    else

        if $j \leq C' - \mathrm{mod}\left(G / \left(N_L \cdot Q_m\right), C'\right) - 1$

            $E_r = N_L \cdot Q_m \cdot \left\lfloor \dfrac{G}{N_L \cdot Q_m \cdot C'} \right\rfloor$;

        else

$$E_r = N_L \cdot Q_m \cdot \left\lceil \frac{G}{N_L \cdot Q_m \cdot C'} \right\rceil ;$$

       end if

    $j = j+1$;

   end if

  end for

where

-   $N_L$ is the number of transmission layers that the transport block is mapped onto;

-   $Q_m$ is the modulation order;

-   $G$ is the total number of coded bits available for transmission of the transport block;

-   $C' = C$ if CBGTI is not present in the DCI scheduling the transport block and $C'$ is the number of scheduled code blocks of the transport block if CBGTI is present in the DCI scheduling the transport block.

Denote by $rv_{id}$ the redundancy version number for this transmission ($rv_{id} = 0$, 1, 2 or 3), the rate matching output bit sequence $e_k$, $k = 0,1,2,...,E-1$, is generated as follows, where $k_0$ is given by Table 5.4.2.1-2 according to the value of $rv_{id}$ and LDPC base graph:

  $k = 0$;

  $j = 0$;

  while $k < E$

    if $d_{(k_0+j) \bmod N_{cb}} \neq < NULL >$

      $e_k = d_{(k_0+j) \bmod N_{cb}}$;

      $k = k+1$;

    end if

    $j = j+1$;

  end while

**Table 5.4.2.1-2: Starting position of different redundancy versions, $k_0$**

| $rv_{id}$ | $k_0$ | |
|:---:|:---:|:---:|
| | LDPC base graph 1 | LDPC base graph 2 |
| 0 | 0 | 0 |
| 1 | $\left\lfloor \dfrac{17 N_{cb}}{66 Z_c} \right\rfloor Z_c$ | $\left\lfloor \dfrac{13 N_{cb}}{50 Z_c} \right\rfloor Z_c$ |
| 2 | $\left\lfloor \dfrac{33 N_{cb}}{66 Z_c} \right\rfloor Z_c$ | $\left\lfloor \dfrac{25 N_{cb}}{50 Z_c} \right\rfloor Z_c$ |
| 3 | $\left\lfloor \dfrac{56 N_{cb}}{66 Z_c} \right\rfloor Z_c$ | $\left\lfloor \dfrac{43 N_{cb}}{50 Z_c} \right\rfloor Z_c$ |

### 5.4.2.2        Bit interleaving

The bit sequence $e_0, e_1, e_2, ..., e_{E-1}$ is interleaved to bit sequence $f_0, f_1, f_2, ..., f_{E-1}$, according to the following, where the value of $Q_m$ is the modulation order.

   for $j = 0$ to $E / Q_m - 1$

      for $i = 0$ to $Q_m - 1$

         $f_{i+j \cdot Q_m} = e_{i \cdot E / Q_m + j}$ ;

      end for

   end for

### 5.4.3        Rate matching for channel coding of small block lengths

The input bit sequence to rate matching is $d_0, d_1, d_2, ..., d_{N-1}$. The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$, where $E$ is the rate matching output sequence length. The bit sequence $f_0, f_1, f_2, ..., f_{E-1}$ is obtained by the following:

for $k = 0$ to $E - 1$

   $f_k = d_{k \bmod N}$ ;

end for

## 5.5        Code block concatenation

The input bit sequence for the code block concatenation block are the sequences $f_{rk}$, for $r = 0, ..., C - 1$ and $k = 0, ..., E_r - 1$, where $E_r$ is the number of rate matched bits for the $r$-th code block. The output bit sequence from the code block concatenation block is the sequence $g_k$ for $k = 0, ..., G - 1$.

The code block concatenation consists of sequentially concatenating the rate matching outputs for the different code blocks. Therefore,

Set $k = 0$ and $r = 0$

while $r < C$

   Set $j = 0$

   while $j < E_r$

      $g_k = f_{rj}$

      $k = k + 1$

      $j = j + 1$

   end while

   $r = r + 1$

end while

# 6          Uplink transport channels and control information

## 6.1          Random access channel

The sequence index for the random access channel is received from higher layers and is processed according to [4, TS 38.211].

## 6.2          Uplink shared channel

### 6.2.1          Transport block CRC attachment

Error detection is provided on each UL-SCH transport block through a Cyclic Redundancy Check (CRC).

The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the payload size and $L$ is the number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in Subclause 6.1.1 of [TS38.321].

The parity bits are computed and attached to the UL-SCH transport block according to Subclause 5.1, by setting $L$ to 24 bits and using the generator polynomial $g_{\text{CRC24A}}(D)$ if $A > 3824$; and by setting $L$ to 16 bits and using the generator polynomial $g_{\text{CRC16}}(D)$ otherwise.

The bits after CRC attachment are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B = A + L$.

### 6.2.2          LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Subclause 6.1.4.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

-    if $A \le 292$, or if $A \le 3824$ and $R \le 0.67$, or if $R \le 0.25$, LDPC base graph 2 is used;

-    otherwise, LDPC base graph 1 is used,

where $A$ is the payload size as described in Subclause 6.2.1.

### 6.2.3          Code block segmentation and code block CRC attachment

The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).

Code block segmentation and code block CRC attachment are performed according to Subclause 5.2.2.

The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$ according to Subclause 5.2.2.

### 6.2.4          Channel coding of UL-SCH

Code blocks are delivered to the channel coding block. The bits in a code block are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number, and $K_r$ is the number of bits in code block number $r$. The total number of code blocks is denoted by $C$ and each code block is individually LDPC encoded according to Subclause 5.3.2.

After encoding the bits are denoted by $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$, where the values of $N_r$ is given in Subclause 5.3.2.

## 6.2.5    Rate matching

Coded bits for each code block, denoted as $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$, are delivered to the rate match block, where $r$ is the code block number, and $N_r$ is the number of encoded bits in code block number $r$. The total number of code blocks is denoted by $C$ and each code block is individually rate matched according to Subclause 5.4.2 by setting $I_{LBRM} = 1$ if higher layer parameter *rateMatching* is set to *limitedBufferRM* and by setting $I_{LBRM} = 0$ otherwise.

After rate matching, the bits are denoted by $f_{r0}, f_{r1}, f_{r2}, f_{r3}, ..., f_{r(E_r-1)}$, where $E_r$ is the number of rate matched bits for code block number $r$.

## 6.2.6    Code block concatenation

The input bit sequence for the code block concatenation block are the sequences $f_{r0}, f_{r1}, f_{r2}, f_{r3}, ..., f_{r(E_r-1)}$, for $r = 0, ..., C-1$ and where $E_r$ is the number of rate matched bits for the $r$-th code block.

Code block concatenation is performed according to Subclause 5.5.

The bits after code block concatenation are denoted by $g_0, g_1, g_2, g_3, ..., g_{G-1}$, where $G$ is the total number of coded bits for transmission.

## 6.2.7    Data and control multiplexing

Denote the coded bits for UL-SCH as $g_0^{\text{UL-SCH}}, g_1^{\text{UL-SCH}}, g_2^{\text{UL-SCH}}, g_3^{\text{UL-SCH}}, ..., g_{G^{\text{UL-SCH}}-1}^{\text{UL-SCH}}$.

Denote the coded bits for HARQ-ACK, if any, as $g_0^{\text{ACK}}, g_1^{\text{ACK}}, g_2^{\text{ACK}}, g_3^{\text{ACK}}, ..., g_{G^{\text{ACK}}-1}^{\text{ACK}}$.

Denote the coded bits for CSI part 1, if any, as $g_0^{\text{CSI-part1}}, g_1^{\text{CSI-part1}}, g_2^{\text{CSI-part1}}, g_3^{\text{CSI-part1}}, ..., g_{G^{\text{CSI-part1}}-1}^{\text{CSI-part1}}$.

Denote the coded bits for CSI part 2, if any, as $g_0^{\text{CSI-part2}}, g_1^{\text{CSI-part2}}, g_2^{\text{CSI-part2}}, g_3^{\text{CSI-part2}}, ..., g_{G^{\text{CSI-part2}}-1}^{\text{CSI-part2}}$.

Denote the multiplexed data and control coded bit sequence as $g_0, g_1, g_2, g_3, ..., g_{G-1}$.

Denote $l$ as the OFDM symbol index of the scheduled PUSCH, starting from 0 to $N_{\text{symb,all}}^{\text{PUSCH}} - 1$, where $N_{\text{symb,all}}^{\text{PUSCH}}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS.

Denote $k$ as the subcarrier index of the scheduled PUSCH, starting from 0 to $M_{\text{sc}}^{\text{PUSCH}} - 1$, where $M_{\text{sc}}^{\text{PUSCH}}$ is expressed as a number of subcarriers.

Denote $\Phi_l^{\text{UL-SCH}}$ as the set of resource elements, in ascending order of indices $k$, available for transmission of data in OFDM symbol $l$, for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$.

Denote $M_{\text{sc}}^{\text{UL-SCH}}(l) = |\Phi_l^{\text{UL-SCH}}|$ as the number of elements in set $\Phi_l^{\text{UL-SCH}}$. Denote $\Phi_l^{\text{UL-SCH}}(j)$ as the $j$-th element in $\Phi_l^{\text{UL-SCH}}$.

Denote $\Phi_l^{\text{UCI}}$ as the set of resource elements, in ascending order of indices $k$, available for transmission of UCI in OFDM symbol $l$, for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$. Denote $M_{\text{sc}}^{\text{UCI}}(l) = |\Phi_l^{\text{UCI}}|$ as the number of elements in set $\Phi_l^{\text{UCI}}$. Denote $\Phi_l^{\text{UCI}}(j)$ as the $j$-th element in $\Phi_l^{\text{UCI}}$. For any OFDM symbol that carriers DMRS of the PUSCH, $\Phi_l^{\text{UCI}} = \varnothing$. For any OFDM symbol that does not carry DMRS of the PUSCH, $\Phi_l^{\text{UCI}} = \Phi_l^{\text{UL-SCH}}$.

If frequency hopping is configured for the PUSCH,

- denote $l^{(1)}$ as the OFDM symbol index of the first OFDM symbol after the first set of consecutive OFDM symbol(s) carrying DMRS in the first hop;

- denote $l^{(2)}$ as the OFDM symbol index of the first OFDM symbol after the first set of consecutive OFDM symbol(s) carrying DMRS in the second hop.

- denote $l_{\text{CSI}}^{(1)}$ as the OFDM symbol index of the first OFDM symbol that does not carry DMRS in the first hop;

- denote $l_{\text{CSI}}^{(2)}$ as the OFDM symbol index of the first OFDM symbol that does not carry DMRS in the second hop;

- if HARQ-ACK is present for transmission on the PUSCH with UL-SCH, let

    - $G^{\text{ACK}}(1) = N_L \cdot Q_m \cdot \left\lfloor G^{\text{ACK}} / (2 \cdot N_L \cdot Q_m) \right\rfloor$ and $G^{\text{ACK}}(2) = N_L \cdot Q_m \cdot \left\lceil G^{\text{ACK}} / (2 \cdot N_L \cdot Q_m) \right\rceil$ ;

- if CSI is present for transmission on the PUSCH with UL-SCH, let

    - $G^{\text{CSI-part1}}(1) = N_L \cdot Q_m \cdot \left\lfloor G^{\text{CSI-part1}} / (2 \cdot N_L \cdot Q_m) \right\rfloor$;

    - $G^{\text{CSI-part1}}(2) = N_L \cdot Q_m \cdot \left\lceil G^{\text{CSI-part1}} / (2 \cdot N_L \cdot Q_m) \right\rceil$ ;

    - $G^{\text{CSI-part2}}(1) = N_L \cdot Q_m \cdot \left\lfloor G^{\text{CSI-part2}} / (2 \cdot N_L \cdot Q_m) \right\rfloor$; and

    - $G^{\text{CSI-part2}}(2) = N_L \cdot Q_m \cdot \left\lceil G^{\text{CSI-part2}} / (2 \cdot N_L \cdot Q_m) \right\rceil$ ;

- if only HARQ-ACK and CSI part 1 are present for transmission on the PUSCH without UL-SCH, let

    - $G^{\text{ACK}}(1) = \min\left( N_L \cdot Q_m \cdot \left\lfloor G^{\text{ACK}} / (2 \cdot N_L \cdot Q_m) \right\rfloor , M_3 \cdot N_L \cdot Q_m \right)$;

    - $G^{\text{ACK}}(2) = G^{\text{ACK}} - G^{\text{ACK}}(1)$ ;

    - $G^{\text{CSI-part1}}(1) = M_1 \cdot N_L \cdot Q_m - G^{\text{ACK}}(1)$; and

    - $G^{\text{CSI-part1}}(2) = G^{\text{CSI-part1}} - G^{\text{CSI-part1}}(1)$ ;

- if HARQ-ACK, CSI part 1 and CSI part 2 are present for transmission on the PUSCH without UL-SCH, let

    - $G^{\text{ACK}}(1) = \min\left( N_L \cdot Q_m \cdot \left\lfloor G^{\text{ACK}} / (2 \cdot N_L \cdot Q_m) \right\rfloor , M_3 \cdot N_L \cdot Q_m \right)$;

    - $G^{\text{ACK}}(2) = G^{\text{ACK}} - G^{\text{ACK}}(1)$ ;

    - if the number of HARQ-ACK information bits is more than 2,
    $G^{\text{CSI-part1}}(1) = \min\left( N_L \cdot Q_m \cdot \left\lfloor G^{\text{CSI-part1}} / (2 \cdot N_L \cdot Q_m) \right\rfloor , M_1 \cdot N_L \cdot Q_m - G^{\text{ACK}}(1) \right)$; otherwise,
    $G^{\text{CSI-part1}}(1) = \min\left( N_L \cdot Q_m \cdot \left\lfloor G^{\text{CSI-part1}} / (2 \cdot N_L \cdot Q_m) \right\rfloor , M_1 \cdot N_L \cdot Q_m - G_{rvd}^{\text{ACK}}(1) \right)$

    - $G^{\text{CSI-part1}}(2) = G^{\text{CSI-part1}} - G^{\text{CSI-part1}}(1)$ ;

    - $G^{\text{CSI-part2}}(1) = M_1 \cdot N_L \cdot Q_m - G^{\text{CSI-part1}}(1)$ if the number of HARQ-ACK information bits is no more than 2, and
    $G^{\text{CSI-part2}}(1) = M_1 \cdot N_L \cdot Q_m - G^{\text{ACK}}(1) - G^{\text{CSI-part1}}(1)$ otherwise; and

    - $G^{\text{CSI-part2}}(2) = M_2 \cdot N_L \cdot Q_m - G^{\text{CSI-part1}}(2)$ if the number of HARQ-ACK information bits is no more than 2, and
    $G^{\text{CSI-part2}}(2) = M_2 \cdot N_L \cdot Q_m - G^{\text{ACK}}(2) - G^{\text{CSI-part1}}(2)$ otherwise;

- if CSI part 1 and CSI part 2 are present for transmission on the PUSCH without UL-SCH, let

- $G^{\text{CSI-part1}}(1) = \min\left(N_L \cdot Q_m \cdot \left\lfloor G^{\text{CSI-part1}} / (2 \cdot N_L \cdot Q_m) \right\rfloor, M_1 \cdot N_L \cdot Q_m - G_{rvd}^{\text{ACK}}(1)\right)$ ;

- $G^{\text{CSI-part1}}(2) = G^{\text{CSI-part1}} - G^{\text{CSI-part1}}(1)$ ;

- $G^{\text{CSI-part2}}(1) = M_1 \cdot N_L \cdot Q_m - G^{\text{CSI-part1}}(1)$ ; and

- $G^{\text{CSI-part2}}(2) = M_2 \cdot N_L \cdot Q_m - G^{\text{CSI-part1}}(2)$ ;

- let $N_{\text{hop}}^{\text{PUSCH}} = 2$, and denote $N_{\text{symb,hop}}^{\text{PUSCH}}(1)$, $N_{\text{symb,hop}}^{\text{PUSCH}}(2)$ as the number of OFDM symbols of the PUSCH in the first and second hop, respectively;

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH;

- $M_1 = \sum_{l=0}^{N_{\text{symb,hop}}^{\text{PUSCH}}(1)-1} M_{\text{SC}}^{\text{UCI}}(l)$ ;

- $M_2 = \sum_{l=N_{\text{symb,hop}}^{\text{PUSCH}}(1)}^{N_{\text{symb,hop}}^{\text{PUSCH}}(1)+N_{\text{symb,hop}}^{\text{PUSCH}}(2)-1} M_{\text{SC}}^{\text{UCI}}(l)$ ;

- $M_3 = \sum_{l=l^{(1)}}^{N_{\text{symb,hop}}^{\text{PUSCH}}(1)-1} M_{\text{SC}}^{\text{UCI}}(l)$ .

If frequency hopping is not configured for the PUSCH,

- denote $l^{(1)}$ as the OFDM symbol index of the first OFDM symbol after the first set of consecutive OFDM symbol(s) carrying DMRS;

- denote $l_{\text{CSI}}^{(1)}$ as the OFDM symbol index of the first OFDM symbol that does not carry DMRS;

- if HARQ-ACK is present for transmission on the PUSCH, let $G^{\text{ACK}}(1) = G^{\text{ACK}}$ ;

- if CSI is present for transmission on the PUSCH, let $G^{\text{CSI-part1}}(1) = G^{\text{CSI-part1}}$ and $G^{\text{CSI-part2}}(1) = G^{\text{CSI-part2}}$ ;

- let $N_{\text{hop}}^{\text{PUSCH}} = 1$ and $N_{\text{symb,hop}}^{\text{PUSCH}}(1) = N_{\text{symb,all}}^{\text{PUSCH}}$ .

The multiplexed data and control coded bit sequence $g_0, g_1, g_2, g_3, ..., g_{G-1}$ is obtained according to the following:

**Step 1:**

Set $\bar{\Phi}_l^{\text{UL-SCH}} = \Phi_l^{\text{UL-SCH}}$ for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$ ;

Set $\bar{M}_{\text{sc}}^{\text{UL-SCH}}(l) = \left| \bar{\Phi}_l^{\text{UL-SCH}} \right|$ for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$ ;

Set $\bar{\Phi}_l^{\text{UCI}} = \Phi_l^{\text{UCI}}$ for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$ ;

Set $\bar{M}_{\text{sc}}^{\text{UCI}}(l) = \left| \bar{\Phi}_l^{\text{UCI}} \right|$ for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$ ;

if the number of HARQ-ACK information bits to be transmitted on PUSCH is 0, 1 or 2 bits

the number of reserved resource elements for potential HARQ-ACK transmission is calculated according to Subclause 6.3.2.4.2.1, by setting $O_{\text{ACK}} = 2$ ;

denote $G_{\mathrm{rvd}}^{\mathrm{ACK}}$ as the number of coded bits for potential HARQ-ACK transmission using the reserved resource elements;

if frequency hopping is configured for the PUSCH, let $G_{\mathrm{rvd}}^{\mathrm{ACK}}(1) = N_L \cdot Q_m \cdot \left\lfloor G_{\mathrm{rvd}}^{\mathrm{ACK}} / (2 \cdot N_L \cdot Q_m) \right\rfloor$ and

$\quad G_{\mathrm{rvd}}^{\mathrm{ACK}}(2) = N_L \cdot Q_m \cdot \left\lceil G_{\mathrm{rvd}}^{\mathrm{ACK}} / (2 \cdot N_L \cdot Q_m) \right\rceil$ ;

if frequency hopping is not configured for the PUSCH, let $G_{\mathrm{rvd}}^{\mathrm{ACK}}(1) = G_{\mathrm{rvd}}^{\mathrm{ACK}}$ ;

denote $\overline{\Phi}_l^{\mathrm{rvd}}$ as the set of reserved resource elements for potential HARQ-ACK transmission, in OFDM symbol $l$ ,

$\quad$ for $l = 0, 1, 2, ..., N_{\mathrm{symb,all}}^{\mathrm{PUSCH}} - 1$;

Set $m_{\mathrm{count}}^{\mathrm{ACK}}(1) = 0$ ;

Set $m_{\mathrm{count}}^{\mathrm{ACK}}(2) = 0$ ;

$\overline{\Phi}_l^{\mathrm{rvd}} = \varnothing$ for $l = 0, 1, 2, ..., N_{\mathrm{symb,all}}^{\mathrm{PUSCH}} - 1$ ;

for $i = 1$ to $N_{\mathrm{hop}}^{\mathrm{PUSCH}}$

$\quad l = l^{(i)}$ ;

$\quad$ while $m_{\mathrm{count}}^{\mathrm{ACK}}(i) < G_{\mathrm{rvd}}^{\mathrm{ACK}}(i)$

$\qquad$ if $\overline{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) > 0$

$\qquad\quad$ if $G_{\mathrm{rvd}}^{\mathrm{ACK}}(i) - m_{\mathrm{count}}^{\mathrm{ACK}}(i) \geq \overline{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \cdot N_L \cdot Q_m$

$\qquad\qquad d = 1$ ;

$\qquad\qquad m_{\mathrm{count}}^{\mathrm{RE}} = \overline{M}_{\mathrm{sc}}^{\mathrm{UL\text{-}SCH}}(l)$ ;

$\qquad\quad$ end if

$\qquad\quad$ if $G_{\mathrm{rvd}}^{\mathrm{ACK}}(i) - m_{\mathrm{count}}^{\mathrm{ACK}}(i) < \overline{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \cdot N_L \cdot Q_m$

$\qquad\qquad d = \left\lfloor \overline{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \cdot N_L \cdot Q_m \big/ \left( G_{\mathrm{rvd}}^{\mathrm{ACK}}(i) - m_{\mathrm{count}}^{\mathrm{ACK}}(i) \right) \right\rfloor$ ;

$\qquad\qquad m_{\mathrm{count}}^{\mathrm{RE}} = \left\lceil \left( G_{\mathrm{rvd}}^{\mathrm{ACK}}(i) - m_{\mathrm{count}}^{\mathrm{ACK}}(i) \right) / \left( N_L \cdot Q_m \right) \right\rceil$ ;

$\qquad\quad$ end if

$\qquad\quad$ for $j = 0$ to $m_{\mathrm{count}}^{\mathrm{RE}} - 1$

$\qquad\qquad \overline{\Phi}_l^{\mathrm{rvd}} = \overline{\Phi}_l^{\mathrm{rvd}} \cup \left\{ \overline{\Phi}_l^{\mathrm{UL\text{-}SCH}}(j \cdot d) \right\}$

$\qquad\qquad m_{\mathrm{count}}^{\mathrm{ACK}}(i) = m_{\mathrm{count}}^{\mathrm{ACK}}(i) + N_L \cdot Q_m$ ;

$\qquad\quad$ end for

$\qquad$ end if

$\quad l = l + 1$ ;

$\quad$ end while

end for

else

$\overline{\Phi}_l^{\text{rvd}} = \varnothing$ for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$;

end if

Denote $\overline{M}_{\text{sc,rvd}}^{\overline{\Phi}}(l) = \left| \overline{\Phi}_l^{\text{rvd}} \right|$ as the number of elements in $\overline{\Phi}_l^{\text{rvd}}$.

## Step 2:

if HARQ-ACK is present for transmission on the PUSCH and the number of HARQ-ACK information bits is more than 2,

Set $m_{\text{count}}^{\text{ACK}}(1) = 0$;

Set $m_{\text{count}}^{\text{ACK}}(2) = 0$;

Set $m_{\text{count,all}}^{\text{ACK}} = 0$;

for $i = 1$ to $N_{\text{hop}}^{\text{PUSCH}}$

$\quad l = l^{(i)}$;

$\quad$ while $m_{\text{count}}^{\text{ACK}}(i) < G^{\text{ACK}}(i)$

$\quad\quad$ if $\overline{M}_{\text{sc}}^{\text{UCI}}(l) > 0$

$\quad\quad\quad$ if $G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) \geq \overline{M}_{\text{sc}}^{\text{UCI}}(l) \cdot N_L \cdot Q_m$

$\quad\quad\quad\quad d = 1$;

$\quad\quad\quad\quad m_{\text{count}}^{\text{RE}} = \overline{M}_{\text{sc}}^{\text{UCI}}(l)$;

$\quad\quad\quad$ end if

$\quad\quad\quad$ if $G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) < \overline{M}_{\text{sc}}^{\text{UCI}}(l) \cdot N_L \cdot Q_m$

$\quad\quad\quad\quad d = \left\lfloor \overline{M}_{\text{sc}}^{\text{UCI}}(l) \cdot N_L \cdot Q_m / \left( G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) \right) \right\rfloor$;

$\quad\quad\quad\quad m_{\text{count}}^{\text{RE}} = \left\lceil \left( G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) \right) / \left( N_L \cdot Q_m \right) \right\rceil$;

$\quad\quad\quad$ end if

$\quad\quad\quad$ for $j = 0$ to $m_{\text{count}}^{\text{RE}} - 1$

$\quad\quad\quad\quad k = \overline{\Phi}_l^{\text{UCI}}(j \cdot d)$;

$\quad\quad\quad\quad$ for $v = 0$ to $N_L \cdot Q_m - 1$

$\quad\quad\quad\quad\quad \overline{g}_{l,k,v} = g_{m_{\text{count,all}}^{\text{ACK}}}^{\text{ACK}}$;

$\quad\quad\quad\quad\quad m_{\text{count,all}}^{\text{ACK}} = m_{\text{count,all}}^{\text{ACK}} + 1$;

$\quad\quad\quad\quad\quad m_{\text{count}}^{\text{ACK}}(i) = m_{\text{count}}^{\text{ACK}}(i) + 1$;

        end for

     end for

     $\overline{\Phi}_{l,tmp}^{\text{UCI}} = \varnothing;$

     for $j = 0$ to $m_{\text{count}}^{\text{RE}} - 1$

        $\overline{\Phi}_{l,tmp}^{\text{UCI}} = \overline{\Phi}_{l,tmp}^{\text{UCI}} \cup \overline{\Phi}_{l}^{\text{UCI}}(j \cdot d);$

     end for

     $\overline{\Phi}_{l}^{\text{UCI}} = \overline{\Phi}_{l}^{\text{UCI}} \setminus \overline{\Phi}_{l,tmp}^{\text{UCI}};$

     $\overline{\Phi}_{l}^{\text{UL-SCH}} = \overline{\Phi}_{l}^{\text{UL-SCH}} \setminus \overline{\Phi}_{l,tmp}^{\text{UCI}};$

     $\overline{M}_{\text{sc}}^{\text{UCI}}(l) = \left| \overline{\Phi}_{l}^{\text{UCI}} \right|;$

     $\overline{M}_{\text{sc}}^{\text{UL-SCH}}(l) = \left| \overline{\Phi}_{l}^{\text{UL-SCH}} \right|;$

    end if

    $l = l + 1;$

   end while

  end for

end if


## Step 3:

if CSI is present for transmission on the PUSCH,

    Set $m_{\text{count}}^{\text{CSI-part1}}(1) = 0;$

    Set $m_{\text{count}}^{\text{CSI-part1}}(2) = 0;$

    Set $m_{\text{count,all}}^{\text{CSI-part1}} = 0;$

    for $i = 1$ to $N_{\text{hop}}^{\text{PUSCH}}$

      $l = l_{\text{CSI}}^{(i)};$

      while $\overline{M}_{\text{sc}}^{\text{UCI}}(l) - \overline{M}_{\text{sc, rvd}}^{\overline{\Phi}}(l) \le 0$

