AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| U Investments, LLC d/b/a Brazos Licensing and Develop ) | |
| *Plaintiff* ) | Case No.   6:20-cv-958 |
| v. ) | |
| OnePlus Technology (Shenzhen) Co., Ltd. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments, LLC d/b/a Brazos Licensing and Development                                        .

Date:   10/14/2020

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
73 W Monroe St.
Chicago, IL 60603
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*

Print          Save As...                                             Reset