# EXHIBIT A

UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:20-cv-0105

Name of party requesting extension: OnePlus Technology (Shenzhen) Co., LTD.

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons:

Number of days requested:  ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/21/2020  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Brady Cox
State Bar No.: 24074084
Firm Name: Alston & Bird
Address: 2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Phone: (214)922-3400
Fax: (214)922-3899
Email: brady.cox@alston.com

A certificate of conference does not need to be filed with this unopposed application.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. | §<br>§<br>§<br>§<br>§ Case No. 2:20-CV-0105-JRG<br>§<br>§<br>§<br>§ |

**DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD RULE 7.1
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant OnePlus Technology (Shenzhen) Co., Ltd. states that it is owned by OnePlus Mobile Communications (Guangdong) Co., Ltd., and no publicly held company owns 10% or more of OnePlus Technology (Shenzhen) Co., Ltd.'s stock.

Dated: October 21, 2020

Respectfully submitted,

*/s/ Michael J. Newton*

Michael J. Newton
Brady Cox
ALSTON & BIRD, LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 922-3400
Fax: (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Emily M. Grand
ALSTON & BIRD, LLP
950 F. Street NW
Washington, DC 20004-1404
Tel: (202) 239-3228
Fax: (202) 239-3333
emily.grand@alston.com

*Attorneys for OnePlus Technology (Shenzhen) Co., LTD*