# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendant. | § § § § § § § § § § § § § § § § | Case No. 6:20-cv-00958-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

Before the Court is Plaintiff's Motion for Leave to Effect Alternative Service on Defendant OnePlus Technology (Shenzhen) Co., Ltd. After considering Plaintiff's Motion and supporting evidence, the Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff may serve Defendant via email upon its recent U.S. counsel Messrs. Brady Randall Cox, brady.cox@alston.com and Michael J Newton, mike.newton@alston.com and via registered mail carrier with return receipt upon Defendant's U.S. location at OnePlus Global, 1295 Martin Luther King Dr, Hayward CA 94541.

2

SIGNED this _____ day of _____, 2020.

                                                                                                   
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE