IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00952-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00953-ADA |
| *Plaintiff,* | § | CIVIL ACTION 6:20-cv-00956-ADA |
| | § | CIVIL ACTION 6:20-cv-00957-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00958-ADA |
| | § | |
| ONEPLUS TECHNOLOGY | § | |
| (SHENZHEN) CO., LTD., | § | |
| *Defendant.* | § | |

**PLAINTIFF'S AMENDED MOTION TO SUBSTITUTE COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to the Federal Rules of Civil Procedure, Isaac P. Rabicoff with the law firm of Rabicoff Law LLC asks the Court to allow him to withdraw and to permit substitution of counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development.

**I.**

Isaac P. Rabicoff with the law firm of Rabicoff Law LLC asks the Court to allow him to withdraw as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and to allow attorneys Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, Jack Shaw, with the law firm of Kasowitz Benson Torres LLP, and Mark D. Siegmund with the law firm of Walt Fair, PLLC, to substitute as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Substituted counsel's state bar numbers, office address, e-mail addresses, telephone number, and fax number are as follows:

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

## II.

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development consents to and approves the withdrawal and substitution of counsel.  The withdrawal and substitution will not delay these proceedings.

## III.

WHEREFORE, PREMISES CONSIDERED, Isaac P. Rabicoff with the law firm of Rabicoff Law LLC asks the Court to grant this request for him to withdraw as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and allow Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, Jack Shaw, with

the law firm of Kasowitz Benson Torres LLP, and Mark D. Siegmund with the law firm of Walt Fair, PLLC, to substitute as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and that all future correspondence, whether by the Court or other counsel, be directed to said attorneys with Kasowitz Benson Torres LLP and to Walt Fair, PLLC, and for general relief in law and in equity.

Dated: January 8, 2021

By: /s/ Isaac P. Rabicoff
Isaac P. Rabicoff
isaac@rabilaw.com
Rabicoff Law LLC
5680 King Centre Dr., Suite 654
Alexandria, VA 22315
Telephone: (773) 669-4590

**Attorney for WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

**REPRESENTATION ACCEPTED:**

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Admitted in this District)
    jshaw@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171


By: */s/ Mark D. Siegmund*
    Mark D. Siegmund (TX Bar No. 24117055)
    mark@waltfairpllc.com
    **LAW FIRM OF WALT FAIR, PLLC**
    1508 N. Valley Mills Drive
    Waco, TX 76710
    Telephone:  (254) 772-6400
    Facsimile:   (254) 772-6432

## CERTIFICATE OF CONFERENCE

The undersigned attorney certifies that he has conferred with counsel for Defendant on the 31st day of December, 2020, and they have indicated that they do not oppose this motion and the substitution of counsel in this matter.

                                      */s/ Isaac P. Rabicoff*  
                                      Isaac P. Rabicoff

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 8th day of January, 2021.

                                      */s/ Isaac P. Rabicoff*  
                                      Isaac P. Rabicoff