**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU Investments LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 6:20-cv-00958-ADA |
| v. | § | |
| | § | |
| Oneplus Technology (Shenzhen) Co., | § | Jury Trial Requested |
| Ltd., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff WSOU Investments LLC ("Plaintiff") files this Unopposed Motion for Extension of Time for Defendant Oneplus Technology (Shenzhen) Co. Ltd. ("Defendant") to answer, move, or otherwise respond to the Complaint.

Plaintiff filed its Complaint against Defendant on October 14, 2020.  Defendant was served on January 6, 2021.  Defendant currently has a deadline of January 27, 2021 to answer, move, or otherwise respond to the Complaint.  The parties met and conferred regarding a short, 30 day extension of Defendant's current January 27, 2021 deadline as Defendant recently retained counsel to represent it in this matter.  The parties request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including February 26, 2021. The parties do not make this request for the purpose of delay, but so that justice may be efficiently served.

Accordingly, Plaintiff requests that the Court grant this Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to February 26, 2021.

Date:  January 20, 2021                    Respectfully submitted,

                                           /s/ *Mark D. Siegmun*
                                           Marcus A. Barber (CA Bar No. 307361)
                                           (Admitted in this District)
                                           Jonathan K. Waldrop (CA Bar No. 297903)
                                           (Admitted in this District)
                                           jwaldrop@kasowitz.com
                                           Darcy L. Jones (CA Bar No. 309474)
                                           (Admitted in this District)
                                           djones@kasowitz.com
                                           mbarber@kasowitz.com
                                           John W. Downing (CA Bar No. 252850)
                                           (Admitted in this District)
                                           jdowning@kasowitz.com
                                           Heather S. Kim (CA Bar No. 277686)
                                           (Admitted in this District)
                                           hkim@kasowitz.com
                                           Jack Shaw (CA Bar No. 309382)
                                           (Admitted in this District)
                                           jshaw@kasowitz.com
                                           KASOWITZ BENSON TORRES LLP
                                           333 Twin Dolphin Drive, Suite 200
                                           Redwood Shores, California 94065
                                           Telephone: (650) 453-5170
                                           Facsimile: (650) 453-5171

                                           Mark D. Siegmund (TX Bar No. 24117055)
                                           mark@waltfairpllc.com
                                           **LAW FIRM OF WALT FAIR, PLLC**
                                           1508 N. Valley Mills Drive
                                           Waco, TX 76710
                                           Telephone: (254) 772-6400
                                           Facsimile: (254) 772-6432

                                           **Attorneys for Plaintiff WSOU Investments
                                           LLC**

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 20, 2021, a true and correct copy of the foregoing response was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 20, 2021 counsel for Defendant conferred with Plaintiff's counsel on this Motion, and Plaintiff's counsel does not oppose a 30 day extension of Defendant's current January 27, 2021 deadline to answer, move, or otherwise respond to the Complaint.

*/s/ Mark D. Siegmund*
Mark D. Siegmund