**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU Investments LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:20-cv-00958-ADA |
| Oneplus Technology (Shenzhen) Co., Ltd., | § § § | Jury Trial Requested |
| Defendant. | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff WSOU Investments LLC's Unopposed Motion for Extension of Time for Defendant Oneplus Technology (Shenzhen) Co. Ltd. to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement ("Complaint") (ECF No. 1). Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended to February 26, 2021.

SIGNED this _____ day of _____ 2021.

THE HONORABLE ALAN D. ALRIGHT
U.S. DISTRICT COURT JUDGE