IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>*Defendant.* | Civil Action No. 6:20-00958-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT'S ANSWER TO COUNTERCLAIMS**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") by and through its counsel of record, hereby submits its Answer in response to the allegations set forth in Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s ("OnePlus") Counterclaims (Dkt. 29) ("Counterclaims") as follows:

**GENERAL DENIAL**

Unless specifically admitted below, WSOU denies each and every allegation in the Counterclaims.

**COUNTERCLAIMS**

1. WSOU admits that OnePlus appears to raise defenses of lack of personal jurisdiction and insufficient service of process, make allegations, and demand a jury trial. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 1.

1

**PARTIES**

2.  WSOU admits the allegations of paragraph 2 on information and belief.

3.  WSOU states that it is a Delaware limited liability company, and admits that its principal place of business is located at 605 Austin Avenue, Suite 6, Waco, Texas 76701. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 3.

**JURISDICTION AND VENUE**

4.  WSOU admits that this Court has subject matter jurisdiction over the Counterclaims. Except as expressly admitted, WSOU denies the allegations of paragraph 4.

5.  WSOU states that it is subject to personal jurisdiction in this Court. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 5.

6.  WSOU admits that venue is proper in this District. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 6.

**COUNT ONE**

**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '746 PATENT**

7.  WSOU restates and incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.

8.  WSOU admits that its complaint alleges that OnePlus has infringed and is infringing the '746 Patent, that WSOU is the owner of the '746 Patent, and that WSOU is entitled to relief for OnePlus's infringement. WSOU admits that a justiciable controversy exists between WSOU and OnePlus. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 8.

9.  WSOU admits that OnePlus appears to seek a declaratory judgment under 28 U.S.C. § 2201(a). Except as expressly admitted, WSOU denies the remaining allegations of

paragraph 9.

10. WSOU denies the allegations of paragraph 10.

## COUNT TWO

## DECLARATORY JUDGMENT OF INVALIDITY OF THE '746 PATENT

11. WSOU restates and incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.

12. WSOU admits that its complaint alleges that OnePlus has infringed and is infringing the '746 Patent, that the claims of the '746 Patent are valid and enforceable, that WSOU is the owner of the '746 Patent, and that WSOU is entitled to relief for OnePlus's infringement. WSOU admits that a justiciable controversy exists between WSOU and OnePlus. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 12.

13. WSOU admits that OnePlus appears to seek a declaratory judgment under 28 U.S.C. § 2201(a). Except as expressly admitted, WSOU denies the remaining allegations of paragraph 13.

14. WSOU denies the allegations of paragraph 14.

## PRAYER FOR RELIEF

WSOU hereby incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein. WSOU denies that OnePlus is entitled to the relief requested in paragraphs A-G of its Prayer for Relief and denies the allegations therein.

## JURY DEMAND

WSOU demands a jury trial on all issues raised by OnePlus's Counterclaims.

Dated: August 12, 2021        RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Admitted in this District)
    jshaw@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5096

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@waltfairpllc.com
    **LAW FIRM OF WALT FAIR, PLLC**
    1508 N. Valley Mills Drive
    Waco, TX 76710
    Telephone:  (254) 772-6400
    Facsimile:   (254) 772-6432

    **Attorneys for Plaintiff**
    **WSOU INVESTMENTS, LLC d/b/a**
    **BRAZOS LICENSING AND**
    **DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 12, 2021, pursuant to Local Rule CV-5, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties who have appeared in this case.

*/s/ Jonathan K. Waldrop*
**Jonathan K. Waldrop**
