# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## WACO DIVISION

WSOU Investments LLC, doing business as
Brazos Licensing and Development
vs.                                                Case No.: 6:20-cv-00952-ADA, 6:20-cv-00953-ADA,
OnePlus Technology (Shenzhen) Co., Ltd.                      6:20-cv-00956-ADA, 6:20-cv-00957-ADA,
                                                            6:20-cv-00958-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Joshua A. Whitehill _____, counsel for

WSOU Investments LLC _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Joshua A. Whitehill _____ may appear on behalf of WSOU Investments LLC _____

in the above case.

IT IS FURTHER ORDERED that Joshua A. Whitehill _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE