# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00958-ADA |
| § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) § | |
| CO., LTD., ONEPLUS TECHNOLOGY | |
| (SHENZHEN) CO., LTD., WSOU | |
| INVESTMENTS LLC | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by Zoom on **Thursday, September 23, 2021 at 01:30 PM**.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE