# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A § | |
| BRAZOS LICENSING AND § | CIVIL ACTION 6:20-cv-00952-ADA |
| DEVELOPMENT, § | CIVIL ACTION 6:20-cv-00953-ADA |
| *Plaintiff*, § | CIVIL ACTION 6:20-cv-00956-ADA |
| § | CIVIL ACTION 6:20-cv-00957-ADA |
| v. § | CIVIL ACTION 6:20-cv-00958-ADA |
| § | |
| ONEPLUS TECHNOLOGY § | PATENT CASE |
| (SHENZHEN) CO., LTD., § | |
| *Defendant.* § | JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff WSOU Investments, LLC and Defendant OnePlus Technology (Shenzhen) Co., Ltd. respectfully submit this Joint Motion for Entry of Agreed Protective Order, which is attached hereto as Exhibit 1.

Date: September 27, 2021

Respectfully submitted,

By: */s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065

Telephone: (650) 453-5170
Facsimile: (650) 453-5171


Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**


By: /s/ *Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T. 214-466-4000
F. 214-466-4001

Michael J. Lyons (*pro hac vice*)
*michael.lyons@morganlewis.com*
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
Jacob J.O. Minne (*pro hac vice*)
*jacob.minne@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

**ATTORNEYS FOR DEFENDANT
ONEPLUS TECHNOLOGY (SHENZHEN)
CO., LTD.**

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 27, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Mark D. Siegmund*
Mark D. Siegmund