IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br>　　　*Defendant*. | § § § § § § § § § § § | Case No. 6:20-cv-00952-ADA<br>Case No. 6:20-cv-00953-ADA<br>Case No. 6:20-cv-00956-ADA<br>Case No. 6:20-cv-00957-ADA<br>Case No. 6:20-cv-00958-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") (collectively, "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the deadline to serve their respective final contentions as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| WSOU's Final Infringement Contentions | December 22, 2021 | January 28, 2022 |
| OnePlus's Final Invalidity Contentions | December 22, 2021 | • February 4, 2022 (if infringement theories not revised)<br>• February 18, 2022 (if infringement theories revised) |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

1

**WSOU's Position:**

On December 15, 2021, WSOU filed its opposition to OnePlus's Motion to Strike WSOU's Amended Preliminary Infringement Contentions; and OnePlus's deadline to file a reply in support of its Motion to Strike is December 29, 2021. It is, of course, entirely up to the Court to determine whether and when to rule on OnePlus's Motion to Strike.

**OnePlus's Position:**

OnePlus further notes that the above extensions do not render moot OnePlus's Motion to Strike (filed November 24, 2021) and do not concede any arguments made therein.

Date:  December 21, 2021                              Respectfully submitted,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(*Pro hac vice* admission)
Howard L. Bressler (NY Bar No. 248379)
hbressler@kasowitz.com

(*Pro hac vice* admission)
Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800


By:   */s/ Mark D. Siegmund*
      Mark D. Siegmund (TX Bar No. 24117055)
      mark@swclaw.com
      **STECKLER WAYNE COCHRAN**
      **CHERRY PLLC**
      8416 Old McGregor Road
      Waco, TX 76712
      Telephone: (254) 651-3690
      Facsimile: (972) 387-4041

      **ATTORNEYS FOR PLAINTIFF**
      **WSOU INVESTMENTS, LLC**
      **d/b/a BRAZOS LICENSING AND**
      **DEVELOPMENT**



By /s/ *Jacob J.O. Minne*
    Elizabeth M. Chiaviello
    Texas Bar No. 24088913
    *elizabeth.chiaviello@morganlewis.com*
    **Morgan, Lewis & Bockius LLP**
    1717 Main Street, Suite 3200
    Dallas, TX 75201-7347
    T. 214-466-4000
    F. 214-466-4001

    Michael J. Lyons (*pro hac vice*)
    *michael.lyons@morganlewis.com*
    Ahren C. Hsu-Hoffman
    Texas Bar No. 24053269
    *ahren.hsu-hoffman@morganlewis.com*
    Jacob J.O. Minne (*pro hac vice*)
    *jacob.minne@morganlewis.com*
    **Morgan, Lewis & Bockius LLP**
    1400 Page Mill Road
    Palo Alto, CA 94304

T. 650.843.4000
F. 650.843.4001

**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**