UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00958-ADA |
| | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. | § § | |

## ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING by Zoom on January 11, 2022 at 11:00 AM.

IT IS SO ORDERED this 10th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE