# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | Civil Action No.: 6:20-cv-00952-ADA<br>Civil Action No.: 6:20-cv-00953-ADA<br>Civil Action No.: 6:20-cv-00956-ADA<br>Civil Action No.: 6:20-cv-00957-ADA |
| PLAINTIFF, | § | Civil Action No.: 6:20-cv-00958-ADA |
| V. | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | § § | JURY TRIAL DEMANDED |
| DEFENDANT. | § § | |

## JOINT MOTION FOR ENTRY OF
## SUPPLEMENTAL PROTECTIVE ORDER

Plaintiff WSOU Investments, LLC and Defendant OnePlus Technology (Shenzhen) Co., Ltd. respectfully submit this Joint Motion for Entry of Supplemental Protective Order, which is attached hereto as Exhibit 1.

Dated: January 26, 2022

Respectfully Submitted,
*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170

Facsimile: (650) 453-5171

Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(Pro hac vice admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(Pro hac vice admission)
Howard L. Bressler (NY Bar No. 248379)
hbressler@kasowitz.com
(Pro hac vice admission)
Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(Pro hac vice admission)
Noah P. Dorman (DC Bar No. 1779821)
(Pro hac vice admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

By: */s/ Jacob Minne*
Jacob J.O. Minne
(Pro hac vice admission)
jacob.minne@morganlewis.com
Michael J. Lyons
(Pro hac vice admission)
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
Elizabeth.chiaviello@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 320
Dallas, TX 75201-7347
Telephone: (214) 446-4000
Facsimile: (214) 446-4001
**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**

## **CERTIFICATE OF SERVICE**

A Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 26, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>  */s/ Jonathan K. Waldrop*
>  **Jonathan K. Waldrop**