# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff,*<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br>*Defendant.* | CIVIL ACTION 6:20-cv-00952-ADA<br>CIVIL ACTION 6:20-cv-00953-ADA<br>CIVIL ACTION 6:20-cv-00956-ADA<br>CIVIL ACTION 6:20-cv-00957-ADA<br>CIVIL ACTION 6:20-cv-00958-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATED SCHEDULING ORDER

WHEREAS, on January 31, 2022, via email from Mr. Gunnell, the Court delayed the deadline for Final Infringement Contentions to no later than March 31, 2022 ("Order");

WHEREAS, the Order further delayed "all scheduling deadlines, including trial, for the same amount of time caused by the delayed final infringement contentions"; and

WHEREAS, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") served its Final Infringement Contentions on March 31, 2022:

NOW THEREFORE Plaintiff and Defendant OnePlus Technology (Shenzhen) Co., Ltd. respectfully submit this Joint Stipulated Scheduling Order, attached hereto as Exhibit 1, reflecting the parties' understanding of the deadlines in this case.

Dated: May 2, 2022

By: */s/* Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com

-2-

    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Joshua A. Whitehill (NY Bar No. 4766473)
    (Admitted *pro hac vice*)
    jwhitehill@kasowitz.com
    Howard L. Bressler (NY Bar No. 2487379)
    (Admitted *pro hac vice*)
    hbressler@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted *pro hac vice*)
    hstern@kasowitz.com
    Noah P. Dorman (DC Bar No. 1779821)
    (Admitted *pro hac vice*)
    ndorman@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@swclaw.com
    **STECKLER WAYNE CHERRY & LOVE PLLC**
    8416 Old McGregor Road
    Waco, TX 76712
    Telephone: (254) 651-3690
    Facsimile: (254) 651-3689

    **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

-3-

/s/ *Michael J. Lyons*
Michael J. Lyons (admitted *pro hac vice*)
California Bar No. 202284
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Jacob J.O. Minne (admitted *pro hac vice*)
California Bar No. 294570
jacob.minne@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T: 650.843.4000
F: 650.843.4001
Elizabeth M. Chiaviello
Texas Bar. No. 24088913
elizabeth.chiaviello@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T: 214.466.4000
F: 214.466.4001

*Attorneys for Defendant and Counterclaimant OnePlus Technology (Shenzhen) Co. Ltd.*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 2nd day of May, 2022, via the Court's CM/ECF system.

                                                                            */s/ Jonathan K. Waldrop*
                                                                            Jonathan K. Waldrop