IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS LLC D/B/A
BRAZOS LICENSING AND DEV.,
        *Plaintiff*

-v-

ONEPLUS TECHNOLOGY
(SHENZHEN) CO., LTD.,
        *Defendant*

§
§
§
§
§
§
§
§
§
§
§
§

W-20-CV-00957-ADA
W-20-CV-00958-ADA

## ORDER TO PAY SPECIAL MASTER

The Court previously appointed Dr. Joshua J. Yi to serve as a special master on this case.

The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount

to be reasonable and necessary.  As such, the Court **ORDERS** payment to be promptly made as

follows:

|  |  |
|---|---|
| Plaintiff: | $11,527.50 |
| Defendant: | $11,527.50 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 24th day of May, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE