IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 6:20-cv-00952-ADA<br>CIVIL ACTION 6:20-cv-00953-ADA<br>CIVIL ACTION 6:20-cv-00956-ADA<br>CIVIL ACTION 6:20-cv-00957-ADA<br>CIVIL ACTION 6:20-cv-00958-ADA |

## AMENDED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| October 21, 2022 | Close of Fact Discovery. To respond to or supplement responses to written discovery and to complete third-party discovery. The extension of fact discovery does not extend the previous deadline to serve further written discovery. All subpoenas and deposition notices to be served by August 31, 2022. |
| December 2, 2022 | Opening Expert Reports. |
| January 13, 2023 | Rebuttal Expert Reports. |
| January 27, 2023 | Close of Expert Discovery. |
| February 3, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| February 10, 2023 | The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

| | |
|---|---|
| February 16, 2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| March 9, 2023 | Oppositions to dispositive motions and *Daubert* motions. |
| March 23, 2023 | Replies in support of dispositive motions and *Daubert* motions. |
| April 6, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 8 weeks before trial | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates |
| April 20, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| May 3, 2023 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| May 10, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| May 17, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 17, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| June 1, 2023 | Final Pretrial Conference. |
| June 12, 2023 | Jury Selection/Trial. |

ORDERED this 16th day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2