        $l = l + 1;$

      end while

      while $m_{\text{count}}^{\text{CSI-part1}}(i) < G^{\text{CSI-part1}}(i)$

        if $\overline{M}_{\text{sc}}^{\text{UCI}}(l) - \overline{M}_{\text{sc, rvd}}^{\overline{\Phi}}(l) > 0$

          if $G^{\text{CSI-part1}}(i) - m_{\text{count}}^{\text{CSI-part1}}(i) \ge \left( \overline{M}_{\text{sc}}^{\text{UCI}}(l) - \overline{M}_{\text{sc, rvd}}^{\overline{\Phi}}(l) \right) \cdot N_L \cdot Q_m$

$d = 1$;

$m_{\text{count}}^{\text{RE}} = \bar{M}_{\text{sc}}^{\text{UCI}}(l) - \bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l)$;

end if

if $G^{\text{CSI-part1}}(i) - m_{\text{count}}^{\text{CSI-part1}}(i) < \left( \bar{M}_{\text{sc}}^{\text{UCI}}(l) - \bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l) \right) \cdot N_L \cdot Q_m$

$d = \left\lfloor \left( \bar{M}_{\text{sc}}^{\text{UCI}}(l) - M_{\text{sc, rvd}}^{\bar{\Phi}}(l) \right) \cdot N_L \cdot Q_m \Big/ \left( G^{\text{CSI-part1}}(i) - m_{\text{count}}^{\text{CSI-part1}}(i) \right) \right\rfloor$;

$m_{\text{count}}^{\text{RE}} = \left\lceil \left( G^{\text{CSI-part1}}(i) - m_{\text{count}}^{\text{CSI-part1}}(i) \right) / (N_L \cdot Q_m) \right\rceil$;

end if

$\bar{\Phi}_l^{\text{temp}} = \bar{\Phi}_l^{\text{UCI}} \setminus \bar{\Phi}_l^{\text{rvd}}$;

for $j = 0$ to $m_{\text{count}}^{\text{RE}} - 1$

$k = \bar{\Phi}_l^{\text{temp}}(j \cdot d)$;

for $\nu = 0$ to $N_L \cdot Q_m - 1$

$\bar{g}_{l,k,\nu} = g_{m_{\text{count,all}}^{\text{CSI-part1}}}^{\text{CSI-part1}}$;

$m_{\text{count,all}}^{\text{CSI-part1}} = m_{\text{count,all}}^{\text{CSI-part1}} + 1$;

$m_{\text{count}}^{\text{CSI-part1}}(i) = m_{\text{count}}^{\text{CSI-part1}}(i) + 1$;

end for

end for

$\bar{\Phi}_{l,tmp}^{\text{UCI}} = \varnothing$;

for $j = 0$ to $m_{\text{count}}^{\text{RE}} - 1$

$\bar{\Phi}_{l,tmp}^{\text{UCI}} = \bar{\Phi}_{l,tmp}^{\text{UCI}} \cup \bar{\Phi}_l^{\text{temp}}(j \cdot d)$;

end for

$\bar{\Phi}_l^{\text{UCI}} = \bar{\Phi}_l^{\text{UCI}} \setminus \bar{\Phi}_{l,tmp}^{\text{UCI}}$;

$\bar{\Phi}_l^{\text{UL-SCH}} = \bar{\Phi}_l^{\text{UL-SCH}} \setminus \bar{\Phi}_{l,tmp}^{\text{UCI}}$;

$\bar{M}_{\text{sc}}^{\text{UCI}}(l) = \left| \bar{\Phi}_l^{\text{UCI}} \right|$;

$\bar{M}_{\text{sc}}^{\text{UL-SCH}}(l) = \left| \bar{\Phi}_l^{\text{UL-SCH}} \right|$;

end if

$l = l + 1$;

end while

end for

Set $m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(1) = 0$;

Set $m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(2) = 0$;

Set $m_{\mathrm{count,all}}^{\mathrm{CSI\text{-}part2}} = 0$;

for $i = 1$ to $N_{\mathrm{hop}}^{\mathrm{PUSCH}}$

    $l = l_{\mathrm{CSI}}^{(i)}$;

    while $\bar{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \leq 0$

        $l = l + 1$;

    end while

    while $m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) < G^{\mathrm{CSI\text{-}part2}}(i)$

        if $\bar{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) > 0$

            if $G^{\mathrm{CSI\text{-}part2}}(i) - m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) \geq \bar{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \cdot N_L \cdot Q_m$

                $d = 1$;

                $m_{\mathrm{count}}^{\mathrm{RE}} = \bar{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l)$;

            end if

            if $G^{\mathrm{CSI\text{-}part2}}(i) - m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) < \bar{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \cdot N_L \cdot Q_m$

                $d = \left\lfloor \bar{M}_{\mathrm{sc}}^{\mathrm{UCI}}(l) \cdot N_L \cdot Q_m \big/ \left( G^{\mathrm{CSI\text{-}part2}}(i) - m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) \right) \right\rfloor$;

                $m_{\mathrm{count}}^{\mathrm{RE}} = \left\lceil \left( G^{\mathrm{CSI\text{-}part2}}(i) - m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) \right) / (N_L \cdot Q_m) \right\rceil$;

            end if

            for $j = 0$ to $m_{\mathrm{count}}^{\mathrm{RE}} - 1$

                $k = \bar{\Phi}_l^{\mathrm{UCI}}(j \cdot d)$;

                for $v = 0$ to $N_L \cdot Q_m - 1$

                    $\bar{g}_{l,k,v} = g_{m_{\mathrm{count,all}}^{\mathrm{CSI\text{-}part2}}}^{\mathrm{CSI\text{-}part2}}$;

                    $m_{\mathrm{count,all}}^{\mathrm{CSI\text{-}part2}} = m_{\mathrm{count,all}}^{\mathrm{CSI\text{-}part2}} + 1$;

                    $m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) = m_{\mathrm{count}}^{\mathrm{CSI\text{-}part2}}(i) + 1$;

                end for

            end for

        $\bar{\Phi}_{l,tmp}^{\mathrm{UCI}} = \varnothing$;

for $j = 0$ to $m_{\text{count}}^{\text{RE}} - 1$

$$\overline{\Phi}_{l,tmp}^{\text{UCI}} = \overline{\Phi}_{l,tmp}^{\text{UCI}} \cup \overline{\Phi}_l^{\text{UCI}}(j \cdot d);$$

end for

$$\overline{\Phi}_l^{\text{UCI}} = \overline{\Phi}_l^{\text{UCI}} \setminus \overline{\Phi}_{l,tmp}^{\text{UCI}};$$

$$\overline{\Phi}_l^{\text{UL-SCH}} = \overline{\Phi}_l^{\text{UL-SCH}} \setminus \overline{\Phi}_{l,tmp}^{\text{UCI}};$$

$$\overline{M}_{\text{sc}}^{\text{UCI}}(l) = \left| \overline{\Phi}_l^{\text{UCI}} \right|;$$

$$\overline{M}_{\text{sc}}^{\text{UL-SCH}}(l) = \left| \overline{\Phi}_l^{\text{UL-SCH}} \right|;$$

end if

$l = l + 1;$

end while

end for

end if

## Step 4:

if UL-SCH is present for transmission on the PUSCH,

Set $m_{\text{count}}^{\text{UL-SCH}} = 0;$

for $l = 0$ to $N_{\text{symb,all}}^{\text{PUSCH}} - 1$

if $\overline{M}_{\text{sc}}^{\text{UL-SCH}}(l) > 0$

for $j = 0$ to $\overline{M}_{\text{sc}}^{\text{UL-SCH}}(l) - 1$

$k = \overline{\Phi}_l^{\text{UL-SCH}}(j);$

for $v = 0$ to $N_L \cdot Q_m - 1$

$\overline{g}_{l,k,v} = g_{m_{\text{count}}^{\text{UL-SCH}}}^{\text{UL-SCH}};$

$m_{\text{count}}^{\text{UL-SCH}} = m_{\text{count}}^{\text{UL-SCH}} + 1;$

end for

end for

end if

end for

end if

## Step 5:

if HARQ-ACK is present for transmission on the PUSCH and the number of HARQ-ACK information bits is no more than 2,

Set $m_{\text{count}}^{\text{ACK}}(1) = 0$;

Set $m_{\text{count}}^{\text{ACK}}(2) = 0$;

Set $m_{\text{count,all}}^{\text{ACK}} = 0$;

for $i = 1$ to $N_{\text{hop}}^{\text{PUSCH}}$

    $l = l^{(i)}$;

    while $m_{\text{count}}^{\text{ACK}}(i) < G^{\text{ACK}}(i)$

        if $\bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l) > 0$

            if $G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) \geq \bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l) \cdot N_L \cdot Q_m$

                $d = 1$;

                $m_{\text{count}}^{\text{RE}} = \bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l)$;

            end if

            if $G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) < \bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l) \cdot N_L \cdot Q_m$

                $d = \left\lfloor \bar{M}_{\text{sc, rvd}}^{\bar{\Phi}}(l) \cdot N_L \cdot Q_m \big/ \left( G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) \right) \right\rfloor$;

                $m_{\text{count}}^{\text{RE}} = \left\lceil \left( G^{\text{ACK}}(i) - m_{\text{count}}^{\text{ACK}}(i) \right) / \left( N_L \cdot Q_m \right) \right\rceil$;

            end if

            for $j = 0$ to $m_{\text{count}}^{\text{RE}} - 1$

                $k = \bar{\Phi}_l^{\text{rvd}}(j \cdot d)$;

                for $v = 0$ to $N_L \cdot Q_m - 1$

                    $\bar{g}_{l,k,v} = g_{m_{\text{count,all}}^{\text{ACK}}}^{\text{ACK}}$;

                    $m_{\text{count,all}}^{\text{ACK}} = m_{\text{count,all}}^{\text{ACK}} + 1$;

                    $m_{\text{count}}^{\text{ACK}}(i) = m_{\text{count}}^{\text{ACK}}(i) + 1$;

                end for

            end for

        end if

        $l = l + 1$;

    end while

end for

end if

**Step 6:**

Set $t = 0$;

for $l = 0$ to $N_{\text{symb,all}}^{\text{PUSCH}} - 1$

    for $j = 0$ to $M_{\text{sc}}^{\text{UL-SCH}}(l) - 1$

        $k = \Phi_l^{\text{UL-SCH}}(j)$;

        for $v = 0$ to $N_L \cdot Q_m - 1$

            $g_t = \overline{g}_{l,k,v}$;

            $t = t + 1$;

        end for

    end for

end for

# 6.3 Uplink control information

## 6.3.1 Uplink control information on PUCCH

The procedure in this subclause applies to PUCCH formats 2/3/4.

### 6.3.1.1 UCI bit sequence generation

#### 6.3.1.1.1 HARQ-ACK/SR only

If only HARQ-ACK bits are transmitted on a PUCCH, the UCI bit sequence $a_0, a_1, a_2, a_3, ..., a_{A-1}$ is determined by setting $a_i = \tilde{o}_i^{ACK}$ for $i = 0, 1, ..., O^{ACK} - 1$ and $A = O^{ACK}$, where the HARQ-ACK bit sequence $\tilde{o}_0^{ACK}, \tilde{o}_1^{ACK}, ..., \tilde{o}_{O^{ACK}-1}^{ACK}$ is given by Subclause 9.1 of [5, TS38.213].

If only HARQ-ACK and SR bits are transmitted on a PUCCH, the UCI bit sequence $a_0, a_1, a_2, a_3, ..., a_{A-1}$ is determined by setting $a_i = \tilde{o}_i^{ACK}$ for $i = 0, 1, ..., O^{ACK} - 1$, $a_i = \tilde{o}_i^{SR}$ for $i = O^{ACK}, O^{ACK} + 1, ..., O^{ACK} + O^{SR} - 1$, and $A = O^{ACK} + O^{SR}$, where the HARQ-ACK bit sequence $\tilde{o}_0^{ACK}, \tilde{o}_1^{ACK}, ..., \tilde{o}_{O^{ACK}-1}^{ACK}$ is given by Subclause 9.1 of [5, TS 38.213], and the SR bit sequence $\tilde{o}_0^{SR}, \tilde{o}_1^{SR}, ..., \tilde{o}_{O^{SR}-1}^{SR}$ is given by Subclause 9.2.5.1 of [5, TS 38.213].

#### 6.3.1.1.2 CSI only

The bitwidth for PMI of *codebookType=typeI-SinglePanel* with 2 CSI-RS ports is 2 for Rank=1 and 1 for Rank=2, according to Subclause 5.2.2.2.1 in [6, TS 38.214].

The bitwidth for PMI of *codebookType=typeI-SinglePanel* with more than 2 CSI-RS ports is provided in Tables 6.3.1.1.2-1, where the values of $(N_1, N_2)$ and $(O_1, O_2)$ are given by Subclause 5.2.2.2.1 in [6, TS 38.214].

**Table 6.3.1.1.2-1: PMI of *codebookType=type1-SinglePanel***

| | Information field $X_1$ for wideband PMI | | | Information field $X_2$ for wideband PMI or per subband PMI | |
|---|---|---|---|---|---|
| | $(i_{1,1}, i_{1,2})$ | | $i_{1,3}$ | $i_2$ | |
| | *codebookMode*=1 | *codebookMode*=2 | | *codebookMode*=1 | *codebookMode*=2 |
| Rank = 1 with >2 CSI-RS ports, $N_2 > 1$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | $(\lceil \log_2 \frac{N_1O_1}{2} \rceil, \lceil \log_2 \frac{N_2O_2}{2} \rceil)$ | N/A | 2 | 4 |
| Rank = 1 with >2 CSI-RS ports, $N_2 = 1$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | $(\lceil \log_2 \left( \frac{N_1O_1}{2} \right) \rceil, 0)$ | N/A | 2 | 4 |
| Rank=2 with 4 CSI-RS ports, $N_2 = 1$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | $(\lceil \log_2 \left( \frac{N_1O_1}{2} \right) \rceil, 0)$ | 1 | 1 | 3 |
| Rank=2 with >4 CSI-RS ports, $N_2 > 1$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | $(\lceil \log_2 \frac{N_1O_1}{2} \rceil, \lceil \log_2 \frac{N_2O_2}{2} \rceil)$ | 2 | 1 | 3 |
| Rank=2 with >4 CSI-RS ports, $N_2 = 1$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | $(\lceil \log_2 \left( \frac{N_1O_1}{2} \right) \rceil, 0)$ | 2 | 1 | 3 |
| Rank=3 or 4, with 4 CSI-RS ports | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | | 0 | 1 | |
| Rank=3 or 4, with 8 or 12 CSI-RS ports | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | | 2 | 1 | |
| Rank=3 or 4 , with >=16 CSI-RS ports | $(\lceil \log_2 \frac{N_1O_1}{2} \rceil, \lceil \log_2 N_2O_2 \rceil)$ | | 2 | 1 | |
| Rank=5 or 6 | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | | N/A | 1 | |
| Rank=7 or 8, $N_1 = 4, N_2 = 1$ | $(\lceil \log_2 \frac{N_1O_1}{2} \rceil, \lceil \log_2 N_2O_2 \rceil)$ | | N/A | 1 | |
| Rank=7 or 8, $N_1 > 2, N_2 = 2$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 \frac{N_2O_2}{2} \rceil)$ | | N/A | 1 | |
| Rank=7 or 8, with $N_1 > 4, N_2 = 1$ | $(\lceil \log_2 N_1O_1 \rceil, \lceil \log_2 N_2O_2 \rceil)$ | | N/A | 1 | |

| or<br>$N_1 = 2, N_2 = 2$<br>or<br>$N_1 > 2, N_2 > 2$ | | | |
|---|---|---|---|

The bitwidth for PMI of *codebookType= typeI-MultiPanel* is provided in Tables 6.3.1.1.2-2, where the values of $\left(N_g, N_1, N_2\right)$ and $\left(O_1, O_2\right)$ are given by Subclause 5.2.2.2.2 in [6, TS 38.214].

**Table 6.3.1.1.2-2: PMI of *codebookType= typeI-MultiPanel***

| | Information fields $X_1$ for wideband | | | | | Information fields $X_2$ for wideband or per subband | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $(i_{1,1}, i_{1,2})$ | $i_{1,3}$ | $i_{1,4,1}$ | $i_{1,4,2}$ | $i_{1,4,3}$ | $i_2$ | $i_{2,0}$ | $i_{2,1}$ | $i_{2,2}$ |
| Rank=1 with $N_g = 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | N/A | 2 | N/A | N/A | 2 | N/A | N/A | N/A |
| Rank=1 with $N_g = 4$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | N/A | 2 | 2 | 2 | 2 | N/A | N/A | N/A |
| Rank=2 with $N_g = 2$,<br>$N_1 N_2 = 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | 1 | 2 | N/A | N/A | 1 | N/A | N/A | N/A |
| Rank=3 or 4 with $N_g = 2$,<br>$N_1 N_2 = 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | 0 | 2 | N/A | N/A | 1 | N/A | N/A | N/A |
| Rank=2 or 3 or 4 with $N_g = 2$,<br>$N_1 N_2 > 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | 2 | 2 | N/A | N/A | 1 | N/A | N/A | N/A |
| Rank=2 with $N_g = 4$,<br>$N_1 N_2 = 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | 1 | 2 | 2 | 2 | 1 | N/A | N/A | N/A |
| Rank=3 or 4 with $N_g = 4$,<br>$N_1 N_2 = 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | 0 | 2 | 2 | 2 | 1 | N/A | N/A | N/A |
| Rank=2 or 3 or 4 with $N_g = 4$,<br>$N_1 N_2 > 2$<br>*codebookMode=1* | $(\lceil \log_2 N_1 O_1 \rceil,$<br>$\lceil \log_2 N_2 O_2 \rceil)$ | 2 | 2 | 2 | 2 | 1 | N/A | N/A | N/A |

**3GPP TS 38.212 version 15.8.0 Release 15**      47      **ETSI TS 138 212 V15.8.0 (2020-01)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rank=1 with $N_g=2$ <br> *codebookMode=2* | $(\lceil \log_2 N_1 O_1 \rceil,$ <br> $\lceil \log_2 N_2 O_2 \rceil)$ | N/A | 2 | 2 | N/A | N/A | 2 | 1 | 1 |
| Rank=2 with $N_g=2$, <br> $N_1 N_2=2$ <br> *codebookMode=2* | $(\lceil \log_2 N_1 O_1 \rceil,$ <br> $\lceil \log_2 N_2 O_2 \rceil)$ | 1 | 2 | 2 | N/A | N/A | 1 | 1 | 1 |
| Rank=3 or 4 with $N_g=2$, <br> $N_1 N_2=2$ <br> *codebookMode=2* | $(\lceil \log_2 N_1 O_1 \rceil,$ <br> $\lceil \log_2 N_2 O_2 \rceil)$ | 0 | 2 | 2 | N/A | N/A | 1 | 1 | 1 |
| Rank=2 or 3 or 4 with $N_g=2$, <br> $N_1 N_2>2$ <br> *codebookMode=2* | $(\lceil \log_2 N_1 O_1 \rceil,$ <br> $\lceil \log_2 N_2 O_2 \rceil)$ | 2 | 2 | 2 | N/A | N/A | 1 | 1 | 1 |

The bitwidth for PMI with 1 CSI-RS port is 0.

The bitwidth for RI/LI/CQI/CRI of *codebookType=typeI-SinglePanel* is provided in Tables 6.3.1.1.2-3.

**Table 6.3.1.1.2-3: RI, LI, CQI, and CRI of *codebookType=typeI-SinglePanel***

| Field | Bitwidth | | | | |
|---|---|---|---|---|---|
| | 1 antenna port | 2 antenna ports | 4 antenna ports | >4 antenna ports | |
| | | | | Rank1~4 | Rank5~8 |
| Rank Indicator | 0 | $\min(1, \lceil \log_2 n_{\mathrm{RI}} \rceil)$ | $\min(2, \lceil \log_2 n_{\mathrm{RI}} \rceil)$ | $\lceil \log_2 n_{\mathrm{RI}} \rceil$ | $\lceil \log_2 n_{\mathrm{RI}} \rceil$ |
| Layer Indicator | 0 | $\lceil \log_2 \upsilon \rceil$ | $\min\left(2, \lceil \log_2 \upsilon \rceil\right)$ | $\min\left(2, \lceil \log_2 \upsilon \rceil\right)$ | $\min\left(2, \lceil \log_2 \upsilon \rceil\right)$ |
| Wide-band CQI for the first TB | 4 | 4 | 4 | 4 | 4 |
| Wideband CQI for the second TB | 0 | 0 | 0 | 0 | 4 |
| Subband differential CQI for the first TB | 2 | 2 | 2 | 2 | 2 |
| Subband differential CQI for the second TB | 0 | 0 | 0 | 0 | 2 |
| CRI | $\lceil \log_2 \left(K_s^{\mathrm{CSI-RS}}\right) \rceil$ | $\lceil \log_2 \left(K_s^{\mathrm{CSI-RS}}\right) \rceil$ | $\lceil \log_2 \left(K_s^{\mathrm{CSI-RS}}\right) \rceil$ | $\lceil \log_2 \left(K_s^{\mathrm{CSI-RS}}\right) \rceil$ | $\lceil \log_2 \left(K_s^{\mathrm{CSI-RS}}\right) \rceil$ |

$n_{\mathrm{RI}}$ in Table 6.3.1.1.2-3 is the number of allowed rank indicator values according to Subclause 5.2.2.2.1 [6, TS 38.214]. $\upsilon$ is the value of the rank. The value of $K_s^{\mathrm{CSI-RS}}$ is the number of CSI-RS resources in the corresponding resource set. The values of the rank indicator field are mapped to allowed rank indicator values with increasing order, where '0' is mapped to the smallest allowed rank indicator value.

The bitwidth for RI/LI/CQI/CRI of *codebookType= typeI-MultiPanel* is provided in Table 6.3.1.1.2-4.

**Table 6.3.1.1.2-4: RI, LI, CQI, and CRI of *codebookType=type1-MultiPanel***

| Field | Bitwidth |
|-------|----------|
| Rank Indicator | $\min(2, \lceil \log_2 n_{\mathrm{RI}} \rceil)$ |
| Layer Indicator | $\min(2, \lceil \log_2 \upsilon \rceil)$ |
| Wide-band CQI | 4 |
| Subband differential CQI | 2 |
| CRI | $\lceil \log_2 (K_s^{\mathrm{CSI\text{-}RS}}) \rceil$ |

where $n_{\mathrm{RI}}$ is the number of allowed rank indicator values according to Subclause 5.2.2.2.2 [6, TS 38.214], $\upsilon$ is the value of the rank, and $K_s^{\mathrm{CSI\text{-}RS}}$ is the number of CSI-RS resources in the corresponding resource set. The values of the rank indicator field are mapped to allowed rank indicator values with increasing order, where '0' is mapped to the smallest allowed rank indicator value.

The bitwidth for RI/LI/CQI of *codebookType= typeII* or *codebookType=typeII-PortSelection* is provided in Table 6.3.1.1.2-5.

**Table 6.3.1.1.2-5: RI, LI, and CQI of *codebookType=typeII or typeII-PortSelection***

| Field | Bitwidth |
|-------|----------|
| Rank Indicator | $\min(1, \lceil \log_2 n_{\mathrm{RI}} \rceil)$ |
| Layer Indicator | $\min(2, \lceil \log_2 \upsilon \rceil)$ |
| Wide-band CQI | 4 |
| Subband differential CQI | 2 |
| Indicator of the number of non-zero wideband amplitude coefficients $M_l$ for layer $l$ | $\lceil \log_2 (2L-1) \rceil$ |

where $n_{\mathrm{RI}}$ is the number of allowed rank indicator values according to Subclauses 5.2.2.2.3 and 5.2.2.2.4 [6, TS 38.214] and $\upsilon$ is the value of the rank. The values of the rank indicator field are mapped to allowed rank indicator values with increasing order, where '0' is mapped to the smallest allowed rank indicator value.

The bitwidth for CRI, SSBRI, RSRP, and differential RSRP are provided in Table 6.3.1.1.2-6.

**Table 6.3.1.1.2-6: CRI, SSBRI, and RSRP**

| Field | Bitwidth |
|-------|----------|
| CRI | $\lceil \log_2 (K_s^{\mathrm{CSI\text{-}RS}}) \rceil$ |
| SSBRI | $\lceil \log_2 (K_s^{\mathrm{SSB}}) \rceil$ |
| RSRP | 7 |
| Differential RSRP | 4 |

where $K_s^{\mathrm{CSI\text{-}RS}}$ is the number of CSI-RS resources in the corresponding resource set, and $K_s^{\mathrm{SSB}}$ is the configured number of SS/PBCH blocks in the corresponding resource set for reporting 'ssb-Index-RSRP'.

**Table 6.3.1.1.2-7: Mapping order of CSI fields of one CSI report, *pmi-FormatIndicator=widebandPMI* and *cqi-FormatIndicator=widebandCQI***

| CSI report number | CSI fields |
|---|---|
| CSI report #n | CRI as in Tables 6.3.1.1.2-3/4, if reported |
| | Rank Indicator as in Tables 6.3.1.1.2-3/4, if reported |
| | Layer Indicator as in Tables 6.3.1.1.2-3/4, if reported |
| | Zero padding bits $O_p$, if needed |
| | PMI wideband information fields $X_1$, from left to right as in Tables 6.3.1.1.2-1/2, if reported |
| | PMI wideband information fields $X_2$, from left to right as in Tables 6.3.1.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214], if reported |
| | Wideband CQI for the first TB as in Tables 6.3.1.1.2-3/4, if reported |
| | Wideband CQI for the second TB as in Tables 6.3.1.1.2-3/4, if reported |

The number of zero padding bits $O_p$ in Table 6.3.1.1.2-7 is 0 for 1 CSI-RS port and $O_p = N_{\max} - N_{\text{reported}}$ for more than 1 CSI-RS port, where

- $N_{\max} = \max_{r \in S_{\text{Rank}}} B(r)$ and $S_{\text{Rank}}$ is the set of rank values $r$ that are allowed to be reported;

- $N_{\text{reported}} = B(R)$, where $R$ is the reported rank;

- For 2 CSI-RS ports, $B(r) = N_{\text{PMI}}(r) + N_{\text{CQI}}(r) + N_{\text{LI}}(r)$;

- For more than 2 CSI-RS ports, $B(r) = N_{\text{PMI},i1}(r) + N_{\text{PMI},i2}(r) + N_{\text{CQI}}(r) + N_{\text{LI}}(r)$;

- if PMI is reported, $N_{\text{PMI}}(1) = 2$ and $N_{\text{PMI}}(2) = 1$; otherwise, $N_{\text{PMI}}(r) = 0$;

- if PMI $i1$ is reported, $N_{\text{PMI},i1}(r)$ is obtained according to Tables 6.3.1.1.2-1/2; otherwise, $N_{\text{PMI},i1}(r) = 0$;

- if PMI $i2$ is reported, $N_{\text{PMI},i2}(r)$ is obtained according to Tables 6.3.1.1.2-1/2; otherwise, $N_{\text{PMI},i2}(r) = 0$;

- if CQI is reported, $N_{\text{CQI}}(r)$ is obtained according to Tables 6.3.1.1.2-3/4; otherwise, $N_{\text{CQI}}(r) = 0$;

- if LI is reported, $N_{\text{LI}}(r)$ is obtained according to Tables 6.3.1.1.2-3/4; otherwise, $N_{\text{LI}}(r) = 0$.

**Table 6.3.1.1.2-8: Mapping order of CSI fields of one report for CRI/RSRP or SSBRI/RSRP reporting**

| CSI report number | CSI fields |
|---|---|
| CSI report #n | CRI or SSBRI #1 as in Table 6.3.1.1.2-6, if reported |
| | CRI or SSBRI #2 as in Table 6.3.1.1.2-6, if reported |
| | CRI or SSBRI #3 as in Table 6.3.1.1.2-6, if reported |
| | CRI or SSBRI #4 as in Table 6.3.1.1.2-6, if reported |
| | RSRP #1 as in Table 6.3.1.1.2-6, if reported |
| | Differential RSRP #2 as in Table 6.3.1.1.2-6, if reported |
| | Differential RSRP #3 as in Table 6.3.1.1.2-6, if reported |
| | Differential RSRP #4 as in Table 6.3.1.1.2-6, if reported |

**3GPP TS 38.212 version 15.8.0 Release 15** 50 **ETSI TS 138 212 V15.8.0 (2020-01)**

**Table 6.3.1.1.2-9: Mapping order of CSI fields of one CSI report, CSI part 1, *pmi-FormatIndicator= subbandPMI* or *cqi-FormatIndicator=subbandCQI***

| CSI report number | CSI fields |
|---|---|
| CSI report #n CSI part 1 | CRI as in Tables 6.3.1.1.2-3/4, if reported |
| | Rank Indicator as in Tables 6.3.1.1.2-3/4/5, if reported |
| | Wideband CQI for the first TB as in Tables 6.3.1.1.2-3/4/5, if reported |
| | Subband differential CQI for the first TB with increasing order of subband number as in Tables 6.3.1.1.2-3/4/5, if reported |
| | Indicator of the number of non-zero wideband amplitude coefficients $M_0$ for layer 0 as in Table 6.3.1.1.2-5, if reported |
| | Indicator of the number of non-zero wideband amplitude coefficients $M_1$ for layer 1 as in Table 6.3.1.1.2-5 (if the rank according to the reported RI is equal to one, this field is set to all zeros), if 2-layer PMI reporting is allowed according to the rank restriction in Subclauses 5.2.2.2.3 and 5.2.2.2.4 [6, TS 38.214] and if reported |
| Note: | Subbands for given CSI report *n* indicated by the higher layer parameter *csi-ReportingBand* are numbered continuously in the increasing order with the lowest subband of *csi-ReportingBand* as subband 0. |

**Table 6.3.1.1.2-10: Mapping order of CSI fields of one CSI report, CSI part 2 wideband, *pmi-FormatIndicator= subbandPMI* or *cqi-FormatIndicator=subbandCQI***

| CSI report number | CSI fields |
|---|---|
| CSI report #n CSI part 2 wideband | Wideband CQI for the second TB as in Tables 6.3.1.1.2-3/4/5, if present and reported |
| | Layer Indicator as in Tables 6.3.1.1.2-3/4/5, if reported |
| | PMI wideband information fields $X_1$, from left to right as in Tables 6.3.1.1.2-1/2, if reported |
| | PMI wideband information fields $X_2$, from left to right as in Tables 6.3.1.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214], if *pmi-FormatIndicator= widebandPMI* and if reported |

**Table 6.3.1.1.2-11: Mapping order of CSI fields of one CSI report, CSI part 2 subband, *pmi-FormatIndicator= subbandPMI* or *cqi-FormatIndicator=subbandCQI***

| CSI report #n Part 2 subband | Subband differential CQI for the second TB of all even subbands with increasing order of subband number, as in Tables 6.3.1.1.2-3/4/5, if *cqi-FormatIndicator=subbandCQI* and if reported |
|---|---|
| | PMI subband information fields $X_2$ of all even subbands with increasing order of subband number, from left to right as in Tables 6.3.1.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214] of all even subbands with increasing order of subband number, if *pmi-FormatIndicator= subbandPMI* and if reported |
| | Subband differential CQI for the second TB of all odd subbands with increasing order of subband number, as in Tables 6.3.1.1.2-3/4/5, if *cqi-FormatIndicator=subbandCQI* and if reported |
| | PMI subband information fields $X_2$ of all odd subbands with increasing order of subband number, from left to right as in Tables 6.3.1.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214] of all odd subbands with increasing order of subband number, if *pmi-FormatIndicator= subbandPMI* and if reported |

Note: Subbands for given CSI report *n* indicated by the higher layer parameter *csi-ReportingBand* are numbered continuously in the increasing order with the lowest subband of *csi-ReportingBand* as subband 0.

If none of the CSI reports for transmission on a PUCCH is of two parts, the CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.1.1.2-12, are mapped to the UCI bit sequence $a_0, a_1, a_2, a_3, ..., a_{A-1}$ starting with $a_0$. The most significant bit of each field is mapped to the lowest order information bit for that field, e.g. the most significant bit of the first field is mapped to $a_0$.

**Table 6.3.1.1.2-12: Mapping order of CSI reports to UCI bit sequence** $a_0, a_1, a_2, a_3, ..., a_{A-1}$, **without two-part CSI report(s)**

| UCI bit sequence | CSI report number |
|:---:|:---:|
| $a_0$ | CSI report #1 as in Table 6.3.1.1.2-7/8 |
| $a_1$ | |
| $a_2$ | CSI report #2 as in Table 6.3.1.1.2-7/8 |
| $a_3$ $\vdots$ | ... |
| $a_{A-1}$ | CSI report #n as in Table 6.3.1.1.2-7/8 |

If at least one of the CSI reports for transmission on a PUCCH is of two parts, two UCI bit sequences are generated, $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ..., a_{A^{(1)}-1}^{(1)}$ and $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$. The CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.1.1.2-13, are mapped to the UCI bit sequence $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ..., a_{A^{(1)}-1}^{(1)}$ starting with $a_0^{(1)}$. The most significant bit of each field is mapped to the lowest order information bit for that field, e.g. the most significant bit of the first field is mapped to $a_0^{(1)}$. The CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.1.1.2-14, are mapped to the UCI bit sequence $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$ starting with $a_0^{(2)}$. The most significant bit of each field is mapped to the lowest order information bit for that field, e.g. the most significant bit of the first field is mapped to $a_0^{(2)}$. If the length of UCI bit sequence $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$ is less than 3 bits, zeros shall be appended to the UCI bit sequence until its length equals 3.

**Table 6.3.1.1.2-13: Mapping order of CSI reports to UCI bit sequence** $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ..., a_{A^{(1)}-1}^{(1)}$, **with two-part CSI report(s)**

| UCI bit sequence | CSI report number |
|:---:|:---:|
| $a_0^{(1)}$ | CSI report #1 if CSI report #1 is not of two parts, or CSI report #1, CSI part 1, if CSI report #1 is of two parts, as in Table 6.3.1.1.2-7/8/9 |
| $a_1^{(1)}$ $a_2^{(1)}$ | CSI report #2 if CSI report #2 is not of two parts, or CSI report #2, CSI part 1, if CSI report #2 is of two parts, as in Table 6.3.1.1.2-7/8/9 |
| $a_3^{(1)}$ $\vdots$ | ... |
| $a_{A^{(1)}-1}^{(1)}$ | CSI report #n if CSI report #n is not of two parts, or CSI report #n, CSI part 1, if CSI report #n is of two parts, as in Table 6.3.1.1.2-7/8/9 |

where CSI report #1, CSI report #2, ..., CSI report #n in Table 6.3.1.1.2-13 correspond to the CSI reports in increasing order of CSI report priority values according to Subclause 5.2.5 of [6, TS38.214].

**Table 6.3.1.1.2-14: Mapping order of CSI reports to UCI bit sequence** $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$,
**with two-part CSI report(s)**

| UCI bit sequence | CSI report number |
|---|---|
| $a_0^{(2)}$ $a_1^{(2)}$ $a_2^{(2)}$ $a_3^{(2)}$ $\vdots$ $a_{A^{(2)}-1}^{(2)}$ | CSI report #1, CSI part 2 wideband, as in Table 6.3.1.1.2-10 if CSI part 2 exists for CSI report #1 |
| | CSI report #2, CSI part 2 wideband, as in Table 6.3.1.1.2-10 if CSI part 2 exists for CSI report #2 |
| | ... |
| | CSI report #n, CSI part 2 wideband, as in Table 6.3.1.1.2-10 if CSI part 2 exists for CSI report #n |
| | CSI report #1, CSI part 2 subband, as in Table 6.3.1.1.2-11 if CSI part 2 exists for CSI report #1 |
| | CSI report #2, CSI part 2 subband, as in Table 6.3.1.1.2-11 if CSI part 2 exists for CSI report #2 |
| | ... |
| | CSI report #n, CSI part 2 subband, as in Table 6.3.1.1.2-11 if CSI part 2 exists for CSI report #n |

where CSI report #1, CSI report #2, …, CSI report #n in Table 6.3.1.1.2-14 correspond to the CSI reports in increasing order of CSI report priority values according to Subclause 5.2.5 of [6, TS38.214].

### 6.3.1.1.3          HARQ-ACK/SR and CSI

If none of the CSI reports for transmission on a PUCCH is of two parts, the UCI bit sequence $a_0, a_1, a_2, a_3, ..., a_{A-1}$ is generated according to the following, where $A = O^{\text{ACK}} + O^{\text{SR}} + O^{\text{CSI}}$:

- if there is HARQ-ACK for transmission on the PUCCH, the HARQ-ACK bits are mapped to the UCI bit sequence $a_0, a_1, a_2, ..., a_{O^{\text{ACK}}-1}$, where $a_i = \tilde{o}_i^{ACK}$ for $i = 0, 1, ..., O^{\text{ACK}} - 1$, the HARQ-ACK bit sequence $\tilde{o}_0^{ACK}, \tilde{o}_1^{ACK}, ..., \tilde{o}_{O^{ACK}-1}^{ACK}$ is given by Subclause 9.1 of [5, TS38.213], and $O^{\text{ACK}}$ is number of HARQ-ACK bits; if there is no HARQ-ACK for transmission on the PUCCH, set $O^{\text{ACK}} = 0$;

- if there is SR for transmission on the PUCCH, set $a_i = \tilde{o}_i^{SR}$ for $i = O^{\text{ACK}}, O^{\text{ACK}} + 1, ..., O^{\text{ACK}} + O^{\text{SR}} - 1$, where the SR bit sequence $\tilde{o}_0^{SR}, \tilde{o}_1^{SR}, ..., \tilde{o}_{O^{SR}-1}^{SR}$ is given by Subclause 9.2.5.1 of [5, TS 38.213]; if there is no SR for transmission on the PUCCH, set $O^{\text{SR}} = 0$;

- the CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.1.1.2-12, are mapped to the UCI bit sequence $a_{O^{\text{ACK}}+O^{\text{SR}}}, a_{O^{\text{ACK}}+O^{\text{SR}}+1}, ..., a_{O^{\text{ACK}}+O^{\text{SR}}+O^{\text{CSI}}-1}$ starting with $a_{O^{\text{ACK}}+O^{\text{SR}}}$, where $O^{\text{CSI}}$ is the number of CSI bits.

If at least one of the CSI reports for transmission on a PUCCH is of two parts, two UCI bit sequences are generated, $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ..., a_{A^{(1)}-1}^{(1)}$ and $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$, according to the following, where $A^{(1)} = O^{\text{ACK}} + O^{\text{SR}} + O^{\text{CSI-part1}}$ and $A^{(2)} = O^{\text{CSI-part2}}$:

- if there is HARQ-ACK for transmission on the PUCCH, the HARQ-ACK bits are mapped to the UCI bit sequence $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ..., a_{O^{\text{ACK}}-1}^{(1)}$, where $a_i^{(1)} = \tilde{o}_i^{ACK}$ for $i = 0, 1, ..., O^{\text{ACK}} - 1$, the HARQ-ACK bit sequence $\tilde{o}_0^{ACK}, \tilde{o}_1^{ACK}, ..., \tilde{o}_{O^{ACK}-1}^{ACK}$ is given by Subclause 9.1 of [5, TS38.213], and $O^{\text{ACK}}$ is number of HARQ-ACK bits; if there is no HARQ-ACK for transmission on the PUCCH, set $O^{\text{ACK}} = 0$;

- if there is SR for transmission on the PUCCH, set $a_i = \tilde{o}_i^{SR}$ for $i = O^{ACK}, O^{ACK} + 1, ..., O^{ACK} + O^{SR} - 1$, where the SR bit sequence $\tilde{o}_0^{SR}, \tilde{o}_1^{SR}, ..., \tilde{o}_{O^{SR}-1}^{SR}$ is given by Subclause 9.2.5.1 of [5, TS 38.213]; if there is no SR for transmission on the PUCCH, set $O^{SR} = 0$;

- the CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.1.1.2-13, are mapped to the UCI bit sequence $a_{O^{ACK}+O^{SR}}^{(1)}, a_{O^{ACK}+O^{SR}+1}^{(1)}, ..., a_{O^{ACK}+O^{SR}+O^{CSI-part1}-1}^{(1)}$ starting with $a_{O^{ACK}+O^{SR}}^{(1)}$, where $O^{CSI-part1}$ is the number of CSI bits in CSI part 1 of all CSI reports;

- the CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.1.1.2-14, are mapped to the UCI bit sequence $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$ starting with $a_0^{(2)}$, where $O^{CSI-part2}$ is the number of CSI bits in CSI part 2 of all CSI reports. If the length of UCI bit sequence $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$ is less than 3 bits, zeros shall be appended to the UCI bit sequence until its length equals 3.

## 6.3.1.2       Code block segmentation and CRC attachment

The UCI bit sequence from subclause 6.3.1.1 is denoted by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, where $A$ is the payload size. The procedure in 6.3.1.2.1 applies for $A \geq 12$ and the procedure in Subclause 6.3.1.2.2 applies for $A \leq 11$.

### 6.3.1.2.1         UCI encoded by Polar code

If the payload size $A \geq 12$, code block segmentation and CRC attachment is performed according to Subclause 5.2.1. If ($A \geq 360$ and $E \geq 1088$) or if $A \geq 1013$, $I_{seg} = 1$; otherwise $I_{seg} = 0$, where $E$ is the rate matching output sequence length as given in Subclause 6.3.1.4.1.

If $12 \leq A \leq 19$, the parity bits $p_{r0}, p_{r1}, p_{r2}, ..., p_{r(L-1)}$ in Subclause 5.2.1 are computed by setting $L$ to 6 bits and using the generator polynomial $g_{CRC6}(D)$ in Subclause 5.1, resulting in the sequence $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$ where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$.

If $A \geq 20$, the parity bits $p_{r0}, p_{r1}, p_{r2}, ..., p_{r(L-1)}$ in Subclause 5.2.1 are computed by setting $L$ to 11 bits and using the generator polynomial $g_{CRC11}(D)$ in Subclause 5.1, resulting in the sequence $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$ where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$.

### 6.3.1.2.2         UCI encoded by channel coding of small block lengths

If the payload size $A \leq 11$, CRC bits are not attached.

The output bit sequence is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $c_i = a_i$ for $i = 0, 1, ..., A-1$ and $K = A$.

## 6.3.1.3       Channel coding of UCI

### 6.3.1.3.1         UCI encoded by Polar code

Information bits are delivered to the channel coding block. They are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number, and $K_r$ is the number of bits in code block number $r$. The total number of code blocks is denoted by $C$ and each code block is individually encoded by the following:

If $18 \leq K_r \leq 25$, the information bits are encoded via Polar coding according to Subclause 5.3.1, by setting $n_{max} = 10$, $I_{IL} = 0$, $n_{PC} = 3$, $n_{PC}^{wm} = 1$ if $E_r - K_r + 3 > 192$ and $n_{PC}^{wm} = 0$ if $E_r - K_r + 3 \leq 192$, where $E_r$ is the rate matching output sequence length as given in Subclause 6.3.1.4.1.

If $K_r > 30$, the information bits are encoded via Polar coding according to Subclause 5.3.1, by setting $n_{max} = 10$, $I_{IL} = 0$, $n_{PC} = 0$, and $n_{PC}^{wm} = 0$.

After encoding the bits are denoted by $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$, where $N_r$ is the number of coded bits in code block number $r$.

### 6.3.1.3.2      UCI encoded by channel coding of small block lengths

Information bits are delivered to the channel coding block. They are denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits.

The information bits are encoded according to Subclause 5.3.3.

After encoding the bits are denoted by $d_0, d_1, d_2, d_3, ..., d_{N-1}$, where $N$ is the number of coded bits.

### 6.3.1.4      Rate matching

For PUCCH formats 2/3/4, the total rate matching output sequence length $E_{tot}$ is given by Table 6.3.1.4-1, where $N_{\text{symb,UCI}}^{\text{PUCCH2}}$, $N_{\text{symb,UCI}}^{\text{PUCCH3}}$, and $N_{\text{symb,UCI}}^{\text{PUCCH4}}$ are the number of symbols carrying UCI for PUCCH formats 2/3/4 respectively; $N_{\text{PRB}}^{\text{PUCCH,2}}$ and $N_{\text{PRB}}^{\text{PUCCH,3}}$ are the number of PRBs that are determined by the UE for PUCCH formats 2/3 transmission respectively according to Subclause 9.2 of [5, TS38.213]; and $N_{\text{SF}}^{\text{PUCCH, 4}}$ is the spreading factor for PUCCH format 4.

**Table 6.3.1.4-1: Total rate matching output sequence length $E_{tot}$**

| PUCCH format | Modulation order | |
|---|---|---|
| | QPSK | π/2-BPSK |
| PUCCH format 2 | $16 \cdot N_{\text{symb,UCI}}^{\text{PUCCH,2}} \cdot N_{\text{PRB}}^{\text{PUCCH,2}}$ | N/A |
| PUCCH format 3 | $24 \cdot N_{\text{symb,UCI}}^{\text{PUCCH,3}} \cdot N_{\text{PRB}}^{\text{PUCCH,3}}$ | $12 \cdot N_{\text{symb,UCI}}^{\text{PUCCH,3}} \cdot N_{\text{PRB}}^{\text{PUCCH,3}}$ |
| PUCCH format 4 | $24 \cdot N_{\text{symb,UCI}}^{\text{PUCCH,4}} / N_{\text{SF}}^{\text{PUCCH,4}}$ | $12 \cdot N_{\text{symb,UCI}}^{\text{PUCCH,4}} / N_{\text{SF}}^{\text{PUCCH,4}}$ |

### 6.3.1.4.1      UCI encoded by Polar code

The input bit sequence to rate matching is $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$ where $r$ is the code block number, and $N_r$ is the number of coded bits in code block number $r$.

**Table 6.3.1.4.1-1: Rate matching output sequence length $E_{UCI}$**

| UCI(s) for transmission on a PUCCH | UCI for encoding | Value of $E_{UCI}$ |
|---|---|---|
| HARQ-ACK | HARQ-ACK | $E_{UCI} = E_{tot}$ |
| HARQ-ACK, SR | HARQ-ACK, SR | $E_{UCI} = E_{tot}$ |
| CSI (CSI not of two parts) | CSI | $E_{UCI} = E_{tot}$ |
| HARQ-ACK, CSI (CSI not of two parts) | HARQ-ACK, CSI | $E_{UCI} = E_{tot}$ |
| HARQ-ACK, SR, CSI (CSI not of two parts) | HARQ-ACK, SR, CSI | $E_{UCI} = E_{tot}$ |
| CSI (CSI of two parts) | CSI part 1 | $E_{UCI} = \min\left(E_{tot}, \left\lceil \left(O^{CSI\text{-}part1} + L\right) / R_{UCI}^{max} / Q_m \right\rceil \cdot Q_m\right)$ |
| | CSI part 2 | $E_{UCI} = E_{tot} - \min\left(E_{tot}, \left\lceil \left(O^{CSI\text{-}part1} + L\right) / R_{UCI}^{max} / Q_m \right\rceil \cdot Q_m\right)$ |
| HARQ-ACK, CSI (CSI of two parts) | HARQ-ACK, CSI part 1 | $E_{UCI} = \min\left(E_{tot}, \left\lceil \left(O^{ACK} + O^{CSI\text{-}part1} + L\right) / R_{UCI}^{max} / Q_m \right\rceil \cdot Q_m\right)$ |
| | CSI part 2 | $E_{UCI} = E_{tot} - \min\left(E_{tot}, \left\lceil \left(O^{ACK} + O^{CSI\text{-}part1} + L\right) / R_{UCI}^{max} / Q_m \right\rceil \cdot Q_m\right)$ |
| HARQ-ACK, SR, CSI (CSI of two parts) | HARQ-ACK, SR, CSI part 1 | $E_{UCI} = \min\left(E_{tot}, \left\lceil \left(O^{ACK} + O^{SR} + O^{CSI\text{-}part1} + L\right) / R_{UCI}^{max} / Q_m \right\rceil \cdot Q_m\right)$ |
| | CSI part 2 | $E_{UCI} = E_{tot} - \min\left(E_{tot}, \left\lceil \left(O^{ACK} + O^{SR} + O^{CSI\text{-}part1} + L\right) / R_{UCI}^{max} / Q_m \right\rceil \cdot Q_m\right)$ |

Rate matching is performed according to Subclause 5.4.1 by setting $I_{BIL} = 1$ and the rate matching output sequence length to $E_r = \lfloor E_{UCI} / C_{UCI} \rfloor$, where $C_{UCI}$ is the number of code blocks for UCI determined according to Subclause 6.3.1.2.1 and the value of $E_{UCI}$ is given by Table 6.3.1.4.1-1:

- $O^{ACK}$ is the number of bits for HARQ-ACK for transmission on the current PUCCH;

- $O^{SR}$ is the number of bits for SR for transmission on the current PUCCH;

- $O^{CSI\text{-}part1}$ is the number of bits for CSI part 1 for transmission on the current PUCCH;

- $O^{CSI\text{-}part2}$ is the number of bits for CSI part 2 for transmission on the current PUCCH;

- if $A \geq 360$, $L = 11$; otherwise, $L$ is the number of CRC bits determined according to subclause 6.3.1.2.1, where $A$ equals $O^{CSI\text{-}part1}$ for "CSI (CSI of two parts)", equals $O^{ACK} + O^{CSI\text{-}part1}$ for "HARQ-ACK, CSI (CSI of two parts)", and equals $O^{ACK} + O^{SR} + O^{CSI\text{-}part1}$ for "HARQ-ACK, SR, CSI (CSI of two parts)" respectively in Table 6.3.1.4.1-1;;

- $R_{UCI}^{max}$ is the configured maximum PUCCH coding rate;

- $E_{tot}$ is given by Table 6.3.1.4-1.

The output bit sequence after rate matching is denoted as $f_{r0}, f_{r1}, f_{r2}, \ldots, f_{r(E_r-1)}$ where $E_r$ is the length of rate matching output sequence in code block number $r$.

## 6.3.1.4.2          UCI encoded by channel coding of small block lengths

The input bit sequence to rate matching is $d_0, d_1, d_2, \ldots, d_{N-1}$.

The value of $E_{UCI}$ is determined according to Table 6.3.1.4.1-1 by setting $L = 0$.

Rate matching is performed according to Subclause 5.4.3 by setting the rate matching output sequence length $E = E_{UCI}$.

The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$.

## 6.3.1.5    Code block concatenation

The input bit sequence for the code block concatenation block are the sequences $f_{r0}, f_{r1}, f_{r2}, ..., f_{r(E_r-1)}$, for $r = 0, ..., C-1$ and where $E_r$ is the number of rate matched bits for the $r$ -th code block.

Code block concatenation is performed according to Subclause 5.5.

The bits after code block concatenation are denoted by $g_0, g_1, g_2, g_3, ..., g_{G'-1}$, where $G' = \lfloor E_{UCI} / C_{UCI} \rfloor \cdot C_{UCI}$ with the values of $E_{UCI}$ and $C_{UCI}$ given in Subclause 6.3.1.4.1. Let $G$ be the total number of coded bits for transmission and $G = G' + \mathrm{mod}(E_{UCI}, C_{UCI})$. Set $g_i = 0$ for $i = G', G'+1, ..., G-1$.

## 6.3.1.6    Multiplexing of coded UCI bits to PUCCH

If CSI of two parts are transmitted on a PUCCH, the coded bits corresponding to UCI bit sequence $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ..., a_{A^{(1)}-1}^{(1)}$ is denoted by $g_0^{(1)}, g_1^{(1)}, g_2^{(1)}, g_3^{(1)}, ..., g_{G^{(1)}-1}^{(1)}$ and the coded bits corresponding to UCI bit sequence $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$ is denoted by $g_0^{(2)}, g_1^{(2)}, g_2^{(2)}, g_3^{(2)}, ..., g_{G^{(2)}-1}^{(2)}$. The coded bit sequence $g_0, g_1, g_2, g_3, ..., g_{G-1}$, where $G = G^{(1)} + G^{(2)}$, is generated according to the following.

**Table 6.3.1.6-1: PUCCH DMRS and UCI symbols**

| PUCCH duration (symbols) | PUCCH DMRS symbol indices | Number of UCI symbol indices sets $N_{UCI}^{set}$ | 1st UCI symbol indices set $S_{UCI}^{(1)}$ | 2nd UCI symbol indices set $S_{UCI}^{(2)}$ | 3rd UCI symbol indices set $S_{UCI}^{(3)}$ |
|---|---|---|---|---|---|
| 4 | {1} | 2 | {0,2} | {3} | - |
| 4 | {0,2} | 1 | {1,3} | - | - |
| 5 | {0, 3} | 1 | {1, 2, 4} | - | - |
| 6 | {1, 4} | 1 | {0, 2, 3, 5} | - | - |
| 7 | {1, 4} | 2 | {0, 2, 3, 5} | {6} | - |
| 8 | {1, 5} | 2 | {0, 2, 4, 6} | {3, 7} | - |
| 9 | {1, 6} | 2 | {0, 2, 5, 7} | {3, 4, 8} | - |
| 10 | {2, 7} | 2 | {1, 3, 6, 8} | {0, 4, 5, 9} | - |
| 10 | {1, 3, 6, 8} | 1 | {0,2,4,5,7,9} | - | - |
| 11 | {2, 7} | 3 | {1,3,6,8} | {0,4,5,9} | {10} |
| 11 | {1,3,6,9} | 1 | {0,2,4,5,7,8,10} | - | - |
| 12 | {2, 8} | 3 | {1,3,7,9} | {0,4,6,10} | {5, 11} |
| 12 | {1,4,7,10} | 1 | {0,2,3,5,6,8,9,11} | - | - |
| 13 | {2, 9} | 3 | {1,3,8,10} | {0,4,7,11} | {5,6,12} |
| 13 | {1,4,7,11} | 2 | {0,2,3,5,6,8,10,12} | {9} | - |
| 14 | {3, 10} | 3 | {2,4,9,11} | {1,5,8,12} | {0,6,7,13} |
| 14 | {1,5,8,12} | 2 | {0,2,4,6,7,9,11,13} | {3, 10} | - |

Denote $s_l$ as UCI OFDM symbol index. Denote $N_{UCI}^{(i)}$ as the number of elements in UCI symbol indices set $S_{UCI}^{(i)}$ for $i = 1, ..., N_{UCI}^{set}$, where $S_{UCI}^{(i)}$ and $N_{UCI}^{set}$ are given by Table 6.3.1.6-1 according to the PUCCH duration and the PUCCH DMRS configuration. Denote $N_{symb, UCI}^{PUCCH,} = \sum_{i=1}^{N_{UCI}^{set}} N_{UCI}^{(i)}$ as the number of OFDM symbols carrying UCI in the PUCCH.

Denote $Q_m$ as the modulation order of the PUCCH.

For PUCCH format 3, set $N_{UCI}^{symbol} = 12 \cdot N_{PRB}^{PUCCH,3}$, where $N_{PRB}^{PUCCH,3}$ is the number of PRBs that is determined by the UE for PUCCH format 3 transmission according to Subclause 9.2 of [5, TS 38.213].

For PUCCH format 4, set $N_{UCI}^{symbol} = 12 / N_{SF}^{PUCCH, 4}$, where $N_{SF}^{PUCCH, 4}$ is the spreading factor for PUCCH format 4.

Find the smallest $j > 0$ such that $\left( \sum_{i=1}^{j} N_{\text{UCI}}^{(i)} \right) \cdot N_{\text{UCI}}^{\text{symbol}} \cdot Q_m \geq G^{(1)}$.

Set $n_1 = 0$;

Set $n_2 = 0$;

Set $\overline{N}_{\text{UCI}}^{\text{symbol}} = \left\lfloor \left( G^{(1)} - \left( \sum_{i=1}^{j-1} N_{\text{UCI}}^{(i)} \right) \cdot N_{\text{UCI}}^{\text{symbol}} \cdot Q_m \right) \middle/ \left( N_{\text{UCI}}^{(j)} \cdot Q_m \right) \right\rfloor$;

Set $M = \text{mod} \left( \left( G^{(1)} - \left( \sum_{i=1}^{j-1} N_{\text{UCI}}^{(i)} \right) \cdot N_{\text{UCI}}^{\text{symbol}} \cdot Q_m \right) \middle/ Q_m, N_{\text{UCI}}^{(j)} \right)$;

for $l = 0$ to $N_{\text{symb,UCI}}^{\text{PUCCH}} - 1$

  if $s_l \in \bigcup_{i=1}^{j-1} S_{\text{UCI}}^{(i)}$

   for $k = 0$ to $N_{\text{UCI}}^{\text{symbol}} - 1$

    for $v = 0$ to $Q_m - 1$

     $\overline{g}_{l,k,v} = g_{n_1}^{(1)}$;

     $n_1 = n_1 + 1$;

    end for

   end for

  elseif $s_l \in S_{\text{UCI}}^{(j)}$

   if $M > 0$

    $\gamma = 1$;

   else

    $\gamma = 0$;

   end if

   $M = M - 1$;

   for $k = 0$ to $\overline{N}_{\text{UCI}}^{\text{symbol}} + \gamma - 1$

    for $v = 0$ to $Q_m - 1$

     $\overline{g}_{l,k,v} = g_{n_1}^{(1)}$;

     $n_1 = n_1 + 1$;

    end for

   end for

   for $k = \overline{N}_{\text{UCI}}^{\text{symbol}} + \gamma$ to $N_{\text{UCI}}^{\text{symbol}} - 1$

for $v = 0$ to $Q_m - 1$

$\overline{g}_{l,k,v} = g_{n_2}^{(2)}$;

$n_2 = n_2 + 1$;

end for

end for

else

for $k = 0$ to $N_{\text{UCI}}^{\text{symbol}} - 1$

for $v = 0$ to $Q_m - 1$

$\overline{g}_{l,k,v} = g_{n_2}^{(2)}$;

$n_2 = n_2 + 1$;

end for

end for

end if

end for

Set $n = 0$

for $l = 0$ to $N_{\text{symb,UCI}}^{\text{PUCCH,}} - 1$

for $k = 0$ to $N_{\text{UCI}}^{\text{symbol}} - 1$

for $v = 0$ to $Q_m - 1$

$g_n = \overline{g}_{l,k,v}$;

$n = n + 1$;

end for

end for

end for

## 6.3.2 Uplink control information on PUSCH

### 6.3.2.1 UCI bit sequence generation

#### 6.3.2.1.1 HARQ-ACK

If HARQ-ACK bits are transmitted on a PUSCH, the UCI bit sequence $a_0, a_1, a_2, a_3, ..., a_{A-1}$ is determined as follows:

- If UCI is transmitted on PUSCH without UL-SCH and the UCI includes CSI part 1 without CSI part 2,

- if there is no HARQ-ACK bit given by Subclause 9.1 of [5, TS 38.213], set $a_0 = 0$, $a_1 = 0$, and $A = 2$;

- if there is only one HARQ-ACK bit $\tilde{o}_0^{ACK}$ given by Subclause 9.1 of [5, TS 38.213], set $a_0 = \tilde{o}_0^{ACK}$, $a_1 = 0$, and $A = 2$ ;

- otherwise, set $a_i = \tilde{o}_i^{ACK}$ for $i = 0,1,...,O^{ACK} - 1$ and $A = O^{ACK}$, where the HARQ-ACK bit sequence $\tilde{o}_0^{ACK}, \tilde{o}_1^{ACK},...,\tilde{o}_{O^{ACK}-1}^{ACK}$ is given by Subclause 9.1 of [5, TS 38.213].

### 6.3.2.1.2      CSI

The bitwidth for PMI of *codebookType=typeI-SinglePanel* and *codebookType=typeI-MultiPanel* is specified in Subclause 6.3.1.1.2.

The bitwidth for RI/LI/CQI/CRI of *codebookType=typeI-SinglePanel* and *codebookType=typeI-MultiPanel* is specified in Subclause 6.3.1.1.2.

The bitwidth for PMI of *codebookType=typeII* is provided in Tables 6.3.2.1.2-1, where the values of $(N_1, N_2)$, $(O_1, O_2)$, $L$, $N_{PSK}$, $M_1$, $M_2$, and $K^{(2)}$ are given by Subclause 5.2.2.2.3 in [6, TS 38.214].

**Table 6.3.2.1.2-1: PMI of *codebookType= typeII***

| | Information fields $X_1$ for wideband PMI | | | | | | Information fields $X_2$ for wideband PMI or per subband PMI | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $i_{1,1}$ | $i_{1,2}$ | $i_{1,3,1}$ | $i_{1,4,1}$ | $i_{1,3,2}$ | $i_{1,4,2}$ | $i_{2,1,1}$ | $i_{2,1,2}$ | $i_{2,2,1}$ | $i_{2,2,2}$ |
| Rank=1 SBAmp off | $\lceil \log_2(O_1 O_2) \rceil$ | $\left\lceil \log_2 \binom{N_1 N_2}{L} \right\rceil$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | N/A | N/A | $(M_1-1) \cdot \log_2 N_{PSK}$ | N/A | N/A | N/A |
| Rank=2 SBAmp off | $\lceil \log_2(O_1 O_2) \rceil$ | $\left\lceil \log_2 \binom{N_1 N_2}{L} \right\rceil$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | $(M_1-1) \cdot \log_2 N_{PSK}$ | $(M_2-1) \cdot \log_2 N_{PSK}$ | N/A | N/A |
| Rank=1 SBAmp on | $\lceil \log_2(O_1 O_2) \rceil$ | $\left\lceil \log_2 \binom{N_1 N_2}{L} \right\rceil$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | N/A | N/A | $\min(M_1, K^{(2)}) \cdot \log_2 N_{PSK}$ $- \log_2 N_{PSK}$ $+ 2 \cdot (M_1 - \min(M_1, K^{(2)}))$ | N/A | $\min(M_1, K^{(2)}) - 1$ | N/A |
| Rank=2 SBAmp on | $\lceil \log_2(O_1 O_2) \rceil$ | $\left\lceil \log_2 \binom{N_1 N_2}{L} \right\rceil$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | $\min(M_1, K^{(2)}) \cdot \log_2 N_{PSK}$ $- \log_2 N_{PSK}$ $+ 2 \cdot (M_1 - \min(M_1, K^{(2)}))$ | $\min(M_2, K^{(2)}) \cdot \log_2 N_{PSK}$ $- \log_2 N_{PSK}$ $+ 2 \cdot (M_2 - \min(M_2, K^{(2)}))$ | $\min(M_1, K^{(2)}) - 1$ | $\min(M_2, K^{(2)}) - 1$ |

The bitwidth for PMI of *codebookType= typeII-PortSelection* is provided in Tables 6.3.2.1.2-2, where the values of $P_{CSI-RS}$, $d$, $L$, $N_{PSK}$, $M_1$, $M_2$, and $K^{(2)}$ are given by Subclause 5.2.2.2.4 in [6, TS 38.214].

**Table 6.3.2.1.2-2: PMI of *codebookType= typeII-PortSelection***

| | Information fields $X_1$ for wideband PMI | | | | | Information fields $X_2$ for wideband PMI or per subband PMI | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $i_{1,1}$ | $i_{1,3,1}$ | $i_{1,4,1}$ | $i_{1,3,2}$ | $i_{1,4,2}$ | $i_{2,1,1}$ | $i_{2,1,2}$ | $i_{2,2,1}$ | $i_{2,2,2}$ |
| Rank=1 | $\left\lceil \log_2 \left\lceil \frac{P_{CSI-RS}}{2d} \right\rceil \right\rceil$ | $\lceil \log_2(2L) \rceil$ | $3(2L-1)$ | N/A | N/A | $(M_1-1) \cdot \log_2 N_{PSK}$ | N/A | N/A | N/A |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SBAmp off | | | | | | | | | |
| Rank=2 SBAmp off | $\left\lceil \log_2 \left\lceil \frac{P_{CSI-RS}}{2d} \right\rceil \right\rceil$ | $\left\lceil \log_2(2L) \right\rceil$ | $3(2L-1)$ | $\left\lceil \log_2(2L) \right\rceil$ | $3(2L-1)$ | $(M_1-1)\cdot \log_2 N_{PSK}$ | $(M_2-1)\cdot \log_2 N_{PSK}$ | N/A | N/A |
| Rank=1 SBAmp on | $\left\lceil \log_2 \left\lceil \frac{P_{CSI-RS}}{2d} \right\rceil \right\rceil$ | $\left\lceil \log_2(2L) \right\rceil$ | $3(2L-1)$ | N/A | N/A | $\min(M_1,K^{(2)})\cdot \log_2 N_{PSK} - \log_2 N_{PSK} + 2\cdot(M_1 - \min(M_1,K^{(2)}))$ | N/A | $\min(M_1,K^{(2)})-1$ | N/A |
| Rank=2 SBAmp on | $\left\lceil \log_2 \left\lceil \frac{P_{CSI-RS}}{2d} \right\rceil \right\rceil$ | $\left\lceil \log_2(2L) \right\rceil$ | $3(2L-1)$ | $\left\lceil \log_2(2L) \right\rceil$ | $3(2L-1)$ | $\min(M_1,K^{(2)})\cdot \log_2 N_{PSK} - \log_2 N_{PSK} + 2\cdot(M_1 - \min(M_1,K^{(2)}))$ | $\min(M_2,K^{(2)})\cdot \log_2 N_{PSK} - \log_2 N_{PSK} + 2\cdot(M_2 - \min(M_2,K^{(2)}))$ | $\min(M_1,K^{(2)})-1$ | $\min(M_2,K^{(2)})-1$ |

For CSI on PUSCH, two UCI bit sequences are generated, $a_0^{(1)},a_1^{(1)},a_2^{(1)},a_3^{(1)},....,a_{A^{(1)}-1}^{(1)}$ and $a_0^{(2)},a_1^{(2)},a_2^{(2)},a_3^{(2)},....,a_{A^{(2)}-1}^{(2)}$. The CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.2.1.2-6, are mapped to the UCI bit sequence $a_0^{(1)},a_1^{(1)},a_2^{(1)},a_3^{(1)},....,a_{A^{(1)}-1}^{(1)}$ starting with $a_0^{(1)}$. The CSI fields of all CSI reports, in the order from upper part to lower part in Table 6.3.2.1.2-7, are mapped to the UCI bit sequence $a_0^{(2)},a_1^{(2)},a_2^{(2)},a_3^{(2)},....,a_{A^{(2)}-1}^{(2)}$ starting with $a_0^{(2)}$.

### Table 6.3.2.1.2-3: Mapping order of CSI fields of one CSI report, CSI part 1

| CSI report number | CSI fields |
|---|---|
| CSI report #n CSI part 1 | CRI or SSBRI as in Tables 6.3.1.1.2-3/4/6, if reported |
| | Rank Indicator as in Tables 6.3.1.1.2-3/4/5, if reported |
| | Wideband CQI for the first TB as in Tables 6.3.1.1.2-3/4/5, if reported |
| | Subband differential CQI for the first TB with increasing order of subband number as in Tables 6.3.1.1.2-3/4/5, if reported |
| | Indicator of the number of non-zero wideband amplitude coefficients $M_0$ for layer 0 as in Table 6.3.1.1.2-5, if reported |
| | Indicator of the number of non-zero wideband amplitude coefficients $M_1$ for layer 1 as in Table 6.3.1.1.2-5 (if the rank according to the reported RI is equal to one, this field is set to all zeros), if 2-layer PMI reporting is allowed according to the rank restriction in Subclauses 5.2.2.2.3 and 5.2.2.2.4 [6, TS 38.214] and if reported |
| | RSRP as in Table 6.3.1.1.2-6, if reported |
| | Differential RSRP as in Table 6.3.1.1.2-6, if reported |
| Note: | Subbands for given CSI report *n* indicated by the higher layer parameter *csi-ReportingBand* are numbered continuously in the increasing order with the lowest subband of *csi-ReportingBand* as subband 0. |

### Table 6.3.2.1.2-4: Mapping order of CSI fields of one CSI report, CSI part 2 wideband

| CSI report number | CSI fields |
|---|---|
| CSI report #n CSI part 2 wideband | Wideband CQI for the second TB as in Tables 6.3.1.1.2-3/4/5, if present and reported |
| | Layer Indicator as in Tables 6.3.1.1.2-3/4/5, if reported |
| | PMI wideband information fields $X_1$, from left to right as in Tables 6.3.1.1.2-1/2 or 6.3.2.1.2-1/2, if reported |
| | PMI wideband information fields $X_2$, from left to right as in Tables 6.3.1.1.2-1/2 or 6.3.2.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214], if *pmi-FormatIndicator= widebandPMI* and if reported |

**Table 6.3.2.1.2-5: Mapping order of CSI fields of one CSI report, CSI part 2 subband**

| | |
|---|---|
| CSI report #n<br>Part 2 subband | Subband differential CQI for the second TB of all even subbands with increasing order of subband number, as in Tables 6.3.1.1.2-3/4/5, if *cqi-FormatIndicator=subbandCQI* and if reported |
| | PMI subband information fields $X_2$ of all even subbands with increasing order of subband number, from left to right as in Tables 6.3.1.1.2-1/2 or 6.3.2.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214] of all even subbands with increasing order of subband number, if *pmi-FormatIndicator= subbandPMI* and if reported |
| | Subband differential CQI for the second TB of all odd subbands with increasing order of subband number, as in Tables 6.3.1.1.2-3/4/5, if *cqi-FormatIndicator=subbandCQI* and if reported |
| | PMI subband information fields $X_2$ of all odd subbands with increasing order of subband number, from left to right as in Tables 6.3.1.1.2-1/2 or 6.3.2.1.2-1/2, or codebook index for 2 antenna ports according to Subclause 5.2.2.2.1 in [6, TS38.214] of all odd subbands with increasing order of subband number, if *pmi-FormatIndicator= subbandPMI* and if reported |

Note:   Subbands for given CSI report *n* indicated by the higher layer parameter *csi-ReportingBand* are numbered continuously in the increasing order with the lowest subband of *csi-ReportingBand* as subband 0.

**Table 6.3.2.1.2-6: Mapping order of CSI reports to UCI bit sequence** $a_0^{(1)}, a_1^{(1)}, a_2^{(1)}, a_3^{(1)}, ...., a_{A^{(1)}-1}^{(1)}$,
**with two-part CSI report(s)**

| UCI bit sequence | CSI report number |
|---|---|
| $a_0^{(1)}$<br>$a_1^{(1)}$ | CSI part 1 of CSI report #1 as in Table 6.3.2.1.2-3 |
| $a_2^{(1)}$ | CSI part 1 of CSI report #2 as in Table 6.3.2.1.2-3 |
| $a_3^{(1)}$<br>$\vdots$ | ... |
| $a_{A^{(1)}-1}^{(1)}$ | CSI part 1 of CSI report #n as in Table 6.3.2.1.2-3 |

where CSI report #1, CSI report #2, …, CSI report #n in Table 6.3.2.1.2-6 correspond to the CSI reports in increasing order of CSI report priority values according to Subclause 5.2.5 of [6, TS38.214].

**Table 6.3.2.1.2-7: Mapping order of CSI reports to UCI bit sequence** $a_0^{(2)}, a_1^{(2)}, a_2^{(2)}, a_3^{(2)}, ..., a_{A^{(2)}-1}^{(2)}$, **with two-part CSI report(s)**

| UCI bit sequence | CSI report number |
|---|---|
| $a_0^{(2)}$<br>$a_1^{(2)}$<br>$a_2^{(2)}$<br>$a_3^{(2)}$<br>$\vdots$<br>$a_{A^{(2)}-1}^{(2)}$ | CSI report #1, CSI part 2 wideband, as in Table 6.3.2.1.2-4 if CSI part 2 exists for CSI report #1 |
| | CSI report #2, CSI part 2 wideband, as in Table 6.3.2.1.2-4 if CSI part 2 exists for CSI report #2 |
| | ... |
| | CSI report #n, CSI part 2 wideband, as in Table 6.3.2.1.2-4 if CSI part 2 exists for CSI report #n |
| | CSI report #1, CSI part 2 subband, as in Table 6.3.2.1.2-5 if CSI part 2 exists for CSI report #1 |
| | CSI report #2, CSI part 2 subband, as in Table 6.3.2.1.2-5 if CSI part 2 exists for CSI report #2 |
| | ... |
| | CSI report #n, CSI part 2 subband, as in Table 6.3.2.1.2-5 if CSI part 2 exists for CSI report #n |

where CSI report #1, CSI report #2, …, CSI report #n in Table 6.3.2.1.2-7 correspond to the CSI reports in increasing order of CSI report priority values according to Subclause 5.2.5 of [6, TS38.214].

## 6.3.2.2        Code block segmentation and CRC attachment

Denote the bits of the payload by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, where $A$ is the payload size. The procedure in 6.3.2.2.1 applies for $A \geq 12$ and the procedure in Subclause 6.3.2.2.2 applies for $A \leq 11$.

### 6.3.2.2.1        UCI encoded by Polar code

Code block segmentation and CRC attachment is performed according to Subclause 6.3.1.2.1.

### 6.3.2.2.2        UCI encoded by channel coding of small block lengths

The procedure in Subclause 6.3.1.2.2 applies.

## 6.3.2.3        Channel coding of UCI

### 6.3.2.3.1        UCI encoded by Polar code

Channel coding is performed according to Subclause 6.3.1.3.1, except that the rate matching output sequence length $E_r$ is given in Subclause 6.3.2.4.1.

### 6.3.2.3.2        UCI encoded by channel coding of small block lengths

Information bits are delivered to the channel coding block. They are denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits.

The information bits are encoded according to Subclause 5.3.3.

After encoding the bits are denoted by $d_0, d_1, d_2, d_3, ..., d_{N-1}$, where $N$ is the number of coded bits.

## 6.3.2.4          Rate matching

### 6.3.2.4.1          UCI encoded by Polar code

#### 6.3.2.4.1.1          HARQ-ACK

For HARQ-ACK transmission on PUSCH with UL-SCH, the number of coded modulation symbols per layer for HARQ-ACK transmission, denoted as $Q'_{ACK}$, is determined as follows:

$$Q'_{ACK} = \min\left\{ \left\lceil \frac{\left(O_{ACK} + L_{ACK}\right) \cdot \beta^{PUSCH}_{offset} \cdot \sum_{l=0}^{N^{PUSCH}_{symb,all}-1} M^{UCI}_{sc}(l)}{\sum_{r=0}^{C_{UL-SCH}-1} K_r} \right\rceil, \left\lceil \alpha \cdot \sum_{l=l_0}^{N^{PUSCH}_{symb,all}-1} M^{UCI}_{sc}(l) \right\rceil \right\}$$

where

- $O_{ACK}$ is the number of HARQ-ACK bits;

- if $O_{ACK} \geq 360$, $L_{ACK} = 11$; otherwise $L_{ACK}$ is the number of CRC bits for HARQ-ACK determined according to Subclause 6.3.1.2.1;

- $\beta^{PUSCH}_{offset} = \beta^{HARQ-ACK}_{offset}$ ;

- $C_{UL-SCH}$ is the number of code blocks for UL-SCH of the PUSCH transmission;

- if the DCI format scheduling the PUSCH transmission includes a CBGTI field indicating that the UE shall not transmit the $r$ -th code block, $K_r = 0$; otherwise, $K_r$ is the $r$ -th code block size for UL-SCH of the PUSCH transmission;

- $M^{PUSCH}_{sc}$ is the scheduled bandwidth of the PUSCH transmission, expressed as a number of subcarriers;

- $M^{PT-RS}_{sc}(l)$ is the number of subcarriers in OFDM symbol $l$ that carries PTRS, in the PUSCH transmission;

- $M^{UCI}_{sc}(l)$ is the number of resource elements that can be used for transmission of UCI in OFDM symbol $l$ , for $l = 0, 1, 2, ..., N^{PUSCH}_{symb,all} - 1$ , in the PUSCH transmission and $N^{PUSCH}_{symb,all}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS;

  - for any OFDM symbol that carries DMRS of the PUSCH, $M^{UCI}_{sc}(l) = 0$ ;

  - for any OFDM symbol that does not carry DMRS of the PUSCH, $M^{UCI}_{sc}(l) = M^{PUSCH}_{sc} - M^{PT-RS}_{sc}(l)$ ;

- $\alpha$ is configured by higher layer parameter *scaling*;

- $l_0$ is the symbol index of the first OFDM symbol that does not carry DMRS of the PUSCH, after the first DMRS symbol(s), in the PUSCH transmission.


For HARQ-ACK transmission on PUSCH without UL-SCH, the number of coded modulation symbols per layer for HARQ-ACK transmission, denoted as $Q'_{ACK}$, is determined as follows:

$$Q'_{\text{ACK}} = \min\left\{ \left\lceil \frac{(O_{\text{ACK}} + L_{\text{ACK}}) \cdot \beta_{\text{offset}}^{\text{PUSCH}}}{R \cdot Q_m} \right\rceil , \left\lceil \alpha \cdot \sum_{l=l_0}^{N_{\text{symb,all}}^{\text{PUSCH}}-1} M_{\text{sc}}^{\text{UCI}}(l) \right\rceil \right\}$$

where

- $O_{\text{ACK}}$ is the number of HARQ-ACK bits;

- if $O_{\text{ACK}} \geq 360$, $L_{\text{ACK}} = 11$; otherwise $L_{\text{ACK}}$ is the number of CRC bits for HARQ-ACK defined according to Subclause 6.3.1.2.1;;

- $\beta_{\text{offset}}^{\text{PUSCH}} = \beta_{\text{offset}}^{\text{HARQ-ACK}}$ ;

- $M_{\text{sc}}^{\text{PUSCH}}$ is the scheduled bandwidth of the PUSCH transmission, expressed as a number of subcarriers;

- $M_{\text{sc}}^{\text{PT-RS}}(l)$ is the number of subcarriers in OFDM symbol $l$ that carries PTRS, in the PUSCH transmission;

- $M_{\text{sc}}^{\text{UCI}}(l)$ is the number of resource elements that can be used for transmission of UCI in OFDM symbol $l$, for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}}-1$, in the PUSCH transmission and $N_{\text{symb,all}}^{\text{PUSCH}}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS;

  - for any OFDM symbol that carries DMRS of the PUSCH, $M_{\text{sc}}^{\text{UCI}}(l) = 0$ ;

  - for any OFDM symbol that does not carry DMRS of the PUSCH, $M_{\text{sc}}^{\text{UCI}}(l) = M_{\text{sc}}^{\text{PUSCH}} - M_{\text{sc}}^{\text{PT-RS}}(l)$ ;

- $l_0$ is the symbol index of the first OFDM symbol that does not carry DMRS of the PUSCH, after the first DMRS symbol(s), in the PUSCH transmission;

- $R$ is the code rate of the PUSCH, determined according to Subclause 6.1.4.1 of [6, TS38.214];

- $Q_m$ is the modulation order of the PUSCH;

- $\alpha$ is configured by higher layer parameter *scaling*.

The input bit sequence to rate matching is $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$ where $r$ is the code block number, and $N_r$ is the number of coded bits in code block number $r$.

Rate matching is performed according to Subclause 5.4.1 by setting $I_{BIL} = 1$ and the rate matching output sequence length to $E_r = \lfloor E_{\text{UCI}} / C_{\text{UCI}} \rfloor$, where

- $C_{\text{UCI}}$ is the number of code blocks for UCI determined according to Subclause 5.2.1;

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH;

- $E_{\text{UCI}} = N_L \cdot Q'_{\text{ACK}} \cdot Q_m$.

The output bit sequence after rate matching is denoted as $f_{r0}, f_{r1}, f_{r2}, ..., f_{r(E_r-1)}$ where $E_r$ is the length of rate matching output sequence in code block number $r$.

### 6.3.2.4.1.2          CSI part 1

For CSI part 1 transmission on PUSCH with UL-SCH, the number of coded modulation symbols per layer for CSI part 1 transmission, denoted as $Q'_{\text{CSI-part1}}$, is determined as follows:

$$Q'_{\text{CSI-1}} = \min\left\{ \left\lceil \frac{(O_{\text{CSI-1}} + L_{\text{CSI-1}}) \cdot \beta_{\text{offset}}^{\text{PUSCH}} \cdot \sum_{l=0}^{N_{\text{symb,all}}^{\text{PUSCH}}-1} M_{\text{sc}}^{\text{UCI}}(l)}{\sum_{r=0}^{C_{\text{UL-SCH}}-1} K_r} \right\rceil, \left\lceil \alpha \cdot \sum_{l=0}^{N_{\text{symb,all}}^{\text{PUSCH}}-1} M_{\text{sc}}^{\text{UCI}}(l) \right\rceil - Q'_{\text{ACK}} \right\}$$

where

-   $O_{\text{CSI-1}}$ is the number of bits for CSI part 1;

-   if $O_{\text{CSI-1}} \geq 360$, $L_{\text{CSI-1}} = 11$; otherwise $L_{\text{CSI-1}}$ is the number of CRC bits for CSI part 1 determined according to Subclause 6.3.1.2.1;

-   $\beta_{\text{offset}}^{\text{PUSCH}} = \beta_{\text{offset}}^{\text{CSI-part1}}$;

-   $C_{\text{UL-SCH}}$ is the number of code blocks for UL-SCH of the PUSCH transmission;

-   if the DCI format scheduling the PUSCH transmission includes a CBGTI field indicating that the UE shall not transmit the $r$-th code block, $K_r = 0$; otherwise, $K_r$ is the $r$-th code block size for UL-SCH of the PUSCH transmission;

-   $M_{\text{sc}}^{\text{PUSCH}}$ is the scheduled bandwidth of the PUSCH transmission, expressed as a number of subcarriers;

-   $M_{\text{sc}}^{\text{PT-RS}}(l)$ is the number of subcarriers in OFDM symbol $l$ that carries PTRS, in the PUSCH transmission;

-   $Q'_{\text{ACK}}$ is the number of coded modulation symbols per layer for HARQ-ACK transmitted on the PUSCH if number of HARQ-ACK information bits is more than 2, and $Q'_{\text{ACK}} = \sum_{l=0}^{N_{\text{symb,all}}^{\text{PUSCH}}-1} \bar{M}_{\text{sc, rvd}}^{\text{ACK}}(l)$ if the number of HARQ-ACK information bits is no more than 2 bits, where $\bar{M}_{\text{sc, rvd}}^{\text{ACK}}(l)$ is the number of reserved resource elements for potential HARQ-ACK transmission in OFDM symbol $l$, for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$, in the PUSCH transmission, defined in Subclause 6.2.7;

-   $M_{\text{sc}}^{\text{UCI}}(l)$ is the number of resource elements that can be used for transmission of UCI in OFDM symbol $l$, for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$, in the PUSCH transmission and $N_{\text{symb,all}}^{\text{PUSCH}}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS;

    -   for any OFDM symbol that carries DMRS of the PUSCH, $M_{\text{sc}}^{\text{UCI}}(l) = 0$;

    -   for any OFDM symbol that does not carry DMRS of the PUSCH, $M_{\text{sc}}^{\text{UCI}}(l) = M_{\text{sc}}^{\text{PUSCH}} - M_{\text{sc}}^{\text{PT-RS}}(l)$;

-   $\alpha$ is configured by higher layer parameter *scaling*.

For CSI part 1 transmission on PUSCH without UL-SCH, the number of coded modulation symbols per layer for CSI part 1 transmission, denoted as $Q'_{\text{CSI-part1}}$, is determined as follows:

if there is CSI part 2 to be transmitted on the PUSCH,

$$Q'_{\text{CSI-1}} = \min\left\{ \left\lceil \frac{(O_{\text{CSI-1}} + L_{\text{CSI-1}}) \cdot \beta^{\text{PUSCH}}_{\text{offset}}}{R \cdot Q_m} \right\rceil, \sum_{l=0}^{N^{\text{PUSCH}}_{\text{symb,all}}-1} M^{\text{UCI}}_{\text{sc}}(l) - Q'_{\text{ACK}} \right\}$$

else

$$Q'_{\text{CSI-1}} = \sum_{l=0}^{N^{\text{PUSCH}}_{\text{symb,all}}-1} M^{\text{UCI}}_{\text{sc}}(l) - Q'_{\text{ACK}}$$

end if

where

- $O_{\text{CSI-1}}$ is the number of bits for CSI part 1;

- if $O_{\text{CSI-1}} \geq 360$, $L_{\text{CSI-1}} = 11$; otherwise $L_{\text{CSI-1}}$ is the number of CRC bits for CSI part 1 determined according to Subclause 6.3.1.2.1;

- $\beta^{\text{PUSCH}}_{\text{offset}} = \beta^{\text{CSI-part1}}_{\text{offset}}$;

- $M^{\text{PUSCH}}_{\text{sc}}$ is the scheduled bandwidth of the PUSCH transmission, expressed as a number of subcarriers;

- $M^{\text{PT-RS}}_{\text{sc}}(l)$ is the number of subcarriers in OFDM symbol $l$ that carries PTRS, in the PUSCH transmission;

- $Q'_{\text{ACK}}$ is the number of coded modulation symbols per layer for HARQ-ACK transmitted on the PUSCH if number of HARQ-ACK information bits is more than 2, and $Q'_{\text{ACK}} = \sum_{l=0}^{N^{\text{PUSCH}}_{\text{symb,all}}-1} \overline{M}^{\text{ACK}}_{\text{sc,rvd}}(l)$ if the number of HARQ-ACK information bits is no more than 2 bits, where $\overline{M}^{\text{ACK}}_{\text{sc,rvd}}(l)$ is the number of reserved resource elements for potential HARQ-ACK transmission in OFDM symbol $l$, for $l = 0, 1, 2, ..., N^{\text{PUSCH}}_{\text{symb,all}} - 1$, in the PUSCH transmission, defined in Subclause 6.2.7;

- $M^{\text{UCI}}_{\text{sc}}(l)$ is the number of resource elements that can be used for transmission of UCI in OFDM symbol $l$, for $l = 0, 1, 2, ..., N^{\text{PUSCH}}_{\text{symb,all}} - 1$, in the PUSCH transmission and $N^{\text{PUSCH}}_{\text{symb,all}}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS;

  - for any OFDM symbol that carries DMRS of the PUSCH, $M^{\text{UCI}}_{\text{sc}}(l) = 0$;

  - for any OFDM symbol that does not carry DMRS of the PUSCH, $M^{\text{UCI}}_{\text{sc}}(l) = M^{\text{PUSCH}}_{\text{sc}} - M^{\text{PT-RS}}_{\text{sc}}(l)$;

- $R$ is the code rate of the PUSCH, determined according to Subclause 6.1.4.1 of [6, TS38.214];

- $Q_m$ is the modulation order of the PUSCH.


The input bit sequence to rate matching is $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$ where $r$ is the code block number, and $N_r$ is the number of coded bits in code block number $r$.

Rate matching is performed according to Subclause 5.4.1 by setting $I_{BIL} = 1$ and the rate matching output sequence length to $E_r = \lfloor E_{\text{UCI}} / C_{\text{UCI}} \rfloor$, where

- $C_{\text{UCI}}$ is the number of code blocks for UCI determined according to Subclause 5.2.1;

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH;

- $E_{UCI} = N_L \cdot Q'_{CSI,1} \cdot Q_m$ .

The output bit sequence after rate matching is denoted as $f_{r0}, f_{r1}, f_{r2}, ..., f_{r(E_r - 1)}$ where $E_r$ is the length of rate matching output sequence in code block number $r$ .

### 6.3.2.4.1.3          CSI part 2

For CSI part 2 transmission on PUSCH with UL-SCH, the number of coded modulation symbols per layer for CSI part 2 transmission, denoted as $Q'_{CSI-part2}$ , is determined as follows:

$$Q'_{CSI-2} = \min \left\{ \left\lceil \frac{(O_{CSI-2} + L_{CSI-2}) \cdot \beta_{offset}^{PUSCH} \cdot \sum_{l=0}^{N_{symb,all}^{PUSCH}-1} M_{sc}^{UCI}(l)}{\sum_{r=0}^{C_{UL-SCH}-1} K_r} \right\rceil, \left\lceil \alpha \cdot \sum_{l=0}^{N_{symb,all}^{PUSCH}-1} M_{sc}^{UCI}(l) \right\rceil - Q'_{ACK} - Q'_{CSI-1} \right\}$$

where

- $O_{CSI-2}$ is the number of bits for CSI part 2;

- if $O_{CSI-2} \geq 360$ , $L_{CSI-2} = 11$ ; otherwise $L_{CSI-2}$ is the number of CRC bits for CSI part 2 determined according to Subclause 6.3.1.2.1;

- $\beta_{offset}^{PUSCH} = \beta_{offset}^{CSI-part2}$ ;

- $C_{UL-SCH}$ is the number of code blocks for UL-SCH of the PUSCH transmission;

- if the DCI format scheduling the PUSCH transmission includes a CBGTI field indicating that the UE shall not transmit the $r$ -th code block, $K_r = 0$ ; otherwise, $K_r$ is the $r$ -th code block size for UL-SCH of the PUSCH transmission;

- $M_{sc}^{PUSCH}$ is the scheduled bandwidth of the PUSCH transmission, expressed as a number of subcarriers;

- $M_{sc}^{PT-RS}(l)$ is the number of subcarriers in OFDM symbol $l$ that carries PTRS, in the PUSCH transmission;

- $Q'_{ACK}$ is the number of coded modulation symbols per layer for HARQ-ACK transmitted on the PUSCH if number of HARQ-ACK information bits is more than 2, and $Q'_{ACK} = 0$ if the number of HARQ-ACK information bits is 1 or 2 bits;

- $Q'_{CSI-1}$ is the number of coded modulation symbols per layer for CSI part 1 transmitted on the PUSCH;

- $M_{sc}^{UCI}(l)$ is the number of resource elements that can be used for transmission of UCI in OFDM symbol $l$ , for $l = 0,1,2,...,N_{symb,all}^{PUSCH} - 1$ , in the PUSCH transmission and $N_{symb,all}^{PUSCH}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS;

  - for any OFDM symbol that carries DMRS of the PUSCH, $M_{sc}^{UCI}(l) = 0$ ;

  - for any OFDM symbol that does not carry DMRS of the PUSCH, $M_{sc}^{UCI}(l) = M_{sc}^{PUSCH} - M_{sc}^{PT-RS}(l)$ .

- $\alpha$ is configured by higher layer parameter *scaling*.

For CSI part 2 transmission on PUSCH without UL-SCH, the number of coded modulation symbols per layer for CSI part 2 transmission, denoted as $Q'_{\text{CSI-part2}}$, is determined as follows:

$$Q'_{\text{CSI-2}} = \sum_{l=0}^{N_{\text{symb,all}}^{\text{PUSCH}}-1} M_{\text{sc}}^{\text{UCI}}(l) - Q'_{\text{ACK}} - Q'_{\text{CSI-1}}$$

where

- $M_{\text{sc}}^{\text{PUSCH}}$ is the scheduled bandwidth of the PUSCH transmission, expressed as a number of subcarriers;

- $M_{\text{sc}}^{\text{PT-RS}}(l)$ is the number of subcarriers in OFDM symbol $l$ that carries PTRS, in the PUSCH transmission;

- $Q'_{\text{ACK}}$ is the number of coded modulation symbols per layer for HARQ-ACK transmitted on the PUSCH if number of HARQ-ACK information bits is more than 2, and $Q'_{\text{ACK}} = 0$ if the number of HARQ-ACK information bits is 1 or 2 bits;

- $Q'_{\text{CSI-1}}$ is the number of coded modulation symbols per layer for CSI part 1 transmitted on the PUSCH;

- $M_{\text{sc}}^{\text{UCI}}(l)$ is the number of resource elements that can be used for transmission of UCI in OFDM symbol $l$, for $l = 0, 1, 2, ..., N_{\text{symb,all}}^{\text{PUSCH}} - 1$, in the PUSCH transmission and $N_{\text{symb,all}}^{\text{PUSCH}}$ is the total number of OFDM symbols of the PUSCH, including all OFDM symbols used for DMRS;

    - for any OFDM symbol that carries DMRS of the PUSCH, $M_{\text{sc}}^{\text{UCI}}(l) = 0$;

    - for any OFDM symbol that does not carry DMRS of the PUSCH, $M_{\text{sc}}^{\text{UCI}}(l) = M_{\text{sc}}^{\text{PUSCH}} - M_{\text{sc}}^{\text{PT-RS}}(l)$.

The input bit sequence to rate matching is $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$ where $r$ is the code block number, and $N_r$ is the number of coded bits in code block number $r$.

Rate matching is performed according to Subclause 5.4.1 by setting $I_{BIL} = 1$ and the rate matching output sequence length to $E_r = \lfloor E_{\text{UCI}} / C_{\text{UCI}} \rfloor$, where

- $C_{\text{UCI}}$ is the number of code blocks for UCI determined according to Subclause 5.2.1;

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH;

- $E_{\text{UCI}} = N_L \cdot Q'_{\text{CSL2}} \cdot Q_m$.

The output bit sequence after rate matching is denoted as $f_{r0}, f_{r1}, f_{r2}, ..., f_{r(E_r-1)}$ where $E_r$ is the length of rate matching output sequence in code block number $r$.

### 6.3.2.4.2          UCI encoded by channel coding of small block lengths

#### 6.3.2.4.2.1          HARQ-ACK

For HARQ-ACK transmission on PUSCH, the number of coded modulation symbols per layer for HARQ-ACK transmission, denoted as $Q'_{ACK}$, is determined according to Subclause 6.3.2.4.1.1, by setting the number of CRC bits $L = 0$.

The input bit sequence to rate matching is $d_0, d_1, d_2, ..., d_{N-1}$.

Rate matching is performed according to Subclause 5.4.3, by setting the rate matching output sequence length $E = N_L \cdot Q'_{ACK} \cdot Q_m$, where

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH.

The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$.

#### 6.3.2.4.2.2          CSI part 1

For CSI part 1 transmission on PUSCH, the number of coded modulation symbols per layer for CSI part 1 transmission, denoted as $Q'_{CSI,1}$, is determined according to Subclause 6.3.2.4.1.2, by setting the number of CRC bits $L = 0$.

Rate matching is performed according to Subclause 5.4.3, by setting the rate matching output sequence length $E = N_L \cdot Q'_{CSI,1} \cdot Q_m$, where

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH.

The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$.

#### 6.3.2.4.2.3          CSI part 2

For CSI part 2 transmission on PUSCH, the number of coded modulation symbols per layer for CSI part 2 transmission, denoted as $Q'_{CSI,2}$, is determined according to Subclause 6.3.2.4.1.3, by setting the number of CRC bits $L = 0$.

Rate matching is performed according to Subclause 5.4.3, by setting the rate matching output sequence length $E = N_L \cdot Q'_{CSI,2} \cdot Q_m$, where

- $N_L$ is the number of transmission layers of the PUSCH;

- $Q_m$ is the modulation order of the PUSCH.

The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ..., f_{E-1}$.

### 6.3.2.5          Code block concatenation

Code block concatenation is performed according to Subclause 6.3.1.5, except that the values of $E_{UCI}$ and $C_{UCI}$ given in Subclause 6.3.2.4.1.

### 6.3.2.6          Multiplexing of coded UCI bits to PUSCH

The coded UCI bits are multiplexed onto PUSCH according to the procedures in Subclause 6.2.7.

# 7 Downlink transport channels and control information

## 7.1 Broadcast channel

Data arrives to the coding unit in the form of a maximum of one transport block every 80ms. The following coding steps can be identified:

- Payload generation

- Scrambling

- Transport block CRC attachment

- Channel coding

- Rate matching

## 7.1.1 PBCH payload generation

Denote the bits in a transport block delivered to layer 1 by $\bar{a}_0, \bar{a}_1, \bar{a}_2, \bar{a}_3, ..., \bar{a}_{\bar{A}-1}$, where $\bar{A}$ is the payload size generated by higher layers. The lowest order information bit $\bar{a}_0$ is mapped to the most significant bit of the transport block as defined in Subclause 6.1.1 of [8, TS 38.321].

Generate the following additional timing related PBCH payload bits $\bar{a}_{\bar{A}}, \bar{a}_{\bar{A}+1}, \bar{a}_{\bar{A}+2}, \bar{a}_{\bar{A}+3}, ..., \bar{a}_{\bar{A}+7}$, where:

- $\bar{a}_{\bar{A}}, \bar{a}_{\bar{A}+1}, \bar{a}_{\bar{A}+2}, \bar{a}_{\bar{A}+3}$ are the 4th, 3rd, 2nd, and 1st LSB of SFN, respectively;

- $\bar{a}_{\bar{A}+4}$ is the half frame bit $\bar{a}_{\text{HRF}}$;

- if $L_{\max} = 64$

  $\bar{a}_{\bar{A}+5}, \bar{a}_{\bar{A}+6}, \bar{a}_{\bar{A}+7}$ are the 6th, 5th, and 4th bits of SS/PBCH block index, respectively.

  else

  $\bar{a}_{\bar{A}+5}$ is the MSB of $k_{\text{SSB}}$ as defined in Subclause 7.4.3.1 of [4, TS 38.211].

  $\bar{a}_{\bar{A}+6}, \bar{a}_{\bar{A}+7}$ are reserved.

  end if


Let $A = \bar{A} + 8$; $j_{\text{SFN}} = 0$; $j_{\text{HRF}} = 10$; $j_{\text{SSB}} = 11$; $j_{\text{other}} = 14$;

for $i = 0$ to $A - 1$

  if $\bar{a}_i$ is an SFN bit

  $a_{G(j_{\text{SFN}})} = \bar{a}_i$;

  $j_{\text{SFN}} = j_{\text{SFN}} + 1$;

  elseif $\bar{a}_i$ is the half radio frame bit

$$a_{G(j_{\mathrm{HRF}})} = \overline{a}_i$$

elseif $\overline{A} + 5 \leq i \leq \overline{A} + 7$

$$a_{G(j_{\mathrm{SSB}})} = \overline{a}_i \, ;$$

$$j_{\mathrm{SSB}} = j_{\mathrm{SSB}} + 1 \, ;$$

else

$$a_{G(j_{\mathrm{Other}})} = \overline{a}_i \, ;$$

$$j_{\mathrm{Other}} = j_{\mathrm{Other}} + 1 \, ;$$

end if

end for

where $L_{\max}$ is the number of candidate SS/PBCH blocks in a half frame according to Subclause 4.1 of [5, TS38.213], and the value of $G(j)$ is given by Table 7.1.1-1.

**Table 7.1.1-1: Value of PBCH payload interleaver pattern $G(j)$**

| $j$ | $G(j)$ | $j$ | $G(j)$ | $j$ | $G(j)$ | $j$ | $G(j)$ | $j$ | $G(j)$ | $j$ | $G(j)$ | $j$ | $G(j)$ | $j$ | $G(j)$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 16 | 4 | 8 | 8 | 24 | 12 | 3 | 16 | 9 | 20 | 14 | 24 | 21 | 28 | 27 |
| 1 | 23 | 5 | 30 | 9 | 7 | 13 | 2 | 17 | 11 | 21 | 15 | 25 | 22 | 29 | 28 |
| 2 | 18 | 6 | 10 | 10 | 0 | 14 | 1 | 18 | 12 | 22 | 19 | 26 | 25 | 30 | 29 |
| 3 | 17 | 7 | 6 | 11 | 5 | 15 | 4 | 19 | 13 | 23 | 20 | 27 | 26 | 31 | 31 |

## 7.1.2     Scrambling

For PBCH transmission in a frame, the bit sequence $a_0, a_1, a_2, a_3, \ldots, a_{A-1}$ is scrambled into a bit sequence

$a'_0, a'_1, a'_2, a'_3, \ldots, a'_{A-1}$, where $a'_i = (a_i + s_i) \bmod 2$ for $i = 0,1,\ldots,A-1$ and $s_0, s_1, s_2, s_3, \ldots, s_{A-1}$ is generated according to the following:

$i = 0$ ;

$j = 0$ ;

while $i < A$

if $a_i$ corresponds to any one of the bits belonging to the SS/PBCH block index, the half frame index, and 2nd and 3rd least significant bits of the system frame number

$$s_i = 0 \, ;$$

else

$$s_i = c(j + vM) \, ;$$

$$j = j + 1 \, ;$$

end if

$i = i + 1$ ;

end while

The scrambling sequence $c(i)$ is given by Subclause 5.2.1 of [4, TS38.211] and initialized with $c_{\text{init}} = N_{ID}^{cell}$ at the start of each SFN satisfying $\mathrm{mod}(SFN, 8) = 0$; $M = A - 3$ for $L_{\max} = 4$ or $L_{\max} = 8$, and $M = A - 6$ for $L_{\max} = 64$, where $L_{\max}$ is the number of candidate SS/PBCH blocks in a half frame according to Subclause 4.1 of [5, TS38.213]; and $v$ is determined according to Table 7.1.2-1 using the 3rd and 2nd LSB of the SFN in which the PBCH is transmitted.

**Table 7.1.2-1: Value of $v$ for PBCH scrambling**

| (3rd LSB of SFN, 2nd LSB of SFN) | Value of $v$ |
|---|---|
| (0, 0) | 0 |
| (0, 1) | 1 |
| (1, 0) | 2 |
| (1, 1) | 3 |

## 7.1.3   Transport block CRC attachment

Error detection is provided on BCH transport blocks through a Cyclic Redundancy Check (CRC).

The entire transport block is used to calculate the CRC parity bits. The input bit sequence is denoted by $a'_0, a'_1, a'_2, a'_3, ...., a'_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ...., p_{L-1}$, where $A$ is the payload size and $L$ is the number of parity bits.

The parity bits are computed and attached to the BCH transport block according to Subclause 5.1 by setting $L$ to 24 bits and using the generator polynomial $g_{\text{CRC24C}}(D)$, resulting in the sequence $b_0, b_1, b_2, b_3, ...., b_{B-1}$, where $B = A + L$.

The bit sequence $b_0, b_1, b_2, b_3, ...., b_{B-1}$ is the input bit sequence $c_0, c_1, c_2, c_3, ...., c_{K-1}$ to the channel encoder, where $c_i = b_i$ for $i = 0, 1, ..., B-1$ and $K = B$.

## 7.1.4   Channel coding

Information bits are delivered to the channel coding block. They are denoted by $c_0, c_1, c_2, c_3, ...., c_{K-1}$, where $K$ is the number of bits, and they are encoded via Polar coding according to Subclause 5.3.1, by setting $n_{\max} = 9$, $I_{IL} = 1$, $n_{PC} = 0$, and $n_{PC}^{wm} = 0$.

After encoding the bits are denoted by $d_0, d_1, d_2, d_3, ...., d_{N-1}$, where $N$ is the number of coded bits.

## 7.1.5   Rate matching

The input bit sequence to rate matching is $d_0, d_1, d_2, ...., d_{N-1}$.

The rate matching output sequence length $E = 864$.

Rate matching is performed according to Subclause 5.4.1 by setting $I_{BIL} = 0$.

The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, ...., f_{E-1}$.

# 7.2   Downlink shared channel and paging channel

## 7.2.1   Transport block CRC attachment

Error detection is provided on each transport block through a Cyclic Redundancy Check (CRC).

The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ...., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ...., p_{L-1}$, where $A$ is the payload size and $L$ is the

number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in Subclause 6.1.1 of [TS38.321].

The parity bits are computed and attached to the DL-SCH transport block according to Subclause 5.1, by setting $L$ to 24 bits and using the generator polynomial $g_{\mathrm{CRC24A}}(D)$ if $A > 3824$; and by setting $L$ to 16 bits and using the generator polynomial $g_{\mathrm{CRC16}}(D)$ otherwise.

The bits after CRC attachment are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B = A + L$.

## 7.2.2   LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Subclause 5.1.3.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

-   if $A \le 292$, or if $A \le 3824$ and $R \le 0.67$, or if $R \le 0.25$, LDPC base graph 2 is used;

-   otherwise, LDPC base graph 1 is used,

where $A$ is the payload size in Subclause 7.2.1.

## 7.2.3   Code block segmentation and code block CRC attachment

The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).

Code block segmentation and code block CRC attachment are performed according to Subclause 5.2.2.

The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$ according to Subclause 5.2.2.

## 7.2.4   Channel coding

Code blocks are delivered to the channel coding block. The bits in a code block are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number, and $K_r$ is the number of bits in code block number $r$. The total number of code blocks is denoted by $C$ and each code block is individually LDPC encoded according to Subclause 5.3.2.

After encoding the bits are denoted by $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$, where the values of $N_r$ is given in Subclause 5.3.2.

## 7.2.5   Rate matching

Coded bits for each code block, denoted as $d_{r0}, d_{r1}, d_{r2}, d_{r3}, ..., d_{r(N_r-1)}$, are delivered to the rate match block, where $r$ is the code block number, and $N_r$ is the number of encoded bits in code block number $r$. The total number of code blocks is denoted by $C$ and each code block is individually rate matched according to Subclause 5.4.2 by setting $I_{LBRM} = 1$.

After rate matching, the bits are denoted by $f_{r0}, f_{r1}, f_{r2}, f_{r3}, ..., f_{r(E_r-1)}$, where $E_r$ is the number of rate matched bits for code block number $r$.

## 7.2.6   Code block concatenation

The input bit sequence for the code block concatenation block are the sequences $f_{r0}, f_{r1}, f_{r2}, f_{r3}, ..., f_{r(E_r-1)}$, for $r = 0, ..., C - 1$ and where $E_r$ is the number of rate matched bits for the $r$-th code block.

Code block concatenation is performed according to Subclause 5.5.

The bits after code block concatenation are denoted by $g_0, g_1, g_2, g_3, ..., g_{G-1}$, where $G$ is the total number of coded bits for transmission.

# 7.3       Downlink control information

A DCI transports downlink control information for one or more cells with one RNTI.

The following coding steps can be identified:

- Information element multiplexing

- CRC attachment

- Channel coding

- Rate matching

## 7.3.1       DCI formats

The DCI formats defined in table 7.3.1-1 are supported.

**Table 7.3.1-1: DCI formats**

| DCI format | Usage |
|---|---|
| 0_0 | Scheduling of PUSCH in one cell |
| 0_1 | Scheduling of PUSCH in one cell |
| 1_0 | Scheduling of PDSCH in one cell |
| 1_1 | Scheduling of PDSCH in one cell |
| 2_0 | Notifying a group of UEs of the slot format |
| 2_1 | Notifying a group of UEs of the PRB(s) and OFDM symbol(s) where UE may assume no transmission is intended for the UE |
| 2_2 | Transmission of TPC commands for PUCCH and PUSCH |
| 2_3 | Transmission of a group of TPC commands for SRS transmissions by one or more UEs |

The fields defined in the DCI formats below are mapped to the information bits $a_0$ to $a_{A-1}$ as follows.

Each field is mapped in the order in which it appears in the description, including the zero-padding bit(s), if any, with the first field mapped to the lowest order information bit $a_0$ and each successive field mapped to higher order information bits. The most significant bit of each field is mapped to the lowest order information bit for that field, e.g. the most significant bit of the first field is mapped to $a_0$.

If the number of information bits in a DCI format is less than 12 bits, zeros shall be appended to the DCI format until the payload size equals 12.

The size of each DCI format is determined by the configuration of the corresponding active bandwidth part of the scheduled cell and shall be adjusted as described in clause 7.3.1.0 if necessary.

## 7.3.1.0       DCI size alignment

If necessary, padding or truncation shall be applied to the DCI formats according to the following steps executed in the order below:

Step 0:

- Determine DCI format 0_0 monitored in a common search space according to clause 7.3.1.1.1 where $N_{\text{RB}}^{\text{UL,BWP}}$ is the size of the initial UL bandwidth part.

- Determine DCI format 1_0 monitored in a common search space according to clause 7.3.1.2.1 where $N_{\text{RB}}^{\text{DL,BWP}}$ is given by

  - the size of CORESET 0 if CORESET 0 is configured for the cell; and

  - the size of initial DL bandwidth part if CORESET 0 is not configured for the cell.

- If DCI format 0_0 is monitored in common search space and if the number of information bits in the DCI format 0_0 prior to padding is less than the payload size of the DCI format 1_0 monitored in common search space for scheduling the same serving cell, a number of zero padding bits are generated for the DCI format 0_0 until the payload size equals that of the DCI format 1_0.

- If DCI format 0_0 is monitored in common search space and if the number of information bits in the DCI format 0_0 prior to truncation is larger than the payload size of the DCI format 1_0 monitored in common search space for scheduling the same serving cell, the bitwidth of the frequency domain resource assignment field in the DCI format 0_0 is reduced by truncating the first few most significant bits such that the size of DCI format 0_0 equals the size of the DCI format 1_0.

Step 1:

- Determine DCI format 0_0 monitored in a UE-specific search space according to clause 7.3.1.1.1 where $N_{\text{RB}}^{\text{UL,BWP}}$ is the size of the active UL bandwidth part.

- Determine DCI format 1_0 monitored in a UE-specific search space according to clause 7.3.1.2.1 where $N_{\text{RB}}^{\text{DL,BWP}}$ is the size of the active DL bandwidth part.

- For a UE configured with *supplementaryUplink* in *ServingCellConfig* in a cell, if PUSCH is configured to be transmitted on both the SUL and the non-SUL of the cell and if the number of information bits in DCI format 0_0 in UE-specific search space for the SUL is not equal to the number of information bits in DCI format 0_0 in UE-specific search space for the non-SUL, a number of zero padding bits are generated for the smaller DCI format 0_0 until the payload size equals that of the larger DCI format 0_0.

- If DCI format 0_0 is monitored in UE-specific search space and if the number of information bits in the DCI format 0_0 prior to padding is less than the payload size of the DCI format 1_0 monitored in UE-specific search space for scheduling the same serving cell, a number of zero padding bits are generated for the DCI format 0_0 until the payload size equals that of the DCI format 1_0.

- If DCI format 1_0 is monitored in UE-specific search space and if the number of information bits in the DCI format 1_0 prior to padding is less than the payload size of the DCI format 0_0 monitored in UE-specific search space for scheduling the same serving cell, zeros shall be appended to the DCI format 1_0 until the payload size equals that of the DCI format 0_0

Step 2:

- For a UE configured with *supplementaryUplink* in *ServingCellConfig* in a cell, if PUSCH is configured to be transmitted on both the SUL and the non-SUL of the cell and if the number of information bits in format 0_1 for the SUL is not equal to the number of information bits in format 0_1 for the non-SUL, zeros shall be appended to smaller format 0_1 until the payload size equals that of the larger format 0_1.

- If the size of DCI format 0_1 monitored in a UE-specific search space equals that of a DCI format 0_0/1_0 monitored in another UE-specific search space, one bit of zero padding shall be appended to DCI format 0_1.

- If the size of DCI format 1_1 monitored in a UE-specific search space equals that of a DCI format 0_0/1_0 monitored in another UE-specific search space, one bit of zero padding shall be appended to DCI format 1_1.

Step 3:

- If both of the following conditions are fulfilled the size alignment procedure is complete

  - the total number of different DCI sizes configured to monitor is no more than 4 for the cell

- the total number of different DCI sizes with C-RNTI configured to monitor is no more than 3 for the cell

Step 4:

- Otherwise

  - Remove the padding bit (if any) introduced in step 2 above.

  - Determine DCI format 1_0 monitored in a UE-specific search space according to clause 7.3.1.2.1 where $N_{RB}^{DL,BWP}$ is given by

    - the size of CORESET 0 if CORESET 0 is configured for the cell; and

    - the size of initial DL bandwidth part if CORESET 0 is not configured for the cell.

  - Determine DCI format 0_0 monitored in a UE-specific search space according to clause 7.3.1.1.1 where $N_{RB}^{UL,BWP}$ is the size of the initial UL bandwidth part.

  - If the number of information bits in the DCI format 0_0 monitored in a UE-specific search space prior to padding is less than the payload size of the DCI format 1_0 monitored in UE-specific search space for scheduling the same serving cell, a number of zero padding bits are generated for the DCI format 0_0 monitored in a UE-specific search space until the payload size equals that of the DCI format 1_0 monitored in a UE-specific search space.

  - If the number of information bits in the DCI format 0_0 monitored in a UE-specific search space prior to truncation is larger than the payload size of the DCI format 1_0 monitored in UE-specific search space for scheduling the same serving cell, the bitwidth of the frequency domain resource assignment field in the DCI format 0_0 is reduced by truncating the first few most significant bits such that the size of DCI format 0_0 monitored in a UE-specific search space equals the size of the DCI format 1_0 monitored in a UE-specific search space.

The UE is not expected to handle a configuration that, after applying the above steps, results in

- the total number of different DCI sizes configured to monitor is more than 4 for the cell; or

- the total number of different DCI sizes with C-RNTI configured to monitor is more than 3 for the cell; or

- the size of DCI format 0_0 in a UE-specific search space is equal to DCI format 0_1 in another UE-specific search space; or

- the size of DCI format 1_0 in a UE-specific search space is equal to DCI format 1_1 in another UE-specific search space

## 7.3.1.1      DCI formats for scheduling of PUSCH

### 7.3.1.1.1          Format 0_0

DCI format 0_0 is used for the scheduling of PUSCH in one cell.

The following information is transmitted by means of the DCI format 0_0 with CRC scrambled by C-RNTI or CS-RNTI or MCS-C-RNTI:

- Identifier for DCI formats – 1 bit

  - The value of this bit field is always set to 0, indicating an UL DCI format

- Frequency domain resource assignment – $\left\lceil \log_2(N_{RB}^{UL,BWP}(N_{RB}^{UL,BWP}+1)/2) \right\rceil$ bits where $N_{RB}^{UL,BWP}$ is defined in subclause 7.3.1.0

  - For PUSCH hopping with resource allocation type 1:

-    $N_{\text{UL\_hop}}$ MSB bits are used to indicate the frequency offset according to Subclause 6.3 of [6, TS 38.214], where $N_{\text{UL\_hop}} = 1$ if the higher layer parameter *frequencyHoppingOffsetLists* contains two offset values and $N_{\text{UL\_hop}} = 2$ if the higher layer parameter *frequencyHoppingOffsetLists* contains four offset values

-    $\left\lceil \log_2(N_{\text{RB}}^{\text{UL,BWP}}(N_{\text{RB}}^{\text{UL,BWP}}+1)/2) \right\rceil - N_{\text{UL\_hop}}$ bits provides the frequency domain resource allocation according to Subclause 6.1.2.2.2 of [6, TS 38.214]

- For non-PUSCH hopping with resource allocation type 1:

  -    $\left\lceil \log_2(N_{\text{RB}}^{\text{UL,BWP}}(N_{\text{RB}}^{\text{UL,BWP}}+1)/2) \right\rceil$ bits provides the frequency domain resource allocation according to Subclause 6.1.2.2.2 of [6, TS 38.214]

- Time domain resource assignment – 4 bits as defined in Subclause 6.1.2.1 of [6, TS 38.214]

- Frequency hopping flag – 1 bit according to Table 7.3.1.1.1-3, as defined in Subclause 6.3 of [6, TS 38.214]

- Modulation and coding scheme – 5 bits as defined in Subclause 6.1.4.1 of [6, TS 38.214]

- New data indicator – 1 bit

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits

- TPC command for scheduled PUSCH – 2 bits as defined in Subclause 7.1.1 of [5, TS 38.213]

- Padding bits, if required.

- UL/SUL indicator – 1 bit for UEs configured with *supplementaryUplink* in *ServingCellConfig* in the cell as defined in Table 7.3.1.1.1-1 and the number of bits for DCI format 1_0 before padding is larger than the number of bits for DCI format 0_0 before padding; 0 bit otherwise. The UL/SUL indicator, if present, locates in the last bit position of DCI format 0_0, after the padding bit(s).

  - If the UL/SUL indicator is present in DCI format 0_0 and the higher layer parameter *pusch-Config* is not configured on both UL and SUL the UE ignores the UL/SUL indicator field in DCI format 0_0, and the corresponding PUSCH scheduled by the DCI format 0_0 is for the UL or SUL for which high layer parameter *pucch-Config* is configured;

  - If the UL/SUL indicator is not present in DCI format 0_0 and *pucch-Config* is configured, the corresponding PUSCH scheduled by the DCI format 0_0 is for the UL or SUL for which high layer parameter *pucch-Config* is configured.

  - If the UL/SUL indicator is not present in DCI format 0_0 and *pucch-Config* is not configured, the corresponding PUSCH scheduled by the DCI format 0_0 is for the uplink on which the latest PRACH is transmitted.

The following information is transmitted by means of the DCI format 0_0 with CRC scrambled by TC-RNTI:

- Identifier for DCI formats – 1 bit

  - The value of this bit field is always set to 0, indicating an UL DCI format

- Frequency domain resource assignment – $\left\lceil \log_2(N_{\text{RB}}^{\text{UL,BWP}}(N_{\text{RB}}^{\text{UL,BWP}}+1)/2) \right\rceil$ bits where

  - $N_{\text{RB}}^{\text{UL,BWP}}$ is the size of the initial UL bandwidth part.

  - For PUSCH hopping with resource allocation type 1:

    -    $N_{\text{UL\_hop}}$ MSB bits are used to indicate the frequency offset according to Table 8.3-1 in Subclause 8.3 of [5, TS 38.213], where $N_{\text{UL\_hop}} = 1$ if $N_{\text{RB}}^{\text{UL,BWP}} < 50$ and $N_{\text{UL\_hop}} = 2$ otherwise

- $\left\lceil \log_2(N_{RB}^{UL,BWP}(N_{RB}^{UL,BWP}+1)/2) \right\rceil - N_{UL\_hop}$ bits provides the frequency domain resource allocation according to Subclause 6.1.2.2.2 of [6, TS 38.214]

- For non-PUSCH hopping with resource allocation type 1:

  - $\left\lceil \log_2(N_{RB}^{UL,BWP}(N_{RB}^{UL,BWP}+1)/2) \right\rceil$ bits provides the frequency domain resource allocation according to Subclause 6.1.2.2.2 of [6, TS 38.214]

- Time domain resource assignment – 4 bits as defined in Subclause 6.1.2.1 of [6, TS 38.214]

- Frequency hopping flag – 1 bit according to Table 7.3.1.1.1-3, as defined in Subclause 6.3 of [6, TS 38.214]

- Modulation and coding scheme – 5 bits as defined in Subclause 6.1.4.1 of [6, TS 38.214]

- New data indicator – 1 bit, reserved

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits, reserved

- TPC command for scheduled PUSCH – 2 bits as defined in Subclause 7.1.1 of [5, TS 38.213]

- Padding bits, if required.

- UL/SUL indicator – 1 bit if the cell has two ULs and the number of bits for DCI format 1_0 before padding is larger than the number of bits for DCI format 0_0 before padding; 0 bit otherwise. The UL/SUL indicator, if present, locates in the last bit position of DCI format 0_0, after the padding bit(s).

  - If 1 bit, reserved, and the corresponding PUSCH is always on the same UL carrier as the previous transmission of the same TB

### Table 7.3.1.1.1-1: UL/SUL indicator

| Value of UL/SUL indicator | Uplink |
|---|---|
| 0 | The non-supplementary uplink |
| 1 | The supplementary uplink |

### Table 7.3.1.1.1-2: Redundancy version

| Value of the Redundancy version field | Value of $rv_{id}$ to be applied |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 2 |
| 11 | 3 |

### Table 7.3.1.1.1-3: Frequency hopping indication

| Bit field mapped to index | PUSCH frequency hopping |
|---|---|
| 0 | Disabled |
| 1 | Enabled |

## 7.3.1.1.2   Format 0_1

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

The following information is transmitted by means of the DCI format 0_1 with CRC scrambled by C-RNTI or CS-RNTI or SP-CSI-RNTI or MCS-C-RNTI:

- Identifier for DCI formats – 1 bit

    - The value of this bit field is always set to 0, indicating an UL DCI format

- Carrier indicator – 0 or 3 bits, as defined in Subclause 10.1 of [5, TS38.213].

- UL/SUL indicator – 0 bit for UEs not configured with *supplementaryUplink* in *ServingCellConfig* in the cell or UEs configured with *supplementaryUplink* in *ServingCellConfig* in the cell but only one carrier in the cell is configured for PUSCH transmission; otherwise, 1 bit as defined in Table 7.3.1.1.1-1.

- Bandwidth part indicator – 0, 1 or 2 bits as determined by the number of UL BWPs $n_{\mathrm{BWP,RRC}}$ configured by higher layers, excluding the initial UL bandwidth part. The bitwidth for this field is determined as $\lceil \log_2(n_{\mathrm{BWP}}) \rceil$ bits, where

    - $n_{\mathrm{BWP}} = n_{\mathrm{BWP,RRC}} + 1$ if $n_{\mathrm{BWP,RRC}} \le 3$, in which case the bandwidth part indicator is equivalent to the ascending order of the higher layer parameter *BWP-Id*;

    - otherwise $n_{\mathrm{BWP}} = n_{\mathrm{BWP,RRC}}$, in which case the bandwidth part indicator is defined in Table 7.3.1.1.2-1;

    If a UE does not support active BWP change via DCI, the UE ignores this bit field.

- Frequency domain resource assignment – number of bits determined by the following, where $N_{\mathrm{RB}}^{\mathrm{UL,BWP}}$ is the size of the active UL bandwidth part:

    - $N_{\mathrm{RBG}}$ bits if only resource allocation type 0 is configured, where $N_{\mathrm{RBG}}$ is defined in Subclause 6.1.2.2.1 of [6, TS 38.214],

    - $\lceil \log_2(N_{\mathrm{RB}}^{\mathrm{UL,BWP}}(N_{\mathrm{RB}}^{\mathrm{UL,BWP}} + 1)/2) \rceil$ bits if only resource allocation type 1 is configured, or $\max\left(\lceil \log_2(N_{\mathrm{RB}}^{\mathrm{UL,BWP}}(N_{\mathrm{RB}}^{\mathrm{UL,BWP}} + 1)/2) \rceil, N_{\mathrm{RBG}}\right) + 1$ bits if both resource allocation type 0 and 1 are configured.

    - If both resource allocation type 0 and 1 are configured, the MSB bit is used to indicate resource allocation type 0 or resource allocation type 1, where the bit value of 0 indicates resource allocation type 0 and the bit value of 1 indicates resource allocation type 1.

    - For resource allocation type 0, the $N_{\mathrm{RBG}}$ LSBs provide the resource allocation as defined in Subclause 6.1.2.2.1 of [6, TS 38.214].

    - For resource allocation type 1, the $\lceil \log_2(N_{\mathrm{RB}}^{\mathrm{UL,BWP}}(N_{\mathrm{RB}}^{\mathrm{UL,BWP}} + 1)/2) \rceil$ LSBs provide the resource allocation as follows:

        - For PUSCH hopping with resource allocation type 1:

            - $N_{\mathrm{UL\_hop}}$ MSB bits are used to indicate the frequency offset according to Subclause 6.3 of [6, TS 38.214], where $N_{\mathrm{UL\_hop}} = 1$ if the higher layer parameter *frequencyHoppingOffsetLists* contains two offset values and $N_{\mathrm{UL\_hop}} = 2$ if the higher layer parameter *frequencyHoppingOffsetLists* contains four offset values

            - $\lceil \log_2(N_{\mathrm{RB}}^{\mathrm{UL,BWP}}(N_{\mathrm{RB}}^{\mathrm{UL,BWP}} + 1)/2) \rceil - N_{\mathrm{UL\_hop}}$ bits provides the frequency domain resource allocation according to Subclause 6.1.2.2.2 of [6, TS 38.214]

        - For non-PUSCH hopping with resource allocation type 1:

            - $\lceil \log_2(N_{\mathrm{RB}}^{\mathrm{UL,BWP}}(N_{\mathrm{RB}}^{\mathrm{UL,BWP}} + 1)/2) \rceil$ bits provides the frequency domain resource allocation according to Subclause 6.1.2.2.2 of [6, TS 38.214]

If "Bandwidth part indicator" field indicates a bandwidth part other than the active bandwidth part and if both resource allocation type 0 and 1 are configured for the indicated bandwidth part, the UE assumes resource allocation type 0 for the indicated bandwidth part if the bitwidth of the "Frequency domain resource assignment" field of the active bandwidth part is smaller than the bitwidth of the "Frequency domain resource assignment" field of the indicated bandwidth part.

- Time domain resource assignment – 0, 1, 2, 3, or 4 bits as defined in Subclause 6.1.2.1 of [6, TS38.214]. The bitwidth for this field is determined as $\lceil \log_2(I) \rceil$ bits, where $I$ is the number of entries in the higher layer parameter *pusch-TimeDomainAllocationList* if the higher layer parameter is configured; otherwise $I$ is the number of entries in the default table.

- Frequency hopping flag – 0 or 1 bit:

    - 0 bit if only resource allocation type 0 is configured or if the higher layer parameter *frequencyHopping* is not configured;

    - 1 bit according to Table 7.3.1.1.1-3 otherwise, only applicable to resource allocation type 1, as defined in Subclause 6.3 of [6, TS 38.214].

- Modulation and coding scheme – 5 bits as defined in Subclause 6.1.4.1 of [6, TS 38.214]

- New data indicator – 1 bit

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits

- 1st downlink assignment index – 1 or 2 bits:

    - 1 bit for semi-static HARQ-ACK codebook;

    - 2 bits for dynamic HARQ-ACK codebook.

- 2nd downlink assignment index – 0 or 2 bits:

    - 2 bits for dynamic HARQ-ACK codebook with two HARQ-ACK sub-codebooks;

    - 0 bit otherwise.

- TPC command for scheduled PUSCH – 2 bits as defined in Subclause 7.1.1 of [5, TS38.213]

- SRS resource indicator – $\left\lceil \log_2\left( \sum_{k=1}^{\min\{L_{max}, N_{SRS}\}} \binom{N_{SRS}}{k} \right) \right\rceil$ or $\lceil \log_2(N_{SRS}) \rceil$ bits, where $N_{SRS}$ is the number of configured SRS resources in the SRS resource set associated with the higher layer parameter *usage* of value '*codeBook*' or '*nonCodeBook*',

    - $\left\lceil \log_2\left( \sum_{k=1}^{\min\{L_{max}, N_{SRS}\}} \binom{N_{SRS}}{k} \right) \right\rceil$ bits according to Tables 7.3.1.1.2-28/29/30/31 if the higher layer parameter *txConfig = nonCodebook*, where $N_{SRS}$ is the number of configured SRS resources in the SRS resource set associated with the higher layer parameter *usage* of value '*nonCodeBook*' and

        - if UE supports operation with *maxMIMO-Layers* and the higher layer parameter *maxMIMO-Layers* of *PUSCH-ServingCellConfig* of the serving cell is configured, $L_{max}$ is given by that parameter

        - otherwise, $L_{max}$ is given by the maximum number of layers for PUSCH supported by the UE for the serving cell for non-codebook based operation.

    - $\lceil \log_2(N_{SRS}) \rceil$ bits according to Tables 7.3.1.1.2-32 if the higher layer parameter *txConfig = codebook*, where $N_{SRS}$ is the number of configured SRS resources in the SRS resource set associated with the higher layer parameter *usage* of value '*codeBook*'.

- Precoding information and number of layers – number of bits determined by the following:

- 0 bits if the higher layer parameter *txConfig = nonCodeBook*;

- 0 bits for 1 antenna port and if the higher layer parameter *txConfig = codebook*;

- 4, 5, or 6 bits according to Table 7.3.1.1.2-2 for 4 antenna ports, if *txConfig = codebook*, and according to whether transform precoder is enabled or disabled, and the values of higher layer parameters *maxRank*, and *codebookSubset*;

- 2, 4, or 5 bits according to Table 7.3.1.1.2-3 for 4 antenna ports, if *txConfig = codebook*, and according to whether transform precoder is enabled or disabled, and the values of higher layer parameters *maxRank*, and *codebookSubset*;

- 2 or 4 bits according to Table7.3.1.1.2-4 for 2 antenna ports, if *txConfig = codebook*, and according to whether transform precoder is enabled or disabled, and the values of higher layer parameters *maxRank* and *codebookSubset*;

- 1 or 3 bits according to Table7.3.1.1.2-5 for 2 antenna ports, if *txConfig = codebook*, and according to whether transform precoder is enabled or disabled, and the values of higher layer parameters *maxRank* and *codebookSubset*.

- Antenna ports – number of bits determined by the following

    - 2 bits as defined by Tables 7.3.1.1.2-6, if transform precoder is enabled, *dmrs-Type*=1, and *maxLength*=1;

    - 4 bits as defined by Tables 7.3.1.1.2-7, if transform precoder is enabled, *dmrs-Type*=1, and *maxLength*=2;

    - 3 bits as defined by Tables 7.3.1.1.2-8/9/10/11, if transform precoder is disabled, *dmrs-Type*=1, and *maxLength*=1, and the value of rank is determined according to the SRS resource indicator field if the higher layer parameter *txConfig = nonCodebook* and according to the Precoding information and number of layers field if the higher layer parameter *txConfig = codebook*;

    - 4 bits as defined by Tables 7.3.1.1.2-12/13/14/15, if transform precoder is disabled, *dmrs-Type*=1, and *maxLength*=2, and the value of rank is determined according to the SRS resource indicator field if the higher layer parameter *txConfig = nonCodebook* and according to the Precoding information and number of layers field if the higher layer parameter *txConfig = codebook*;

    - 4 bits as defined by Tables 7.3.1.1.2-16/17/18/19, if transform precoder is disabled, *dmrs-Type*=2, and *maxLength*=1, and the value of rank is determined according to the SRS resource indicator field if the higher layer parameter *txConfig = nonCodebook* and according to the Precoding information and number of layers field if the higher layer parameter *txConfig = codebook*;

    - 5 bits as defined by Tables 7.3.1.1.2-20/21/22/23, if transform precoder is disabled, *dmrs-Type*=2, and *maxLength*=2, and the value of rank is determined according to the SRS resource indicator field if the higher layer parameter *txConfig = nonCodebook* and according to the Precoding information and number of layers field if the higher layer parameter *txConfig = codebook*.

where the number of CDM groups without data of values 1, 2, and 3 in Tables 7.3.1.1.2-6 to 7.3.1.1.2-23 refers to CDM groups {0}, {0,1}, and {0, 1,2} respectively.

If a UE is configured with both *dmrs-UplinkForPUSCH-MappingTypeA* and *dmrs-UplinkForPUSCH-MappingTypeB*, the bitwidth of this field equals $\max\{x_A, x_B\}$, where $x_A$ is the "Antenna ports" bitwidth derived according to *dmrs-UplinkForPUSCH-MappingTypeA* and $x_B$ is the "Antenna ports" bitwidth derived according to *dmrs-UplinkForPUSCH-MappingTypeB*. A number of $|x_A - x_B|$ zeros are padded in the MSB of this field, if the mapping type of the PUSCH corresponds to the smaller value of $x_A$ and $x_B$.

- SRS request – 2 bits as defined by Table 7.3.1.1.2-24 for UEs not configured with *supplementaryUplink* in *ServingCellConfig* in the cell; 3 bits for UEs configured with *supplementaryUplink* in *ServingCellConfig* in the cell where the first bit is the non-SUL/SUL indicator as defined in Table 7.3.1.1.1-1 and the second and third bits are defined by Table 7.3.1.1.2-24. This bit field may also indicate the associated CSI-RS according to Subclause 6.1.1.2 of [6, TS 38.214].

- CSI request – 0, 1, 2, 3, 4, 5, or 6 bits determined by higher layer parameter *reportTriggerSize*.

- CBG transmission information (CBGTI) – 0 bit if higher layer parameter *codeBlockGroupTransmission* for PUSCH is not configured, otherwise, 2, 4, 6, or 8 bits determined by higher layer parameter *maxCodeBlockGroupsPerTransportBlock* for PUSCH.

- PTRS-DMRS association – number of bits determined as follows

  - 0 bit if *PTRS-UplinkConfig* is not configured and transform precoder is disabled, or if transform precoder is enabled, or if *maxRank=1*;

  - 2 bits otherwise, where Table 7.3.1.1.2-25 and 7.3.1.1.2-26 are used to indicate the association between PTRS port(s) and DMRS port(s) for transmission of one PT-RS port and two PT-RS ports respectively, and the DMRS ports are indicated by the Antenna ports field.

  If "Bandwidth part indicator" field indicates a bandwidth part other than the active bandwidth part and the "PTRS-DMRS association" field is present for the indicated bandwidth part but not present for the active bandwidth part, the UE assumes the "PTRS-DMRS association" field is not present for the indicated bandwidth part.

- beta_offset indicator – 0 if the higher layer parameter *betaOffsets = semiStatic*; otherwise 2 bits as defined by Table 9.3-3 in [5, TS 38.213].

- DMRS sequence initialization – 0 bit if transform precoder is enabled; 1 bit if transform precoder is disabled.

- UL-SCH indicator – 1 bit. A value of "1" indicates UL-SCH shall be transmitted on the PUSCH and a value of "0" indicates UL-SCH shall not be transmitted on the PUSCH. Except for DCI format 0_1 with CRC scrambled by SP-CSI-RNTI, a UE is not expected to receive a DCI format 0_1 with UL-SCH indicator of "0" and CSI request of all zero(s).

A UE does not expect that the bit width of a field in DCI format 0_1 with CRC scrambled by CS-RNTI is larger than corresponding bit width of same field in DCI format 0_1 with CRC scrambled by C-RNTI for the same serving cell. If the bit width of a field in the DCI format 0_1 with CRC scrambled by CS-RNTI is not equal to that of the corresponding field in the DCI format 0_1 with CRC scrambled by C-RNTI for the same serving cell, a number of most significant bits with value set to '0' are inserted to the field in DCI format 0_1 with CRC scrambled by CS-RNTI until the bit width equals that of the corresponding field in the DCI format 0_1 with CRC scrambled by C-RNTI for the same serving cell.

**Table 7.3.1.1.2-1: Bandwidth part indicator**

| Value of BWP indicator field 2 bits | Bandwidth part |
|---|---|
| 00 | Configured BWP with BWP-Id = 1 |
| 01 | Configured BWP with BWP-Id = 2 |
| 10 | Configured BWP with BWP-Id = 3 |
| 11 | Configured BWP with BWP-Id = 4 |

**Table 7.3.1.1.2-2: Precoding information and number of layers, for 4 antenna ports, if transform precoder is disabled and *maxRank* = 2 or 3 or 4**

| Bit field mapped to index | codebookSubset = fullyAndPartialAndNonCoherent | Bit field mapped to index | codebookSubset = partialAndNonCoherent | Bit field mapped to index | codebookSubset= nonCoherent |
|---|---|---|---|---|---|
| 0 | 1 layer: TPMI=0 | 0 | 1 layer: TPMI=0 | 0 | 1 layer: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 1 layer: TPMI=1 | 1 | 1 layer: TPMI=1 |
| … | … | … | … | … | … |
| 3 | 1 layer: TPMI=3 | 3 | 1 layer: TPMI=3 | 3 | 1 layer: TPMI=3 |
| 4 | 2 layers: TPMI=0 | 4 | 2 layers: TPMI=0 | 4 | 2 layers: TPMI=0 |
| … | … | … | … | … | … |
| 9 | 2 layers: TPMI=5 | 9 | 2 layers: TPMI=5 | 9 | 2 layers: TPMI=5 |
| 10 | 3 layers: TPMI=0 | 10 | 3 layers: TPMI=0 | 10 | 3 layers: TPMI=0 |
| 11 | 4 layers: TPMI=0 | 11 | 4 layers: TPMI=0 | 11 | 4 layers: TPMI=0 |
| 12 | 1 layer: TPMI=4 | 12 | 1 layer: TPMI=4 | 12-15 | reserved |
| … | … | … | … | | |
| 19 | 1 layer: TPMI=11 | 19 | 1 layer: TPMI=11 | | |
| 20 | 2 layers: TPMI=6 | 20 | 2 layers: TPMI=6 | | |
| … | … | … | … | | |
| 27 | 2 layers: TPMI=13 | 27 | 2 layers: TPMI=13 | | |
| 28 | 3 layers: TPMI=1 | 28 | 3 layers: TPMI=1 | | |
| 29 | 3 layers: TPMI=2 | 29 | 3 layers: TPMI=2 | | |
| 30 | 4 layers: TPMI=1 | 30 | 4 layers: TPMI=1 | | |
| 31 | 4 layers: TPMI=2 | 31 | 4 layers: TPMI=2 | | |
| 32 | 1 layers: TPMI=12 | | | | |
| … | … | | | | |
| 47 | 1 layers: TPMI=27 | | | | |
| 48 | 2 layers: TPMI=14 | | | | |
| … | … | | | | |
| 55 | 2 layers: TPMI=21 | | | | |
| 56 | 3 layers: TPMI=3 | | | | |
| … | … | | | | |
| 59 | 3 layers: TPMI=6 | | | | |
| 60 | 4 layers: TPMI=3 | | | | |
| 61 | 4 layers: TPMI=4 | | | | |
| 62-63 | reserved | | | | |

**Table 7.3.1.1.2-3: Precoding information and number of layers for 4 antenna ports, if transform precoder is enabled, or if transform precoder is disabled and *maxRank* = 1**

| Bit field mapped to index | codebookSubset = fullyAndPartialAndNonCoherent | Bit field mapped to index | codebookSubset= partialAndNonCoherent | Bit field mapped to index | codebookSubset= nonCoherent |
|---|---|---|---|---|---|
| 0 | 1 layer: TPMI=0 | 0 | 1 layer: TPMI=0 | 0 | 1 layer: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 1 layer: TPMI=1 | 1 | 1 layer: TPMI=1 |
| … | … | … | … | … | … |
| 3 | 1 layer: TPMI=3 | 3 | 1 layer: TPMI=3 | 3 | 1 layer: TPMI=3 |
| 4 | 1 layer: TPMI=4 | 4 | 1 layer: TPMI=4 | | |
| … | … | … | … | | |
| 11 | 1 layer: TPMI=11 | 11 | 1 layer: TPMI=11 | | |
| 12 | 1 layers: TPMI=12 | 12-15 | reserved | | |
| … | … | | | | |
| 27 | 1 layers: TPMI=27 | | | | |
| 28-31 | reserved | | | | |

**Table 7.3.1.1.2-4: Precoding information and number of layers, for 2 antenna ports, if transform precoder is disabled and *maxRank* = 2**

| Bit field mapped to index | *codebookSubset = fullyAndPartialAndNonCoherent* | Bit field mapped to index | *codebookSubset = nonCoherent* |
|---|---|---|---|
| 0 | 1 layer: TPMI=0 | 0 | 1 layer: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 1 layer: TPMI=1 |
| 2 | 2 layers: TPMI=0 | 2 | 2 layers: TPMI=0 |
| 3 | 1 layer: TPMI=2 | 3 | reserved |
| 4 | 1 layer: TPMI=3 | | |
| 5 | 1 layer: TPMI=4 | | |
| 6 | 1 layer: TPMI=5 | | |
| 7 | 2 layers: TPMI=1 | | |
| 8 | 2 layers: TPMI=2 | | |
| 9-15 | reserved | | |

**Table 7.3.1.1.2-5: Precoding information and number of layers, for 2 antenna ports, if transform precoder is enabled, or if transform precoder is disabled and *maxRank* = 1**

| Bit field mapped to index | *codebookSubset = fullyAndPartialAndNonCoherent* | Bit field mapped to index | *codebookSubset = nonCoherent* |
|---|---|---|---|
| 0 | 1 layer: TPMI=0 | 0 | 1 layer: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 1 layer: TPMI=1 |
| 2 | 1 layer: TPMI=2 | | |
| 3 | 1 layer: TPMI=3 | | |
| 4 | 1 layer: TPMI=4 | | |
| 5 | 1 layer: TPMI=5 | | |
| 6-7 | reserved | | |

**Table 7.3.1.1.2-6: Antenna port(s), transform precoder is enabled, *dmrs-Type*=1, *maxLength*=1**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|---|---|---|
| 0 | 2 | 0 |
| 1 | 2 | 1 |
| 2 | 2 | 2 |
| 3 | 2 | 3 |

**Table 7.3.1.1.2-7: Antenna port(s), transform precoder is enabled, *dmrs-Type*=1, *maxLength*=2**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|---|---|---|---|
| 0 | 2 | 0 | 1 |
| 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 1 |
| 3 | 2 | 3 | 1 |
| 4 | 2 | 0 | 2 |
| 5 | 2 | 1 | 2 |
| 6 | 2 | 2 | 2 |
| 7 | 2 | 3 | 2 |
| 8 | 2 | 4 | 2 |
| 9 | 2 | 5 | 2 |
| 10 | 2 | 6 | 2 |
| 11 | 2 | 7 | 2 |
| 12-15 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-8: Antenna port(s), transform precoder is disabled, *drms-Type*=1, *maxLength*=1, rank = 1**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 1 | 0 |
| 1 | 1 | 1 |
| 2 | 2 | 0 |
| 3 | 2 | 1 |
| 4 | 2 | 2 |
| 5 | 2 | 3 |
| 6-7 | Reserved | Reserved |

**Table 7.3.1.1.2-9: Antenna port(s), transform precoder is disabled, *drms-Type*=1, *maxLength*=1, rank = 2**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 1 | 0,1 |
| 1 | 2 | 0,1 |
| 2 | 2 | 2,3 |
| 3 | 2 | 0,2 |
| 4-7 | Reserved | Reserved |

**Table 7.3.1.1.2-10: Antenna port(s), transform precoder is disabled, *drms-Type*=1, *maxLength*=1, rank = 3**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 2 | 0-2 |
| 2-7 | Reserved | Reserved |

**Table 7.3.1.1.2-11: Antenna port(s), transform precoder is disabled, *drms-Type*=1, *maxLength*=1, rank = 4**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 2 | 0-3 |
| 2-7 | Reserved | Reserved |

**Table 7.3.1.1.2-12: Antenna port(s), transform precoder is disabled, *drms-Type*=1, *maxLength*=2, rank = 1**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|------------------------------------------|--------------|------------------------------|
| 0 | 1 | 0 | 1 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 0 | 1 |
| 3 | 2 | 1 | 1 |
| 4 | 2 | 2 | 1 |
| 5 | 2 | 3 | 1 |
| 6 | 2 | 0 | 2 |
| 7 | 2 | 1 | 2 |
| 8 | 2 | 2 | 2 |
| 9 | 2 | 3 | 2 |
| 10 | 2 | 4 | 2 |
| 11 | 2 | 5 | 2 |
| 12 | 2 | 6 | 2 |
| 13 | 2 | 7 | 2 |
| 14-15 | Reserved | Reserved | Reserved |

86

**Table 7.3.1.1.2-13: Antenna port(s), transform precoder is disabled, *dmrs-Type*=1, *maxLength*=2, rank = 2**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|------------------------------------------|--------------|------------------------------|
| 0 | 1 | 0,1 | 1 |
| 1 | 2 | 0,1 | 1 |
| 2 | 2 | 2,3 | 1 |
| 3 | 2 | 0,2 | 1 |
| 4 | 2 | 0,1 | 2 |
| 5 | 2 | 2,3 | 2 |
| 6 | 2 | 4,5 | 2 |
| 7 | 2 | 6,7 | 2 |
| 8 | 2 | 0,4 | 2 |
| 9 | 2 | 2,6 | 2 |
| 10-15 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-14: Antenna port(s), transform precoder is disabled, *dmrs-Type*=1, *maxLength*=2, rank = 3**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|------------------------------------------|--------------|------------------------------|
| 0 | 2 | 0-2 | 1 |
| 1 | 2 | 0,1,4 | 2 |
| 2 | 2 | 2,3,6 | 2 |
| 3-15 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-15: Antenna port(s), transform precoder is disabled, *dmrs-Type*=1, *maxLength*=2, rank = 4**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|------------------------------------------|--------------|------------------------------|
| 0 | 2 | 0-3 | 1 |
| 1 | 2 | 0,1,4,5 | 2 |
| 2 | 2 | 2,3,6,7 | 2 |
| 3 | 2 | 0,2,4,6 | 2 |
| 4-15 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-16: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=1, rank=1**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 1 | 0 |
| 1 | 1 | 1 |
| 2 | 2 | 0 |
| 3 | 2 | 1 |
| 4 | 2 | 2 |
| 5 | 2 | 3 |
| 6 | 3 | 0 |
| 7 | 3 | 1 |
| 8 | 3 | 2 |
| 9 | 3 | 3 |
| 10 | 3 | 4 |
| 11 | 3 | 5 |
| 12-15 | Reserved | Reserved |

**Table 7.3.1.1.2-17: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=1, rank=2**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 1 | 0,1 |
| 1 | 2 | 0,1 |
| 2 | 2 | 2,3 |
| 3 | 3 | 0,1 |
| 4 | 3 | 2,3 |
| 5 | 3 | 4,5 |
| 6 | 2 | 0,2 |
| 7-15 | Reserved | Reserved |

**Table 7.3.1.1.2-18: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=1, rank =3**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 2 | 0-2 |
| 1 | 3 | 0-2 |
| 2 | 3 | 3-5 |
| 3-15 | Reserved | Reserved |

**Table 7.3.1.1.2-19: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=1, rank =4**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
|-------|------------------------------------------|--------------|
| 0 | 2 | 0-3 |
| 1 | 3 | 0-3 |
| 2-15 | Reserved | Reserved |

**Table 7.3.1.1.2-20: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=2, rank=1**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|-------------------------------------------|--------------|------------------------------|
| 0 | 1 | 0 | 1 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 0 | 1 |
| 3 | 2 | 1 | 1 |
| 4 | 2 | 2 | 1 |
| 5 | 2 | 3 | 1 |
| 6 | 3 | 0 | 1 |
| 7 | 3 | 1 | 1 |
| 8 | 3 | 2 | 1 |
| 9 | 3 | 3 | 1 |
| 10 | 3 | 4 | 1 |
| 11 | 3 | 5 | 1 |
| 12 | 3 | 0 | 2 |
| 13 | 3 | 1 | 2 |
| 14 | 3 | 2 | 2 |
| 15 | 3 | 3 | 2 |
| 16 | 3 | 4 | 2 |
| 17 | 3 | 5 | 2 |
| 18 | 3 | 6 | 2 |
| 19 | 3 | 7 | 2 |
| 20 | 3 | 8 | 2 |
| 21 | 3 | 9 | 2 |
| 22 | 3 | 10 | 2 |
| 23 | 3 | 11 | 2 |
| 24 | 1 | 0 | 2 |
| 25 | 1 | 1 | 2 |
| 26 | 1 | 6 | 2 |
| 27 | 1 | 7 | 2 |
| 28-31 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-21: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=2, rank=2**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|-------------------------------------------|--------------|------------------------------|
| 0 | 1 | 0,1 | 1 |
| 1 | 2 | 0,1 | 1 |
| 2 | 2 | 2,3 | 1 |
| 3 | 3 | 0,1 | 1 |
| 4 | 3 | 2,3 | 1 |
| 5 | 3 | 4,5 | 1 |
| 6 | 2 | 0,2 | 1 |
| 7 | 3 | 0,1 | 2 |
| 8 | 3 | 2,3 | 2 |
| 9 | 3 | 4,5 | 2 |
| 10 | 3 | 6,7 | 2 |
| 11 | 3 | 8,9 | 2 |
| 12 | 3 | 10,11 | 2 |
| 13 | 1 | 0,1 | 2 |
| 14 | 1 | 6,7 | 2 |
| 15 | 2 | 0,1 | 2 |
| 16 | 2 | 2,3 | 2 |
| 17 | 2 | 6,7 | 2 |
| 18 | 2 | 8,9 | 2 |
| 19-31 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-22: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=2, rank=3**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|------------------------------------------|--------------|------------------------------|
| 0 | 2 | 0-2 | 1 |
| 1 | 3 | 0-2 | 1 |
| 2 | 3 | 3-5 | 1 |
| 3 | 3 | 0,1,6 | 2 |
| 4 | 3 | 2,3,8 | 2 |
| 5 | 3 | 4,5,10 | 2 |
| 6-31 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-23: Antenna port(s), transform precoder is disabled, *dmrs-Type*=2, *maxLength*=2, rank=4**

| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
|-------|------------------------------------------|--------------|------------------------------|
| 0 | 2 | 0-3 | 1 |
| 1 | 3 | 0-3 | 1 |
| 2 | 3 | 0,1,6,7 | 2 |
| 3 | 3 | 2,3,8,9 | 2 |
| 4 | 3 | 4,5,10,11 | 2 |
| 5-31 | Reserved | Reserved | Reserved |

**Table 7.3.1.1.2-24: SRS request**

| Value of SRS request field | Triggered aperiodic SRS resource set(s) for DCI format 0_1, 1_1, and 2_3 configured with higher layer parameter *srs-TPC-PDCCH-Group* set to 'typeB' | Triggered aperiodic SRS resource set(s) for DCI format 2_3 configured with higher layer parameter *srs-TPC-PDCCH-Group* set to 'typeA' |
|---|---|---|
| 00 | No aperiodic SRS resource set triggered | No aperiodic SRS resource set triggered |
| 01 | SRS resource set(s) configured with higher layer parameter *aperiodicSRS-ResourceTrigger* set to 1 or an entry in *aperiodicSRS-ResourceTriggerList* set to 1 | SRS resource set(s) configured with higher layer parameter *usage* in *SRS-ResourceSet* set to '*antennaSwitching*' and *resourceType* in *SRS-ResourceSet* set to 'aperiodic' for a 1st set of serving cells configured by higher layers |
| 10 | SRS resource set(s) configured with higher layer parameter *aperiodicSRS-ResourceTrigger* set to 2 or an entry in *aperiodicSRS-ResourceTriggerList* set to 2 | SRS resource set(s) configured with higher layer parameter *usage* in *SRS-ResourceSet* set to '*antennaSwitching*' and *resourceType* in *SRS-ResourceSet* set to 'aperiodic' for a 2nd set of serving cells configured by higher layers |
| 11 | SRS resource set(s) configured with higher layer parameter *aperiodicSRS-ResourceTrigger* set to 3 or an entry in *aperiodicSRS-ResourceTriggerList* set to 3 | SRS resource set(s) configured with higher layer parameter *usage* in *SRS-ResourceSet* set to '*antennaSwitching*' and *resourceType* in *SRS-ResourceSet* set to 'aperiodic' for a 3rd set of serving cells configured by higher layers |

**Table 7.3.1.1.2-25: PTRS-DMRS association for UL PTRS port 0**

| Value | DMRS port |
|-------|-----------|
| 0 | 1st scheduled DMRS port |
| 1 | 2nd scheduled DMRS port |
| 2 | 3rd scheduled DMRS port |
| 3 | 4th scheduled DMRS port |

**Table 7.3.1.1.2-26: PTRS-DMRS association for UL PTRS ports 0 and 1**

| Value of MSB | DMRS port | | Value of LSB | DMRS port |
|---|---|---|---|---|
| 0 | 1st DMRS port which shares PTRS port 0 | | 0 | 1st DMRS port which shares PTRS port 1 |
| 1 | 2nd DMRS port which shares PTRS port 0 | | 1 | 2nd DMRS port which shares PTRS port 1 |

**Table 7.3.1.1.2-27: void**

**Table 7.3.1.1.2-28: SRI indication for non-codebook based PUSCH transmission, $L_{\max}=1$**

| Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=2$ | Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=3$ | Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=4$ |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| | | 2 | 2 | 2 | 2 |
| | | 3 | reserved | 3 | 3 |

**Table 7.3.1.1.2-29: SRI indication for non-codebook based PUSCH transmission, $L_{\max}=2$**

| Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=2$ | Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=3$ | Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=4$ |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 0,1 | 2 | 2 | 2 | 2 |
| 3 | reserved | 3 | 0,1 | 3 | 3 |
| | | 4 | 0,2 | 4 | 0,1 |
| | | 5 | 1,2 | 5 | 0,2 |
| | | 6-7 | reserved | 6 | 0,3 |
| | | | | 7 | 1,2 |
| | | | | 8 | 1,3 |
| | | | | 9 | 2,3 |
| | | | | 10-15 | reserved |

**Table 7.3.1.1.2-30: SRI indication for non-codebook based PUSCH transmission, $L_{\max}=3$**

| Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=2$ | Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=3$ | Bit field mapped to index | SRI(s), $N_{\mathrm{SRS}}=4$ |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 0,1 | 2 | 2 | 2 | 2 |
| 3 | reserved | 3 | 0,1 | 3 | 3 |
| | | 4 | 0,2 | 4 | 0,1 |
| | | 5 | 1,2 | 5 | 0,2 |
| | | 6 | 0,1,2 | 6 | 0,3 |
| | | 7 | reserved | 7 | 1,2 |
| | | | | 8 | 1,3 |
| | | | | 9 | 2,3 |
| | | | | 10 | 0,1,2 |
| | | | | 11 | 0,1,3 |
| | | | | 12 | 0,2,3 |
| | | | | 13 | 1,2,3 |
| | | | | 14-15 | reserved |

**Table 7.3.1.1.2-31: SRI indication for non-codebook based PUSCH transmission, $L_{max} = 4$**

| Bit field mapped to index | SRI(s), $N_{SRS} = 2$ | Bit field mapped to index | SRI(s), $N_{SRS} = 3$ | Bit field mapped to index | SRI(s), $N_{SRS} = 4$ |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 0,1 | 2 | 2 | 2 | 2 |
| 3 | reserved | 3 | 0,1 | 3 | 3 |
|  |  | 4 | 0,2 | 4 | 0,1 |
|  |  | 5 | 1,2 | 5 | 0,2 |
|  |  | 6 | 0,1,2 | 6 | 0,3 |
|  |  | 7 | reserved | 7 | 1,2 |
|  |  |  |  | 8 | 1,3 |
|  |  |  |  | 9 | 2,3 |
|  |  |  |  | 10 | 0,1,2 |
|  |  |  |  | 11 | 0,1,3 |
|  |  |  |  | 12 | 0,2,3 |
|  |  |  |  | 13 | 1,2,3 |
|  |  |  |  | 14 | 0,1,2,3 |
|  |  |  |  | 15 | reserved |

**Table 7.3.1.1.2-32: SRI indication for codebook based PUSCH transmission**

| Bit field mapped to index | SRI(s), $N_{SRS} = 2$ |
|---|---|
| 0 | 0 |
| 1 | 1 |

**Table 7.3.1.1.2-33: Void**

## 7.3.1.2        DCI formats for scheduling of PDSCH

### 7.3.1.2.1          Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.

The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by C-RNTI or CS-RNTI or MCS-C-RNTI:

-   Identifier for DCI formats – 1 bits

    -   The value of this bit field is always set to 1, indicating a DL DCI format

-   Frequency domain resource assignment – $\left\lceil \log_2(N_{RB}^{DL\_BWP}(N_{RB}^{DL\_BWP}+1)/2) \right\rceil$ bits where $N_{RB}^{DL\_BWP}$ is given by subclause 7.3.1.0

If the CRC of the DCI format 1_0 is scrambled by C-RNTI and the "Frequency domain resource assignment" field are of all ones, the DCI format 1_0 is for random access procedure initiated by a PDCCH order, with all remaining fields set as follows:

-   Random Access Preamble index – 6 bits according to *ra-PreambleIndex* in Subclause 5.1.2 of [8, TS38.321]

-   UL/SUL indicator – 1 bit. If the value of the "Random Access Preamble index" is not all zeros and if the UE is configured with *supplementaryUplink* in *ServingCellConfig* in the cell, this field indicates which UL carrier in the cell to transmit the PRACH according to Table 7.3.1.1.1-1; otherwise, this field is reserved

- SS/PBCH index – 6 bits. If the value of the "Random Access Preamble index" is not all zeros, this field indicates the SS/PBCH that shall be used to determine the RACH occasion for the PRACH transmission; otherwise, this field is reserved.

- PRACH Mask index – 4 bits. If the value of the "Random Access Preamble index" is not all zeros, this field indicates the RACH occasion associated with the SS/PBCH indicated by "SS/PBCH index" for the PRACH transmission, according to Subclause 5.1.1 of [8, TS38.321]; otherwise, this field is reserved

- Reserved bits – 10 bits

Otherwise, all remaining fields are set as follows:

- Time domain resource assignment – 4 bits as defined in Subclause 5.1.2.1 of [6, TS 38.214]

- VRB-to-PRB mapping – 1 bit according to Table 7.3.1.2.2-5

- Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3 of [6, TS 38.214]

- New data indicator – 1 bit

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits

- Downlink assignment index – 2 bits as defined in Subclause 9.1.3 of [5, TS 38.213], as counter DAI

- TPC command for scheduled PUCCH – 2 bits as defined in Subclause 7.2.1 of [5, TS 38.213]

- PUCCH resource indicator – 3 bits as defined in Subclause 9.2.3 of [5, TS 38.213]

- PDSCH-to-HARQ_feedback timing indicator – 3 bits as defined in Subclause 9.2.3 of [5, TS38.213]

The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by P-RNTI:

- Short Messages Indicator – 2 bits according to Table 7.3.1.2.1-1.

- Short Messages – 8 bits, according to Subclause 6.5 of [9, TS38.331]. If only the scheduling information for Paging is carried, this bit field is reserved.

- Frequency domain resource assignment – $\left\lceil \log_2(N_{RB}^{DL,BWP}(N_{RB}^{DL,BWP}+1)/2) \right\rceil$ bits. If only the short message is carried, this bit field is reserved.

   - $N_{RB}^{DL,BWP}$ is the size of CORESET 0

- Time domain resource assignment – 4 bits as defined in Subclause 5.1.2.1 of [6, TS38.214]. If only the short message is carried, this bit field is reserved.

- VRB-to-PRB mapping – 1 bit according to Table 7.3.1.2.2-5. If only the short message is carried, this bit field is reserved.

- Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3 of [6, TS38.214], using Table 5.1.3.1-1. If only the short message is carried, this bit field is reserved.

- TB scaling – 2 bits as defined in Subclause 5.1.3.2 of [6, TS38.214]. If only the short message is carried, this bit field is reserved.

- Reserved bits – 6 bits

The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by SI-RNTI:

- Frequency domain resource assignment – $\left\lceil \log_2(N_{RB}^{DL,BWP}(N_{RB}^{DL,BWP}+1)/2) \right\rceil$ bits

- $N_{\text{RB}}^{\text{DL,BWP}}$ is the size of CORESET 0

- Time domain resource assignment – 4 bits as defined in Subclause 5.1.2.1 of [6, TS38.214]

- VRB-to-PRB mapping – 1 bit according to Table 7.3.1.2.2-5

- Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3 of [6, TS38.214], using Table 5.1.3.1-1

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- System information indicator – 1 bit as defined in Table 7.3.1.2.1-2

- Reserved bits – 15 bits


The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by RA-RNTI:

- Frequency domain resource assignment – $\left\lceil \log_2(N_{\text{RB}}^{\text{DL,BWP}}(N_{\text{RB}}^{\text{DL,BWP}}+1)/2) \right\rceil$ bits

    - $N_{\text{RB}}^{\text{DL,BWP}}$ is the size of CORESET 0 if CORESET 0 is configured for the cell and $N_{\text{RB}}^{\text{DL,BWP}}$ is the size of initial DL bandwidth part if CORESET 0 is not configured for the cell

- Time domain resource assignment – 4 bits as defined in Subclause 5.1.2.1 of [6, TS38.214]

- VRB-to-PRB mapping – 1 bit according to Table 7.3.1.2.2-5

- Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3 of [6, TS38.214], using Table 5.1.3.1-1

- TB scaling – 2 bits as defined in Subclause 5.1.3.2 of [6, TS38.214]

- Reserved bits – 16 bits


The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by TC-RNTI:

- Identifier for DCI formats – 1 bit

    - The value of this bit field is always set to 1, indicating a DL DCI format

- Frequency domain resource assignment – $\left\lceil \log_2(N_{\text{RB}}^{\text{DL,BWP}}(N_{\text{RB}}^{\text{DL,BWP}}+1)/2) \right\rceil$ bits

    - $N_{\text{RB}}^{\text{DL,BWP}}$ is the size of CORESET 0

- Time domain resource assignment – 4 bits as defined in Subclause 5.1.2.1 of [6, TS38.214]

- VRB-to-PRB mapping – 1 bit according to Table 7.3.1.2.2-5

- Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3 of [6, TS38.214], using Table 5.1.3.1-1

- New data indicator – 1 bit

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits

- Downlink assignment index – 2 bits, reserved

- TPC command for scheduled PUCCH – 2 bits as defined in Subclause 7.2.1 of [5, TS38.213]

- PUCCH resource indicator – 3 bits as defined in Subclause 9.2.3 of [5, TS38.213]

- PDSCH-to-HARQ_feedback timing indicator – 3 bits as defined in Subclause 9.2.3 of [5, TS38.213]

**Table 7.3.1.2.1-1: Short Message indicator**

| Bit field | Short Message indicator |
|-----------|-------------------------|
| 00 | Reserved |
| 01 | Only scheduling information for Paging is present in the DCI |
| 10 | Only short message is present in the DCI |
| 11 | Both scheduling information for Paging and short message are present in the DCI |

**Table 7.3.1.2.1-2: System information indicator**

| Bit field | System information indicator |
|-----------|------------------------------|
| 0 | SIB1 [9, TS38.331, Subclause 5.2.1] |
| 1 | SI message [9, TS38.331, Subclause 5.2.1] |

## 7.3.1.2.2          Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.

The following information is transmitted by means of the DCI format 1_1 with CRC scrambled by C-RNTI or CS-RNTI or MCS-C-RNTI:

- Identifier for DCI formats – 1 bits

  - The value of this bit field is always set to 1, indicating a DL DCI format

- Carrier indicator – 0 or 3 bits as defined in Subclause 10.1 of [5, TS 38.213].

- Bandwidth part indicator – 0, 1 or 2 bits as determined by the number of DL BWPs $n_{\text{BWP,RRC}}$ configured by higher layers, excluding the initial DL bandwidth part. The bitwidth for this field is determined as $\left\lceil \log_2(n_{\text{BWP}}) \right\rceil$ bits, where

  - $n_{\text{BWP}} = n_{\text{BWP,RRC}} + 1$ if $n_{\text{BWP,RRC}} \leq 3$, in which case the bandwidth part indicator is equivalent to the ascending order of the higher layer parameter *BWP-Id*;

  - otherwise $n_{\text{BWP}} = n_{\text{BWP,RRC}}$, in which case the bandwidth part indicator is defined in Table 7.3.1.1.2-1;

  If a UE does not support active BWP change via DCI, the UE ignores this bit field.

- Frequency domain resource assignment – number of bits determined by the following, where $N_{\text{RB}}^{\text{DL,BWP}}$ is the size of the active DL bandwidth part:

  - $N_{\text{RBG}}$ bits if only resource allocation type 0 is configured, where $N_{\text{RBG}}$ is defined in Subclause 5.1.2.2.1 of [6, TS38.214],

  - $\left\lceil \log_2(N_{\text{RB}}^{\text{DL,BWP}}(N_{\text{RB}}^{\text{DL,BWP}}+1)/2) \right\rceil$ bits if only resource allocation type 1 is configured, or

  - $\max\left( \left\lceil \log_2(N_{\text{RB}}^{\text{DL,BWP}}(N_{\text{RB}}^{\text{DL,BWP}}+1)/2) \right\rceil, N_{\text{RBG}} \right) + 1$ bits if both resource allocation type 0 and 1 are configured.

  - If both resource allocation type 0 and 1 are configured, the MSB bit is used to indicate resource allocation type 0 or resource allocation type 1, where the bit value of 0 indicates resource allocation type 0 and the bit value of 1 indicates resource allocation type 1.

  - For resource allocation type 0, the $N_{\text{RBG}}$ LSBs provide the resource allocation as defined in Subclause 5.1.2.2.1 of [6, TS 38.214].

- For resource allocation type 1, the $\left\lceil \log_2(N_{RB}^{DL,BWP}(N_{RB}^{DL,BWP}+1)/2) \right\rceil$ LSBs provide the resource allocation as defined in Subclause 5.1.2.2.2 of [6, TS 38.214]

If "Bandwidth part indicator" field indicates a bandwidth part other than the active bandwidth part and if both resource allocation type 0 and 1 are configured for the indicated bandwidth part, the UE assumes resource allocation type 0 for the indicated bandwidth part if the bitwidth of the "Frequency domain resource assignment" field of the active bandwidth part is smaller than the bitwidth of the "Frequency domain resource assignment" field of the indicated bandwidth part.

- Time domain resource assignment – 0, 1, 2, 3, or 4 bits as defined in Subclause 5.1.2.1 of [6, TS 38.214]. The bitwidth for this field is determined as $\left\lceil \log_2(I) \right\rceil$ bits, where $I$ is the number of entries in the higher layer parameter *pdsch-TimeDomainAllocationList* if the higher layer parameter is configured; otherwise $I$ is the number of entries in the default table.

- VRB-to-PRB mapping – 0 or 1 bit:

    - 0 bit if only resource allocation type 0 is configured or if interleaved VRB-to-PRB mapping is not configured by high layers;

    - 1 bit according to Table 7.3.1.2.2-5 otherwise, only applicable to resource allocation type 1, as defined in Subclause 7.3.1.6 of [4, TS 38.211].

- PRB bundling size indicator – 0 bit if the higher layer parameter *prb-BundlingType* is not configured or is set to 'staticBundling', or 1 bit if the higher layer parameter *prb-BundlingType* is set to 'dynamicBundling' according to Subclause 5.1.2.3 of [6, TS 38.214].

- Rate matching indicator – 0, 1, or 2 bits according to higher layer parameters *rateMatchPatternGroup1* and *rateMatchPatternGroup2*, where the MSB is used to indicate *rateMatchPatternGroup1* and the LSB is used to indicate *rateMatchPatternGroup2* when there are two groups.

- ZP CSI-RS trigger – 0, 1, or 2 bits as defined in Subclause 5.1.4.2 of [6, TS 38.214]. The bitwidth for this field is determined as $\left\lceil \log_2(n_{ZP}+1) \right\rceil$ bits, where $n_{ZP}$ is the number of aperiodic ZP CSI-RS resource sets configured by higher layer.

For transport block 1:

    - Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3.1 of [6, TS 38.214]

    - New data indicator – 1 bit

    - Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

For transport block 2 (only present if *maxNrofCodeWordsScheduledByDCI* equals 2):

    - Modulation and coding scheme – 5 bits as defined in Subclause 5.1.3.1 of [6, TS 38.214]

    - New data indicator – 1 bit

    - Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

If "Bandwidth part indicator" field indicates a bandwidth part other than the active bandwidth part and the value of *maxNrofCodeWordsScheduledByDCI* for the indicated bandwidth part equals 2 and the value of *maxNrofCodeWordsScheduledByDCI* for the active bandwidth part equals 1, the UE assumes zeros are padded when interpreting the "Modulation and coding scheme", "New data indicator", and "Redundancy version" fields of transport block 2 according to Subclause 12 of [5, TS38.213], and the UE ignores the "Modulation and coding scheme", "New data indicator", and "Redundancy version" fields of transport block 2 for the indicated bandwidth part.

- HARQ process number – 4 bits

- Downlink assignment index – number of bits as defined in the following

    - 4 bits if more than one serving cell are configured in the DL and the higher layer parameter *pdsch-HARQ-ACK-Codebook=dynamic*, where the 2 MSB bits are the counter DAI and the 2 LSB bits are the total DAI;

- 2 bits if only one serving cell is configured in the DL and the higher layer parameter *pdsch-HARQ-ACK-Codebook=dynamic*, where the 2 bits are the counter DAI;

  - 0 bits otherwise.

- TPC command for scheduled PUCCH – 2 bits as defined in Subclause 7.2.1 of [5, TS 38.213]

- PUCCH resource indicator – 3 bits as defined in Subclause 9.2.3 of [5, TS 38.213]

- PDSCH-to-HARQ_feedback timing indicator – 0, 1, 2, or 3 bits as defined in Subclause 9.2.3 of [5, TS 38.213]. The bitwidth for this field is determined as $\lceil \log_2(I) \rceil$ bits, where *I* is the number of entries in the higher layer parameter *dl-DataToUL-ACK*.

- Antenna port(s) – 4, 5, or 6 bits as defined by Tables 7.3.1.2.2-1/2/3/4, where the number of CDM groups without data of values 1, 2, and 3 refers to CDM groups {0}, {0,1}, and {0, 1,2} respectively. The antenna ports $\{p_0,...,p_{v-1}\}$ shall be determined according to the ordering of DMRS port(s) given by Tables 7.3.1.2.2-1/2/3/4.

  If a UE is configured with both *dmrs-DownlinkForPDSCH-MappingTypeA* and *dmrs-DownlinkForPDSCH-MappingTypeB*, the bitwidth of this field equals $\max\{x_A, x_B\}$, where $x_A$ is the "Antenna ports" bitwidth derived according to *dmrs-DownlinkForPDSCH-MappingTypeA* and $x_B$ is the "Antenna ports" bitwidth derived according to *dmrs-DownlinkForPDSCH-MappingTypeB*. A number of $|x_A - x_B|$ zeros are padded in the MSB of this field, if the mapping type of the PDSCH corresponds to the smaller value of $x_A$ and $x_B$.

- Transmission configuration indication – 0 bit if higher layer parameter *tci-PresentInDCI* is not enabled; otherwise 3 bits as defined in Subclause 5.1.5 of [6, TS38.214].

  If "Bandwidth part indicator" field indicates a bandwidth part other than the active bandwidth part,

  - if the higher layer parameter *tci-PresentInDCI* is not enabled for the CORESET used for the PDCCH carrying the DCI format 1_1,

    - the UE assumes *tci-PresentInDCI* is not enabled for all CORESETs in the indicated bandwidth part;

  - otherwise,

    - the UE assumes *tci-PresentInDCI* is enabled for all CORESETs in the indicated bandwidth part.

- SRS request – 2 bits as defined by Table 7.3.1.1.2-24 for UEs not configured with *supplementaryUplink* in *ServingCellConfig* in the cell; 3 bits for UEs configured with *supplementaryUplink* in *ServingCellConfig* in the cell where the first bit is the non-SUL/SUL indicator as defined in Table 7.3.1.1.1-1 and the second and third bits are defined by Table 7.3.1.1.2-24. This bit field may also indicate the associated CSI-RS according to Subclause 6.1.1.2 of [6, TS 38.214].

- CBG transmission information (CBGTI) – 0 bit if higher layer parameter *codeBlockGroupTransmission* for PDSCH is not configured, otherwise, 2, 4, 6, or 8 bits as defined in Subclause 5.1.7 of [6, TS38.214], determined by the higher layer parameters *maxCodeBlockGroupsPerTransportBlock* and *maxNrofCodeWordsScheduledByDCI* for the PDSCH.

- CBG flushing out information (CBGFI) – 1 bit if higher layer parameter *codeBlockGroupFlushIndicator* is configured as "TRUE", 0 bit otherwise.

- DMRS sequence initialization – 1 bit.

If DCI formats 1_1 are monitored in multiple search spaces associated with multiple CORESETs in a BWP for scheduling the same serving cell, zeros shall be appended until the payload size of the DCI formats 1_1 monitored in the multiple search spaces equal to the maximum payload size of the DCI format 1_1 monitored in the multiple search spaces.

**Table 7.3.1.2.2-1: Antenna port(s) (1000 + DMRS port),** *dmrs-Type*=**1,** *maxLength*=**1**

| | One Codeword: Codeword 0 enabled, Codeword 1 disabled | |
|---|---|---|
| Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
| 0 | 1 | 0 |
| 1 | 1 | 1 |
| 2 | 1 | 0,1 |
| 3 | 2 | 0 |
| 4 | 2 | 1 |
| 5 | 2 | 2 |
| 6 | 2 | 3 |
| 7 | 2 | 0,1 |
| 8 | 2 | 2,3 |
| 9 | 2 | 0-2 |
| 10 | 2 | 0-3 |
| 11 | 2 | 0,2 |
| 12-15 | Reserved | Reserved |

**Table 7.3.1.2.2-2: Antenna port(s) (1000 + DMRS port),** *dmrs-Type*=**1,** *maxLength*=**2**

| | One Codeword: Codeword 0 enabled, Codeword 1 disabled | | | | Two Codewords: Codeword 0 enabled, Codeword 1 enabled | | |
|---|---|---|---|---|---|---|---|
| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols | Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
| 0 | 1 | 0 | 1 | 0 | 2 | 0-4 | 2 |
| 1 | 1 | 1 | 1 | 1 | 2 | 0,1,2,3,4,6 | 2 |
| 2 | 1 | 0,1 | 1 | 2 | 2 | 0,1,2,3,4,5,6 | 2 |
| 3 | 2 | 0 | 1 | 3 | 2 | 0,1,2,3,4,5,6,7 | 2 |
| 4 | 2 | 1 | 1 | 4-31 | reserved | reserved | reserved |
| 5 | 2 | 2 | 1 | | | | |
| 6 | 2 | 3 | 1 | | | | |
| 7 | 2 | 0,1 | 1 | | | | |
| 8 | 2 | 2,3 | 1 | | | | |
| 9 | 2 | 0-2 | 1 | | | | |
| 10 | 2 | 0-3 | 1 | | | | |
| 11 | 2 | 0,2 | 1 | | | | |
| 12 | 2 | 0 | 2 | | | | |
| 13 | 2 | 1 | 2 | | | | |
| 14 | 2 | 2 | 2 | | | | |
| 15 | 2 | 3 | 2 | | | | |
| 16 | 2 | 4 | 2 | | | | |
| 17 | 2 | 5 | 2 | | | | |
| 18 | 2 | 6 | 2 | | | | |
| 19 | 2 | 7 | 2 | | | | |
| 20 | 2 | 0,1 | 2 | | | | |
| 21 | 2 | 2,3 | 2 | | | | |
| 22 | 2 | 4,5 | 2 | | | | |
| 23 | 2 | 6,7 | 2 | | | | |
| 24 | 2 | 0,4 | 2 | | | | |
| 25 | 2 | 2,6 | 2 | | | | |
| 26 | 2 | 0,1,4 | 2 | | | | |
| 27 | 2 | 2,3,6 | 2 | | | | |
| 28 | 2 | 0,1,4,5 | 2 | | | | |
| 29 | 2 | 2,3,6,7 | 2 | | | | |
| 30 | 2 | 0,2,4,6 | 2 | | | | |
| 31 | Reserved | Reserved | Reserved | | | | |

**Table 7.3.1.2.2-3: Antenna port(s) (1000 + DMRS port), *dmrs-Type*=2, *maxLength*=1**

| One codeword: Codeword 0 enabled, Codeword 1 disabled | | | Two codewords: Codeword 0 enabled, Codeword 1 enabled | | |
|---|---|---|---|---|---|
| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Value | Number of DMRS CDM group(s) without data | DMRS port(s) |
| 0 | 1 | 0 | 0 | 3 | 0-4 |
| 1 | 1 | 1 | 1 | 3 | 0-5 |
| 2 | 1 | 0,1 | 2-31 | reserved | reserved |
| 3 | 2 | 0 | | | |
| 4 | 2 | 1 | | | |
| 5 | 2 | 2 | | | |
| 6 | 2 | 3 | | | |
| 7 | 2 | 0,1 | | | |
| 8 | 2 | 2,3 | | | |
| 9 | 2 | 0-2 | | | |
| 10 | 2 | 0-3 | | | |
| 11 | 3 | 0 | | | |
| 12 | 3 | 1 | | | |
| 13 | 3 | 2 | | | |
| 14 | 3 | 3 | | | |
| 15 | 3 | 4 | | | |
| 16 | 3 | 5 | | | |
| 17 | 3 | 0,1 | | | |
| 18 | 3 | 2,3 | | | |
| 19 | 3 | 4,5 | | | |
| 20 | 3 | 0-2 | | | |
| 21 | 3 | 3-5 | | | |
| 22 | 3 | 0-3 | | | |
| 23 | 2 | 0,2 | | | |
| 24-31 | Reserved | Reserved | | | |

**Table 7.3.1.2.2-4: Antenna port(s) (1000 + DMRS port),** *dmrs-Type*=2, *maxLength*=2

| One codeword: Codeword 0 enabled, Codeword 1 disabled | | | | Two Codewords: Codeword 0 enabled, Codeword 1 enabled | | | |
|---|---|---|---|---|---|---|---|
| Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols | Value | Number of DMRS CDM group(s) without data | DMRS port(s) | Number of front-load symbols |
| 0 | 1 | 0 | 1 | 0 | 3 | 0-4 | 1 |
| 1 | 1 | 1 | 1 | 1 | 3 | 0-5 | 1 |
| 2 | 1 | 0,1 | 1 | 2 | 2 | 0,1,2,3,6 | 2 |
| 3 | 2 | 0 | 1 | 3 | 2 | 0,1,2,3,6,8 | 2 |
| 4 | 2 | 1 | 1 | 4 | 2 | 0,1,2,3,6,7,8 | 2 |
| 5 | 2 | 2 | 1 | 5 | 2 | 0,1,2,3,6,7,8,9 | 2 |
| 6 | 2 | 3 | 1 | 6-63 | Reserved | Reserved | Reserved |
| 7 | 2 | 0,1 | 1 | | | | |
| 8 | 2 | 2,3 | 1 | | | | |
| 9 | 2 | 0-2 | 1 | | | | |
| 10 | 2 | 0-3 | 1 | | | | |
| 11 | 3 | 0 | 1 | | | | |
| 12 | 3 | 1 | 1 | | | | |
| 13 | 3 | 2 | 1 | | | | |
| 14 | 3 | 3 | 1 | | | | |
| 15 | 3 | 4 | 1 | | | | |
| 16 | 3 | 5 | 1 | | | | |
| 17 | 3 | 0,1 | 1 | | | | |
| 18 | 3 | 2,3 | 1 | | | | |
| 19 | 3 | 4,5 | 1 | | | | |
| 20 | 3 | 0-2 | 1 | | | | |
| 21 | 3 | 3-5 | 1 | | | | |
| 22 | 3 | 0-3 | 1 | | | | |
| 23 | 2 | 0,2 | 1 | | | | |
| 24 | 3 | 0 | 2 | | | | |
| 25 | 3 | 1 | 2 | | | | |
| 26 | 3 | 2 | 2 | | | | |
| 27 | 3 | 3 | 2 | | | | |
| 28 | 3 | 4 | 2 | | | | |
| 29 | 3 | 5 | 2 | | | | |
| 30 | 3 | 6 | 2 | | | | |
| 31 | 3 | 7 | 2 | | | | |
| 32 | 3 | 8 | 2 | | | | |
| 33 | 3 | 9 | 2 | | | | |
| 34 | 3 | 10 | 2 | | | | |
| 35 | 3 | 11 | 2 | | | | |
| 36 | 3 | 0,1 | 2 | | | | |
| 37 | 3 | 2,3 | 2 | | | | |
| 38 | 3 | 4,5 | 2 | | | | |
| 39 | 3 | 6,7 | 2 | | | | |
| 40 | 3 | 8,9 | 2 | | | | |
| 41 | 3 | 10,11 | 2 | | | | |
| 42 | 3 | 0,1,6 | 2 | | | | |
| 43 | 3 | 2,3,8 | 2 | | | | |
| 44 | 3 | 4,5,10 | 2 | | | | |
| 45 | 3 | 0,1,6,7 | 2 | | | | |
| 46 | 3 | 2,3,8,9 | 2 | | | | |
| 47 | 3 | 4,5,10,11 | 2 | | | | |
| 48 | 1 | 0 | 2 | | | | |
| 49 | 1 | 1 | 2 | | | | |
| 50 | 1 | 6 | 2 | | | | |
| 51 | 1 | 7 | 2 | | | | |
| 52 | 1 | 0,1 | 2 | | | | |
| 53 | 1 | 6,7 | 2 | | | | |
| 54 | 2 | 0,1 | 2 | | | | |
| 55 | 2 | 2,3 | 2 | | | | |
| 56 | 2 | 6,7 | 2 | | | | |

　　　　　　101　　　　　　

| 57 | 2 | 8,9 | 2 | | | | |
|---|---|---|---|---|---|---|---|
| 58-63 | Reserved | Reserved | Reserved | | | | |

**Table 7.3.1.2.2-5: VRB-to-PRB mapping**

| Bit field mapped to index | VRB-to-PRB mapping |
|---|---|
| 0 | Non-interleaved |
| 1 | Interleaved |

## 7.3.1.3　　DCI formats for other purposes

### 7.3.1.3.1　　Format 2_0

DCI format 2_0 is used for notifying the slot format.

The following information is transmitted by means of the DCI format 2_0 with CRC scrambled by SFI-RNTI:

- Slot format indicator 1, Slot format indicator 2, ..., Slot format indicator $N$.

The size of DCI format 2_0 is configurable by higher layers up to 128 bits, according to Subclause 11.1.1 of [5, TS 38.213].

### 7.3.1.3.2　　Format 2_1

DCI format 2_1 is used for notifying the PRB(s) and OFDM symbol(s) where UE may assume no transmission is intended for the UE.

The following information is transmitted by means of the DCI format 2_1 with CRC scrambled by INT-RNTI:

- Pre-emption indication 1, Pre-emption indication 2, ..., Pre-emption indication $N$.

The size of DCI format 2_1 is configurable by higher layers up to 126 bits, according to Subclause 11.2 of [5, TS 38.213]. Each pre-emption indication is 14 bits.

### 7.3.1.3.3　　Format 2_2

DCI format 2_2 is used for the transmission of TPC commands for PUCCH and PUSCH.

The following information is transmitted by means of the DCI format 2_2 with CRC scrambled by TPC-PUSCH-RNTI or TPC-PUCCH-RNTI:

- block number 1, block number 2,..., block number $N$

The parameter *tpc-PUSCH* or *tpc-PUCCH* provided by higher layers determines the index to the block number for an UL of a cell, with the following fields defined for each block:

- Closed loop indicator – 0 or 1 bit.

  - For DCI format 2_2 with TPC-PUSCH-RNTI, 0 bit if the UE is not configured with high layer parameter *twoPUSCH-PC-AdjustmentStates*, in which case UE assumes each block in the DCI format 2_2 is of 2 bits; 1 bit otherwise, in which case UE assumes each block in the DCI format 2_2 is of 3 bits;

  - For DCI format 2_2 with TPC-PUCCH-RNTI, 0 bit if the UE is not configured with high layer parameter *twoPUCCH-PC-AdjustmentStates*, in which case UE assumes each block in the DCI format 2_2 is of 2 bits; 1 bit otherwise, in which case UE assumes each block in the DCI format 2_2 is of 3 bits;

- TPC command –2 bits

The number of information bits in format 2_2 shall be equal to or less than the payload size of format 1_0 monitored in common search space in the same serving cell. If the number of information bits in format 2_2 is less than the payload

size of format 1_0 monitored in common search space in the same serving cell, zeros shall be appended to format 2_2 until the payload size equals that of format 1_0 monitored in common search space in the same serving cell.

### 7.3.1.3.4          Format 2_3

DCI format 2_3 is used for the transmission of a group of TPC commands for SRS transmissions by one or more UEs. Along with a TPC command, a SRS request may also be transmitted.

The following information is transmitted by means of the DCI format 2_3 with CRC scrambled by TPC-SRS-RNTI:

-   block number 1, block number 2, ..., block number $B$

    where the starting position of a block is determined by the parameter *startingBitOfFormat2-3* or *startingBitOfFormat2-3SUL-v1530* provided by higher layers for the UE configured with the block.

If the UE is configured with higher layer parameter *srs-TPC-PDCCH-Group = typeA* for an UL without PUCCH and PUSCH or an UL on which the SRS power control is not tied with PUSCH power control, one block is configured for the UE by higher layers, with the following fields defined for the block:

-   SRS request – 0 or 2 bits. The presence of this field is according to the definition in Subclause 11.4 of [5, TS38.213]. If present, this field is interpreted as defined by Table 7.3.1.1.2-24.

-   TPC command number 1, TPC command number 2, ..., TPC command number $N$, where each TPC command applies to a respective UL carrier provided by higher layer parameter *cc-IndexInOneCC-Set*

If the UE is configured with higher layer parameter *srs-TPC-PDCCH-Group = typeB* for an UL without PUCCH and PUSCH or an UL on which the SRS power control is not tied with PUSCH power control, one block or more blocks is configured for the UE by higher layers where each block applies to an UL carrier, with the following fields defined for each block:

-   SRS request – 0 or 2 bits. The presence of this field is according to the definition in Subclause 11.4 of [5, TS38.213]. If present, this field is interpreted as defined by Table 7.3.1.1.2-24.

-   TPC command –2 bits

The number of information bits in format 2_3 shall be equal to or less than the payload size of format 1_0 monitored in common search space in the same serving cell. If the number of information bits in format 2_3 is less than the payload size of format 1_0 monitored in common search space in the same serving cell, zeros shall be appended to format 2_3 until the payload size equals that of format 1_0 monitored in common search space in the same serving cell.

## 7.3.2      CRC attachment

Error detection is provided on DCI transmissions through a Cyclic Redundancy Check (CRC).

The entire payload is used to calculate the CRC parity bits. Denote the bits of the payload by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the payload size and $L$ is the number of parity bits. Let $a'_0, a'_1, a'_2, a'_3, ..., a'_{A+L-1}$ be a bit sequence such that $a'_i = 1$ for $i = 0,1,...,L-1$ and $a'_i = a_{i-L}$ for $i = L, L+1, ..., A+L-1$. The parity bits are computed with input bit sequence $a'_0, a'_1, a'_2, a'_3, ..., a'_{A+L-1}$ and attached according to Subclause 5.1 by setting $L$ to 24 bits and using the generator polynomial $g_{CRC24C}(D)$. The output bit $b_0, b_1, b_2, b_3, ..., b_{K-1}$ is

$$b_k = a_k \quad \text{for } k = 0,1,2,...,A-1$$

$$b_k = p_{k-A} \quad \text{for } k = A, A+1, A+2, ..., A+L-1,$$

where $K = A + L$.

After attachment, the CRC parity bits are scrambled with the corresponding RNTI $x_{rnti,0}, x_{rnti,1}, ..., x_{rnti,15}$ , where $x_{rnti,0}$ corresponds to the MSB of the RNTI, to form the sequence of bits $c_0, c_1, c_2, c_3, ..., c_{K-1}$. The relation between $c_k$ and $b_k$ is:

$$c_k = b_k \quad \text{for } k = 0,\, 1,\, 2,\, \ldots,\, A+7$$

$$c_k = \left(b_k + x_{rnti,k-A-8}\right) \bmod 2 \quad \text{for } k = A+8,\, A+9,\, A+10, \ldots,\, A+23.$$

## 7.3.3    Channel coding

Information bits are delivered to the channel coding block. They are denoted by $c_0, c_1, c_2, c_3, \ldots, c_{K-1}$, where $K$ is the number of bits, and they are encoded via Polar coding according to Subclause 5.3.1, by setting $n_{max} = 9$, $I_{IL} = 1$, $n_{PC} = 0$, and $n_{PC}^{wm} = 0$.

After encoding the bits are denoted by $d_0, d_1, d_2, d_3, \ldots, d_{N-1}$, where $N$ is the number of coded bits.

## 7.3.4    Rate matching

The input bit sequence to rate matching is $d_0, d_1, d_2, \ldots, d_{N-1}$.

Rate matching is performed according to Subclause 5.4.1 by setting $I_{BIL} = 0$.

The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, \ldots, f_{E-1}$.

104

# Annex <A> (informative):
# Change history

| Change history | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Meeting | TDoc | CR | Rev | Cat | Subject/Comment | New version |
| 2017-05 | RAN1#89 | R1-1707082 | | | | Draft skeleton | 0.0.0 |
| 2017-07 | AH_NR2 | R1-1712014 | | | | Inclusion of LDPC related agreements | 0.0.1 |
| 2017-08 | RAN1#90 | R1-1714564 | | | | Inclusion of Polar coding related agreements | 0.0.2 |
| 2017-08 | RAN1#90 | R1-1714659 | | | | Endorsed version by RAN1#90 as basis for further updates | 0.1.0 |
| 2017-09 | RAN1#90 | R1-1715322 | | | | Capturing additional agreements on LDPC and Polar code from RAN1 #90 | 0.1.1 |
| 2017-09 | RAN#77 | RP-171991 | | | | For information to plenary | 1.0.0 |
| 2017-09 | RAN1#90b | R1-1716928 | | | | Capturing additional agreements on LDPC and Polar code from RAN1 NR AH#3 | 1.0.1 |
| 2017-10 | RAN1#90b | R1-1719106 | | | | Endorsed as v1.1.0 | 1.1.0 |
| 2017-11 | RAN1#91 | R1-1719225 | | | | Capturing additional agreements on channel coding, etc. | 1.1.1 |
| 2017-11 | RAN1#91 | R1-1719245 | | | | Capturing additional agreements on DCI format, channel coding, etc. | 1.1.2 |
| 2017-11 | RAN1#91 | R1-1721049 | | | | Endorsed as v1.2.0 | 1.2.0 |
| 2017-12 | RAN1#91 | R1-1721342 | | | | Capturing additional agreements on UCI, DCI, channel coding, etc. | 1.2.1 |
| 2017-12 | RAN#78 | RP-172668 | | | | Endorsed version for approval by plenary. | 2.0.0 |
| 2017-12 | RAN#78 | | | | | Approved by plenary – Rel-15 spec under change control | 15.0.0 |
| 2018-03 | RAN#79 | RP-180200 | 0001 | - | F | CR capturing the Jan18 ad-hoc and RAN1#92 meeting agreements | 15.1.0 |
| 2018-04 | RAN#79 | | | | | MCC: correction of typo in DCI format 0_1 (time domain resource assignment) – higher layer parameter should be *pusch-AllocationList* | 15.1.1 |
| 2018-06 | RAN#80 | RP-181172 | 0002 | 1 | F | CR to 38.212 capturing the RAN1#92bis and RAN1#93 meeting agreements | 15.2.0 |
| 2018-06 | RAN#80 | RP-181257 | 0003 | - | B | CR to 38.212 capturing the RAN1#92bis and RAN1#93 meeting agreements related to URLLC | 15.2.0 |
| 2018-09 | RAN#81 | RP-181789 | 0004 | - | F | CR to 38.212 capturing the RAN1#94 meeting agreements | 15.3.0 |
| 2018-12 | RAN#82 | RP-182523 | 0005 | 3 | F | Combined CR of all essential corrections to 38.212 from RAN1#94bis and RAN1#95 | 15.4.0 |
| 2019-03 | RAN#83 | RP-190448 | 0006 | - | F | Correction of wrong implementation on frequency domain resource assignment bitwidth | 15.5.0 |
| 2019-03 | RAN#83 | RP-190448 | 0008 | - | F | Correction to UCI multiplexing | 15.5.0 |
| 2019-03 | RAN#83 | RP-190448 | 0009 | - | F | Correction on DCI format 2_3 for SUL cell in TS 38.212 | 15.5.0 |
| 2019-03 | RAN#83 | RP-190448 | 0010 | - | F | Corrections to TS38.212 | 15.5.0 |
| 2019-03 | RAN#83 | RP-190448 | 0011 | - | F | On bitwidth calculation for DCI fields using RRC parameter indicating maximum number of MIMO layers per serving cell | 15.5.0 |
| 2019-03 | RAN#83 | RP-190448 | 0012 | - | F | CR on zero-padding of DCI 1_1 in cross-carrier scheduling case | 15.5.0 |
| 2019-03 | RAN#83 | RP-190448 | 0013 | - | F | Clarification on UL_SUL indicator field and SRS request field | 15.5.0 |
| 2019-06 | RAN#84 | RP-191282 | 0014 | - | F | CR on correction to bitwidth of NNZC indicator | 15.6.0 |
| 2019-06 | RAN#84 | RP-191282 | 0015 | - | F | Correction on DCI size alignment in TS 38.212 | 15.6.0 |
| 2019-06 | RAN#84 | RP-191282 | 0016 | - | F | Correction on UL/SUL indicator in DCI format 0_0 | 15.6.0 |
| 2019-06 | RAN#84 | RP-191282 | 0017 | - | F | Corrections to 38.212 including alignment of terminology across specifications | 15.6.0 |
| 2019-06 | RAN#84 | RP-191282 | 0018 | - | F | CR on maximum modulation order configured for serving cell | 15.6.0 |
| 2019-06 | RAN#84 | RP-191282 | 0019 | 1 | F | Corrections to 38.212 including alignment of terminology across specifications from RAN1#97 | 15.6.0 |
| 2019-09 | RAN#85 | RP-191941 | 0020 | - | F | Corrections to 38.212 including alignment of terminology across specifications in RAN1#98 | 15.7.0 |
| 2019-12 | RAN#86 | RP-192625 | 0021 | - | F | CR on UL/SUL indicator in DCI format 0_1 | 15.8.0 |
| 2019-12 | RAN#86 | RP-192625 | 0022 | - | F | Corrections to 38.212 including alignment of terminology across specifications in RAN1#98bis and RAN1#99 | 15.8.0 |

# History

| Document history | | |
|---|---|---|
| V15.2.0 | July 2018 | Publication |
| V15.3.0 | October 2018 | Publication |
| V15.4.0 | April 2019 | Publication |
| V15.5.0 | May 2019 | Publication |
| V15.6.0 | July 2019 | Publication |
| V15.7.0 | October 2019 | Publication |
| V15.8.0 | January 2020 | Publication |